**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

==============================

WISCONSIN RESOURCES PROTECTION
COUNCIL, CENTER FOR BIOLOGICAL
DIVERSITY and LAURA GAUGER,

        Plaintiffs,

vs.        Case No. 11-CV-45

FLAMBEAU MINING COMPANY,

        Defendants.

==============================

Deposition of:

LAWRENCE J. LYNCH

========

Date: Friday, July 29, 2011

Time: 9:20 o'clock a.m.

Reported by NANCY L. DELANEY

**Page 2**

1        DEPOSITION of LAWRENCE J. LYNCH,
2  a witness of lawful age, taken on behalf of the
3  plaintiffs in the above-entitled cause, wherein Wisconsin
4  Resources Protection Council and others are the
5  plaintiffs and Flambeau Mining Company is the defendant,
6  pending in the District Court of the United States for
7  the Western District of Wisconsin, pursuant to subpoena,
8  before NANCY L. DELANEY, a Notary Public in and for the
9  State of Wisconsin, at the offices of McGillivray,
10  Westerberg & Bender, LLC, Attorneys at Law, 211 South
11  Paterson Street, Madison, Wisconsin, on July 29, 2011,
12  commencing at 9:20 o'clock a.m.

14        **A P P E A R A N C E S**

15  JAMES N. SAUL and CHRISTA O. WESTERBERG,
      McGILLIVRAY, WESTERBERG & BENDER, LLC,
      Attorneys at Law, 211 South Paterson
      Street, Suite 320, Madison, Wisconsin
      appearing on behalf of the plaintiffs;

18  TIMM P. SPEERSCHNEIDER,
      DeWITT, ROSS & STEVENS, S.C.,
      Attorneys at Law, 2 East Mifflin Street,
      Madison, Wisconsin, appearing on behalf of
      the defendant;

21  MARNEY HOFFER,
      STATE OF WISCONSIN DEPARTMENT OF NATURAL
      RESOURCES, BUREAU OF LEGAL SERVICES,
      101 South Webster Street, Madison,
      Wisconsin, appearing on behalf of the
      witness.

**Page 3**

EXHIBIT INDEX

| No. | Description | Page |
|---|---|---|
| 1 | Subpoena dated July 13, 2011 | 5 |
| 15 | Affidavit of Lawrence J. Lynch dated April 26, 2011 | 7 |
| 16 | State of Wisconsin Division of Hearings and Appeals decision, findings of fact conclusions of law and permits dated January 14, 1991 | 10 |
| 17 | Figure 1-3 proposed project facilities | 20 |
| 18 | Letter to Thomas Myatt from Mary Jo Kopecky dated March 29, 1996 | 22 |
| 19 | Letter to Lawrence Lynch from Jeff Earnshaw dated January 8, 1998 | 24 |
| 20 | Letter to Jana Murphy from Lawrence Lynch dated March 20, 1998 | 29 |
| 21 | Letter to Jeff Earnshaw from Suzanne Bangert dated July 30, 1998 | 35 |
| 22 | Letter to Jana Murphy from Lawrence Lynch dated September 8, 1998 | 41 |
| 23 | Letter to Jana Murphy from Paul Luebke dated September 23, 1998 | 44 |
| 24 | Proposed order dated September 9, 1994 | 52 |
| 25 | 40 CFR section 123.62 | 67 |
| 26 | Documents produced by Mr. Lynch | 78 |

**Page 4**

1        LAWRENCE J. LYNCH,
2     called as a witness, after being first
3     duly sworn in the above cause, testified
4     under oath as follows:
5        EXAMINATION
6  BY MR. SAUL:
7  Q Good morning, Mr. Lynch.
8  A Good morning.
9  Q My name is Jamie Saul, I'm an attorney, I represent
10    the plaintiffs in this civil lawsuit in Federal court,
11    Wisconsin Resources Protection Council and others
12    against Flambeau Mining Company.  Will you please
13    state and spell your name for the record?
14  A My name is Lawrence J. Lynch, L-a-w-r-e-n-c-e,
15    L-y-n-c-h.
16  Q And have you been deposed or testified under oath
17    before?
18  A I have testified, I've not been deposed.
19  Q What cases or proceedings were those?
20  A The Flambeau mine permitting process and also lawsuits
21    related to the Flambeau mine, a party seeking
22    temporary restraining orders and injunctions on
23    construction.
24  Q I'll just go over a few simple guidelines to help the
25    day go smoothly.  If you would just do me a favor and

Deposition of LAWRENCE J. LYNCH    7/29/11

5

1 make sure that you understand the question before you
2 answer it. If you begin answering a question, I'll
3 assume that you understand the question. For the
4 benefit of everyone in the room, we'll try not to talk
5 over each other, so I'll try to let you finish
6 speaking before I begin, and if you'll do the same.
7     Just please speak clearly and slowly for the
8 benefit of the court reporter today and if you'll use
9 verbal responses as opposed to, you know, nodding your
10 head or other physical motions. We'll also spend some
11 time, I'm sure, talking about some complex regulatory
12 terms or phrases and I might pause you occasionally to
13 ask you to explain or spell out some acronyms, just so
14 it's clear and easy to understand.
15     I'm going to hand you what we'll mark as Exhibit
16 1, it's already been entered as an exhibit in this
17 case. Have you seen this document before?
18          (Exhibit 1 is marked for identification)
19 A No, I don't believe I have. I don't think so.
20 Q I'll represent --
21 A I think I've seen the attachment, but I don't believe
22   I actually have seen the subpoena.
23 Q This is a subpoena served on the Wisconsin Department
24   of Natural Resources under Rule 30(b)(6) of the
25   Federal rules of Civil Procedure. It commands DNR to

6

1 designate persons who consent to testify on the
2 Department's behalf about the matters that are
3 presented in attachment A and the Department has
4 provided you.
5     Are you aware that you're providing testimony
6 today on the DNR's behalf?
7 A Yes.
8 Q And that your answers today will be taken as the
9   Department's answers in this case?
10 A Yes.
11 Q Specifically, we'll be going over the issues presented
12   in items 2 and 3 of attachment A. Is that your
13   understanding as well?
14 A Yes.
15 Q In the course of your work for the DNR, have you
16   became familiar with the Flambeau mine site near
17   Ladysmith?
18 A Yes, I have.
19 Q Have you visited the site?
20 A Yes.
21 Q How many times have you visited?
22 A I don't know a precise number. If I had to guess,
23   probably a hundred.
24 Q Are you familiar with a parcel of that property called
25   the industrial outlot?

7

1 A Yes.
2 Q And are you familiar with a feature on that
3   industrial outlot that has been called the .9 acre
4   biofilter?
5 A Yes.
6 Q And are you familiar with a stream called Stream C
7   that flows across the property adjacent to the
8   biofilter?
9 A Yes, I am.
10          (Exhibit 15 is marked for identification)
11 Q I'm handing you what has been labeled Exhibit 15, have
12   you seen this document before?
13 A Yes, I have.
14 Q Can you tell me what it is?
15 A This is an affidavit that I had prepared indicating
16   what my involvement was with the Flambeau mine
17   project.
18 Q And that is your signature on page 11 of this
19   document?
20 A Yes, it is.
21 Q Did you write this document yourself?
22 A I -- no, not completely.
23 Q Who wrote it?
24 A It was prepared by attorneys for Flambeau Mining
25   Company based on discussions that we had.

8

1 Q And --
2 A Trying to, again, document what my involvement was
3   with the project.
4 Q Did you --
5 A I mean, I had direct input into it, in that there was,
6   for instance, a draft of it and so I provided comments
7   and revised previous drafts to reflect my true
8   involvement.
9 Q Besides attorneys for the Flambeau Mining Company, did
10   you consult with anyone else in preparing this
11   document?
12 A Just our attorney, our program attorney, Dan Graff, at
13   the time. He has since left the department.
14 Q And so at whose request did you prepare this
15   affidavit?
16 A The Flambeau Mining Company.
17 Q Have you ever prepared and filed an affidavit other
18   than this one in a Federal court proceeding?
19 A Federal court, no.
20 Q How about a State court proceeding?
21 A Well, again, with the permitting of the Flambeau mine,
22   they weren't affidavits, but it was direct testimony,
23   so very similar to this. I don't think I've done any
24   other affidavits that I recall.
25 Q Have you ever prepared an affidavit prior to this one

9

1   in a case where the Department of Natural Resources
2   was not a party?
3   A No.
4   Q And referring to paragraphs 3 and 4 of your affidavit
5   which sort of address your role and your work for the
6   Department of Natural Resources, have you ever worked
7   for the DNR's Bureau of Watershed Management?
8   A No.
9   Q Have you ever been responsible for drafting and
10  issuing permits under the WPDES program?
11  A No.
12  Q And I'll spell that out, it's the Wisconsin Pollutant
13  Discharge Elimination System Program?
14  A Right.
15  Q Have you ever been responsible for drafting
16  administrative code sections related to the WPDES
17  program?
18  A No.
19  Q Have you ever worked with any other State or Federal
20  agency?
21  A Worked for them or with them?
22  Q For them.
23  A No.  I'm sorry, I did, I worked for the U.S.
24  Geological Survey while I was in graduate school.
25  Q And you were not involved in developing NPDES permits?

10

1   A No.
2           (Exhibit 16 is marked for identification)
3   Q Handing you what we've labeled as Exhibit 16, have you
4   seen this document before?
5   A Yes, I have.
6   Q Can you tell me what it is, please.
7   A This is the final decision document regarding issuance
8   of the various permits for the Flambeau Mining Company
9   project near Ladysmith.
10  Q Is this the same document that you reference or that
11  you included as Exhibit A in your affidavit?
12  A Yes.
13  Q And inside the front cover of Exhibit 16 which is page
14  WRPC00026, do you see that a number of permits are
15  identified on that page?
16  A Yes.
17  Q At least six different permits, is that correct?
18  A Yes.
19  Q And two of those permits are the mining permit and the
20  WPDES permit, is that correct?
21  A Yes, it is.
22  Q And according to your affidavit, you drafted the
23  mining permit?
24  A Yes.
25  Q So you drafted essentially what is pages 76 through

11

1   124 of this document?
2   A Yes.
3   Q Did you draft any other portions of Exhibit 16?
4   A Portions of the general findings of fact I drafted.
5   Q So could you give me a page range using the WRPC page
6   numbers, please, of the pages that you drafted?
7   A It would be pages WRPC000085 through 111.
8   Q Do you recall who drafted the WPDES permit?
9   A I believe that was drafted by Priscilla Mather.
10  Q Are you certain of that?
11  A She was the person who testified at the hearing, so
12  I'm assuming she was the person who drafted the
13  permit, I believe.
14  Q Would you please refer to paragraph 8 of your
15  affidavit which is Exhibit 15 and you state in
16  paragraph 8 that the key permit was the mining permit
17  issued pursuant to section 144.85, Wisconsin statutes
18  since renumbered 293.49, is that correct?
19  A Yes.
20  Q What do those statutory provisions refer to?
21  A They are the section of the statutes related to
22  issuance of a metallic mining permit.
23  Q Do they relate to NPDES or WPDES permits?
24  A No.
25  Q You also state in paragraph 8 of your affidavit that

12

1   the mining permit provided the overall regulatory
2   framework for the mine including provisions for
3   stormwater management, is that correct?
4   A Yes.
5   Q What do you mean by the words stormwater management?
6   A During construction and during operation as well,
7   there's a provision in the mining permit that requires
8   preparation of a surface water management plan and the
9   surface water management plan governed how surface
10  water on the site was handled, how it was routed,
11  whether it went to a treatment facility, whether it
12  went into off-site natural channels.
13  Q Can you please identify the mining permit condition
14  you're referring to that relates to stormwater
15  management?
16  A I thought it was in the reclamation plan approval, but
17  it's not, so I have to look elsewhere.
18          (Witness examines document)
19          MS. HOEFER:  If you have a specific
20  section that you think it is, I think you can
21  direct him to it.
22          MR. SAUL:  I don't, unfortunately.
23  A Again, what I'm looking for is there's a condition
24  that required preparation of a surface water
25  management plan.  I'm sure I'll find it in a moment.

13

1  (Witness examines document)
2  A It was in the reclamation section. Using the WRPC
3  numbering, page 142, condition 7 of the reclamation
4  plan approval refers to a surface water management
5  plan being submitted to the Department. It talks
6  about methods, materials and sequencing for erosion
7  control and drainage control for all portions of the
8  site during construction and at the time of
9  reclamation.
10 Q And so just to clarify, you read from part 3,
11 paragraph 7 of the mining permit, is that correct?
12 A Yes.
13 Q On WRPC000142?
14 A Yes.
15 Q Does that paragraph explicitly authorize a discharge
16 of pollutants to surface waters?
17 A No.
18 Q Are there any other provisions of the mining permit
19 that relate to stormwater management?
20 A Not directly, in the erosion -- again, this condition
21 talks about a supplement to the erosion control plan.
22 The erosion control plan also addressed various parts
23 of stormwater management, but the surface water
24 management plan when it was submitted was probably the
25 most comprehensive treatment of stormwater management

14

1  on the site.
2  Q Is there any other term or condition of the mining
3  permit that explicitly authorizes the discharge of
4  pollutants to surface waters?
5  A No.
6  Q If you could please turn to page WRPC000114 and if you
7  could please read from part 1, paragraph 5, the first
8  two sentences.
9  A "Permission granted herein is limited to the authority
10 vested in the Department by sections 144.80 to 144.94
11 and 144.43 to 144.47, Stats. Flambeau shall obtain
12 any and all other permits, licenses and approvals
13 necessary from Federal, State and local authorities."
14 Q Did you draft that provision of the mine permit?
15 A Yes.
16 Q What did those statutory references relate to?
17 A Again, sections 144.80 to 144.94 is the metallic
18 mining reclamation act. Sections 144.43 to 144.47,
19 I'm not sure offhand.
20 Q Do any of those statutory references refer to or
21 relate to the NPDES or WPDES permit program?
22 A Again, sections 144.80 to 94 do not and again, I don't
23 recall what sections 144.43 to 47 covered at that
24 time. They been renumbered, so I just don't recall
25 what sections those were.

15

1  Q Does the DNR still agree with the statement made in
2  those first two sentences of paragraph 5?
3  A Yes.
4  Q Could you please turn to page WRPC000120 and I'll ask
5  you to read from -- I'll actually ask you to read the
6  entirety of part 2, paragraph 1 on that page which
7  continues on to the next page.
8  A "Approval granted herein is limited to the authority
9  vested in the department by sections 144.80 to 144.94
10 and 144.4 3 to 144.47, Stats. Facilities and
11 activities regulated under other permits, licenses and
12 approvals shall comply with all provisions of those
13 permits, licenses and approvals and the associated
14 statutes and administrative codes, except that
15 reclamation of the entire mining site shall be in
16 conformance with the approved reclamation plan."
17 Q Did you draft that provision of the permit?
18 A Yes.
19 Q And you've already covered this and I think they're
20 the same statutory citations, but what do those
21 statutory citations refer to?
22 A Again, sections 144.80 to 94 were the metallic mining
23 reclamation act that cover issuance of the mining
24 permit and approval of the mining plan and reclamation
25 plan and I'm not sure what 144.43 to 47 covered at

16

1  that time.
2  Q And I'll ask you to turn to page WRPC000140 and again
3  read from part 3, paragraph 1 of the mine permit.
4  A "Approval granted herein is limited to the authority
5  vested in the Department by sections 144.80 to
6  144.94." Do you want the whole thing?
7  Q Yes, please.
8  A "Facilities and activities regulated under other
9  permits, licenses and approvals shall comply with all
10 provisions of those permits, licenses and approvals
11 and the associated statutes and administrative codes,
12 except that reclamation of the entire mine site shall
13 be in conformance with the approved reclamation plan."
14 Q And did you draft that permit provision?
15 A I did.
16 Q And I believe you've already stated that 144.80 to 94
17 relate to the metallic mining reclamation act and not
18 the WPDES permit program, is that correct?
19 A That's correct.
20 Q And does the Department still agree with that
21 statement?
22 A Yes.
23 Q Did Flambeau Mining Company disclose the .9 acre
24 biofilter as an outfall location for the discharge of
25 pollutants as part of its application for the mining

17

1    permit?
2    A No, it did not.
3    Q Do you know why that was?
4    A Under the original reclamation plan that was approved,
5       the entire mining site would be reclaimed, facilities
6       would be removed and that would not have been a .9
7       acre biofilter under the original plan.
8    Q Did Flambeau Mining Company inform the Department that
9       copper and zinc would be contained in the waste stream
10      discharged from the .9 acre biofilter as part of its
11      application for the '91 mining permit?
12   A No.
13   Q And did the Department evaluate the potential water
14      quality impact from the discharge of copper and zinc
15      from the biofilter to Stream C in the Flambeau River
16      as part of its issuance of the 1991 mining permit?
17   A No.
18   Q Was the 1991 mining permit issued under authority of
19      section 402 of the Federal Clean Water Act?
20   A The mining permit?
21   Q Yes.
22   A No.
23   Q And concurrently with the issuance of the 1991 mining
24      permit, a WPDES permit was issued, is that correct?
25   A Yes.

18

1    Q Is that the permit that's contained on pages
2       WRPC000151 to 182, Exhibit 16?
3    A Yes.
4    Q Did you draft the WPDES permit?
5    A I did not.
6    Q I'll ask you to read paragraph 49 on page WRPC000151,
7       please.
8    A "The discharges to surface waters regulated by the
9       WPDES permit will consist of stormwater runoff for
10      most of the mining site, leachate from the Type II
11      stockpile and ground water seeping into the pit. Two
12      types of wastewater are expected, depending on the
13      composition of the rock with which the water has been
14      in contact."
15   Q Does the Department agree with that statement today?
16   A Yes.
17   Q Is it accurate to say that when both the 1991 mining
18      permit and the 1991 WPDES permit were issued,
19      stormwater discharges to surface waters were regulated
20      by the 1991 WPDES permit?
21   A Yes.
22   Q I'll ask you to refer to paragraphs 9 and 10 of your
23      affidavit, Exhibit 15. And just to clarify, the 1991
24      WPDES permit authorized the discharge of stormwater
25      from the mine site through three specifically

19

1    identified outfalls, is that correct?
2    A That's right.
3    Q Did the 1991 mining permit also include any
4       authorization for the discharge of stormwater from the
5       mine site through these specific outfalls?
6    A No.
7    Q During the time when the WPDES permit was in effect,
8       stormwater runoff from the area that we now identify
9       as the industrial outlot was directed to the waste
10      water treatment plants and subsequently discharged to
11      the Flambeau River through outfall 001, is that
12      correct?
13   A That's right.
14   Q Did the 1991 WPDES permit include effluent limitations
15      applicable to stormwater runoff discharge to outfall
16      001 for the pollutants copper and zinc?
17   A Yes. Well, copper, yes, let me check zinc. I assume
18      so, but let me check the permit. Again, that wasn't a
19      permit that I drafted, so I don't know. Yes.
20   Q And did the mining permit also include effluent
21      limitations for copper and zinc?
22   A No.
23   Q When the 1991 mining permit was issued, was the DNR
24      aware that there was a discharge from the biofilter to
25      Stream C?

20

1    A No, the biofilter did not exist.
2             (Exhibit 17 is marked for identification)
3    Q Handing you what we've marked as Exhibit 17, do you
4       recognize this document?
5    A I do.
6    Q Can you tell me what it is, please.
7    A Well, I certainly -- it appears to be a figure from
8       our environmental impact statement.
9    Q It appears to be?
10   A Well, it's not labeled what it is, but I mean, it
11      looks like something that would have been in our
12      environmental impact statement.
13   Q And I'll represent to you that it's my understanding
14      as well that this is figure 1-3 from the environmental
15      impact statement.
16   A Okay.
17   Q Could you please compare this diagram, specifically
18      the two outfalls that are identified in paragraphs 9
19      and 10 of your affidavit, as well as the 1991 WPDES
20      permit which is --
21             MS. HOEFER: Objection, it's a
22      compound question.
23   Q So the question is, are those two outfalls identified
24      on Exhibit 17 the same as the outfalls that you
25      reference in paragraphs 9 and 10 of your affidavit?

