UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Wisconsin Resources Protection
Council, Center for Biological
Diversity, and Laura Gauger,

      Plaintiffs,　　　　　　　　　　　　Case No:  11-cv-45

  v.

Flambeau Mining Company,

      Defendant.

DECLARATION OF JAMES B. HUTCHISON IN OPPOSITION TO
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

# EXHIBIT A

**Figure 1 depicting the site topography of the
Industrial Outlot at the Flambeau Mine Site**



Figure 1 — Flambeau Mining Company, Field Topographic Survey, 0.5' Contour Interval, October 2011 (Foth Infrastructure & Environment, LLC). Exhibit A.