**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

Wisconsin Resources Protection Council, Center for Biological Diversity, and Laura Gauger,

Plaintiffs,

Case No: 11-cv-45

v.

Flambeau Mining Company,

Defendant.

DECLARATION OF JAMES B. HUTCHISON IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**EXHIBIT B**

**Photograph of Industrial Outlot Are at Flambeau Mine site**

Flambeau River
Approximate Industrial Outlot Boundary
Former Wastewater Treatment Plant Building
WDNR Service Center
Approximate Intermittent Stream C
.9 Acre Biofilter
Wetland Area Adjacent to Biofilter
Copper Park Lane
State Highway 27
N
EXHIBIT
B

Figure 2