IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Wisconsin Resources Protection
Council, Center for Biological
Diversity, and Laura Gauger,

        Plaintiffs,

        v.                                Case No. 11-cv-45

Flambeau Mining Company,

        Defendant.

## NOTICE OF APPEARANCE OF ATTORNEY DANIEL P MENSHER FOR PLAINTFFS

Plaintiffs hereby give notice of appearance of Daniel P. Mensher as co-counsel for Wisconsin Resources Protection Council, Center for Biological Diversity, and Laura Gauger.

Counsel's address, phone number, email address and bar number are as follows:

    Daniel P Mensher (OSB #074636)
    Pacific Environmental Advocacy Center
    10015 SW Terwilliger Blvd.
    Portland, OR 97219
    Tel: (503) 768-6926
    dmensher@lclark.edu

    Respectfully submitted,

    /s/ Daniel P Mensher
    DANIEL P MENSHER (OSB # 074636)
    Pacific Environmental Advocacy Center
    Tel: (503) 768-6926
    Fax: (503)768-6642
    dmensher@lclark.edu

    Counsel for Wisconsin Resources Protection
    Council, Center for Biological Diversity,
    and Laura Gauger