IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Wisconsin Resources Protection
 Council, Center for Biological
 Diversity, and Laura Gauger,

        Plaintiffs,

        v.         Case No. 11-cv-45

Flambeau Mining Company,

        Defendant.

**NOTICE OF APPEARANCE OF ATTORNEY KEVIN M. CASSIDY FOR PLAINTIFFS**

Plaintiffs hereby give notice of appearance of Kevin M. Cassidy as co-counsel for Wisconsin Resources Protection Council, Center for Biological Diversity and Laura Gauger.

Counsel's address, telephone number, email address, and bar number are as follows:

    Kevin M. Cassidy (Oregon #025296)
    Pacific Environmental Advocacy Center
    P.O. Box 445
    Norwell, MA 02061
    Tel: (781) 659-1696
    cassidy@lclark.edu

    Respectfully submitted,

    /s/ Kevin M. Cassidy
    KEVIN M. CASSIDY (Oregon #025296)
    Pacific Environmental Advocacy Center
    Tel:  (781) 659-1696
    Fax:  (503) 768-6642
    cassidy@lclark.edu

    Counsel for Wisconsin Resources Protection Council, Center for Biological Diversity and Laura Gauger