# EXHIBIT A



Figure 4. Field Delineated Wetlands
Flambeau Mine Site – Industrial Outlot