21

1  A Outfalls 1 and 2 are indicated on Exhibit 17, outfall
2    1 is the southernmost outfall shown on figure 1-3.
3    002 is the other one.
4  Q And are those two outfalls identified on Exhibit 17
5    the same as outfalls 1 and 2 that are identified in
6    the 1991 mining permit?
7  A The mining permit or WPDES permit?
8  Q Excuse me, WPDES permit.
9  A Yes.
10 Q I just want to make sure we're talking about the same
11   outfalls throughout.  There was an outfall 003, but
12   that's not indicated on or labeled on Exhibit 17, is
13   that correct?
14 A Correct.
15 Q And was outfall 003 essentially the same waste stream
16   as outfall 002, but just discharged to wetlands?
17 A Yes.
18 Q So outfall 002 and 003 were both north of the mine
19   pit?
20 A Yes, northwest.
21 Q So I just want to summarize and make sure I'm fully
22   understanding your testimony.  The 1991 mining permit
23   was issued under authority of chapter 144 of the
24   Wisconsin statutes, correct?
25 A That's right.

22

1  Q And the 1991 mining permit was not issued under
2    authority of the WPDES permit program, is that
3    correct?
4  A That's right.
5  Q And the 1991 mining permit was not issued under
6    section 402 of the Clean Water Act, is that correct?
7  A That's correct.
8  Q And the .9 acre biofilter discharge to Stream C in the
9    Flambeau River was not regulated or discussed in the
10   1991 mining permit, correct?
11 A That's right.
12 Q But concurrently with issuance of the 1991 mining
13   permit, there was the WPDES permit that did cover
14   stormwater discharges from the site?
15 A That's right.
16         (Exhibit 18 is marked for identification)
17 Q Handing you what we've marked as Exhibit 18, do you
18   recognize this document?
19 A Yes.
20 Q Can you tell me what it is, please.
21 A This is a WPDES permit issued to Flambeau Mining
22   Company, I believe it was a revised permit from --
23   yeah, from 1996.
24 Q Is this the same WPDES permit that's referenced in
25   paragraph 13 of your affidavit?

23

1  A Yes.
2  Q And this Exhibit 18 which I'll call the 1996 WPDES
3    permit identifies several outfalls, is that correct?
4  A Yes.
5  Q And specifically, I'm looking at WRPC000231 and that
6    page identifies an outfall 001 and an outfall 002, is
7    that correct?
8  A In addition to 003 and 004, yes.
9  Q Are the outfalls 001 and 002 in the 1996 WPDES permit
10   the same as outfalls 001 and 002 in the 1991 WPDES
11   permit?
12 A Yes.
13 Q Which again, those are the same outfalls that you
14   referred to in paragraphs 9 and 10 of your affidavit,
15   correct?
16 A Yes.
17 Q Was this 1996 WPDES permit used by the Department to
18   authorize and regulate the discharge of stormwater
19   from the Flambeau mine site to the Flambeau River?
20 A Yes.
21 Q Could you please read on -- it's the first page of
22   Exhibit 18, WRPC000224, the second paragraph down,
23   beginning with, "The attached WPDES permit."
24 A "The attached WPDES permit covers the discharge from
25   the facility located at N1400 Highway 27 in Ladysmith,

24

1    Wisconsin into the Flambeau River.  All discharges
2    from this facility and actions or reports relating
3    thereto shall be in accordance with the terms and
4    conditions of this permit."
5  Q And when this 1996 WPDES permit was issued, did the
6    DNR make any changes to the mining permit?
7  A Not that I know of, no.
8  Q So as of the date of issuance, March 29, 1996,
9    stormwater discharges to surface waters from the
10   Flambeau mine site were regulated by the 1996 WPDES
11   permit?
12 A Yes.
13 Q And not by the 1991 mining permit?
14 A That's correct.
15 Q Would you please read from page WRPC000227, the
16   paragraph beginning with, "The permittee shall."
17 A "The permittee shall not discharge after the date of
18   expiration.  If the permittee wishes to continue to
19   discharge after this expiration date, an application
20   shall be filed for reissuance of this permit in
21   accordance with the requirements of chapter NR 200,
22   Wisconsin Administrative Code, at least 180 days prior
23   to this expiration date."
24         (Exhibit 19 is marked for identification)
25 Q I'm handing you what we've labeled as Exhibit 19, do

Deposition of LAWRENCE J. LYNCH        7/29/11

25

1   you recognize this document?
2   A Yes.
3   Q Is this the same document as the January 8, 1998
4     request for modification of the mining permit that you
5     reference in paragraph 15 of your affidavit?
6   A Yes.
7   Q Was this the first time that Flambeau Mining Company
8     applied for a modification to its mining permit?
9   A No.
10  Q When else did they apply for modification to the
11    mining permit?
12  A I don't recall the exact dates, but during the
13    operation, they modified their production rate to
14    basically mine the ore body out faster than what was
15    originally planned, so that was one previous
16    modification that I recall.
17  Q Was that previous modification prior to January 8,
18    1998?
19  A Yes.
20  Q Do you know approximately when that was?
21  A 1994 or '95, somewhere in that range.
22  Q Were there any other requests to modify the mining
23    permit that you're aware of?
24  A Not that I can think of, but there may have been
25    minor -- there may have been minor modifications. The

26

1   mining permit allowed certain deviations from the
2     planned construction and so if they were going to, for
3     instance, move a facility 100 feet or 200 feet, it may
4     have required a modification, so there may have been
5     minor changes like that, I mean, throughout the
6     project.
7   Q Was the 1994 or '95 modification that you referred to
8     earlier, was that granted by the DNR?
9   A Yes.
10  Q Who at the DNR would know with precision about the
11    other modifications?
12  A Probably nobody other than me, I mean, I could
13    determine it if I went back through the records. I
14    believe the company -- well, I know the company in
15    their annual reports that were required to be
16    submitted had to summarize each year any
17    modifications, so it would be relatively easy to go
18    back through their annual reports and determine what
19    modifications were issued in that preceding year.
20    That's how I would do it if I had to.
21  Q When the Flambeau Mining Company requested a
22    modification to the mining permit in January of 1998,
23    did they also request a modification to their WPDES
24    permit?
25  A Not that I'm aware of.

27

1   Q Did they submit an application for coverage under any
2     general or individual stormwater discharge WPDES
3     permits?
4   A Again, not that I'm aware of.
5   Q Do you know who would be aware of that?
6   A Somebody in the wastewater program, again, at the
7     time, somebody like Jim Hansen from our regional
8     office, Tom Bauman from our central office and people
9     who worked there that have since retired.
10  Q The January 8, 1998 letter states that the request for
11    modification was submitted in accordance with
12    conditions 2 and 3 of part 3 of the mining permit, is
13    that correct?
14  A That's correct.
15  Q Will you please refer to conditions 2 and 3 in part 3
16    of the mining permit.
17  A Do you have a page number?
18  Q I think it's WRPC000140.
19  A Did you ask me to read those or just refer to them?
20  Q No, would you please read the first sentence of part
21    3, condition 3 of the mine permit.
22  A "If Flambeau desires to modify a facility or activity
23    regulated under another authority, the modification
24    shall be processed pursuant to the provisions of the
25    appropriate authority."

28

1   Q Were the discharges of stormwater under the 1991 and
2     the 1996 WPDES permits considered to be activities
3     regulated under another authority?
4   A Yes.
5   Q And referring back to the first page of Exhibit 19,
6     this letter also states that the request for
7     modification to the mining permit was submitted in
8     accordance with NR 132.13(3)(a), is that correct?
9   A Yes.
10  Q What does that citation refer to?
11  A I don't have the code in front of me, so I don't have
12    it memorized. My guess is it's the section of the
13    code related to modifications, but I don't know that.
14  Q Modifications of the mining permit?
15  A Of the mining permit.
16  Q Does that regulatory citation refer to or relate to
17    WPDES permits?
18  A No.
19  Q Does anything in this letter that is Exhibit 19
20    mention the .9 acre biofilter?
21  A Yes.
22  Q Can you please read the sentence that refers to the
23    biofilter?
24  A Again, I'm reading from the first page, about in the
25    middle of the section labeled land use and reclaimed

Deposition of LAWRENCE J. LYNCH        7/29/11

29

1   area. "Ancillary facilities would be retained which
2   would include the administration building, maintenance
3   shop foundation, wastewater treatment plant, fire
4   water tank, potable water well, utilities, railroad
5   spur not underlain with HPDE (east and west of State
6   Highway 27), access road, culverts and piping draining
7   stormwater to the former surge pond, former surge pond
8   liner as part of a stormwater biofilter system
9   underground piping associated with WWTP, culverts
10  associated with intermittent Stream C and security
11  fencing."
12  Q And WWTP in that sentence means wastewater treatment
13    plant?
14  A Yes.
15  Q Does anything in this letter indicate that the .9 acre
16    biofilter would discharge copper and zinc to Stream C
17    or to the Flambeau?
18  A No.
19  Q Is this letter, Exhibit 19, an application for a WPDES
20    permit?
21  A No.
22            (Exhibit 20 is marked for identification)
23  Q Handing you what we've labeled as Exhibit 20, do you
24    recognize this document?
25  A Yes.

30

1   Q Can you tell me what it is?
2   A This is a letter that I wrote to Jana Murphy from
3     Flambeau Mining Company.
4   Q And is this the same document that you included as
5     Exhibit B to your affidavit?
6   A Yes.
7   Q And at the time this letter was sent on March 20,
8     1998, was the 1996 WPDES permit still in place?
9   A Yes.
10  Q So as of March 20, 1998, stormwater discharges from
11    the mine site were still authorized and regulated by
12    that 1996 WPDES permit, correct?
13  A Yes.
14  Q Now, on page 1 of Exhibit 20, there's a reference to a
15    permanent biofilter with an engineered outflow through
16    outfall 002, is that the same biofilter as the .9 acre
17    biofilter on the industrial outlot?
18  A No.
19  Q What is the biofilter referred to in Exhibit 20?
20  A That's a larger created wetland biofilter which was in
21    the area of the former wetland soil stockpile.
22  Q So do you have Exhibit 17 in front of you?
23  A Yes.
24  Q Can you describe for me as best you can the location
25    of the biofilter referred to in Exhibit 20 on the

31

1   diagram that is Exhibit 17?
2   A It's basically the area just northwest of the southern
3     end of the pit. If you see that in the area with the
4     curve jutting out of the fenced area, that's the area
5     where hydric soil was stored during operation, so they
6     converted the hydric soil storage area along with part
7     of the southern end of the pit into a larger
8     biofilter.
9   Q So that biofilter was immediately north of the mine
10    pit and adjacent to the Flambeau River?
11  A Yes.
12  Q Now I'm going to ask you to refer to paragraph 19 of
13    your affidavit.
14  A Okay.
15  Q Your affidavit states that the discharge from the
16    industrial outlot biofilter would fall under the
17    regulatory authority of the mining permit, is that
18    correct?
19  A Yes.
20  Q Which provisions or terms or conditions of the mining
21    permit were you referring to in paragraph 19 of your
22    affidavit?
23  A Really, it's the approval of the modification and the
24    ongoing implementation of the surface water management
25    plan and erosion control plan.

32

1   Q Your March 20, 1998 letter which is Exhibit 20, was
2     that sent before -- let me rephrase. Was the Flambeau
3     Mining Company's request to modify their mining permit
4     approved as of that date?
5   A I can check. I don't -- let me check.
6            (Witness examines documents)
7   A The approval of the modification was issued July 30 of
8     1998, so no, it wasn't.
9   Q And can you tell me what documents you've just looked
10    at?
11  A A letter that I wrote to Flambeau Mining Company on
12    July 30, 1998 about modification approval.
13  Q Thank you. So will you please read the last two
14    sentences of the third paragraph on Exhibit 20,
15    beginning with, "Once all permanent."
16  A "Once all permanent water management structures and
17    facilities are in place and pumping is no longer
18    necessary, discharges through outfall 002 will cease
19    to be covered under the WPDES permit. At that time
20    stormwater management will fall under the regulatory
21    authority of the mining permit and its associated
22    plans."
23  Q In that last sentence, the word discharge is not used,
24    correct?
25  A Correct.

33

1  Q And in paragraph 19 of your affidavit, you do refer to
2    discharge from the industrial outlot biofilter,
3    correct?
4  A Correct.
5  Q Is there a reason why you did not use the word
6    discharge in Exhibit 20?
7  A No, we were just referring to the overall management
8    of stormwater on site.
9  Q And the regulatory authority of the mining permit that
10   paragraph 19 of your affidavit refers to, you
11   mentioned that it sort of relates to the overall
12   authority granted under the proposed modification?
13 A Under the -- well, the modification provided the
14   details of how the site would be reclaimed, so it went
15   into the grading plan, so it more or less dictated how
16   surface water would move on the site and part of the
17   grading plan and part of the modification was
18   construction of the biofilters and other erosion
19   control measures, so that's really what it's referring
20   to.
21 Q And earlier in this deposition today, I asked you to
22   read from part 3, paragraph 1 of the mining permit
23   which I'll just go ahead and read again. "Approval
24   granted herein is limited to the authority vested in
25   the Department by sections 144.80 to 144.94, Stats."

34

1    Was that provision of the 1991 mining permit
2    modified as of the time you wrote your March 20, 1998
3    letter?
4  A No.
5  Q And you agreed with me earlier that the Department --
6    you stated earlier that the Department agreed that the
7    approvals granted under the mining permit were limited
8    in that fashion, correct?
9  A Yes.
10 Q Prior to the date of your letter as Exhibit 20 which
11   was March 20, 1998, did Flambeau Mining Company inform
12   DNR that it would discharge copper and zinc from the
13   biofilter to Stream C?
14 A No.
15 Q Prior to the date of that letter, did DNR analyze the
16   potential water quality impacts from the discharge of
17   copper and zinc from the .9 acre biofilter?
18 A No.
19 Q Does this letter authorize a discharge of copper and
20   zinc from the .9 acre biofilter to Stream C or the
21   Flambeau River?
22 A No, it authorizes construction of the biofilter and
23   management of the site.
24 Q The letter authorizes that?
25 A I'm sorry, no, this letter does not, I'm sorry, you're

35

1    correct.
2  Q Is it the DNR's contention that this letter is a
3    permit issued under section 402 of the Clean Water
4    Act?
5  A No.
6          (Exhibit 21 is marked for identification)
7  Q I'm handing you what we've labeled as Exhibit 21, do
8    you recognize this document?
9  A I do.
10 Q Can you tell me what it is?
11 A This is a letter from me to Jeff Earnshaw of the
12   Flambeau Mining Company issuing the approval for the
13   modification of the reclamation plan mining permit.
14 Q And is this the same document that you included as
15   Exhibit G to your affidavit?
16 A Exhibit G was the actual -- yeah, I mean, this is the
17   modification issuance, so I guess that is it, yes.
18 Q And is this Exhibit 21 the same document that you
19   referred to earlier that you brought with you?
20 A Yes.
21 Q Is there any mention of the 0.9 acre biofilter in this
22   approval document?
23          (Witness examines document)
24 A Not specifically.
25 Q Does anything in this document that is Exhibit 21

36

1    authorize Flambeau Mining Company to discharge
2    pollutants to surface waters?
3  A No.
4  Q At the time this mining permit modification was
5    approved, which was July 30, 1998, the 1996 WPDES
6    permit was still in effect, correct?
7  A Yes, I believe so.
8  Q So all stormwater discharges from the mine site were
9    still authorized and regulated by that 1996 WPDES
10   permit as of this time?
11 A Again, I believe so. I think you'll probably have
12   another exhibit that addresses that, but let me check.
13 Q Could you please refer to -- I'm sorry.
14 A Yes, that's correct.
15 Q And what did you just refer to?
16 A Again, a letter from me written to Jana Murphy from
17   Flambeau Mining Company dated September 8, 1998
18   indicating that the WPDES permit was no longer in
19   force.
20 Q Would you mind please identifying the documents that
21   you brought with you today for the record?
22 A I believe they're copies of the exhibits with my
23   affidavit.
24 Q Is there anything that you brought with you that's not
25   an exhibit to your affidavit?

Deposition of LAWRENCE J. LYNCH     7/29/11

37

1  A No.
2  Q Could you please turn to page WRPC000259 on Exhibit
3    21?
4  A Yes.
5  Q And under the heading conclusions of law, there are
6    three paragraphs, correct?
7  A Yes.
8  Q And three different statutory citations are provided,
9    correct?
10  A That's right.
11  Q One in each paragraph?
12  A Yes.
13  Q The statutory citation in the first paragraph, 293.55,
14    what does that relate to?
15  A Again, I don't have the statutory sections memorized,
16    but my assumption is that it relates to issuance of
17    modifications of reclamation plans, mining plans and
18    mining permits.
19  Q And what about the citation in paragraph 2, do you
20    know what that refers to?
21  A Again, that is part of the modification section
22    indicating what process we're to follow in determining
23    that changes were substantial or not.
24  Q And the citation in paragraph 3?
25  A Again, part of the modification section, authorizing

38

1    the Department to issue a modification without public
2    hearing.
3  Q Do any of those citations refer to the WPDES permit
4    program?
5  A No.
6  Q Are there any conclusions of law in this document that
7    relate to the WPDES permit program?
8  A No.
9  Q Are there any conclusions of law that relate to the
10    Federal Clean Water Act?
11  A No.
12  Q I'll ask you to read the first two sentences under the
13    heading mining permit modification on page
14    WRPC000259.
15  A "Flambeau Mining Company is hereby issued a
16    modification under section 293.55, Stats., to its
17    mining permit for its mining operation in Rusk County.
18  Q And the next sentence?
19  A "All other provisions of the mining permit remain in
20    full force."
21  Q And I believe you mentioned earlier section 293.55
22    relates to the metallic mining law?
23  A Yes.
24  Q And not the WPDES permit program?
25  A That's correct.

39

1  Q Did part 1, condition 5 of the mining permit remain in
2    full force and effect when the July 30, 1998 mining
3    permit modification was issued? And that's
4    WRPC000114.
5  A Yes.
6  Q So that provision limits the authority under the
7    mining permit to sections 144.80 to 144.94 and 144.43
8    to 144.47, correct?
9  A Yes.
10  Q As part of its request for the 1998 mining permit
11    modification, did Flambeau Mining Company inform DNR
12    that copper and zinc would be contained in the waste
13    stream discharged from the .9 acre biofilter?
14  A No.
15  Q Did DNR evaluate the potential water quality impacts
16    from the discharge of copper and zinc from the .9 acre
17    biofilter to Stream C as part of issuing the 1998
18    mining permit modification?
19  A No.
20  Q Is the 1998 mining permit modification, which again is
21    Exhibit 21, is that a permit issued under section 402
22    of the Clean Water Act?
23  A No.
24          MR. SPEERSCHNEIDER: I would have
25    objected to the form, but go on.

.0

1  Q Was the U.S. Environmental Protection Agency provided
2    with a copy of the mining permit modification?
3  A No.
4  Q Was there ever a contested case hearing concerning the
5    1998 mining permit modification?
6  A No.
7  Q Was there ever civil litigation in either State or
8    Federal court regarding the 1998 mining permit
9    modification?
10  A No.
11  Q Had the .9 acre biofilter been constructed by the time
12    Flambeau Mining Company's request for a mining permit
13    modification was granted?
14  A There was a facility there, but it wasn't the
15    biofilter, it was the surge pond.
16  Q At that time, was the surge pond discharging directly
17    to Stream C or the Flambeau River?
18  A Water in the surge pond was directed to the treatment
19    plant and then to the river.
20  Q To the Flambeau River?
21  A Yes.
22  Q Was it discharged via one of the outfalls covered
23    under the --
24  A Yes, outfall 001.
25  Q Covered under the 1996 WPDES permit?

Deposition of LAWRENCE J. LYNCH      7/29/11

41

1  A Yes.
2  Q Was DNR aware at the time that the 1998 mining permit
3    modification was granted that Flambeau Mining Company
4    was discharging concentrations of copper and zinc from
5    the biofilter to Stream C at levels that exceeded
6    acute toxicity criteria?
7  A At the time this -- I'm sorry, can you repeat the --
8    at the time the modification was issued?
9  Q Yes.
10 A Again, the biofilter didn't exist at that time.
11            (Exhibit 22 is marked for identification)
12 Q I'm handing you what we've labeled as Exhibit 22, do
13   you recognize this document?
14 A Yes.
15 Q Can you tell me what it is, please.
16 A Again, it's a letter from me to Jana Murphy of
17   Flambeau Mining Company indicating that the discharge
18   through outfall 002 at the Flambeau mining site was no
19   longer subject to the WPDES permit and that it would
20   be regulated under the mining permit.
21 Q Is this the same as the document included as Exhibit H
22   to your affidavit?
23 A Yes.
24 Q Now, this letter, Exhibit 22, explicitly mentions
25   outfall 002. Is that the same outfall 002 that's

42

1    identified in both the 1991 and the 1996 WPDES
2    permits?
3  A Yes.
4  Q And this letter does not explicitly mention the .9
5    acre biofilter, correct?
6  A Correct.
7  Q Does this letter authorize the discharge of pollutants
8    from the .9 acre biofilter to Stream C or the Flambeau
9    River?
10 A No.
11 Q And at the time this letter was sent, September 8,
12   1998, the 1996 WPDES permit was still in effect,
13   correct?
14 A Yes.
15 Q So stormwater discharges from the Flambeau mine site
16   continued to be authorized and regulated under that
17   1996 WPDES permit?
18 A Well, this letter is indicating that the discharge
19   through outfall 002 was no longer being regulated
20   under the WPDES permit, that's the intent of this
21   letter.
22 Q But the remainder of the 1996 WPDES permit was still
23   in full force and effect?
24 A To the extent the outfalls existed, but outfall 001 no
25   longer existed and we're indicated, again, the

43

1    discharges through 002 were covered under the mining
2    permit.
3  Q Prior to the date of this letter, September 8, 1998,
4    did Flambeau Mining Company inform DNR that it would
5    discharge copper and zinc from the .9 acre biofilter
6    to Stream C?
7  A No.
8  Q Prior to the date of this letter, did DNR analyze the
9    potential water quality impacts from the discharge of
10   copper and zinc from the .9 acre biofilter to either
11   Stream C or the Flambeau River?
12 A No.
13 Q And why not?
14 A The biofilter was intended to collect water from the
15   reclaimed part of the mining site, basically
16   overburdened soil and non contact, overburdened, so it
17   wasn't believed to present or have any threat. It
18   was, again, considered to be more clean stormwater.
19 Q Was the September 8, 1998 letter which is Exhibit 22
20   subject to public notice and comment opportunities?
21 A No.
22 Q Was it sent to anyone else other than the addressee
23   and the four persons who were copied on the letter?
24 A I don't believe so.
25 Q Was the USEPA provided with a copy of this letter?

44

1  A No.
2  Q Is this letter a permit issued under section 402 of
3    the Clean Water Act?
4  A No.
5            (Exhibit 23 is marked for identification)
6  Q I'm handing you what we've marked as Exhibit 23, do
7    you recognize this document?
8  A Yes.
9  Q Can you tell me what it is, please.
10 A This is a letter from Paul Luebke from our Bureau of
11   Watershed Management to Flambeau Mining Company
12   indicating that that program was basically closing out
13   the WPDES permit issued to Flambeau Mining Company.
14 Q Is this the same document that you included as Exhibit
15   I to your affidavit?
16 A Yes.
17 Q So this letter essentially terminated permit coverage
18   under the 1996 WPDES permit?
19 A Yes.
20 Q Effective September 23, 1998?
21 A The way I'm reading it, it doesn't give a specific
22   date, in that they allow the company 15 days to -- if
23   they disagree with that determination, so I don't
24   think it's -- it doesn't clearly state that the permit
25   was closed out as of September 23, 1998.

Deposition of LAWRENCE J. LYNCH      7/29/11

45

1  Q Fair enough.  Do you know if there was an official --
2     if the Department has determined that there was an
3     official determination date of the 1996 WPDES permit?
4  A I don't know that.
5  Q Do you know who at the DNR would know that?
6  A Again, my first thought would be Paul Luebke.
7  Q So at least up to September 23, 1998, stormwater
8     discharges from the Flambeau mine site were authorized
9     and regulated by that 1996 WPDES permit, is that
10    correct?
11 A They were, but with the previous exhibit, Exhibit 22,
12    we indicated that discharges through outfall 002 were
13    as of September 8, 1998 covered under the mining
14    permit.
15 Q And the outfall 002 is the same as outfall 002
16    identified in both the 1991 and the 1996 WPDES
17    permits?
18 A Yes.
19 Q And the same as the outfall 002 that we previously
20    identified on the diagram that's Exhibit 17?
21 A Yes.
22 Q Now, this letter mentions a biofilter overflow
23    associated with outfall 002?
24 A Yes.
25 Q Is that the same as the .9 acre biofilter on the

46

1     industrial outlot?
2  A No.
3  Q That's the larger biofilter that's to the north of the
4     mining permit?
5  A That's correct.
6  Q Or excuse me, the mine pit?
7  A Correct.
8  Q Can you please read the first sentence of the third
9     paragraph of this exhibit.
10 A "A significant change in the operations or discharge
11    described, or any changes in applicable Wisconsin
12    statutes or administrative codes may, however, require
13    that a permit be obtained in the future."
14 Q Does the Department agree with that statement?
15 A This isn't -- this wasn't part of my program, so I --
16 Q So you can't answer?
17 A I can't answer.
18 Q Who could answer that question?
19 A Again, Paul Luebke from the Bureau of Watershed
20    Management would be a reasonable first choice.
21 Q Would the Department think that a discharge of copper
22    or zinc in excess of applicable water quality criteria
23    would be a significant change in operations or
24    discharge described?
25 A Again, that's not part of my program.

47

1  Q Who could answer that question?
2  A Somebody in the watershed program.
3  Q Could Paul Luebke answer that question?
4  A I would -- again, he would be a first option.
5  Q Now, again, I want to make sure I'm understanding your
6     testimony today.  Both the 1991 mining permit and the
7     1998 mining permit modification were issued under
8     state law, the metallic mining law at chapter 144 of
9     the statutes, correct?
10 A Yes.
11 Q And neither the '91 mining permit or the '98 mining
12    permit modification were issued under section 402 of
13    the Clean Water Act?
14         MR. SPEERSCHNEIDER:  Again, I'll
15    just object to the form.  I don't think he's
16    qualified to answer, but you're not my witness, so
17    go ahead.
18 A Yeah, I mean, the original permit was issued under --
19    the mining permit was issued under the metallic mining
20    reclamation act which at the time was 144, 144 of the
21    statutes.  The modification was again issued under the
22    same authority, but at that time, it was renumbered to
23    chapter 293 of the statutes.
24 Q And again, the stormwater discharges from the Flambeau
25    mine site were authorized and regulated by the 1991

48

1     WPDES permit and subsequently by the 1996 WPDES
2     permit, correct?
3  A Yes.
4  Q And those stormwater discharges were authorized and
5     regulated by the 1996 WPDES permit up until the date
6     that permit was terminated?
7  A Again, the discharge out of 002 as of September 8,
8     1998 was regulated under the WPDES permit.  On
9     september 8, 1998 we indicated that that discharge was
10    regulated under the mining permit.
11 Q Has the Flambeau Mining Company held a WPDES permit
12    since September 23, 1998?
13 A Not that I know of.
14 Q Who would know?
15 A Again, staff in our watershed program.  I don't
16    believe they have, but.
17 Q The three letters that we referred to from DNR to
18    Flambeau Mining Company which again are Exhibits 19,
19    Exhibit 21 and Exhibit 29 --
20         MR. SPEERSCHNEIDER:  I don't think
21    we're that high.
22 Q The March 20 letter which is Exhibit 19?
23 A Okay.
24 Q The September 8 letter which is Exhibit 21?
25 A Okay.

49

1  Q And the September 23 letter which is Exhibit 23?
2  A Okay.
3  Q These three letters are all letters from the DNR to
4    Flambeau Mining Company stating that stormwater
5    management will fall under the regulatory authority of
6    the mining permit, is that correct?
7              MS. HOEFER: I don't think you have
8       the exhibit numbers right. I think you're
9       referring to Exhibits 20, 21 and 23.
10             MR. SAUL: I think you're right.
11             MR. SPEERSCHNEIDER: Look at the
12      originals, there won't be confusion then.
13 Q So let's try this again. The three letters from DNR
14   which are Exhibits 20, 21 and 23?
15 A Okay.
16 Q Each of those letters state that stormwater management
17   will fall under the regulatory authority of the mining
18   permit, is that correct?
19 A I don't think so. Exhibit 20 clearly does. Exhibit
20   21 --
21 Q Actually I think we need to substitute Exhibit 22 for
22   Exhibit 21.
23 A I think Exhibit 21 does, Exhibit 22 does and Exhibit
24   23 -- again, Exhibit 23 refers to discharges of
25   outfall 002 being covered under the mining permit.

51

1              MS. HOEFER: Objection, outside his
2       expertise. You can answer.
3  A Well, the mining permit doesn't, no.
4              MR. SAUL: He is a 30(b)(6)
5       witness.
6              MS. HOEFER: I understand.
7  Q Does the 1991 mining permit include water quality
8    based effluent limitations under section 301(b)(1)(c)
9    of the Clean Water Act?
10             MS. HOEFER: Objection.
11 A You did specify the mining permit?
12 Q Yes.
13 A No.
14 Q How about the 1998 mining permit modification?
15 A No.
16 Q Was the 1991 mining permit submitted to EPA for review
17   under section 402(d) of the Clean Water Act?
18 A No.
19 Q How about the 1998 mining permit modification?
20 A No.
21 Q Was the 1991 mining permit issued under authority of
22   Wisconsin's EPA approved NPDES permit program?
.3 A No.
24 Q How about the 1998 mining permit modification?
25 A No.

50

1  Q One more time for the record, Exhibit 20, 22 and 23
2    all mention that discharges -- excuse me, that
3    stormwater management on the Flambeau mining site
4    would be regulated under the mining permit, correct?
5  A Yes.
6  Q Are there any other documents or letters in the DNR's
7    possession that state that stormwater management from
8    the Flambeau mine site will be managed under the
9    mining permit?
10 A I don't believe so.
11 Q Do any of these three letters themselves authorize a
12   discharge of pollutants to surface waters?
13 A No.
14 Q Do any of these three letters change the substantive
15   terms and conditions of the mining permit?
16 A Was 21 part of it? No.
17 Q And are any of these three letters, again, Exhibits
18   20, 22 and 23 the equivalent of a permit issued under
19   section 402 of the Clean Water Act?
20             MR. SPEERSCHNEIDER: Again, I'll
21      object to form. Go ahead.
22 A No.
23 Q Does the 1991 mining permit include any technology
24   based effluent limitations under section 301(b)(2) of
25   the Clean Water Act?

52

1  Q Is Wisconsin's metallic mining law that was formerly
2    at chapter 144 of the statutes but now is chapter 293,
3    is that statute a part of Wisconsin's EPA approved
4    NPDES permit program?
5              MS. HOEFER: Objection, outside his
6       expertise.
7  A Yeah, I am not familiar with the program.
8              (Exhibit 24 is marked for identification)
9  Q I'm handing you what is Exhibit 24, do you recognize
10   this document?
11 A No.
12 Q I'll represent to you that it's copy of Wisconsin
13   Administrative Code Chapter NR 216 which was
14   promulgated in 1994. In paragraph 20 of your
15   affidavit, you state that the DNR made the decision to
16   regulate stormwater discharges under the mining permit
17   pursuant to NR 216.21(3), is that correct?
18 A Yes.
19 Q Have you read chapter NR 216.21(3) before?
20 A Not lately, but yes, at the time.
21 Q And could you please turn to page WRPC000288 on
22   Exhibit 24?
23 A Yes.
24 Q Can you tell me when the was decision made to regulate
25   stormwater discharges under the mining permit pursuant

Deposition of LAWRENCE J. LYNCH          7/29/11

53

1    to NR 216.21(3)?
2    A Can you repeat that?
3    Q When was the decision made to regulate stormwater
4      discharges from the Flambeau mine site under the
5      mining permit pursuant to NR 216.21(3)?
6    A That would have been in the spring of 1998.
7    Q Do you have an exact date?
8    A Well, the letter that was sent to Flambeau Mining
9      Company, Exhibit 20, was dated March 20, 1998.
10   Q So will you please refer to Exhibit 20, does this
11     document mention NR 216.21(3)?
12   A No.
13   Q Was the determination to regulate stormwater
14     discharges from the Flambeau mine site under the
15     mining permit pursuant to NR 216.21(3) made available
16     for public notice and comment?
17   A No.
18   Q Was that determination ever subject to administrative
19     or judicial review?
20   A No.
21   Q Did the DNR make a determination pursuant to
22     NR 216.21(3) that the 1991 mining permit includes
23     stormwater control requirements that are at least as
24     stringent as regulations under NR 216, subchapter 2?
25   A Yes.

54

1    Q How was that determination made?
2    A It was made with, again, discussions between mining
3      staff and wastewater staff.
4    Q Is that determination reflected in any document?
5    A Other than what's stated in Exhibit 20, no.
6    Q And you already confirmed that Exhibit 20 does not
7      mention NR 216, correct?
8    A That's correct.
9    Q Did the DNR at the time compare the stormwater control
10     requirements of the mining permit to the stormwater
11     control requirements under chapter NR 216?
12   A It was my understanding that the wastewater staff did,
13     that they evaluated the surface water management plan
14     and erosion control plan that we had along with our
15     surveillance methods and entire approach to
16     surveillance to determine that what we were doing was
17     equivalent, if not more stringent, than what they
18     could do under 216.
19   Q And is that comparison recorded in any document?
20   A No.
21   Q Does the Department have in its possession any
22     documents that reflect the comparison between the
23     mining permit and chapter NR 216?
24   A No.
25   Q Did watershed bureau staff participate in that

55

1    determination?
2    A Yes.
3    Q Was that determination made available to the public
4      for review and comment?
5    A No.
6    Q Were there any public participation opportunities that
7      you're aware of regarding that determination?
8    A No.
9    Q Can you identify for me in the mining permit which
10     stormwater control requirements were determined by the
11     Department to be at least as stringent as required
12     under chapter NR 216, subchapter 2?
13   A No.
14   Q Do you know who could identify those terms and
15     conditions for me?
16   A Well, again, I'm sorry, it was --
17   Q I'd just ask that you please let me finish speaking
18     before you answer.
19   A Sorry. It really goes to the entire stormwater
20     management plan which we discussed earlier, the
21     requirement that they present a plan and that was
22     reviewed and approved by the Department. In addition,
23     there were provisions of the modification that again
24     went to management of stormwater on the site.
25   Q So is it your testimony that the mining permit itself

56

1    does not contain storm water control requirements that
2    are at least as stringent as those required under
3    chapter NR 216?
4    A I'm saying there's no specific reference to specific
5      stormwater and erosion control measures. There are
6      requirements that they have an erosion control plan
7      and a stormwater plan or a surface water management
8      plan and within those plans, the management practices
9      would be equivalent to what you would get under the
10     stormwater plan.
11   Q You mentioned a surface water control plan and an
12     erosion control plan?
13   A Yes.
14   Q What regulatory authority are those plans developed
15     under?
16   A They were required, I believe, under the reclamation
17     plan approval of the mining permit, I think that's
18     part 3 of the mining permit. If I remember, it was
19     provision 7 of part 3 that we talked about earlier,
20     it's the surface water management plan.
21        As part of the mining permit application, an
22     applicant was required to submit an erosion control
23     plan, so the erosion control plan was actually
24     submitted as part of the application. The surface
25     water management plan was submitted after permit

Deposition of LAWRENCE J. LYNCH      7/29/11

57

1  issuance, but it was also subject to review and
2  approval before they could start construction on the
3  site.
4  Q Was the erosion control plan that's referenced in part
5  3, paragraph 7 of the 1991 mining permit required to
6  meet any other regulatory standards besides those
7  specifically referenced in paragraph 7?
8  A I'm not sure I follow your question.
9  Q Well, as I read paragraph 7, I see certain
10  requirements for the erosion control plan?
11  A Those are requirements for the surface water
12  management plan which is a supplement to the erosion
13  control plan.
14  Q So for the surface water management plan, were there
15  any other regulatory requirements applicable to it
16  besides those identified in paragraph 7?
17  A No.
18  Q And can you point me to the provision in the mining
19  permit that details the standards for the erosion
20  control plan?
21  A Again, the erosion control plan is required by
22  administrative code.  It's part of the mining permit
23  application.
24  Q Do you recall what administrative code that is?
25  A It would be NR 132, the actual section citation I

58

1  don't know.
2  Q And NR 132 is a regulation under the metallic mining
3  law?
4  A Yes.
5  Q Does the 1991 mining permit require Flambeau Mining
6  Company to submit annual chemical specific monitoring
7  results to the DNR?
8  A Of anything?
9  Q Anything.
10  A Yeah, I mean, the mining permit -- it's probably part
11  4 of the mining permit, there is a monitoring plan and
12  as part of the monitoring plan, there were different
13  types of monitoring provisions that were required,
14  ground water, surface water, air and as part of that,
15  they are required to submit chemical information.
16  Q Can you point me to the provision in part 4 of the
17  mining permit that addresses annual chemical specific
18  monitoring results?
19  A It's probably not in the permit itself, but there was
20  a plan that was submitted that detailed all the
21  monitoring activities and which parameters would be
22  covered under the analyses at what frequency, so it
23  was approved in the plan.  If you want the specific
24  provision of, you know, what parameters were being
25  analyzed for routinely, you would have to look at the

59

1  plan, not this.
2  Q Does the 1991 mining permit require Flambeau Mining
3  Company to perform and document quarterly visual
4  inspections of the stormwater discharge quality at
5  each outfall?
6  A The discharge monitoring related to the WPDES permit
7  was covered under the WPDES permit.  Those were the
8  only monitoring activities that were not part of the
9  monitoring plan, project monitoring plan.
10  Q So the 1991 mining permit does not require Flambeau
11  Mining Company to perform and document quarterly
12  visual inspections of stormwater discharge quality at
13  each outfall, correct?
14  A Correct.
15  Q How about the 1998 mining permit modification?
16  A I don't believe it did.
17  Q Does the 1991 mining permit require Flambeau Mining
18  Company to maintain annual facility site compliance
19  inspection reports on site?
20  A Repeat that.
21  Q Does the 1991 mining permit require Flambeau Mining
22  Company to maintain annual facility site compliance
23  inspection reports on site?
24  A And I'm assuming that's a specific term related to
25  216?

60

1  Q Correct.
2  A Not specifically, but the company was required to
3  conduct annual inspections, various reclamation
4  evaluation activities throughout the life of the
5  project, but that term was not specifically used.
6  Q And which provisions of the 1991 mining permit
7  required them to submit annual inspection reports?
8  A Part 3, section 26 on page -- you have this labeled as
9  Exhibit 16, page 000145, paragraph 26 talks about
10  various recording requirements related to reclamation.
11  Q And specifically --
12  A In addition to -- or no, that is the provision I was
13  thinking of.
14  Q Specifically which provision are you looking at?
15  A Paragraph B, annual report contain a record of
16  activities monitoring, raw data and evaluate for a
17  permitted mining site.
18  Q That's an annual report of reclamation activities,
19  correct?
20  A No, this is an overall annual report that covers --
21  includes all of the monitoring information as well.
22  The provision in -- I'm sorry, that is the reclamation
23  report.  There must be another -- there is another
24  provision regarding a general annual report.
25           (Witness examines document)

Deposition of LAWRENCE J. LYNCH      7/29/11

61

1      MR. SAUL: We'll note for the
2          record that counsel for Flambeau Mining Company
3          referred the witness to a provision in the mining
4          permit.
5  A The annual report is actually indicated on page 121 of
6      that exhibit. An annual report is required by
7      statute, at the time it was 144.89, paragraph 4 of
8      part 2 of the mining permit indicates -- specifies
9      certain information that has to be included in the
10     annual report.
11 Q And looking to part 2, paragraph 4 on page WRPC000121
12     of Exhibit 16, that states the annual report required
13     under section 144.89 of the statutes, correct?
14 A Yes.
15 Q Is that the same as the annual facility site
16     compliance inspection report required under chapter
17     NR 216?
18 A I'm not familiar with what those reports usually
19     include.
20 Q Who would be familiar with that?
21 A Somebody in the watershed program who works with
22     stormwater specifically.
23 Q When the Department determined that the requirements
24     of the 1991 mining permit included stormwater control
25     provisions at least as stringent as under NR 216, did

62

1      the Department compare the requirements for annual
2      reports under chapter 144.89 of the statutes to the
3      requirement to prepare an annual facility site
4      compliant inspection report under chapter NR 216?
5  A I don't recall specific comparison being made.
6  Q Does the 1991 mining permit require Flambeau Mining
7      Company to develop a stormwater pollution prevention
8      plan or SWPPP?
9  A No.
10 Q Does the 1998 mining permit modification require that?
11 A Again, I don't know what a -- what did you call it?
12 Q SWPPP is the lingo.
13 A I don't know what they would require, so I don't know
14     if the modification and the stormwater management
15     plan -- if it would be equivalent or not.
16 Q Who would know that?
17 A Somebody in the stormwater program or the water
18     resources program.
19 Q Did the 1991 mining permit require Flambeau Mining
20     Company to prescribe appropriate stormwater treatment
21     practices as needed to reduce the pollutants and
22     contaminated stormwater prior to discharge to waters
23     of the state?
24 A I mean, the whole goal of the surface water management
25     plan that we implemented was to insure that any

63

1      discharge off of the site, you know, was -- I mean,
2      not treated, per se, but the idea of a biofilter is to
3      remove sediment. Mainly, we were concerned with
4      sediment removal.
5  Q But can you answer the question specifically?
6  A Can you repeat it?
7  Q Does the 1991 mining permit require Flambeau Mining
8      Company to prescribe appropriate stormwater treatment
9      practices as needed to reduce the pollutants in
10     contaminated stormwater prior to discharge to waters
11     of the state?
12 A Again, I'm not familiar with what treatment
13     specifically is referring to in that context.
14 Q But you're familiar with the 1991 mining permit?
15 A Yes.
16 Q Is there a provision like the one I just read in the
17     1991 mining permit?
18 A In the permit, no, but the -- I mean, the best
19     management practices that are part of the surface
20     water management plan and the follow-up modification,
21     you know, again, the goal was to address
22     sedimentation. Whether or not that constitutes
23     treatment, is what I'm saying, I don't know.
24 Q Who would be able to answer that?
25 A Somebody in our watershed program.

64

1  Q What about the 1998 mining permit modification?
2  A That's what I was just referring to as well.
3  Q Does the 1991 mining permit require Flambeau Mining
4      Company to comply with the monitoring requirements
5      contained in NR 216.28?
6  A No.
7  Q Does the 1998 mining permit modification require that?
8  A Actually, I should say I'm not sure what the 216
9      monitoring requirements are to begin with, but they
10     don't specifically refer to 216.
11 Q In paragraph 30 of your affidavit, Exhibit 15?
12 A Okay.
13 Q In paragraph 30 of your affidavit, you state that with
14     regard to stormwater discharges, Flambeau has remained
15     in compliance with the mining permit and the
16     modification during your period of oversight which
17     ended in 2006, correct?
18 A Yes.
19 Q Which mining permit and modification provisions are in
20     regard to stormwater discharges as you use it in that
21     paragraph?
22 A Again, it relates to the surface water management plan
23     and various measures that would be taken under the
24     surface water management plan and the erosion control
25     plan of the original approval or around the time of

Deposition of LAWRENCE J. LYNCH     7/29/11

65

1   the original approval and also the site grading plan
2   and water management plan approved as part of the
3   modification.
4   Q You testified earlier that neither the 1991 mining
5    permit nor the '98 mining permit modification
6    authorized stormwater discharges, is that correct?
7   A Correct.
8   Q You also state that Flambeau is in compliance with the
9    stormwater discharge requirements in the mining
10    permit, how is that compliance determined?
11   A Again, it was whether or not they complied with the
12    surface water management plan and erosion control plan
13    and the provisions that were delineated in those
14    plans.
15   Q Does the Department have a process for determining
16    compliance or non compliance with those plans?
17   A Primarily, it was based on site inspections and
18    evaluation by staff in our program.
19   Q And when was the last time that the Department had a
20    site inspection of the Flambeau mine site?
21   A I don't know, I'm not in the program anymore.
22   Q Do you know who would know that?
23   A Phil Fauble.
24   Q Are you aware of any compliance records in DNR's
25    possession that specifically address Flambeau Mining

66

1    Company's compliance with the stormwater discharge
2    requirements in the mining permit, if any?
3   A Not that directly relate to it.
4   Q Are there some that indirectly relate to it?
5   A In the context of issuing what's called a certificate
6    of completion for reclamation, implicit in that is
7    whether or not they've complied with the reclamation
8    plan and the reclamation plan again includes measures
9    related to erosion control and surface water
10    management.
11   Q And it's my understanding that a certificate of
12    completion has not been issued for the industrial
13    outlot, is that correct?
14   A Again, it hadn't been issued at the time I left the
15    program. I don't know if it has since.
16   Q And who --
17   A Phil Fauble.
18   Q Has the Department ever conducted an inspection of
19    Flambeau Mining Company's property to determine if
20    Flambeau Mining Company was in compliance with NR 216?
21   A I didn't.
22   Q Do you know if anyone at the Department did?
23   A Again, you would have to check with people in the
24    wastewater or stormwater program who actually have
25    that authority.

67

1   Q So to your knowledge, the Department has never
2    conducted an inspection of Flambeau Mining Company's
3    property to determine if the company was in compliance
4    with NR 216?
5   A Yes.
6            (Exhibit 25 is marked for identification)
7   Q So this is what we've marked as Exhibit 25, have you
8    seen this exhibit before?
9   A I have not.
10   Q I'll tell you that this is 40 CFR section 123.62
11    relating to procedures for revision of state programs
12    under the NPDES permit program. Was NR 216.21(3) ever
13    submitted to EPA for review and approval as a
14    modification to Wisconsin's approved NPDES program
15    pursuant to 40 CFR 123.62?
16            MS. HOEFER: Objection, outside the
17    scope of his expertise.
18   A I have no idea.
19   Q Was Wisconsin statute 283.33 ever submitted to EPA for
20    review and approval under this CFR cite?
21            MS. HOEFER: Objection, outside the
22    scope of his expertise.
23   Q Did EPA ever approve NR 216.21(3) as a modification to
24    the WPDES permit program?
25            MS. HOEFER: Same objection, he can

68

1    answer.
2   A I don't know, I wasn't involved in that program.
3   Q And has the EPA ever approved Wisconsin's use of a
4    mining permit in lieu of a WPDES permit to authorize
5    and regulate discharges of pollutants to surface
6    water?
7            MS. HOEFER: Objection, outside the
8    scope of his expertise.
9   A I don't know.
10            MR. SAUL: Let's go off the
11    record.
12            (A short recess is taken)
13   Q Do you have any other duties or responsibilities with
14    regard to Flambeau Mining Company's property that are
15    not specifically mentioned in your affidavit?
16   A Do I now? I don't have any responsibilities regarding
17    Flambeau.
18   Q At the time, did you?
19   A No.
20   Q So your affidavit is a complete summary of your
21    responsibilities on behalf of the Department with
22    regard to the Flambeau mine site?
23   A Let me check.
24            (Witness examines document)
25   A Yes.

Deposition of LAWRENCE J. LYNCH      7/29/11

69

1  Q In paragraph 7 of your affidavit, you state that you
2     were DNR's point person on the mine from 1991 through
3     2006, correct?
4  A Yes.
5  Q Were you copied on WPDES permit related correspondence
6     within the DNR?
7  A I should have been.
8  Q But do you know if you were or were not?
9  A I received some, I -- again, I'm assuming I received
10    all, but I can't say that for sure without knowing,
11    you know, what their file includes, whether or not it
12    was in my file.
13 Q Were you copied on correspondence within the DNR
14    related to stormwater discharges from the Flambeau
15    mine site?
16 A Yes.
17 Q How did your affidavit come into existence, who asked
18    you to draft this affidavit?
19              MR. SPEERSCHNEIDER: I'm going to
20        object and I'm going to ask that counsel for the
21        Department object based upon attorney-client
22        privilege. I mean, the affidavit was done
23        pursuant to a joint defense agreement based upon
24        the original notice of intent to sue, which I have
25        a copy of, which has never been withdrawn where

70

1     the Department was identified as a defendant in
2     the matter. I've done what I can do.
3              MS. HOEFER: The Department is not
4        going to object. He's not asking what the
5        conversations were, he was asking who was
6        involved.
7              MR. SAUL: Are you providing a copy
8        of the joint defense agreement?
9              MR. SPEERSCHNEIDER: The joint
10       defense agreement is oral.
11 Q Has the joint defense agreement been reduced to
12    writing in any way?
13             MS. HOEFER: I am --
14             MR. SPEERSCHNEIDER: I'm not under
15       oath, not that I am aware of.
16             MR. SAUL: I'm asking the witness.
17 A I don't even -- I'm not aware of it.
18             MS. HOEFER: Objection, he's not
19       qualified to answer that.
20             MR. SAUL: There's a question
21       pending, could you read it back?
22             (Reporter reads back previous question)
23 A I think as we discussed earlier, I was requested by
24    one of our staff attorneys to participate in a
25    discussion about the affidavit related to the pending

71

1     case.
2  Q Did you review prior drafts of your affidavit before
3     finalizing what is Exhibit 15?
4  A Yes.
5  Q Do you still have copies of prior drafts of your
6     affidavit?
7  A I do not.
8  Q Do you know if anyone at the Department has copies of
9     your prior drafts of your affidavit?
10 A I do not.
11             MS. HOEFER: Objection, I would
12       object to producing those based upon
13       attorney-client privilege.
14 Q Did you have any discussions with counsel for Flambeau
15    Mining Company outside the presence of attorneys
16    working for the Department of Natural Resources?
17 A I don't think so, I mean, we did have one meeting
18    where our staff attorney may have left the room, but
19    we also had at the same time an attorney from the
20    Department of Justice there.
21 Q Can you identify for me who was in the room at that
22    meeting?
23 A Tom Dawson.
24 Q Was anyone else in the room?
25 A Other than the Flambeau attorneys? No, it was me, Tom

72

1     Dawson, Dan Graff and I believe Mr. Speerschneider.
2  Q What was the purpose of that meeting?
3  A We were discussing my historical involvement with
4     Flambeau and the issues that are addressed in the
5     affidavit.
6  Q What's the date of that meeting?
7  A I don't know.
8  Q Can you give me an approximation?
9  A Spring of this year.
10 Q Spring of 2011?
11 A 2011, yes.
12 Q Was it in March of 2011?
13 A I don't know, I'd have to check, but that sounds about
14    right. This was dated in April, so late March, April,
15    sometime in that range.
16 Q And did you take any handwritten notes at that
17    meeting?
18 A No.
19 Q Did anyone else take any written notes at that
20    meeting?
21 A I don't know.
22 Q Were there any decisions made as a result of that
23    meeting?
24             MR. SPEERSCHNEIDER: I'm going to
25       object and to the extent that I can object, I

Deposition of LAWRENCE J. LYNCH      7/29/11

73

1   believe he is going into the attorney-client
2   privilege at this point in time when he's asking
3   about decisions.
4            MS. HOEFER:  I think you can answer
5       whether or not there were any decisions, don't
6       answer what the decisions were.
7   A Again, I'm not sure what would be a decision, I mean,
8       we did talk about what my involvement was, we didn't
9       talk much beyond that.  Again, that's all reflected in
10      the affidavit.
11  Q Did you decide to prepare and sign this affidavit as a
12      result of that meeting?
13  A That was part of the process, yes, we talked about
14      what the affidavit would address, yes.
15  Q And who at that meeting asked you to prepare the
16      affidavit?
17           MR. SPEERSCHNEIDER:  Again, I'm
18      going to object.  I mean, we're getting into
19      attorney-client communications.  The Department
20      has asserted an attorney-client privilege and I
21      think any communications that occurred during that
22      meeting are privileged.
23           MS. HOEFER:  The Department agrees
24      and objects to attorney-client privilege, so I'd
25      direct you not to answer regarding the

74

1       communications between the attorneys and you.
2   Q You mentioned earlier in your deposition, if I can
3       recall it correctly, that at the time the 1998 mining
4       permit modification was approved, it was the
5       Department's belief that any discharge from the .9
6       acre biofilter would be clean discharge?
7   A Yes.
8   Q Is that correct?
9   A Yes, that was our operating assumption, was that it
10      was a reclaimed part of the mining site covered
11      essentially by topsoil and then revegetated.
12  Q What do you mean by clean discharge?
13  A In the context of clean or non contact surface water
14      runoff.
15  Q So do you mean -- does clean mean --
16  A Not contacting waste material.
17  Q Does clean mean not containing pollutants?
18  A Generally, yes.
19  Q Is it the Department's position that a, quote, "Clean
20      discharge of stormwater," would require a WPDES
21      permit?
22  A I don't know what would be -- again, that's part of
23      the stormwater program, not the mining program.
24  Q And who at the Department specifically would know
25      that?

75

1   A Well, whoever works in our stormwater program.  I'm
2       not sure what staff are currently in charge of that
3       these days.
4   Q So when the 1998 mining permit modification was
5       granted, was the Department aware that the discharge
6       from the biofilter would contain copper and zinc?
7   A No.
8   Q When did the Department become aware that the
9       discharge from the biofilter contained copper and
10      zinc?
11  A There was monitoring conducted in 1999, 2000, in that
12      range.  The company was establishing baseline
13      conditions in all the reconstructed wetlands and as a
14      result of that monitoring, it was -- we saw high
15      copper in the biofilter, so they had continued
16      sampling.
17  Q So 1999 at the earliest would have been the first
18      instance that the Department became aware that the
19      discharge from the .9 acre biofilter contained copper
20      and zinc?
21  A I don't think they were sampling discharge, I think
22      they were sampling the water in the biofilter.
23  Q Was there an actual discharge occurring in 1999 from
24      the biofilter to Stream C?
25  A I assume so, during high water periods.

76

1   Q But you don't know for sure?
2   A I mean, just thinking about the design of the
3       facility, I mean, it was intended to filter sediment
4       and discharge, so again, unless it was a really severe
5       drought, I'm sure it was discharging.
6   Q So prior to 1999, was the Department aware that the
7       discharge from the biofilter to Stream C contained any
8       pollutants?
9   A No.
10  Q Can you tell me again everything that was discussed in
11      your spring 2011 meeting with counsel for DNR?
12           MS. HOEFER:  Objection,
13      attorney-client privilege.
14  Q And were there any other meetings or any telephone
15      calls regarding preparation of your affidavit aside
16      from the one you referred to that occurred in spring
17      of 2011?
18  A I think we had two meetings, again, in that -- within
19      that same rough time period.
20  Q A total of two meetings?
21  A Yes, that's what I recall.
22  Q So at the other meeting, who was present?
23  A Our staff attorney, Dan Graff and attorneys from
24      Flambeau.
25  Q Specifically who from Flambeau was present?

Deposition of LAWRENCE J. LYNCH      7/29/11

77

1  A There was one meeting where Mr. Speerschneider and
2     Attorney Hank Handzel was also present. I don't
3     recall if Hank was present at the other meeting or
4     not.
5  Q Was anyone else present at that meeting?
6  A No.
7  Q Was that before or after the meeting you referred to
8     earlier?
9  A I think the first meeting was the one that Tom Dawson
10    was in attendance, so I think the one with Tom Dawson
11    would have been the second meeting. That's to my
12    memory.
13 Q Again, you don't know the precise date of either of
14    those meetings?
15 A No, not offhand.
16 Q Were any notes taken at the other meeting that would
17    have been the first meeting?
18 A By me?
19 Q By you.
20 A No.
21 Q Any notes taken by anyone present?
22 A I don't know if they did or did not.
23 Q Were any decisions made at that first meeting?
24 A Again, we talked about, you know, what my involvement
25    was.

78

1  Q What your involvement was in --
2  A In regard to regulation of the Flambeau mine and how
3     that would be reflected in an affidavit.
4  Q Were any decisions made at that first meeting?
5              MS. HOEFER: Objection, asked and
6        answered.
7  Q What else was discussed at that first meeting?
8  A That was --
9              MS. HOEFER: Objection,
10       attorney-client privilege.
11             MR. SAUL: You're instructing him
12       not to answer?
13             MS. HOEFER: I'm directing you not
14       to answer.
15             MR. SAUL: I think we can go off
16       the record.
17             (A short recess is taken)
18             (Exhibit 26 is marked for identification)
19 Q I'll just ask you for the record, that what we've
20    marked as Exhibit 26 are those documents that you
21    brought with you to the deposition today?
22 A Yes, they are.
23 Q Are there any other documents that you brought with
24    you today that are not included as part of Exhibit
25    26?

79

1  A No.
2              MR. SAUL: Thank you.
3              (11:50 a.m.)

80

1      STATE OF WISCONSIN          COUNTY OF DANE
2      I, NANCY L. DELANEY, a Notary Public commissioned
3  and qualified in and for the State of Wisconsin, do
4  hereby certify that there came before me on July 29,
5  2011, at the offices of McGillivray, Westerberg & Bender,
6  LLC, 211 South Paterson Street, Madison, Wisconsin, the
7  following named person, to wit: LAWRENCE J. LYNCH, who
8  was by me duly sworn to testify to the truth and nothing
9  but the truth of knowledge touching and concerning the
10 matters in controversy in this cause; that the witness
11 was thereupon carefully examined under oath; that said
12 examination was taken in shorthand by me and reduced to
13 writing using computer-aided transcription; that said
14 deposition is a true record of the testimony given by the
15 witness; that the witness has not waived reading and
16 signing. I further certify that I am neither attorney or
17 counsel for, nor related to or employed by, any of the
18 parties to the action in which this deposition is taken,
19 and further that I am not a relative or employee of any
20 attorney or counsel employed by the parties or
21 financially interested in the action.
22     In witness whereof I have hereunto set my hand and
23 affixed my notarial seal July 30, 2011.
24 My commission expires March 11, 2012
25

PROFESSIONAL REPORTERS, LTD.

able                                                                                      came

# A

able  (63:24)
above  (4:3)
above-entitled  (2:3)
access  (29:6)
accordance  (24:3)(24:21)(27:11)(28:8)
according  (10:22)
accurate  (18:17)
acre  (7:3)(16:23)(17:7)(17:10)(22:8)
(28:20)(29:15)(30:16)(34:17)(34:20)
(35:21)(39:13)(39:16)(40:11)(42:5)(42:8)
(43:5)(43:10)(45:25)(74:6)(75:19)
acronyms  (5:13)
across  (7:7)
act  (14:18)(15:23)(16:17)(17:19)(22:6)
(35:4)(38:10)(39:22)(44:3)(47:13)(47:20)
(50:19)(50:25)(51:9)(51:17)
action  (80:18)(80:21)
actions  (24:2)
activities  (15:11)(16:8)(28:2)(58:21)
(59:8)(60:4)(60:16)(60:18)
activity  (27:22)
actual  (35:16)(57:25)(75:23)
actually  (5:22)(15:5)(49:21)(56:23)
(61:5)(64:8)(66:24)
acute  (41:6)
addition  (23:8)(55:22)(60:12)
address  (9:5)(63:21)(65:25)(73:14)
addressed  (13:22)(72:4)
addressee  (43:22)
addresses  (36:12)(58:17)
adjacent  (7:7)(31:10)
administration  (29:2)
administrative  (9:16)(15:14)(16:11)
(24:22)(46:12)(52:13)(53:18)(57:22)
(57:24)
affidavit  (3:3)(7:15)(8:15)(8:17)(8:25)
(9:4)(10:11)(10:22)(11:15)(11:25)(18:23)
(20:19)(20:25)(22:25)(23:14)(25:5)(30:5)
(31:13)(31:15)(31:22)(33:1)(33:10)(35:15)
(36:23)(36:25)(41:22)(44:15)(52:15)
(64:11)(64:13)(68:15)(68:20)(69:1)(69:17)
(69:18)(69:22)(70:25)(71:2)(71:6)(71:9)
(72:5)(73:10)(73:11)(73:14)(73:16)(76:15)
(78:3)
affidavits  (8:22)(8:24)
affixed  (80:23)
after  (4:2)(24:17)(24:19)(56:25)(77:7)
against  (4:12)
age  (2:2)
agency  (9:20)(40:1)
agree  (15:1)(16:20)(18:15)(46:14)
agreed  (34:5)(34:6)
agreement  (69:23)(70:8)(70:10)(70:11)
agrees  (73:23)
ahead  (33:23)(47:17)(50:21)
air  (58:14)
allow  (44:22)
allowed  (26:1)
along  (31:6)(54:14)
already  (5:16)(15:19)(16:16)(54:6)
analyses  (58:22)

analyze  (34:15)(43:8)
analyzed  (58:25)
ancillary  (29:1)
annual  (26:15)(26:18)(58:6)(58:17)
(59:18)(59:22)(60:3)(60:7)(60:15)(60:18)
(60:20)(60:24)(61:5)(61:6)(61:10)(61:12)
(61:15)(62:1)(62:3)
another  (27:23)(28:3)(36:12)(60:23)
answer  (5:2)(46:16)(46:17)(46:18)
(47:1)(47:3)(47:16)(51:2)(55:18)(63:5)
(63:24)(68:1)(70:19)(73:4)(73:6)(73:25)
(78:12)(78:14)
answered  (78:6)
answering  (5:2)
answers  (6:8)(6:9)
anymore  (65:21)
appeals  (3:5)
appearing  (2:16)(2:19)(2:22)
appears  (20:7)(20:9)
applicable  (19:15)(46:11)(46:22)
(57:15)
applicant  (56:22)
application  (16:25)(17:11)(24:19)
(27:1)(29:19)(56:21)(56:24)(57:23)
applied  (25:8)
apply  (25:10)
approach  (54:15)
appropriate  (27:25)(62:20)(63:8)
approval  (12:16)(13:4)(15:8)(15:24)
(16:4)(31:23)(32:7)(32:12)(33:23)(35:12)
(35:22)(56:17)(57:2)(64:25)(65:1)(67:13)
(67:20)
approvals  (14:12)(15:12)(15:13)(16:9)
(16:10)(34:7)
approve  (67:23)
approved  (15:16)(16:13)(17:4)(32:4)
(36:5)(51:22)(52:3)(55:22)(58:23)(65:2)
(67:14)(68:3)(74:4)
approximately  (25:20)
approximation  (72:8)
april  (3:3)(72:14)
area  (19:8)(29:1)(30:21)(31:2)(31:3)
(31:4)(31:6)
around  (64:25)
aside  (76:15)
asking  (70:4)(70:5)(70:16)(73:2)
asserted  (73:20)
associated  (15:13)(16:11)(29:9)
(29:10)(32:21)(45:23)
assume  (5:3)(19:17)(75:25)
assuming  (11:12)(59:24)(69:9)
assumption  (37:16)(74:9)
attached  (23:23)(23:24)
attachment  (5:21)(6:3)(6:12)
attendance  (77:10)
attorney  (4:9)(8:12)(71:18)(71:19)
(76:23)(77:2)(80:16)(80:20)
attorney-client  (69:21)(71:13)(73:1)
(73:19)(73:20)(73:24)(76:13)(78:10)
attorneys  (2:10)(2:15)(2:18)(7:24)(8:9)
(70:24)(71:15)(71:25)(74:1)(76:23)
authorities  (14:13)
authority  (14:9)(15:8)(16:4)(17:18)

(21:23)(22:2)(27:23)(27:25)(28:3)(31:17)
(32:21)(33:9)(33:12)(33:24)(39:6)(47:22)
(49:5)(49:17)(51:21)(56:14)(66:25)
authorization  (19:4)
authorize  (13:15)(23:18)(34:19)(36:1)
(42:7)(50:11)(68:4)
authorized  (18:24)(30:11)(36:9)
(42:16)(45:8)(47:25)(48:4)(65:6)
authorizes  (14:3)(34:22)(34:24)
authorizing  (37:25)
available  (53:15)(55:3)
aware  (6:5)(19:24)(25:23)(26:25)(27:4)
(27:5)(41:2)(55:7)(65:24)(70:15)(70:17)
(75:5)(75:8)(75:18)(76:6)

# B

back  (26:13)(26:18)(28:5)(70:21)
(70:22)
bangert  (3:13)
based  (7:25)(50:24)(51:8)(65:17)
(69:21)(69:23)(71:12)
baseline  (75:12)
basically  (25:14)(31:2)(43:15)(44:12)
bauman  (27:8)
became  (6:16)(75:18)
begin  (5:2)(5:6)(64:9)
beginning  (23:23)(24:16)(32:15)
behalf  (2:2)(2:16)(2:19)(2:22)(6:2)(6:6)
(68:21)
belief  (74:5)
believe  (5:19)(5:21)(11:9)(11:13)
(16:16)(22:22)(26:14)(36:7)(36:11)(36:22)
(38:21)(43:24)(48:16)(50:10)(56:16)
(59:16)(72:1)(73:1)
believed  (43:17)
bender  (2:10)(2:15)(80:5)
benefit  (5:4)(5:8)
besides  (8:9)(57:6)(57:16)
best  (30:24)(63:18)
beyond  (73:9)
biofilter  (7:4)(7:8)(16:24)(17:7)(17:10)
(17:15)(19:24)(20:1)(22:8)(28:20)(28:23)
(29:8)(29:16)(30:15)(30:16)(30:17)(30:19)
(30:20)(30:25)(31:8)(31:9)(31:16)(33:2)
(34:13)(34:17)(34:20)(34:22)(35:21)
(39:13)(39:17)(40:11)(40:15)(41:5)(41:10)
(42:5)(42:8)(43:5)(43:10)(43:14)(45:22)
(45:25)(46:3)(63:2)(74:6)(75:6)(75:9)
(75:15)(75:19)(75:22)(75:24)(76:7)
biofilters  (33:18)
biological  (1:4)
body  (25:14)
brought  (35:19)(36:21)(36:24)(78:21)
(78:23)
building  (29:2)
bureau  (2:21)(9:7)(44:10)(46:19)
(54:25)

# C

call  (23:2)(62:11)
called  (4:2)(6:24)(7:3)(7:6)(66:5)
calls  (76:15)
came  (80:4)

carefully

| | | department |

carefully (80:11)
case (1:7)(5:17)(6:9)(9:1)(40:4)(71:1)
cases (4:19)
cause (2:3)(4:3)(80:10)
cease (32:18)
center (1:4)
central (27:8)
certain (11:10)(26:1)(57:9)(61:9)
certainly (20:7)
certificate (66:5)(66:11)
certify (80:4)(80:16)
cfr (3:18)(67:10)(67:15)(67:20)
change (46:10)(46:23)(50:14)
changes (24:6)(26:5)(37:23)(46:11)
channels (12:12)
chapter (21:23)(24:21)(47:8)(47:23)
(52:2)(52:13)(52:19)(54:11)(54:23)(55:12)
(56:3)(61:16)(62:2)(62:4)
charge (75:2)
check (19:17)(19:18)(32:5)(36:12)
(66:23)(68:23)(72:13)
chemical (58:6)(58:15)(58:17)
choice (46:20)
christa (2:14)
citation (28:10)(28:16)(37:13)(37:19)
(37:24)(57:25)
citations (15:20)(15:21)(37:8)(38:3)
cite (67:20)
civil (4:10)(5:25)(40:7)
clarify (13:10)(18:23)
clean (17:19)(22:6)(35:3)(38:10)
(39:22)(43:18)(44:3)(47:13)(50:19)(50:25)
(51:9)(51:17)(74:6)(74:12)(74:13)(74:15)
(74:17)(74:19)
clear (5:14)
clearly (5:7)(44:24)(49:19)
closed (44:25)
closing (44:12)
code (9:16)(24:22)(28:11)(28:13)
(52:13)(57:22)(57:24)
codes (15:14)(16:11)(46:12)
collect (43:14)
come (69:17)
commands (5:25)
commencing (2:12)
comment (43:20)(53:16)(55:4)
comments (8:6)
commission (80:24)
commissioned (80:2)
communications (73:19)(73:21)(74:1)
company (1:8)(2:5)(4:12)(7:25)(8:9)
(8:16)(10:8)(16:23)(17:8)(22:22)(25:7)
(26:14)(26:21)(30:3)(32:11)(34:11)(35:12)
(36:1)(36:17)(38:15)(39:11)(41:3)(41:17)
(43:4)(44:11)(44:13)(44:22)(48:11)(48:18)
(49:4)(53:9)(58:6)(59:3)(59:11)(59:18)
(59:22)(60:2)(61:2)(62:7)(62:20)(63:8)
(64:4)(66:20)(67:3)(71:15)(75:12)
company's (32:3)(40:12)(66:1)(66:19)
(67:2)(68:14)
compare (20:17)(54:9)(62:1)
comparison (54:19)(54:22)(62:5)
complete (68:20)

completely (7:22)
completion (6:6)(66:12)
complex (5:11)
compliance (59:18)(59:22)(61:16)
(64:15)(65:8)(65:10)(65:16)(65:24)(66:1)
(66:20)(67:3)
compliant (62:4)
complied (65:11)(66:7)
comply (15:12)(16:9)(64:4)
composition (18:13)
compound (20:22)
comprehensive (13:25)
computer-aided (80:13)
concentrations (41:4)
concerned (63:3)
concerning (40:4)(80:9)
conclusions (3:5)(37:5)(38:6)(38:9)
concurrently (17:23)(22:12)
condition (12:13)(12:23)(13:3)(13:20)
(14:2)(27:21)(39:1)
conditions (24:4)(27:12)(27:15)
(31:20)(50:15)(55:15)(75:13)
conduct (60:3)
conducted (66:18)(67:2)(75:11)
confirmed (54:6)
conformance (15:16)(16:13)
confusion (49:12)
consent (6:1)
considered (28:2)(43:18)
consist (18:9)
constitutes (63:22)
constructed (40:11)
construction (4:23)(12:6)(13:8)(26:2)
(33:18)(34:22)(57:2)
consult (8:10)
contact (18:14)(43:16)(74:13)
contacting (74:16)
contain (56:1)(60:15)(75:6)
contained (17:9)(18:1)(39:12)(64:5)
(75:9)(75:19)(76:7)
containing (74:17)
contaminated (62:22)(63:10)
contention (35:2)
contested (40:4)
context (63:13)(66:5)(74:13)
continue (24:18)
continued (42:16)(75:15)
continues (15:7)
control (13:7)(13:21)(13:22)(31:25)
(33:19)(53:23)(54:9)(54:11)(54:14)(55:10)
(56:1)(56:5)(56:6)(56:11)(56:12)(56:22)
(56:23)(57:4)(57:10)(57:13)(57:20)(57:21)
(61:24)(64:24)(65:12)(66:9)
controversy (80:10)
conversations (70:5)
converted (31:6)
copied (43:23)(69:5)(69:13)
copies (36:22)(71:5)(71:8)
copper (17:9)(17:14)(19:16)(19:17)
(19:21)(29:16)(34:12)(34:17)(34:19)
(39:12)(39:16)(41:4)(43:5)(43:10)(46:21)
(75:6)(75:9)(75:15)(75:19)
copy (40:2)(43:25)(52:12)(69:25)(70:7)

correct (10:17)(10:20)(11:18)(12:3)
(13:11)(16:18)(16:19)(17:24)(19:1)(19:12)
(21:13)(21:14)(21:24)(22:3)(22:6)(22:7)
(22:10)(23:3)(23:7)(23:15)(24:14)(27:13)
(27:14)(28:8)(30:12)(31:18)(32:24)(32:25)
(33:3)(33:4)(34:8)(35:1)(36:6)(36:14)
(37:6)(37:9)(38:25)(39:8)(42:5)(42:6)
(42:13)(45:10)(46:5)(46:7)(47:9)(48:2)
(49:6)(49:18)(50:4)(52:17)(54:7)(54:8)
(59:13)(59:14)(60:1)(60:19)(61:13)(64:17)
(65:6)(65:7)(66:13)(69:3)(74:8)
correctly (74:3)
correspondence (69:5)(69:13)
council (1:4)(2:4)(4:11)
counsel (61:2)(69:20)(71:14)(76:11)
(80:17)(80:20)
county (38:17)(80:1)
course (6:15)
court (1:1)(2:6)(4:10)(5:8)(8:18)(8:19)
(8:20)(40:8)
cover (10:13)(15:23)(22:13)
coverage (27:1)(44:17)
covered (14:23)(15:19)(15:25)(32:19)
(40:22)(40:25)(43:1)(45:13)(49:25)(58:22)
(59:7)(74:10)
covers (23:24)(60:20)
created (30:20)
criteria (41:6)(46:22)
culverts (29:6)(29:9)
currently (75:2)
curve (31:4)

## D

dan (8:12)(72:1)(76:23)
dane (80:1)
data (60:16)
date (1:20)(24:8)(24:17)(24:19)(24:23)
(32:4)(34:10)(34:15)(43:3)(43:8)(44:22)
(45:3)(48:5)(53:7)(72:6)(77:13)
dated (3:2)(3:3)(3:5)(3:8)(3:10)(3:11)
(3:13)(3:14)(3:16)(3:17)(36:17)(53:9)
(72:14)
dates (25:12)
dawson (71:23)(72:1)(77:9)(77:10)
day (4:25)
days (24:22)(44:22)(75:3)
decide (73:11)
decision (3:5)(10:7)(52:15)(52:24)
(53:3)(73:7)
decisions (72:22)(73:3)(73:5)(73:6)
(77:23)(78:4)
defendant (2:5)(2:19)(70:1)
defendants (1:9)
defense (69:23)(70:8)(70:10)(70:11)
delaney (1:24)(2:8)(80:2)
delineated (65:13)
department (2:21)(5:23)(6:3)(8:13)
(9:1)(9:6)(13:5)(14:10)(15:9)(16:5)(16:20)
(17:8)(17:13)(18:15)(23:17)(33:25)(34:5)
(34:6)(38:1)(45:2)(46:14)(46:21)(54:21)
(55:11)(55:22)(61:23)(62:1)(65:15)(65:19)
(66:18)(66:22)(67:1)(68:21)(69:21)(70:1)
(70:3)(71:8)(71:16)(71:20)(73:19)(73:23)

**department's**                    **fauble**

(74:24)(75:5)(75:8)(75:18)(76:6)
**department's**   (6:2)(6:9)(74:5)(74:19)
**depending**   (18:12)
**deposed**   (4:16)(4:18)
**deposition**   (1:14)(2:1)(33:21)(74:2)
(78:21)(80:14)(80:18)
**describe**   (30:24)
**described**   (46:11)(46:24)
**design**   (76:2)
**designate**   (6:1)
**desires**   (27:22)
**detailed**   (58:20)
**details**   (33:14)(57:19)
**determination**   (44:23)(45:3)(53:13)
(53:18)(53:21)(54:1)(54:4)(55:1)(55:3)
(55:7)
**determine**   (26:13)(26:18)(54:16)
(66:19)(67:3)
**determined**   (45:2)(55:10)(61:23)
(65:10)
**determining**   (37:22)(65:15)
**develop**   (62:7)
**developed**   (56:14)
**developing**   (9:25)
**deviations**   (26:1)
**dewitt**   (12:18)
**diagram**   (20:17)(31:1)(45:20)
**dictated**   (33:15)
**different**   (10:17)(37:8)(58:12)
**direct**   (8:5)(8:22)(12:21)(73:25)
**directed**   (19:9)(40:18)
**directing**   (78:13)
**directly**   (13:20)(40:16)(66:3)
**disagree**   (44:23)
**discharge**   (9:13)(13:15)(14:3)(16:24)
(17:14)(18:24)(19:4)(19:15)(19:24)(22:8)
(23:18)(23:24)(24:17)(24:19)(27:2)(29:16)
(31:15)(32:23)(33:2)(33:6)(34:12)(34:16)
(34:19)(36:1)(39:16)(41:17)(42:7)(42:18)
(43:5)(43:9)(46:10)(46:21)(46:24)(48:7)
(48:9)(50:12)(59:4)(59:6)(59:12)(62:22)
(63:1)(63:10)(65:9)(66:1)(74:5)(74:6)
(74:12)(74:20)(75:5)(75:9)(75:19)(75:21)
(75:23)(76:4)(76:7)
**discharged**   (17:10)(19:10)(21:16)
(39:13)(40:22)
**discharges**   (18:8)(18:19)(22:14)(24:1)
(24:9)(28:1)(30:10)(32:18)(36:8)(42:15)
(43:1)(45:8)(45:12)(47:24)(48:4)(49:24)
(50:2)(52:16)(52:25)(53:4)(53:14)(64:14)
(64:20)(65:6)(68:5)(69:14)
**discharging**   (40:16)(41:4)(76:5)
**disclose**   (16:23)
**discussed**   (22:9)(55:20)(70:23)(76:10)
(78:7)
**discussing**   (72:3)
**discussion**   (70:25)
**discussions**   (7:25)(54:2)(71:14)
**district**   (1:1)(1:2)(2:6)(2:7)
**diversity**   (1:5)
**division**   (3:4)
**dnr**   (5:25)(6:15)(15:1)(19:23)(24:6)
(26:8)(26:10)(34:12)(34:15)(39:11)(39:15)

(41:2)(43:4)(43:8)(45:5)(48:17)(49:3)
(49:13)(52:15)(53:21)(54:9)(58:7)(69:6)
(69:13)(76:11)
**dnr's**   (6:6)(9:7)(35:2)(50:6)(65:24)
(69:2)
**document**   (5:17)(7:12)(7:19)(7:21)
(8:2)(8:11)(10:4)(10:7)(10:10)(11:1)
(12:18)(13:1)(20:4)(22:18)(25:1)(25:3)
(29:24)(30:4)(35:8)(35:14)(35:18)(35:22)
(35:23)(35:25)(38:6)(41:13)(41:21)(44:7)
(44:14)(52:10)(53:11)(54:4)(54:19)(59:3)
(59:11)(60:25)(68:24)
**documents**   (3:19)(32:6)(32:9)(36:20)
(50:6)(54:22)(78:20)(78:23)
**doesn't**   (44:21)(44:24)(51:3)
**doing**   (54:16)
**done**   (8:23)(69:22)(70:2)
**down**   (23:22)
**draft**   (8:6)(11:3)(14:14)(15:17)(16:14)
(18:4)(69:18)
**drafted**   (10:22)(10:25)(11:4)(11:6)
(11:8)(11:9)(11:12)(19:19)
**drafting**   (9:9)(9:15)
**drafts**   (8:7)(71:2)(71:5)(71:9)
**drainage**   (13:7)
**draining**   (29:6)
**drought**   (76:5)
**duly**   (4:3)(80:8)
**during**   (12:6)(13:8)(19:7)(25:12)(31:5)
(64:16)(73:21)(75:25)
**duties**   (68:13)

## E

**earlier**   (26:8)(33:21)(34:5)(34:6)
(35:19)(38:21)(55:20)(56:19)(65:4)(70:23)
(74:2)(77:8)
**earliest**   (75:17)
**earnshaw**   (3:10)(3:12)(35:11)
**east**   (2:18)(29:5)
**easy**   (5:14)(26:17)
**effect**   (19:7)(36:6)(39:2)(42:12)(42:23)
**effective**   (44:20)
**effluent**   (19:14)(19:20)(50:24)(51:8)
**either**   (40:7)(43:10)(77:13)
**elimination**   (9:13)
**elsewhere**   (12:17)
**employed**   (80:17)(80:20)
**employee**   (80:19)
**end**   (31:3)(31:7)
**ended**   (64:17)
**engineered**   (30:15)
**enough**   (45:1)
**entered**   (5:14)(26:17)
**entire**   (15:15)(16:12)(17:5)(54:15)
(55:19)
**entirety**   (15:6)
**environmental**   (20:8)(20:12)(20:14)
(40:1)
**epa**   (51:16)(51:22)(52:3)(67:13)(67:19)
(67:23)(68:3)
**equivalent**   (50:18)(54:17)(56:9)(62:15)
**erosion**   (13:6)(13:20)(13:21)(13:22)
(31:25)(33:18)(54:14)(56:5)(56:6)(56:12)

(56:22)(56:23)(57:4)(57:10)(57:12)(57:19)
(57:21)(64:24)(65:12)(66:9)
**essentially**   (10:25)(21:15)(44:17)
(74:11)
**establishing**   (75:12)
**evaluate**   (17:13)(39:15)(60:16)
**evaluated**   (54:13)
**evaluation**   (60:4)(65:18)
**everyone**   (5:4)
**everything**   (76:10)
**exact**   (25:12)(53:7)
**examination**   (4:5)(80:12)
**examined**   (80:11)
**examines**   (12:18)(13:1)(32:6)(35:23)
(60:25)(68:24)
**exceeded**   (41:5)
**except**   (15:14)(16:12)
**excess**   (46:22)
**excuse**   (21:8)(46:6)(50:2)
**exhibit**   (3:1)(5:15)(5:16)(5:18)(7:10)
(7:11)(10:2)(10:3)(10:11)(10:13)(11:3)
(11:15)(18:2)(18:23)(20:2)(20:3)(20:24)
(21:1)(21:4)(21:12)(22:16)(22:17)(23:2)
(23:22)(24:24)(24:25)(28:5)(28:19)(29:19)
(29:22)(29:23)(30:5)(30:14)(30:19)(30:22)
(30:25)(31:1)(32:1)(32:14)(33:6)(34:10)
(35:6)(35:7)(35:15)(35:16)(35:18)(35:25)
(36:12)(36:25)(37:2)(39:21)(41:11)(41:12)
(41:21)(41:24)(43:19)(44:5)(44:6)(44:14)
(45:11)(45:20)(46:9)(48:19)(48:22)(48:24)
(49:1)(49:8)(49:19)(49:21)(49:22)(49:23)
(49:24)(50:1)(52:8)(52:9)(52:22)(53:9)
(53:10)(54:5)(54:6)(60:9)(61:6)(61:12)
(64:11)(67:6)(67:7)(67:8)(71:3)(78:18)
(78:20)(78:24)
**exhibits**   (36:22)(48:18)(49:9)(49:14)
(50:17)
**exist**   (20:1)(41:10)
**existed**   (42:24)(42:25)
**existence**   (69:17)
**expected**   (18:12)
**expertise**   (51:2)(52:6)(67:17)(67:22)
(68:8)
**expiration**   (24:18)(24:19)(24:23)
**expires**   (80:24)
**explain**   (5:13)
**explicitly**   (13:15)(14:3)(41:24)(42:4)
**extent**   (42:24)(72:25)

## F

**facilities**   (3:7)(15:10)(16:8)(17:5)
(29:1)(32:17)
**facility**   (12:11)(23:25)(24:2)(26:3)
(27:22)(40:14)(59:18)(59:22)(61:15)(62:3)
(76:3)
**fact**   (3:5)(11:4)
**fair**   (45:1)
**fall**   (31:16)(32:20)(49:5)(49:17)
**familiar**   (6:16)(6:24)(7:2)(7:6)(52:7)
(61:18)(61:20)(63:12)(63:14)
**fashion**   (34:8)
**faster**   (25:14)
**fauble**   (65:23)(66:17)

| favor | | its |
|---|---|---|

**favor** (4:25)
**feature** (7:2)
**federal** (4:10)(5:25)(8:18)(8:19)(9:19)
(14:13)(17:19)(38:10)(40:8)
**feet** (26:3)
**fenced** (31:4)
**fencing** (29:11)
**few** (4:24)
**figure** (3:7)(20:7)(20:14)(21:2)
**file** (69:11)(69:12)
**filed** (8:17)(24:20)
**filter** (76:3)
**final** (10:7)
**finalizing** (71:3)
**financially** (80:21)
**find** (12:25)
**findings** (3:5)(11:4)
**finish** (5:5)(55:17)
**fire** (29:3)
**first** (4:2)(14:7)(15:2)(23:21)(25:7)
(27:20)(28:5)(28:24)(37:13)(38:12)(45:6)
(46:8)(46:20)(47:4)(75:17)(77:9)(77:17)
(77:23)(78:4)(78:7)
**flambeau** (1:8)(2:5)(4:12)(4:20)(4:21)
(6:16)(7:16)(7:24)(8:9)(8:16)(8:21)(10:8)
(14:11)(16:23)(17:8)(17:15)(19:11)(22:9)
(22:21)(23:19)(24:1)(24:10)(25:7)(26:21)
(27:22)(29:17)(30:3)(31:10)(32:2)(32:11)
(34:11)(34:21)(35:12)(36:1)(36:17)(38:15)
(39:11)(40:12)(40:17)(40:20)(41:3)(41:17)
(41:18)(42:8)(42:15)(43:4)(43:11)(44:11)
(44:13)(45:8)(47:24)(48:11)(48:18)(49:4)
(50:3)(50:8)(53:4)(53:8)(53:14)(58:5)
(59:2)(59:10)(59:17)(59:21)(61:2)(62:6)
(62:19)(63:7)(64:3)(64:14)(65:8)(65:20)
(65:25)(66:19)(66:20)(67:2)(68:14)(68:17)
(68:22)(69:14)(71:14)(71:25)(72:4)(76:24)
(76:25)(78:2)
**flows** (7:7)
**follow** (37:22)(57:8)
**following** (80:7)
**follows** (4:4)
**follow-up** (63:20)
**force** (36:19)(38:20)(39:2)(42:23)
**form** (39:25)(47:15)(50:21)
**former** (29:7)(30:21)
**formerly** (52:1)
**foundation** (29:3)
**four** (43:23)
**framework** (12:2)
**frequency** (58:22)
**friday** (1:20)
**front** (10:13)(28:11)(30:22)
**full** (38:20)(39:2)(42:23)
**fully** (21:21)
**further** (80:16)(80:19)
**future** (46:13)

## G

**gauger** (1:5)
**general** (11:4)(27:2)(60:24)
**generally** (74:18)
**geological** (9:24)

**given** (80:14)
**goal** (62:24)(63:21)
**good** (4:7)(4:8)
**governed** (12:9)
**grading** (33:15)(33:17)(65:1)
**graduate** (9:24)
**graff** (8:12)(72:1)(76:23)
**granted** (14:9)(15:8)(16:4)(26:8)
(33:12)(33:24)(34:7)(40:13)(41:3)(75:5)
**ground** (18:11)(58:14)
**guess** (6:22)(28:12)(35:17)
**guidelines** (4:24)

## H

**hadn't** (66:14)
**hand** (5:15)(80:22)
**handing** (7:11)(10:3)(20:3)(22:17)
(24:25)(29:3)(35:7)(41:12)(44:6)(52:9)
**handled** (12:10)
**handwritten** (72:16)
**handzel** (77:2)
**hank** (72:7)(77:3)
**hansen** (27:7)
**head** (5:10)
**heading** (37:5)(38:13)
**hearing** (11:11)(38:2)(40:4)
**hearings** (3:4)
**held** (48:11)
**help** (4:24)
**hereby** (38:15)(80:4)
**herein** (14:9)(15:8)(16:4)(33:24)
**hereunto** (80:22)
**he's** (47:15)(70:4)(70:18)(73:2)
**high** (48:21)(75:14)(75:25)
**highway** (23:25)(29:6)
**historical** (72:3)
**hoefer** (2:20)(12:19)(20:21)(49:7)
(51:1)(51:6)(51:10)(52:5)(67:16)(67:21)
(67:25)(68:7)(70:3)(70:13)(70:18)(71:11)
(73:4)(73:23)(76:12)(78:5)(78:9)(78:13)
**however** (46:12)
**hpde** (29:5)
**hundred** (6:23)
**hydric** (31:5)(31:6)

## I

**i'd** (55:17)(72:13)(73:24)
**idea** (63:2)(67:18)
**identification** (5:18)(7:10)(10:2)(20:2)
(22:16)(24:24)(29:22)(35:6)(41:11)(44:5)
(52:8)(67:6)(78:18)
**identified** (10:15)(19:1)(20:18)(20:23)
(21:4)(21:5)(42:1)(45:16)(45:20)(57:16)
(70:1)
**identifies** (23:3)(23:6)
**identify** (12:13)(19:8)(55:9)(55:14)
(71:21)
**identifying** (36:20)
**i'll** (4:24)(5:2)(5:5)(5:20)(9:12)(12:25)
(15:4)(15:5)(16:2)(18:6)(18:22)(20:13)
(23:2)(33:23)(38:12)(47:14)(50:20)(52:12)
(67:10)(78:19)
**i'm** (4:9)(5:11)(5:15)(7:11)(9:23)

**(11:12)(12:23)(12:25)(14:19)(15:25)**
(21:21)(23:5)(24:25)(26:25)(27:4)(28:24)
(31:12)(34:25)(35:7)(36:13)(41:7)(41:12)
(44:6)(44:21)(47:5)(52:9)(55:16)(56:4)
(57:8)(59:24)(60:22)(61:18)(63:12)(63:23)
(64:8)(65:21)(69:9)(69:19)(69:20)(70:14)
(70:16)(70:17)(72:24)(73:7)(73:17)(75:1)
(76:5)(78:13)
**immediately** (31:9)
**impact** (17:14)(20:8)(20:12)(20:15)
**impacts** (34:16)(39:15)(43:9)
**implementation** (31:24)
**implemented** (62:25)
**implicit** (66:6)
**include** (19:3)(19:14)(19:20)(29:2)
(50:23)(51:7)(61:19)
**included** (10:11)(30:4)(35:14)(41:21)
(44:14)(61:9)(61:24)(78:24)
**includes** (53:22)(60:21)(66:8)(69:11)
**including** (12:2)
**index** (3:1)
**indicate** (29:15)
**indicated** (21:1)(21:12)(42:25)(45:12)
(48:9)(61:5)
**indicates** (61:8)
**indicating** (7:15)(36:18)(37:22)(41:17)
(42:18)(44:12)
**indirectly** (66:4)
**individual** (27:2)
**industrial** (6:25)(7:3)(19:9)(30:17)
(31:16)(33:2)(46:1)(66:12)
**inform** (17:8)(34:11)(39:11)(43:4)
**information** (58:15)(60:21)(61:9)
**injunctions** (4:22)
**input** (8:5)
**inside** (10:13)
**inspection** (59:19)(59:23)(60:7)(61:16)
(62:4)(65:20)(66:18)(67:2)
**inspections** (59:4)(59:12)(60:3)(65:17)
**instance** (8:6)(26:3)(75:18)
**instructing** (78:11)
**insure** (62:25)
**intended** (43:14)(76:3)
**intent** (42:20)(69:24)
**interested** (80:21)
**intermittent** (29:10)
**involved** (9:25)(68:2)(70:6)
**involvement** (7:16)(8:2)(8:8)(72:3)
(73:8)(77:24)(78:1)
**issuance** (10:7)(11:22)(15:23)(17:16)
(17:23)(22:12)(24:8)(35:17)(37:16)(57:1)
**issue** (38:1)
**issued** (11:17)(17:18)(17:24)(18:18)
(19:23)(21:23)(22:1)(22:5)(22:21)(24:5)
(26:19)(32:7)(35:3)(38:15)(39:3)(39:21)
(41:8)(44:2)(44:13)(47:7)(47:12)(47:18)
(47:19)(47:21)(50:18)(51:21)(66:12)
(66:14)
**issues** (6:11)(72:4)
**issuing** (9:10)(35:12)(39:17)(66:5)
**items** (6:12)
**its** (16:25)(17:10)(17:16)(25:8)(32:21)
(38:16)(38:17)(39:10)(54:21)

| itself | life | modification |
|---|---|---|

**itself** (55:25)(58:19)
**i've** (4:18)(5:21)(8:23)(70:2)

**J**

**james** (2:14)
**jamie** (4:9)
**jana** (3:11)(3:14)(3:15)(30:2)(36:16)
(41:16)
**january** (3:6)(3:10)(25:3)(25:17)
(26:22)(27:10)
**jeff** (3:9)(3:12)(35:11)
**jim** (27:7)
**joint** (69:23)(70:8)(70:9)(70:11)
**judicial** (53:19)
**july** (1:20)(2:11)(3:2)(3:13)(32:7)
(32:12)(36:5)(39:2)(80:4)(80:23)
**justice** (71:20)
**jutting** (31:4)

**K**

**key** (11:16)
**knowing** (69:10)
**knowledge** (67:1)(80:9)
**kopecky** (3:8)

**L**

**labeled** (7:11)(10:3)(20:10)(21:12)
(24:25)(28:25)(29:23)(35:7)(41:12)(60:8)
**ladysmith** (6:17)(10:9)(23:25)
**land** (28:25)
**larger** (30:20)(31:7)(46:3)
**last** (32:13)(32:23)(65:19)
**late** (72:14)
**lately** (52:20)
**laura** (1:5)
**law** (2:10)(2:15)(2:18)(3:5)(37:5)(38:6)
(38:9)(38:22)(47:8)(52:1)(58:3)
**lawful** (2:2)
**lawrence** (1:15)(2:1)(3:3)(3:9)(3:11)
(3:14)(4:1)(4:14)(80:7)
**l-a-w-r-e-n-c-e** (4:14)
**lawsuit** (4:10)
**lawsuits** (4:20)
**leachate** (18:10)
**least** (10:17)(24:22)(45:7)(53:23)
(55:11)(56:2)(61:25)
**left** (8:13)(66:14)(71:18)
**legal** (2:21)
**less** (33:15)
**letter** (3:8)(3:9)(3:11)(3:12)(3:14)
(3:15)(27:10)(28:6)(28:19)(29:15)(29:19)
(30:2)(30:7)(32:1)(32:11)(34:3)(34:10)
(34:15)(34:19)(34:24)(34:25)(35:2)(35:11)
(36:16)(41:16)(41:24)(42:4)(42:7)(42:11)
(42:18)(42:21)(43:3)(43:8)(43:19)(43:23)
(43:25)(44:2)(44:10)(44:17)(45:22)(48:22)
(48:24)(49:1)(53:8)
**letters** (48:17)(49:3)(49:13)(49:16)
(50:6)(50:11)(50:14)(50:17)
**levels** (41:5)
**licenses** (14:12)(15:11)(15:13)(16:9)
(16:10)
**lieu** (68:4)

**life** (60:4)
**like** (20:11)(26:5)(27:7)(63:16)
**limitations** (19:14)(19:21)(50:24)(51:8)
**limited** (14:9)(15:8)(16:4)(33:24)(34:7)
**limits** (39:6)
**liner** (29:8)
**lingo** (62:12)
**litigation** (40:7)
**llc** (2:10)(2:15)(80:6)
**local** (14:13)
**located** (23:25)
**location** (16:24)(30:24)
**longer** (32:17)(36:18)(41:19)(42:19)
(42:25)
**look** (12:17)(49:11)(58:25)
**looked** (32:9)
**looks** (20:11)
**luebke** (3:15)(44:10)(45:6)(46:19)(47:3)
(3:19)(4:1)(4:7)(4:14)(80:7)
**l-y-n-c-h** (4:15)

**M**

**madison** (2:11)(2:16)(2:19)(2:22)(80:6)
**mainly** (63:3)
**maintain** (59:18)(59:22)
**maintenance** (29:2)
**make** (5:1)(21:10)(21:21)(24:6)(47:5)
(53:21)
**managed** (50:8)
**management** (9:7)(12:3)(12:5)(12:8)
(12:9)(12:15)(12:25)(13:4)(13:19)(13:23)
(13:24)(13:25)(31:24)(32:16)(32:20)(33:7)
(34:23)(44:11)(46:20)(49:5)(49:16)(50:3)
(50:7)(54:13)(55:20)(55:24)(56:7)(56:8)
(56:20)(56:25)(57:12)(57:14)(62:14)
(62:24)(63:19)(63:20)(64:22)(64:24)(65:2)
(65:12)(66:10)
**march** (3:8)(3:11)(24:8)(30:7)(30:10)
(32:1)(34:2)(34:11)(48:22)(53:9)(72:12)
(72:14)(80:24)
**mark** (5:15)
**marked** (5:18)(7:10)(10:2)(20:2)(20:3)
(22:16)(22:17)(24:24)(29:22)(35:6)(41:11)
(44:5)(44:6)(52:8)(67:6)(67:7)(78:18)
(78:20)
**marney** (2:20)
**mary** (3:8)
**material** (74:16)
**materials** (13:6)
**mather** (11:9)
**matter** (70:2)
**matters** (6:2)(80:10)
**mcgillivray** (2:9)(2:15)(80:5)
**mean** (8:5)(12:5)(20:10)(26:5)(26:12)
(35:16)(47:18)(58:10)(62:24)(63:1)(63:18)
(69:22)(71:17)(73:7)(73:18)(74:12)(74:15)
(74:17)(76:2)(76:3)
**means** (29:12)
**measures** (33:19)(56:5)(64:23)(66:8)
**meet** (57:6)
**meeting** (71:17)(71:22)(72:2)(72:6)
(72:17)(72:20)(72:23)(73:12)(73:15)

**modification**

(73:22)(76:11)(76:22)(77:1)(77:3)(77:5)
(77:7)(77:9)(77:11)(77:16)(77:17)(77:23)
(78:4)(78:7)
**meetings** (76:14)(76:18)(76:20)(77:14)
**memorized** (28:12)(37:15)
**memory** (77:12)
**mention** (28:20)(35:21)(42:4)(50:2)
(53:11)(54:7)
**mentioned** (33:11)(38:21)(56:11)
(68:15)(74:2)
**mentions** (41:24)(45:22)
**metallic** (11:22)(14:17)(15:22)(16:17)
(38:22)(47:8)(47:19)(52:1)(58:2)
**methods** (13:6)(54:15)
**middle** (28:25)
**mifflin** (2:18)
**might** (5:12)
**mind** (36:20)
**mine** (4:20)(4:21)(6:16)(7:16)(8:21)
(12:2)(14:14)(16:3)(16:12)(18:25)(19:5)
(21:18)(23:19)(24:10)(25:14)(27:21)
(30:11)(31:9)(36:8)(42:15)(45:8)(46:6)
(47:25)(50:8)(53:4)(53:14)(65:20)(68:22)
(69:2)(69:15)(78:2)
**mining** (1:8)(2:5)(4:12)(7:24)(8:9)
(8:16)(10:8)(10:19)(10:23)(11:16)(11:22)
(12:1)(12:7)(12:13)(13:11)(13:18)(14:2)
(14:18)(15:15)(15:22)(15:23)(15:24)
(16:17)(16:23)(16:25)(17:5)(17:8)(17:11)
(17:16)(17:18)(17:20)(17:23)(18:10)
(18:17)(19:3)(19:20)(19:23)(21:6)(21:7)
(21:22)(22:1)(22:5)(22:10)(22:12)(22:21)
(24:6)(24:13)(25:4)(25:7)(25:8)(25:11)
(25:22)(26:1)(26:21)(26:22)(27:12)(27:16)
(28:7)(28:14)(28:15)(30:3)(31:17)(31:20)
(32:3)(32:11)(32:21)(33:9)(33:22)(34:1)
(34:7)(34:11)(35:12)(35:13)(36:1)(36:4)
(36:17)(37:17)(37:18)(38:13)(38:15)
(38:17)(38:19)(38:22)(39:1)(39:2)(39:7)
(39:10)(39:11)(39:18)(39:20)(40:2)(40:5)
(40:8)(40:12)(41:2)(41:3)(41:17)(41:18)
(41:20)(41:3)(43:4)(43:15)(44:11)(44:13)
(45:13)(46:4)(47:6)(47:7)(47:8)(47:11)
(47:19)(48:10)(48:11)(48:18)(49:4)(49:6)
(49:17)(49:25)(50:3)(50:4)(50:9)(50:15)
(50:23)(51:3)(51:7)(51:11)(51:14)(51:16)
(51:19)(51:21)(51:24)(52:1)(52:16)(52:25)
(53:5)(53:8)(53:15)(53:22)(54:2)(54:10)
(54:23)(55:9)(55:25)(56:17)(56:18)(56:21)
(57:5)(57:18)(57:22)(58:2)(58:5)(58:10)
(58:11)(58:17)(59:2)(59:10)(59:11)(59:15)
(59:17)(59:21)(60:6)(60:17)(61:2)(61:3)
(61:8)(61:24)(62:6)(62:10)(62:19)(63:7)
(63:14)(63:17)(64:1)(64:3)(64:7)(64:15)
(64:19)(65:4)(65:5)(65:9)(65:25)(66:2)
(66:19)(66:20)(67:2)(68:4)(68:14)(71:15)
(74:3)(74:10)(74:23)(75:4)
**minor** (25:25)(26:5)
**modification** (25:4)(25:8)(25:10)
(25:16)(25:17)(26:4)(26:7)(26:22)(26:23)
(27:11)(27:23)(28:7)(31:23)(32:7)(32:12)
(33:12)(33:13)(33:17)(35:13)(35:17)(36:4)
(37:21)(37:25)(38:1)(38:13)(38:16)(39:3)

**modifications**

(39:11)(39:18)(39:20)(40:2)(40:5)(40:9)
(40:13)(41:3)(41:8)(47:7)(47:12)(47:21)
(51:14)(51:19)(51:24)(55:23)(59:15)
(62:10)(62:14)(63:20)(64:1)(64:7)(64:16)
(64:19)(65:3)(65:5)(67:14)(67:23)(74:4)
(75:4)
**modifications** (25:25)(26:11)(26:17)
(26:19)(28:13)(28:14)(37:17)
**modified** (25:13)(34:2)
**modify** (25:22)(27:22)(32:3)
**moment** (12:25)
**monitoring** (58:6)(58:11)(58:12)
(58:13)(58:18)(58:21)(59:6)(59:8)(59:9)
(60:16)(60:21)(64:4)(64:9)(75:11)(75:14)
**more** (33:15)(43:18)(50:1)(54:17)
**morning** (4:7)(4:8)
**most** (13:25)(18:10)
**motions** (5:10)
**move** (26:3)(33:16)
**murphy** (3:11)(3:14)(3:15)(30:2)
(36:16)(41:16)
**must** (60:23)
**myatt** (3:8)

**N**

**name** (4:9)(4:13)(4:14)
**named** (80:7)
**nancy** (1:24)(2:8)(80:2)
**natural** (2:21)(5:24)(9:1)(9:6)(12:12)
(71:16)
**near** (6:16)(10:9)
**necessary** (14:13)(32:18)
**need** (49:21)
**needed** (62:21)(63:9)
**neither** (47:11)(65:4)(80:16)
**never** (67:1)(69:25)
**next** (15:7)(38:18)
**nobody** (26:12)
**nodding** (5:9)
**non** (43:16)(65:16)(74:13)
**nor** (65:5)(80:17)
**north** (21:18)(31:9)(46:3)
**northwest** (21:20)(31:2)
**notarial** (80:23)
**notary** (2:8)(80:2)
**note** (61:1)
**notes** (72:16)(72:19)(77:16)(77:21)
**nothing** (80:8)
**notice** (43:20)(53:16)(69:24)
**npdes** (9:25)(11:23)(14:21)(51:22)
(52:4)(67:12)(67:14)
**number** (6:22)(10:14)(27:17)
**numbering** (13:3)
**numbers** (11:6)(49:8)

**O**

**oath** (4:4)(4:16)(70:15)(80:11)
**object** (47:15)(50:21)(69:20)(69:21)
(70:4)(71:12)(72:25)(73:18)
**objected** (39:25)
**objection** (20:21)(51:1)(51:10)(52:5)
(67:16)(67:21)(67:25)(68:7)(70:18)(71:11)
(76:12)(78:5)(78:9)

**objects** (73:24)
**obtain** (14:11)
**obtained** (46:13)
**occasionally** (5:12)
**occurred** (73:21)(76:16)
**occurring** (75:23)
**o'clock** (1:21)(2:12)
**off** (63:1)(68:10)(78:15)
**offhand** (14:19)(77:15)
**office** (27:8)
**offices** (2:9)(80:5)
**official** (45:1)(45:3)
**off-site** (12:12)
**ongoing** (31:24)
**operating** (74:9)
**operation** (12:6)(25:13)(31:5)(38:17)
**operations** (46:10)(46:23)
**opportunities** (43:20)(55:6)
**opposed** (5:9)
**option** (47:4)
**oral** (70:10)
**order** (3:17)
**orders** (4:22)
**ore** (25:14)
**original** (17:4)(17:7)(47:18)(64:25)
(65:1)(69:24)
**originally** (25:15)
**originals** (49:12)
**others** (2:4)(4:11)
**our** (8:12)(20:8)(20:11)(27:7)(27:8)
(44:10)(46:15)(54:14)(63:25)(65:18)
(70:24)(71:18)(74:9)(75:1)(76:23)
**outfall** (16:24)(19:11)(19:15)(21:1)
(21:2)(21:11)(21:15)(21:16)(21:18)(23:6)
(30:16)(32:18)(40:24)(41:18)(41:25)
(42:19)(42:24)(45:12)(45:15)(45:19)
(45:23)(49:25)(59:5)(59:13)
**outfalls** (19:1)(19:5)(20:18)(20:23)
(20:24)(21:1)(21:4)(21:5)(21:11)(23:3)
(23:9)(23:10)(23:13)(40:22)(42:24)
**outflow** (30:15)
**outlet** (6:25)(7:3)(19:9)(30:17)(31:16)
(33:2)(46:1)(66:13)
**outside** (51:1)(52:5)(67:16)(67:21)
(68:7)(71:15)
**over** (4:24)(5:5)(6:11)
**overall** (12:1)(33:7)(33:11)(60:20)
**overburdened** (43:16)
**overflow** (45:22)
**oversight** (64:16)

**P**

**page** (7:18)(10:13)(10:15)(11:5)(13:3)
(14:6)(15:4)(15:6)(15:7)(16:2)(18:6)(23:6)
(23:21)(24:15)(27:17)(28:5)(28:24)(30:14)
(37:2)(38:13)(52:21)(60:8)(60:9)(61:5)
(61:11)
**pages** (10:25)(11:6)(11:7)(18:1)
**paragraph** (11:14)(11:16)(11:25)
(13:11)(13:15)(14:7)(15:2)(15:6)(16:3)
(18:6)(22:25)(23:22)(24:16)(25:5)(31:12)
(31:21)(32:14)(33:1)(33:10)(33:22)(37:1)
(37:13)(37:19)(37:24)(46:9)(52:14)(57:5)

**permit**

(57:7)(57:9)(57:16)(60:9)(60:15)(61:7)
(61:11)(64:11)(64:13)(64:21)(69:1)
**paragraphs** (9:4)(18:22)(20:18)(20:25)
(23:14)(37:6)
**parameters** (58:21)(58:24)
**parcel** (6:24)
**part** (13:10)(14:7)(15:6)(16:3)(16:25)
(17:10)(17:16)(27:12)(27:15)(27:20)(29:8)
(31:6)(33:16)(33:17)(33:22)(37:21)(37:25)
(39:1)(39:10)(39:17)(43:15)(46:15)(46:25)
(50:16)(52:3)(56:18)(56:19)(56:21)(56:24)
(57:4)(57:22)(58:10)(58:12)(58:14)(58:16)
(59:8)(60:8)(61:8)(61:11)(63:19)(65:2)
(73:13)(74:10)(74:22)(78:24)
**participate** (54:25)(70:24)
**participation** (55:6)
**parties** (80:18)(80:20)
**parts** (13:22)
**party** (4:21)(9:2)
**paterson** (2:11)(2:15)(80:6)
**paul** (3:15)(44:10)(45:6)(46:19)(47:3)
**pause** (5:12)
**pending** (2:6)(70:21)(70:25)
**people** (27:8)(66:23)
**per** (63:2)
**perform** (59:3)(59:11)
**period** (64:16)(76:19)
**periods** (75:25)
**permanent** (30:15)(32:15)(32:16)
**permission** (14:9)
**permit** (10:19)(10:20)(10:23)(11:8)
(11:13)(11:16)(11:22)(12:1)(12:7)(12:13)
(13:11)(13:18)(14:3)(14:14)(14:21)(15:17)
(15:24)(16:3)(16:14)(16:18)(17:1)(17:11)
(17:16)(17:18)(17:20)(17:24)(18:1)(18:4)
(18:9)(18:18)(18:20)(18:24)(19:3)(19:7)
(19:14)(19:18)(19:19)(19:20)(19:23)
(20:20)(21:6)(21:7)(21:8)(21:22)(22:1)
(22:2)(22:5)(22:10)(22:13)(22:21)(22:22)
(22:24)(23:3)(23:9)(23:11)(23:17)(23:23)
(23:24)(24:4)(24:5)(24:6)(24:11)(24:13)
(24:20)(25:4)(25:8)(25:11)(25:23)(26:1)
(26:22)(26:24)(27:12)(27:16)(27:21)(28:7)
(28:14)(28:15)(29:20)(30:8)(30:12)(31:17)
(31:21)(32:3)(32:19)(32:21)(33:9)(33:22)
(34:1)(34:7)(35:3)(35:13)(36:4)(36:6)
(36:10)(36:18)(38:3)(38:7)(38:13)(38:17)
(38:19)(38:24)(39:1)(39:3)(39:7)(39:10)
(39:18)(39:20)(39:21)(40:2)(40:5)(40:8)
(40:12)(40:25)(41:2)(41:19)(41:20)(42:12)
(42:17)(42:20)(42:22)(43:2)(44:2)(44:13)
(44:17)(44:18)(44:24)(45:3)(45:9)(45:14)
(46:4)(46:13)(47:6)(47:7)(47:11)(47:12)
(47:18)(47:19)(48:1)(48:2)(48:5)(48:6)
(48:8)(48:10)(48:11)(49:6)(49:18)(49:25)
(50:4)(50:9)(50:15)(50:18)(50:23)(51:3)
(51:7)(51:11)(51:14)(51:16)(51:19)(51:21)
(51:22)(51:24)(52:4)(52:16)(52:25)(53:5)
(53:15)(53:22)(54:10)(54:23)(55:9)(55:25)
(56:17)(56:18)(56:21)(56:25)(57:5)(57:19)
(57:22)(58:5)(58:10)(58:11)(58:17)(58:19)
(59:2)(59:6)(59:7)(59:10)(59:15)(59:17)
(59:21)(60:6)(61:4)(61:8)(61:24)(62:6)

permits

(62:10)(62:19)(63:7)(63:14)(63:17)
(63:18)(64:1)(64:3)(64:7)(64:15)(64:19)
(65:5)(65:10)(66:2)(67:12)(67:24)(68:4)
(69:5)(74:4)(74:21)(75:4)
**permits**   (3:5)(9:10)(9:25)(10:8)(10:14)
(10:17)(10:19)(11:23)(14:12)(15:11)
(15:13)(16:9)(16:10)(27:3)(28:2)(28:17)
(37:18)(42:2)(45:17)
**permitted**   (60:17)
**permittee**   (24:16)(24:17)(24:18)
**permitting**   (4:20)(8:21)
**person**   (11:11)(11:12)(69:2)(80:7)
**persons**   (6:1)(43:23)
**phil**   (65:23)(66:17)
**phrases**   (5:12)
**physical**   (5:10)
**piping**   (29:6)(29:9)
**pit**   (18:11)(21:19)(31:3)(31:7)(31:10)
(46:6)
**place**   (30:8)(32:17)
**plaintiffs**   (1:6)(2:3)(2:5)(2:16)(4:10)
**plan**   (12:8)(12:9)(12:16)(12:25)(13:4)
(13:5)(13:21)(13:22)(13:24)(15:16)(15:24)
(15:25)(16:13)(17:4)(17:7)(31:25)(33:15)
(33:17)(35:13)(54:13)(54:14)(55:20)
(55:21)(56:6)(56:7)(56:8)(56:10)(56:11)
(56:12)(56:17)(56:20)(56:23)(56:25)(57:4)
(57:10)(57:12)(57:13)(57:14)(57:20)
(57:21)(58:11)(58:12)(58:20)(58:23)(59:1)
(59:9)(62:8)(62:15)(62:25)(63:20)(64:22)
(64:24)(64:25)(65:1)(65:2)(65:12)(66:8)
**planned**   (25:15)(26:2)
**plans**   (32:22)(37:17)(56:8)(56:14)
(65:14)(65:16)
**plant**   (29:3)(29:13)(40:19)
**plants**   (19:10)
**please**   (4:12)(5:7)(10:6)(11:6)(11:14)
(12:13)(14:6)(14:7)(15:4)(16:7)(18:7)
(20:6)(20:17)(22:20)(23:21)(24:15)(27:15)
(27:20)(28:22)(32:13)(36:13)(36:20)(37:2)
(41:15)(44:9)(46:8)(52:21)(53:10)(55:17)
**point**   (57:18)(58:16)(69:2)(73:2)
**pollutant**   (9:12)
**pollutants**   (13:16)(14:4)(16:25)(19:16)
(36:2)(42:7)(50:12)(62:21)(63:9)(68:5)
(74:17)(76:8)
**pollution**   (62:7)
**pond**   (29:7)(40:15)(40:16)(40:18)
**portions**   (11:3)(11:4)(13:7)
**position**   (74:19)
**possession**   (50:7)(54:21)(65:25)
**potable**   (29:4)
**potential**   (17:13)(34:16)(39:15)(43:9)
**practices**   (56:8)(62:21)(63:9)(63:19)
**preceding**   (26:19)
**precise**   (6:22)(77:13)
**precision**   (26:10)
**preparation**   (12:8)(12:24)(76:15)
**prepare**   (8:14)(62:3)(73:11)(73:15)
**prepared**   (7:15)(7:24)(8:17)(8:25)
**preparing**   (8:10)
**prescribe**   (62:20)(63:8)
**presence**   (71:15)

**present**   (43:17)(55:21)(76:22)(76:25)
(77:2)(77:3)(77:5)(77:5)(77:21)
**presented**   (6:3)(6:11)
**prevention**   (62:7)
**previous**   (8:7)(25:15)(25:17)(45:11)
(70:22)
**previously**   (45:19)
**primarily**   (65:17)
**prior**   (8:25)(24:22)(25:17)(34:10)
(34:15)(43:3)(43:8)(62:22)(63:10)(71:2)
(71:5)(71:9)(76:6)
**priscilla**   (11:9)
**privilege**   (69:22)(71:13)(73:2)(73:20)
(73:24)(76:13)(78:10)
**privileged**   (73:22)
**probably**   (6:23)(13:24)(26:12)(36:11)
(58:10)(58:19)
**procedure**   (5:25)
**procedures**   (67:11)
**proceeding**   (8:18)(8:21)
**proceedings**   (4:19)
**process**   (4:20)(37:22)(65:15)(73:13)
**processed**   (27:24)
**produced**   (3:19)
**producing**   (71:12)
**production**   (25:13)
**program**   (8:12)(9:10)(9:13)(9:17)
(14:21)(16:18)(22:2)(27:6)(38:4)(38:7)
(38:24)(44:12)(46:15)(46:25)(47:2)(48:15)
(51:22)(52:4)(52:7)(61:21)(62:17)(62:18)
(63:25)(65:18)(65:21)(66:15)(66:24)
(67:12)(67:14)(67:24)(68:2)(74:23)(75:1)
**programs**   (67:11)
**project**   (3:7)(7:17)(8:3)(10:9)(26:6)
(59:9)(60:5)
**promulgated**   (52:14)
**property**   (6:24)(7:7)(66:19)(67:3)
(68:14)
**proposed**   (3:7)(3:17)(33:12)
**protection**   (1:4)(2:4)(4:11)(40:1)
**provided**   (6:4)(8:6)(12:1)(33:13)(37:8)
(40:1)(43:25)
**providing**   (6:5)(70:7)
**provision**   (12:7)(14:4)(15:17)(16:14)
(34:1)(39:6)(56:19)(57:18)(58:16)(58:24)
(60:12)(60:14)(60:22)(60:24)(61:3)(63:16)
**provisions**   (11:20)(12:2)(13:18)
(15:12)(16:10)(27:24)(31:20)(38:19)
(55:23)(58:13)(60:6)(61:25)(64:19)(65:13)
**public**   (2:8)(38:1)(43:20)(53:16)(55:3)
(55:6)(80:2)
**pumping**   (32:17)
**purpose**   (72:2)
**pursuant**   (2:7)(11:17)(27:24)(52:17)
(52:25)(53:5)(53:15)(53:21)(67:15)(69:23)

## Q

**qualified**   (47:16)(70:19)(80:3)
**quality**   (17:14)(34:16)(39:15)(43:9)
(46:22)(51:7)(59:4)(59:12)
**quarterly**   (59:3)(59:11)
**question**   (5:1)(5:2)(5:3)(20:22)(20:23)
(46:18)(47:1)(47:3)(57:8)(63:5)(70:20)

(70:22)
**quote**   (74:19)

# R

**railroad**   (29:4)
**range**   (11:5)(25:21)(72:15)(75:12)
**rate**   (25:13)
**raw**   (60:16)
**read**   (13:10)(14:7)(15:5)(16:3)(18:6)
(23:21)(24:15)(27:19)(27:20)(28:22)
(32:13)(33:22)(33:23)(38:12)(46:8)(52:19)
(57:9)(63:16)(70:21)
**reading**   (28:24)(44:21)(80:15)
**reads**   (70:22)
**really**   (31:23)(33:19)(55:19)(76:4)
**reason**   (33:5)
**reasonable**   (46:20)
**recall**   (8:24)(11:8)(14:23)(14:24)
(25:12)(25:16)(57:24)(62:5)(74:3)(76:21)
(77:3)
**received**   (69:9)
**recess**   (68:12)(78:17)
**reclaimed**   (17:5)(28:25)(33:14)(43:15)
(74:10)
**reclamation**   (12:16)(13:2)(13:3)(13:9)
(14:18)(15:15)(15:16)(15:23)(15:24)
(16:12)(16:13)(16:17)(17:4)(35:13)(37:17)
(47:20)(56:16)(60:3)(60:10)(60:18)(60:22)
(66:6)(66:7)(66:8)
**recognize**   (20:4)(22:18)(25:1)(29:24)
(35:8)(41:13)(44:7)(52:9)
**reconstructed**   (75:13)
**record**   (4:13)(36:21)(50:1)(60:15)
(61:2)(68:11)(78:16)(78:19)(80:14)
**recorded**   (54:19)
**recording**   (60:10)
**records**   (26:13)(65:24)
**reduce**   (62:21)(63:9)
**reduced**   (70:11)(80:12)
**refer**   (11:14)(11:20)(14:20)(15:21)
(18:22)(27:15)(27:19)(28:10)(28:16)
(31:12)(33:1)(36:13)(36:15)(38:3)(53:10)
(64:10)
**reference**   (10:10)(20:25)(25:5)(30:14)
(56:4)
**referenced**   (22:24)(57:4)(57:7)
**references**   (14:16)(14:20)
**referred**   (23:14)(26:7)(30:19)(30:25)
(35:19)(48:17)(61:3)(76:16)(77:7)
**referring**   (9:4)(12:14)(28:5)(31:21)
(33:7)(33:19)(49:9)(63:13)(64:2)
**refers**   (13:4)(28:22)(33:10)(37:20)
(49:24)
**reflect**   (8:7)(54:22)
**reflected**   (54:4)(73:9)(78:3)
**regard**   (64:14)(64:20)(68:14)(68:22)
(78:2)
**regarding**   (10:7)(40:8)(55:7)(60:24)
(68:16)(73:25)(76:15)
**regional**   (27:7)
**regulate**   (23:18)(52:16)(52:24)(53:3)
(53:13)(68:5)
**regulated**   (15:11)(16:8)(18:8)(18:19)

Deposition of LAWRENCE J. LYNCH     7/29/11

**regulation**

(22:9)(24:10)(27:23)(28:3)(30:11)(36:9)
(41:20)(42:16)(42:19)(45:9)(47:25)(48:5)
(48:8)(48:10)(50:4)
regulation   (58:2)(78:2)
regulations   (53:22)
regulatory   (5:11)(12:1)(28:16)(31:17)
(32:20)(33:9)(49:5)(49:17)(56:14)(57:6)
(57:15)
reissuance   (24:20)
relate   (11:23)(13:19)(14:16)(14:21)
(16:17)(28:16)(37:14)(38:7)(38:9)(66:3)
(66:4)
related   (4:21)(9:16)(11:21)(28:13)
(59:6)(59:24)(60:10)(66:9)(69:5)(69:14)
(70:25)(80:17)
relates   (12:14)(33:11)(37:16)(38:22)
(64:22)
relating   (24:2)(67:11)
relative   (80:19)
relatively   (26:17)
remain   (38:19)(39:1)
remainder   (42:22)
remained   (64:14)
remember   (56:18)
removal   (63:4)
remove   (63:3)
removed   (63:3)
renumbered   (11:18)(14:24)(47:22)
repeat   (41:7)(53:2)(59:20)(63:6)
rephrase   (32:2)
report   (60:15)(60:18)(60:20)(60:23)
(60:24)(61:5)(61:6)(61:10)(61:12)(61:16)
(62:4)
reported   (1:24)
reporter   (5:8)(70:22)
reports   (24:2)(26:15)(26:18)(59:19)
(59:23)(60:7)(61:18)(62:2)
represent   (4:9)(5:20)(20:13)(52:12)
request   (8:14)(25:4)(26:23)(27:10)
(28:6)(32:3)(39:10)(40:12)
requested   (26:21)(70:23)
requests   (25:22)
require   (46:12)(58:5)(59:2)(59:10)
(59:17)(59:21)(62:6)(62:10)(62:13)(62:19)
(63:7)(64:3)(64:7)(74:20)
required   (12:24)(26:4)(26:15)(55:11)
(56:2)(56:16)(56:22)(57:5)(57:21)(58:13)
(58:15)(60:2)(60:7)(61:6)(61:12)(61:16)
requirement   (55:21)(62:3)
requirements   (24:21)(53:23)(54:10)
(54:11)(55:10)(56:1)(56:6)(57:10)(57:11)
(57:15)(60:10)(61:23)(62:1)(64:4)(64:9)
(65:9)(66:2)
requires   (12:7)
resources   (1:4)(2:4)(2:21)(4:11)(5:24)
(9:1)(9:6)(62:18)(71:16)
responses   (5:9)
responsibilities   (68:13)(68:16)(68:21)
responsible   (9:9)(9:15)
restraining   (4:22)
result   (72:22)(73:12)(75:14)
results   (58:7)(58:18)
retained   (29:1)

retired   (27:9)
revegetated   (74:11)
review   (51:16)(53:19)(55:4)(57:1)
(67:13)(67:20)(71:2)
reviewed   (53:22)
revised   (8:7)(22:22)
revision   (67:11)
river   (17:15)(19:11)(22:9)(23:19)(24:1)
(31:10)(34:21)(40:17)(40:19)(40:20)(42:9)
(43:11)
road   (29:6)
rock   (18:13)
role   (9:5)
room   (5:4)(71:18)(71:21)(71:24)
ross   (2:18)
rough   (76:19)
routed   (12:10)
routinely   (58:25)
rule   (5:24)
rules   (5:25)
runoff   (18:9)(19:8)(19:15)(74:14)
rusk   (38:17)

**S**

sampling   (75:16)(75:21)(75:22)
saul   (2:14)(4:6)(4:9)(12:22)(49:10)
(51:4)(61:1)(68:10)(70:7)(70:16)(70:20)
(78:11)(78:15)(79:2)
saw   (75:14)
saying   (56:4)(63:23)
school   (9:24)
scope   (67:17)(67:22)(68:8)
seal   (80:23)
second   (23:22)(77:11)
section   (3:18)(11:17)(11:21)(12:20)
(13:2)(17:19)(22:6)(28:12)(28:25)(35:3)
(37:21)(37:25)(38:16)(38:21)(39:21)(44:2)
(47:12)(50:19)(50:24)(51:8)(51:17)(57:25)
(60:8)(61:13)(67:10)
sections   (9:16)(14:10)(14:17)(14:18)
(14:22)(14:23)(14:25)(15:9)(15:22)(16:5)
(33:25)(37:15)(39:7)
security   (29:10)
sediment   (63:3)(63:4)(76:3)
sedimentation   (63:22)
seeking   (4:21)
seeping   (18:11)
sent   (30:7)(32:2)(42:11)(43:22)(53:8)
sentence   (27:20)(28:22)(29:12)(32:23)
(38:18)(46:8)
sentences   (14:8)(15:2)(32:14)(38:12)
september   (3:14)(3:16)(3:17)(36:17)
(42:11)(43:3)(43:19)(44:20)(44:25)(45:7)
(45:13)(48:7)(48:9)(48:12)(48:24)(49:1)
sequencing   (13:6)
served   (5:23)
services   (2:21)
set   (80:22)
several   (23:3)
severe   (76:4)
shall   (14:11)(15:12)(15:15)(16:9)
(16:12)(24:3)(24:16)(24:17)(24:20)(27:24)
she   (11:11)(11:12)

shop   (29:3)
short   (68:12)(78:17)
shorthand   (80:12)
should   (64:8)(69:7)
shown   (21:2)
sign   (73:11)
signature   (7:18)
significant   (46:10)(46:23)
signing   (80:16)
similar   (8:23)
simple   (4:24)
site   (6:16)(6:19)(12:10)(13:8)(14:1)
(15:15)(16:12)(17:5)(18:10)(18:25)(19:5)
(22:14)(23:19)(24:10)(30:11)(33:8)(33:14)
(33:16)(34:23)(36:8)(41:18)(42:15)(43:15)
(45:8)(47:25)(50:3)(50:8)(53:4)(53:14)
(55:24)(57:3)(59:18)(59:19)(59:22)(59:23)
(60:17)(61:15)(62:3)(63:1)(65:1)(65:17)
(65:20)(68:22)(69:15)(74:10)
six   (10:17)
slowly   (5:7)
smoothly   (4:25)
soil   (30:21)(31:5)(31:6)(43:16)
somebody   (27:6)(27:7)(47:2)(61:21)
(62:17)(63:25)
sometime   (72:15)
somewhere   (25:21)
sorry   (9:23)(34:25)(36:13)(41:7)
(55:16)(55:19)(60:22)
sort   (9:5)(33:11)
sounds   (72:13)
south   (2:10)(2:15)(2:22)(80:6)
southern   (31:2)(31:7)
southernmost   (21:2)
speak   (5:7)
speaking   (5:6)(55:17)
specific   (12:19)(19:5)(44:21)(56:4)
(58:6)(58:17)(58:23)(59:24)(62:5)
specifically   (6:11)(18:25)(20:17)(23:5)
(35:24)(57:7)(60:2)(60:5)(60:11)(60:14)
(61:22)(63:5)(63:13)(64:10)(65:25)(68:15)
(74:24)(76:25)
specifies   (61:8)
specify   (51:11)
speerschneider   (2:17)(39:24)(47:14)
(48:20)(49:11)(50:20)(69:19)(70:9)(70:14)
(72:1)(72:24)(73:17)(77:1)
spell   (4:13)(5:13)(9:12)
spend   (5:10)
spring   (53:6)(72:9)(72:10)(76:11)
(76:16)
spur   (29:5)
staff   (48:15)(54:3)(54:12)(54:25)
(65:18)(70:24)(71:18)(75:2)(76:23)
standards   (57:6)(57:19)
start   (57:2)
state   (2:9)(2:21)(3:4)(4:13)(8:20)(9:19)
(11:15)(11:25)(14:13)(29:5)(40:7)(44:24)
(47:8)(49:16)(50:7)(52:15)(62:23)(63:11)
(64:13)(65:8)(67:11)(69:1)(80:1)(80:3)
stated   (16:16)(34:6)(54:5)
statement   (15:1)(16:21)(18:15)(20:8)
(20:12)(20:15)(46:14)

**statement**

states   (1:1)(2:6)(27:10)(28:6)(31:15)(61:12)
stating   (49:4)
stats   (14:11)(15:10)(33:25)(38:16)
statute   (52:3)(61:7)(67:19)
statutes   (11:17)(11:21)(15:14)(16:11)(21:24)(46:12)(47:9)(47:21)(47:23)(52:2)(61:13)(62:2)
statutory   (11:20)(14:16)(14:20)(15:20)(15:21)(37:8)(37:13)(37:15)
stevens   (2:18)
still   (15:1)(16:20)(30:8)(30:11)(36:6)(36:9)(42:12)(42:22)(71:5)
stockpile   (18:11)(30:21)
storage   (31:6)
stored   (31:5)
storm   (56:1)
stormwater   (12:3)(12:5)(12:14)(13:19)(13:23)(13:25)(18:9)(18:19)(18:24)(19:4)(19:8)(19:15)(22:14)(23:18)(24:9)(27:2)(28:1)(29:7)(29:8)(30:10)(32:20)(33:8)(36:8)(42:15)(43:18)(45:7)(47:24)(48:4)(49:4)(49:16)(50:3)(50:7)(52:16)(52:25)(53:3)(53:13)(53:23)(54:9)(54:10)(55:10)(55:19)(55:24)(56:5)(56:7)(56:10)(59:4)(59:12)(61:22)(61:24)(62:7)(62:14)(62:17)(62:20)(62:22)(63:8)(63:10)(64:14)(64:20)(65:6)(65:9)(66:1)(66:24)(69:14)(74:20)(74:23)(75:1)
stream   (7:6)(17:9)(17:15)(19:25)(21:15)(22:8)(29:10)(29:16)(34:13)(34:20)(39:13)(39:17)(40:17)(41:5)(42:8)(43:6)(43:11)(75:24)(76:7)
street   (2:11)(2:16)(2:18)(2:22)(80:6)
stringent   (53:24)(54:17)(55:11)(56:2)(61:25)
structures   (32:16)
subchapter   (53:24)(55:12)
subject   (41:19)(43:20)(53:18)(57:1)
submit   (27:1)(56:22)(58:6)(58:15)(60:7)
submitted   (13:5)(13:24)(26:16)(27:11)(28:7)(51:16)(56:24)(56:25)(58:20)(67:13)(67:19)
subpoena   (2:7)(3:2)(5:22)(5:23)
subsequently   (19:10)(48:1)
substantial   (37:23)
substantive   (50:14)
substitute   (49:21)
sue   (69:24)
suite   (2:16)
summarize   (21:21)(26:16)
summary   (68:20)
supplement   (13:21)(57:12)
sure   (5:1)(5:11)(12:25)(14:19)(15:25)(21:10)(21:21)(47:5)(57:8)(64:8)(69:10)(73:7)(75:2)(76:1)(76:5)
surface   (12:8)(12:9)(12:24)(13:4)(13:16)(13:23)(14:4)(18:8)(18:19)(24:9)(31:24)(33:16)(36:2)(50:12)(54:13)(56:7)(56:11)(56:20)(56:24)(57:11)(57:14)(58:14)(62:24)(63:19)(64:22)(64:24)(65:12)(66:9)(68:5)(74:13)

surge   (29:7)(40:15)(40:16)(40:18)
surveillance   (54:15)(54:16)
survey   (9:24)
suzanne   (3:12)
sworn   (4:3)(80:8)
swppp   (62:8)(62:12)
system   (9:13)(29:8)

**T**

taken   (2:2)(6:8)(64:23)(68:12)(77:16)(77:21)(78:17)(80:12)(80:18)
talk   (5:4)(73:8)(73:9)
talked   (56:19)(73:13)(77:24)
talking   (5:11)(21:10)
talks   (13:5)(13:21)(60:9)
tank   (29:4)
technology   (50:23)
telephone   (76:14)
temporary   (4:22)
term   (14:2)(59:24)(60:5)
terminated   (44:17)(48:6)
terms   (5:12)(24:3)(31:20)(50:15)(55:14)
testified   (4:3)(4:16)(4:18)(11:11)(65:4)
testify   (6:1)(80:8)
testimony   (6:5)(8:22)(21:22)(47:6)(55:25)(80:14)
thank   (32:13)(79:2)
themselves   (50:11)
thereto   (24:3)
thereupon   (80:11)
they're   (15:19)(36:22)
they've   (66:7)
thinking   (60:13)(76:2)
third   (32:14)(46:8)
thomas   (3:8)
thought   (12:16)(45:6)
threat   (43:17)
three   (18:25)(37:6)(37:8)(48:17)(49:3)(49:13)(50:11)(50:14)
throughout   (21:11)(26:5)(60:4)
times   (6:21)
timm   (2:17)
today   (5:8)(6:6)(6:8)(18:15)(33:21)(36:21)(47:6)(78:21)(78:24)
tom   (27:8)(71:23)(71:25)(77:9)(77:10)
topsoil   (74:11)
total   (76:20)
touching   (80:9)
toxicity   (41:6)
transcription   (80:13)
treated   (63:2)
treatment   (12:11)(13:25)(19:10)(29:3)(29:12)(40:18)(62:20)(63:8)(63:12)(63:23)
true   (8:7)(80:14)
truth   (80:8)(80:9)
turn   (14:6)(15:4)(16:2)(37:2)(52:21)
two   (10:19)(14:8)(15:2)(18:11)(20:18)(20:23)(21:4)(32:13)(38:12)(76:18)(76:20)
types   (18:12)(58:13)

**U**

under   (4:4)(4:16)(5:24)(9:10)(15:11)

(16:8)(17:4)(17:7)(17:18)(21:23)(22:1)(22:5)(27:1)(27:23)(28:1)(28:3)(31:16)(32:19)(32:20)(33:12)(33:13)(34:7)(35:3)(37:5)(38:12)(38:16)(39:6)(39:21)(40:23)(40:25)(41:20)(42:16)(42:20)(43:1)(44:2)(44:18)(45:13)(47:7)(47:12)(47:18)(47:19)(47:21)(48:8)(48:10)(49:5)(49:17)(49:25)(50:4)(50:8)(50:18)(50:24)(51:8)(51:17)(51:21)(52:16)(52:25)(53:4)(53:14)(53:24)(54:11)(54:18)(55:12)(56:2)(56:9)(56:15)(56:16)(58:2)(58:22)(59:7)(61:13)(61:16)(61:25)(62:2)(62:4)(64:23)(67:12)(67:20)(70:14)(80:11)
underground   (29:9)
underlain   (29:5)
understand   (5:1)(5:3)(5:14)(51:6)
understanding   (6:13)(20:13)(21:22)(47:5)(54:12)(66:11)
unfortunately   (12:22)
united   (1:1)(2:6)
unless   (76:4)
until   (48:5)
upon   (69:21)(69:23)(71:12)
use   (5:8)(28:25)(33:5)(64:20)(68:3)
usepa   (43:25)
using   (11:5)(13:2)(80:13)
usually   (61:18)
utilities   (29:4)

**V**

various   (10:8)(13:22)(60:3)(60:10)(64:23)
verbal   (5:9)
very   (8:23)
vested   (14:10)(15:9)(16:5)(33:24)
via   (40:22)
visited   (6:19)(6:21)
visual   (59:3)(59:12)

**W**

waived   (80:15)
wasn't   (19:18)(32:8)(40:14)(43:17)(46:15)(68:2)
waste   (17:9)(19:9)(21:15)(39:12)(74:16)
wastewater   (18:12)(27:6)(29:3)(29:12)(54:3)(54:12)(66:24)
water   (12:8)(12:9)(12:10)(12:24)(13:4)(13:23)(17:13)(17:19)(18:11)(18:13)(19:10)(22:6)(29:4)(31:24)(32:16)(33:16)(34:16)(35:3)(38:10)(39:15)(39:22)(40:18)(43:9)(43:14)(44:3)(46:22)(47:13)(50:19)(50:25)(51:7)(51:9)(51:17)(54:13)(56:1)(56:7)(56:11)(56:20)(56:25)(57:11)(57:14)(58:14)(62:17)(62:24)(63:20)(64:22)(64:24)(65:2)(65:12)(66:9)(68:6)(74:13)(75:22)(75:25)
waters   (13:16)(14:4)(18:8)(18:19)(24:9)(36:2)(50:12)(62:22)(63:10)
watershed   (9:7)(44:11)(46:19)(47:2)(48:15)(54:25)(61:21)(63:25)
webster   (2:22)
we'll   (5:4)(5:10)(5:15)(6:11)(61:1)

| we're | | zinc |
|---|---|---|
| **we're** (21:10)(37:22)(42:25)(48:21) (73:18) | (75:6)(75:10)(75:20) | |

**we're** (21:10)(37:22)(42:25)(48:21) (73:18)
**west** (29:5)
**westerberg** (2:10)(2:14)(2:15)(80:5)
**western** (1:2)(2:7)
**wetland** (30:20)(30:21)
**wetlands** (21:16)(75:13)
**we've** (10:3)(20:3)(22:17)(24:25) (29:23)(35:7)(41:12)(44:6)(67:7)(78:19)
**wherein** (2:3)
**whereof** (80:22)
**whether** (12:11)(63:22)(65:11)(66:7) (69:11)(73:5)
**whoever** (75:1)
**whole** (16:6)(62:24)
**whose** (8:14)
**wisconsin** (1:2)(1:4)(2:3)(2:7)(2:9) (2:11)(2:16)(2:19)(2:21)(2:22)(3:4)(4:11) (5:23)(9:12)(11:17)(21:24)(24:1)(24:22) (46:11)(52:12)(67:19)(80:1)(80:3)(80:6)
**wisconsin's** (51:22)(52:1)(52:3) (67:14)(68:3)
**wishes** (24:18)
**wit** (80:7)
**withdrawn** (69:25)
**without** (38:1)(69:10)
**witness** (2:2)(2:23)(4:2)(12:18)(13:1) (32:6)(35:23)(47:16)(51:5)(60:25)(61:3) (68:24)(70:16)(80:10)(80:15)(80:22)
**won't** (49:12)
**word** (32:23)(33:5)
**words** (12:5)
**work** (6:15)(9:5)
**worked** (9:6)(9:19)(9:21)(9:23)(27:9)
**working** (71:16)
**works** (61:21)(75:1)
**wpdes** (9:10)(9:16)(10:20)(11:8) (11:23)(14:21)(16:18)(17:24)(18:4)(18:9) (18:18)(18:20)(18:24)(19:7)(19:14)(20:19) (21:7)(21:8)(22:2)(22:13)(22:21)(22:24) (23:2)(23:9)(23:10)(23:17)(23:23)(23:24) (24:5)(24:10)(26:23)(27:2)(28:2)(28:17) (29:19)(30:8)(30:12)(32:19)(36:5)(36:9) (36:18)(38:3)(38:7)(38:24)(40:25)(41:19) (42:1)(42:12)(42:17)(42:20)(42:22)(44:13) (44:18)(45:3)(45:9)(45:16)(48:1)(48:5) (48:8)(48:11)(59:6)(59:7)(67:24)(68:4) (69:5)(74:20)
**write** (7:21)
**writing** (70:12)(80:13)
**written** (36:16)(72:19)
**wrote** (7:23)(30:2)(32:11)(34:2)
**wrpc** (11:5)(13:2)
**wwtp** (29:9)(29:12)

## Y

**year** (26:16)(26:19)(72:9)
**yourself** (7:21)

## Z

**zinc** (17:9)(17:14)(19:16)(19:17) (19:21)(29:16)(34:12)(34:17)(34:20) (39:12)(39:16)(41:4)(43:5)(43:10)(46:22)