IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN RESOURCES PROTECTION
COUNCIL, CENTER FOR BIOLOGICAL
DIVERSITY, and LAURA GAUGER,

Plaintiffs,

v.                          Case No. 11-cv-45

FLAMBEAU MINING COMPANY,

Defendant.

VIDEOTAPE EVIDENTIARY DEPOSITION

ELIZABETH A. DAY

Madison, Wisconsin
April 18, 2012

Peggy S. Christensen, RPR, CRR, CCP
Registered Professional Reporter

---

1  VIDEOTAPE EVIDENTIARY DEPOSITION of ELIZABETH A. DAY,
2  a witness of lawful age, taken on behalf of the
3  Defendant, wherein Wisconsin Resources Protection
4  Council, et al. are Plaintiffs, and Flambeau Mining
5  Company is Defendant, pending in the United States
6  District Court for the Western District of Wisconsin,
7  pursuant to notice and stipulation, before Peggy S.
8  Christensen, a Registered Professional Reporter and
9  Notary Public in and for the State of Wisconsin, at
10 the offices of DeWitt Ross & Stevens S.C., Attorneys
11 at Law, Two East Mifflin Street, Suite 600, City of
12 Madison, County of Dane, and State of Wisconsin, on
13 the 18th day of April 2012, commencing at 9:04 in the
14 forenoon.
15
16                A P P E A R A N C E S
17
   PAMELA R. MCGILLIVRAY and JAMES N. SAUL, Attorneys,
18 for MCGILLIVRAY, WESTERBERG & BENDER, LLC,
        Attorneys at Law, 211 South Paterson Street,
19      Suite 320, Madison, Wisconsin 53703, appearing
        on behalf of the Plaintiffs.
20
21 HARRY E. VAN CAMP, Attorney,
   for DEWITT ROSS & STEVENS S.C., Attorneys at Law,
22      Two East Mifflin Street, Suite 600, Madison,
        Wisconsin 53703-2865, appearing on behalf of
23      the Defendant.
24
   Also present:  Susan George; Jon Hansen, CLVS and
25                Connie Hansen, CLVS

                                    3

---

1                I N D E X
2  Witness                              Pages
3  ELIZABETH A. DAY
4      Examination by Mr. Van Camp         5
5      Examination by Ms. McGillivray     86
6
7
8
9
10               E X H I B I T S
11 No.   Description                    Identified
12 170   Résumé                             8
13 171   Approved Jurisdictional Determination
         Form, U.S. Army Corps of Engineers  14
14
15 172   Navigable Waters of the U.S. Within
         the State of Wisconsin              32
16 173   Packet of photographs labeled "Stream C"
17       photograph locations, 10/18/2011    34
18
19 (The original exhibits were attached to the original
20  transcript and copies were provided to counsel)
21
22
23
24      (The original deposition transcript was filed with
25            Attorney Harry E. Van Camp)

                    2

---

1          VIDEOGRAPHER:  Good morning.  We
2  are on the record.  This is DVD number 1 of
3  the evidentiary deposition of Elizabeth A.
4  Day, case number 11-cv-45 WE -- I'm sorry,
5  11-cv-45 in the Western District of
6  Wisconsin, in the matter of Wisconsin
7  Resources Protection Council, et al., versus
8  Flambeau Mining Company.  This deposition is
9  taking place in Madison, Wisconsin.
10         Today's date is April 18, 2012.  The
11 time is 9:04 a.m.  Today the reporter is
12 Peggy Christensen.  My name is Jon Hansen.
13 We're both associated with For the Record,
14 Madison, Wisconsin.
15         At this time counsel will now introduce
16 themselves and who they represent.  After
17 that the court reporter will swear in the
18 witness.
19         MS. MC GILLIVRAY:  Thank you.
20 Pamela McGillivray and James Saul from
21 McGillivray, Westerberg & Bender for the
22 plaintiffs.
23         MR. VAN CAMP:  Good morning.  Harry
24 Van Camp.  I represent Flambeau Mining
25 Company.  I'm with DeWitt Ross and Stevens in

                                    4

1   Madison, and I'm assisted today by Susan
2   George.
3          COURT REPORTER:  If you would raise
4   your right hand, please, ma'am.
5          THE WITNESS:  Yes.
6          ELIZABETH A. DAY,
7   called as a witness, being first duly sworn,
8   testified on oath as follows:
9          DIRECT EXAMINATION
10  By Mr. Van Camp:
11  Q  Good morning.
12  A  Good morning.
13  Q  Please tell us your name.
14  A  My name is Elizabeth A. Day.
15  Q  Do you prefer Ms.?  Mrs.?
16  A  Ms.
17  Q  Ms., okay.  Ms. Day, let me describe what we're
18     going to be doing here today.  I know that you sat
19     previously for a traditional discovery deposition
20     taken by the plaintiffs' attorneys last week, I
21     think.
22  A  Yes.
23  Q  So this is the second deposition that you're
24     sitting for in this case, and today's deposition
25     is what we call an evidentiary deposition.  It's

5

1   taken by the parties that hired you as an expert
2   witness to be used at trial.
3          And so we'll be asking you questions relative
4   to work that you've done in this case, much like
5   what was done before at the prior deposition taken
6   by the plaintiffs, but we will be offering this
7   deposition transcript, which is being recorded by
8   a court reporter who will prepare a paper
9   transcript, as well as by a videographer who will
10  prepare a video recording of this to use in trial.
11  Why don't you tell us where you live.
12  A  I live in Middleton, Wisconsin.
13  Q  You're familiar, are you not, with the case
14     Wisconsin Resources Protection Council, Center for
15     Biological Diversity, and Laura Gauger versus
16     Flambeau Mining Company?
17  A  Yes, I am.
18  Q  And you were hired in that case; correct?
19  A  Yes.
20  Q  And by whom were you hired?
21  A  By Flambeau Mining Company.
22  Q  And you were hired as an expert witness?
23  A  Yes.
24  Q  What were you hired to do?
25  A  I was hired to go out in the field and look at the

6

1   site and determine -- or to get a sense of the
2   flow of water and whether or not there was a
3   waterway that existed adjacent to the biofilter.
4   Q  Okay.  You prepared a report, did you not?
5   A  Yes.
6   Q  And that report was discussed at the prior
7   deposition; correct?
8   A  It was.
9   Q  I'm going to hand you a document.  Let's write on
10     that Exhibit 164.  Just so that you can refer to
11     it by exhibit number, you'll recall that in your
12     evidentiary deposition your report was -- I'm
13     sorry, your discovery deposition your report was
14     marked as Exhibit 164?
15  A  Yes.
16          MR. VAN CAMP:  Counsel, would you
17     like copies of that or do you have --
18          MS. MC GILLIVRAY:  I have it.
19     Thank you.
20          MR. VAN CAMP:  -- plenty by now?
21     Okay.
22  Q  Why don't you tell us, if you will, what
23     qualifications you have, and I think probably to
24     assist with that, attached as part of Exhibit 164
25     are a list of qualifications; correct?

7

1   A  Yes.
2   Q  Could you, please, turn to that.
3   A  Okay.
4          MR. VAN CAMP:  Okay.  I'm also
5     going to mark an additional exhibit, and I
6     believe the next exhibit number is 170.
7     Would you agree, Counsel?
8          MS. MC GILLIVRAY:  Yes.
9          (Exhibit No. 170 marked for
10            identification)
11  Q  I'm marking your résumé separately as Exhibit 170,
12     and you're welcome to refer to either one, either
13     the one that's included in your expert report or
14     Exhibit 170.  But I would like to begin by asking
15     you to tell me what education you were involved in
16     after graduating from high school.
17  A  Okay.  I went to the University of Wisconsin at
18     Green Bay and got my bachelor's degree in
19     environmental science and, let's see, I got that
20     in 19 -- where is the education -- 1980.
21  Q  And what types of things did you study to receive
22     that degree?
23  A  It was an interdisciplinary degree.  I studied
24     ecology, I studied earth science, chemistry,
25     physics, I studied limnology and all kind of

8

1   taxonomy classes, botany and little bugs that live
2   in water, that kind of thing.
3 Q  After you received that degree in 1980, did you
4   pursue further education?
5 A  Yes.  I attended the University of Wisconsin at
6   Madison and I got my master's in water resource
7   management, and I got that degree in 1985.
8 Q  Could you tell us briefly what types of courses
9   you took to obtain that degree.
10 A  My area of concentration was in wetlands and also
11   in environmental policy, so I had policy courses,
12   I had hydrology, hydrogeology, I had, oh -- and we
13   had a master's seminar that was studying
14   Black Earth Creek and runoff, agricultural runoff
15   into Black Earth Creek, which is a trout stream.
16 Q  Have you been involved in work related to those
17   degrees since that time?
18 A  Yes.  Ever since that time I've been involved in
19   environmental science work.
20 Q  Okay.  Did you pursue a degree after you received
21   your master's degree?
22 A  No.
23 Q  Okay.  Could you describe your work experience
24   sort of in chronological sequence, as best you
25   can, from the time you began working in the

9

1   environmental sciences fields.
2 A  Okay.  Well, I usually start when I get to
3   Madison, which is about in 1982.  Before that I
4   was out on the west coast, and I had fisheries
5   jobs in between the time that I graduated from
6   Green Bay and the time I went back to school in
7   Madison.  And actually a little bit before I went
8   back to school in Madison, I started work at the
9   Department of Natural Resources.  I worked down at
10   Fish Hatchery where I revised the water
11   resources -- Surface Water Resources of
12   Dane County.  They have a county -- a document for
13   each county in Wisconsin on surface water
14   resources.
15       I then moved up to GEF II where -- at the
16   headquarters where I was working with the
17   Wisconsin Wetland Inventory program, and in that
18   job I interpreted aerial photos to delineate
19   wetlands on those aerial photos and then made the
20   orthophoto maps that are still used today in the
21   Wisconsin Wetland Inventory.
22       Let's see.  After that I worked for the
23   Wisconsin Department of Transportation as a
24   biologist, and in that capacity I was pretty much
25   working on the South Beltline wetland mitigation

10

1   design and also during construction of that I was
2   doing construction monitoring for that work where
3   they did the wetland mitigation for the South
4   Beltline through the marsh.
5       After that I moved out to Massachusetts and
6   worked as a permit evaluator for the Corps of
7   Engineers for about a year in Waltham,
8   Massachusetts.  And after that I started my
9   consulting career.  I was in southern
10   New Hampshire working for Normandeau Associates,
11   and I worked for them starting in 1987, all the
12   way through to 1996, and moved up to Maine with
13   them and started their office in Maine.
14       Then we moved back out to Wisconsin, and in
15   1996 I began work at URS Corporation, which had
16   some other names before that, and again I was an
17   environmental scientist with URS doing primarily
18   wetlands delineation work, waterway
19   characterization, and permitting.
20       And after that I moved to Natural Resources
21   Consulting in 2001, and that was -- NRC was
22   purchased by Stantec Consulting Services in 2010,
23   mid-year of 2010.  So now that firm is Stantec
24   Consulting Services, and I've been there since
25   2001.

11

1 Q  Describe generally for us the types of projects
2   that you've worked on since 2001 with Stantec.
3 A  Well, that evolved over the years.  Initially we
4   were doing what we term as parcel delineations,
5   where a developer wants to build something on a
6   piece of land and they need to know where the
7   wetlands are on that piece of land.  And so we'd
8   delineate those wetlands, characterize the
9   waterways and determine -- help them determine
10   which permits they needed.  If they could avoid
11   those wetlands, that's what we counseled, and we
12   would write the permit applications.  We would
13   write delineation reports.
14       As we moved on, we began work for industrial
15   concerns, utility concerns, did larger projects,
16   transportation concerns, longer corridor type
17   projects where we were doing the same type of work
18   for miles on end and also including rare and
19   endangered species, habitat characterization and
20   surveys.
21 Q  I noticed that you have listed in your résumé a
22   number of projects that you have experience with.
23   One of them involves Cedar Ridge Wind Farm in
24   Fond du Lac County.  Can you just briefly describe
25   the type of work that you were involved in in that

12

1  project.
2  A  Well, NRC at the time was identifying where the
3     wetlands occurred on that entire parcel, which was
4     several square miles, and it was about at that
5     time that the -- I think it was maybe at the time
6     where the Rapanos ruling came down and the
7     guidance came out for jurisdictional
8     determinations, and it was a time when the wind
9     farms needed to move quickly and get toward the
10    construction quite quickly, so I was brought in to
11    the project toward the end to help do
12    jurisdictional determinations because I had been
13    with the Corps and I was kind of the policy person
14    and understood how these things were coming
15    together.
16       So I prepared a number of preliminary
17    jurisdictional determinations.  That is quite
18    different than the preliminary JDs that are done
19    by the Corps now.  Those didn't exist at the time.
20    The reason I said preliminary is because I'm not
21    the agency and they have to make the final
22    determination.  But it was using the seven-page
23    form that was new at that time.  Excuse me.
24  Q  What form is that that you just referred to?
25  A  That form is in my expert report, Exhibit 164.

13

1  Q  Before you go on, I'm going to mark that form as
2     Exhibit 171.  Once again, you're welcome to refer
3     to the one that's actually attached to your report
4     or the one that we've just marked as Exhibit 171.
5  A  Okay.
6              (Exhibit No. 171 marked for
7                    identification)
8  Q  And you said that before that form was developed.
9     Just tell us briefly at this point what
10    Exhibit 171 is.
11  A  Exhibit 171 is an Approved Jurisdictional
12    Determination form.  I'm just looking to see if it
13    has a date on it of when it was developed, but I
14    don't see that.  It's a U.S. Army Corps of
15    Engineers form, and it is to be completed by
16    instructions that were in an entirely separate
17    instructional guidebook.
18  Q  Are you familiar with that guidebook as well?
19  A  Yes.
20  Q  Is that form and that guidebook things that you
21    use in your profession?
22  A  I used them at one point in time, but since that
23    time the Corps of Engineers has developed these
24    preliminary jurisdictional determinations where
25    they essentially assume that an area is a

14

1     jurisdictional wetland so that processing of
2     permits can move forward.
3  Q  Okay.  Could you briefly go through the other
4     projects that you have specifically identified in
5     your résumé and indicate roughly when you worked
6     on those projects and the types of work that you
7     performed, beginning with the Upper Sugar River/
8     Badger Mill Creek watershed.
9  A  That was for the City of Verona, and they were
10    looking to expand their urban service area, and so
11    I worked with another firm who was doing
12    hydrologic studies and I inventoried the sensitive
13    resources in the watershed and helped the city
14    develop -- or developed for the city
15    recommendations for protecting the cold water
16    fishery resource, which is the Sugar River and
17    Badger Mill Creek.
18  Q  And approximately when did you work on that
19    project?
20  A  That was probably about five years ago, four years
21    maybe.
22  Q  Okay.  And the next project you refer to is the
23    Harley Davidson Motor Company project.  What is
24    that?
25  A  That is a project I worked on when I was at URS,

15

1     and over in Wauwatosa they needed to expand their
2     testing area for the Harley engines and it
3     required a very particular configuration of
4     building, which meant they needed to affect a
5     stream, a very small stream and a small wetland
6     area, and I helped delineate, characterize those
7     resources, do the impact assessment, put the
8     permit application together, and worked through
9     that permitting process with the DNR.
10  Q  Okay.  And the next project that you referred to
11    is the Middleton Hills project.  Could you tell us
12    what that involved?
13  A  Middleton Hills is a -- I forget exactly what they
14    call it, but it's one of these modern developments
15    where it sort of goes -- it's kind of a
16    retro-modern development where they go back and
17    have very small yards and narrow alleyways behind
18    the homes, and they were wanting to do something a
19    little different with their storm water.  There
20    was a wetland down the middle of the development.
21    DNR required that the storm water not go directly
22    into that area, so we developed some storm water
23    management four bays that were quite unusual and
24    did a wetland restoration in that area that had
25    been receiving sediment from former agricultural

16

1  land uses for many years, and that is the focus,
2  central focus of the development now and has
3  walkways around it, and it's a pretty nice area.
4  Q  Approximately when did you work on that project?
5  A  That was also when I was at URS, so it had to have
6  been prior to 2001.
7  Q  Okay.  The next project you referred to is the
8  Perrier Group.  Could you tell us what was
9  involved in that project?
10 A  In that project we inventoried and characterized
11 the wetlands and threatened endangered species at
12 the proposed Adams -- at the one-time proposed
13 Adams County well for, oh, not Poland Springs but
14 the -- oh, Perrier that was trying to do a high-
15 capacity groundwater extraction well.
16 Q  And approximately when did you work on that?
17 A  That was also at URS.
18 Q  Okay.
19 A  A couple of these projects went from when I was at
20 URS and I brought them over to NRC as well.
21 Q  Okay.  Then just if you can quickly go through the
22 remainder of those projects.  There is a Chevron
23 project, an Amoco project -- or two Amoco projects
24 and an Exxon project.
25 A  The Chevron project was back when I was in Maine,

17

1  and that was quite a large area.  It was for a
2  proposed mining project on Bald Mountain, that I
3  don't know if it ever occurred, but we did quite a
4  bit of plant surveys and wetland and waterway
5  surveys and characterization and put together
6  reports of our findings.
7        The Amoco projects in Illinois were wetland
8  delineation projects essentially where we did
9  permitting as well with the Corps of Engineers.
10       And the Exxon project down there was also
11 quite similar, and we got jurisdictional
12 concurrence from the Corps of Engineers.
13 Q  You've used the term several times in your answers
14 so far jurisdictional determinations.
15 A  Yes.
16 Q  Can you just describe what you mean by
17 jurisdictional determinations?
18 A  Well, as environmental scientists and wetland
19 biologists, we delineate the wetlands and
20 characterize the waterways based on guidance and
21 standard methodologies that the agencies develop,
22 but we're very careful to point out that it is the
23 agencies that make that final determination of
24 their own jurisdiction.  So we've simply provided
25 the information to the agencies to review so that

18

1  they can make their own determination.
2  Q  Okay.  The next caption in your résumé refers to
3  water resource restoration.  Could you just tell
4  us briefly for each of those referenced projects
5  what they involved?
6  A  Well, for the North Fork Pheasant Branch Creek
7  Restoration in Middleton, that was a ditched
8  portion of the upper part of Pheasant Branch Creek
9  that was over by the Morey Airport, and we were
10 expanding the floodplain essentially by digging
11 out a lot of material and then within that
12 floodplain did a design for a remeandered stream,
13 a more naturalistic looking stream, and wetland
14 restoration in that area.  It was quite a large
15 development.  Do you want me to go to the next
16 one?
17 Q  Sure, if you don't mind.
18 A  At the Wade House state historic site in
19 Greenbush, that was a project where they wanted to
20 restore a working sawmill, and the dam for that
21 mill pond for the sawmill had self-destructed over
22 the years and they wanted to rebuild it but the
23 DNR really no longer is interested in having
24 anybody create new dams, so we worked on a very
25 unusual design that made it look like there was a

19

1  mill pond but it maintained the free flowing
2  stream around it but still -- we were still able
3  to have the sawmill work.  So that was quite a
4  long study of looking at the wetlands.
5        There were also endangered mussels in the
6  stream, and we did a relocation -- or managed that
7  part.  That was a subcontractor that did it.  That
8  was a very long process that required quite a bit
9  of coordination with the DNR.
10       The Discovery Springs project was also over
11 in Middleton.  That's a development at the
12 northwest corner of 12 and 14, and that was former
13 wetland over there that essentially has been
14 drained over the years through drainage ditches,
15 and we did the wetland delineation and a stream
16 relocation project there and also the enhancement,
17 similar to the North Fork project, where we
18 remeandered a section of the formerly channelized
19 stream.
20 Q  Then there is a reference to a South Beltline
21 project?
22 A  Yes.  That's the project I was talking about that
23 I did when I worked for the Department of
24 Transportation developing designs for the
25 restoration and enhancement of 25 acres of

20

1    wetlands in -- as mitigation for the approximately
2    18 acres that were filled for the South Beltline.
3  Q  Okay.  And then finally there is a reference to
4    another project involving Kohler Company?
5  A  Yes.  That was over in Sheboygan where they were
6    developing their Whistling Straits Golf Course and
7    they had some wetlands that they had filled in the
8    process and we developed a wetland mitigation plan
9    to actually create and restore a total of 20 acres
10   of wetlands there.
11 Q  Thank you.  I'd like to ask you about a term that
12   you've used repeatedly in your answers so far,
13   wetland delineation.  Could you tell us what doing
14   a wetland delineation is?
15 A  Certainly.  There is a Corps of Engineers
16   methodology that calls for identifying field
17   criteria of the three components that define
18   wetlands.  There is a wetland definition from the
19   Clean Water Act that I used to be able to state by
20   memory, but it has components addressing
21   hydrology, soils, and vegetation.  And a wetland
22   delineation is when you go out and you observe
23   the -- generally first the lay of the land and the
24   various plant communities that are supported by
25   that landscape, and when you see a change in that

                        21

1    community from primarily wetland to primarily
2    upland vegetation, you need to determine the exact
3    point where that -- the exact line along which
4    that change occurs, and so you look at soils on
5    one side and soils on the other side and you
6    characterize those and you look for hydric or
7    nonhydric -- versus nonhydric components.  The
8    same thing with evidence of hydrology.
9        At any given time when you're out there doing
10   the wetland delineation, you don't necessarily
11   have the hydrologic criteria right there in front
12   of you, but there are indicators for that
13   hydrology.  The same thing with the soils.
14       And then there is a list of vegetation that
15   you refer to, and each species has a ranking of --
16   on a range between upland and wetland and you take
17   the dominant vegetation, and it's quite
18   complicated.  I'm simplifying it quite a bit.  But
19   essentially you put the line in between two points
20   in which you find upland -- or I should say
21   nonwetland characteristics and the point at which
22   you find wetland characteristics.
23 Q  Over the years approximately how many wetland
24   delineations have you been involved in?
25 A  Well, you know, some of the wetlands are very,

                        22

1    very large.  Some are quite small.  The Corps of
2    Engineers has always said that they don't really
3    care how small the wetland is, they still regulate
4    it.  So that then puts me in the hundreds of
5    wetlands that I've delineated over my career
6    because I've done, like I said, many corridor-type
7    projects where you've got a straight line
8    essentially running across the landscape, along
9    which you could encounter a large number of
10   wetlands, large and small.
11 Q  In addition to your education, do you hold any
12   certificates or registrations in your field?
13 A  I am licensed as a Professional Hydrologist with
14   the State of Wisconsin Department of Regulation
15   and Licensing.  I also am certified as a
16   Professional Wetland Scientist with a professional
17   organization called the Society of Wetland
18   Scientists, and that's kind of a juried
19   certification that has to be maintained through
20   education and practice and has to be renewed every
21   five years.
22 Q  Approximately how long have you held the
23   Professional Hydrologist designation registered
24   with the Wisconsin Department of Regulation and
25   Licensing?

                        23

1  A  Gee, I wish I had the dates down here but I don't.
2    I did that right after they first came up with the
3    designation itself, and I believe that was passed
4    while I was at URS, so it was sometime between '97
5    and 2001.  The Society -- or the Professional
6    Wetland Scientist one I did while I was at
7    Normandeau Associates, and so that was about in --
8    I believe I did it in '87.
9  Q  Have you maintained those registrations or
10   designations since the time you first obtained
11   them?
12 A  Yes, I have.
13 Q  And have you qualified by taking the courses that
14   you're required to do so to maintain them in good
15   standing?
16 A  Yes.
17 Q  Do you belong to any associations associated with
18   your profession?
19 A  Yes.  I am a member of the Society of Wetland
20   Scientists, the Association of State Wetland
21   Managers, the Wisconsin Wetland Association.
22   Those are the major professional ones.
23 Q  Approximately how long have you been associated
24   with those professional organizations?
25 A  I have been involved in the Society of Wetland

                        24

1   Scientists since I was in grad school in the
2   mid-Eighties, and with the Association of State
3   Wetland Managers, probably soon after that.  I
4   believe I got involved in that when I was working
5   at the DNR later on in that career, about
6   maybe '84.  So quite a long time for both of them.
7       And the Wisconsin Wetland Association, I
8   think I might have dropped my membership when I
9   was out in Maine, but I've been a member since I
10  was in grad school in the early Eighties
11  otherwise.
12 Q  Okay.  Now I notice under the caption of
13  publications authored you indicate that the nature
14  of your work is to do publications or writings for
15  clients; correct?
16 A  That's correct.
17 Q  In the last ten years approximately how many
18  reports or writings do you think you have been
19  involved in preparing for clients that involve
20  wetlands or wetland delineations?
21 A  Oh, I would say on the average ten per year.  More
22  early on than more recently.
23 Q  And you also mentioned during a response to some
24  of the questions that you were involved in various
25  permit applications.  Would you tell us a little

25

1   have testified about in the past.
2 A  I have -- Back in Maine I think was the first time
3   I did that.  It was an administrative hearing with
4   regard to siting a special waste landfill which
5   involved some wetland impacts, and I testified to
6   my -- what I had seen out there as far as wetlands
7   and waterways.
8       And then I think -- oh, there was probably --
9   I think there was another special waste landfill
10  out there that I also did the same kind of thing
11  for.
12      And then when I came to Wisconsin I -- let's
13  see.  I've done one small administrative hearing
14  with regard to a wetland up in the northeast part
15  of the state, the Green Bay area, where we found
16  wetlands that the DNR had not found, and so that's
17  what the hearing was about there.
18      And then more recently I have done a couple
19  of hearings.  I did one for the Arrowhead to
20  Weston transmission line where I was the expert
21  witness having to do with wetlands and waterways,
22  and the same thing with Rockdale to West Middleton
23  transmission line, and that was just a few years
24  back, 2009, I guess, again testifying as to the
25  extent and character of wetlands and waterways.

27

1   more about what's involved in work you do related
2   to permit applications?
3 A  Once the information is gathered in the field on
4   wetlands and waterways and work has been done with
5   the client to minimize those impacts, then for the
6   unavoidable impacts we will put together a permit
7   application, which essentially describes the
8   project they're trying to do, describes the
9   natural resources that are being affected and
10  lists the alternatives that were explored in
11  arriving at the final proposal, and those are the
12  essential components of a permit application.
13 Q  Give us examples of the agencies that would issue
14  permits that you've been involved in applying for.
15 A  In Wisconsin, the Department of Natural Resources,
16  the Corps of Engineers.  There are also some with
17  the U.S. Fish and Wildlife if we're affecting
18  federally listed species, then sometimes with
19  municipalities or county organizations depending
20  on which ordinances are in effect in those areas.
21 Q  Have you ever provided any form of expert
22  testimony before in any sort of agency hearings or
23  courts?
24 A  Yes.
25 Q  Could you describe the types of matters that you

26

1   have testified about in the past.
2 A  Back in Maine I think was the first time
1   Q  Okay.  Thank you very much.  Looking briefly, if
2   you would, at Exhibit 170, which is the separate
3   document that contains your detailed
4   qualifications, I notice that behind your name
5   there are initials, PWS and then there are
6   initials PH.  Do you see those?
7 A  Yes.
8 Q  Could you tell us what the designation first of
9   PWS is and then what the designation PH is?
10 A  PWS is Professional Wetland Scientist and PH is
11  Professional Hydrologist.
12 Q  And are those the designations that you talked
13  about earlier involving registrations or
14  certificates?
15 A  Yes, they are.
16 Q  Okay.  Now I would like to move back to
17  Exhibit 174 which is your --
18 A  64?
19 Q  I'm sorry, 164.  Pardon me.  164, that is your
20  expert report.  The first caption is an
21  introduction, and could you tell us what you have
22  presented in the section entitled introduction?
23 A  That simply talks about what I was retained to
24  look at, which was to review existing documents
25  about the Flambeau Mine project and to make

28

1  on-site observations about the water resources
2  within and adjacent to the biofilter.
3  Q  How many times did you visit the Flambeau Mine
4     site?
5  A  I visited just once.
6  Q  And what was the date of that visit, if you
7     recall?
8  A  The date was in October of 2011, and it was the
9     18th of October 2011.
10 Q  The next section after the introduction is the
11    summary of conclusions.  Can you tell us what
12    you've included in the summary of conclusions
13    within your report?
14 A  My conclusions were with regard to the
15    jurisdictional status of the Flambeau River and
16    the drainageway that's been known as Stream C, and
17    what I concluded was that -- and these, of course,
18    are preliminary determinations that are based on
19    the available guidance from the agencies, but
20    Flambeau River I felt met the definition of a
21    federal traditional navigable waterway and that
22    Stream C -- the drainageway that has been called
23    Stream C over time did not meet that definition in
24    my opinion and that Stream C, there was no defined
25    waterway that existed adjacent to the biofilter

29

1     also my review of materials that others had put
2     together that are listed later on in my report.
3     Because I only went there one time, I needed to
4     rely on reports of others in order to gather
5     information, because whenever you're looking at
6     hydrology, it's never a one-time thing.  You have
7     to look at changes over time.
8  Q  Okay.  And are the documents that you referred to,
9     and we'll look at those in a minute more
10    carefully, but are those the types of documents
11    that a person in your profession would rely on for
12    determinations of this sort included in your
13    report?
14 A  Yes.
15        MS. MC GILLIVRAY:  Objection, form.
16     It's vague as to what documents.
17 Q  Okay.  You can go ahead and answer.
18 A  Well, referring to the list of documents that were
19    reviewed on page 4 of Exhibit 164, yes, those are
20    the types of documents that, you know, one would
21    typically look at in order to do our work.  I mean
22    essentially as a scientist we -- as scientists we
23    always try to gather as much information as we can
24    about an area to give a perspective of its place
25    in the landscape.

31

1     and that that started -- where I observed that was
2     south of Copper Park Lane essentially offsite of
3     the industrial outlot.
4         And I also looked at the biofilter itself and
5     very closely at the discharge area and determined
6     that, although it might discharge intermittently,
7     it didn't appear to discharge directly to the
8     lowest part of the drainageway and the wetland
9     adjacent to it and I didn't see a stream there
10    anyway.
11        And I also found that you'd need to determine
12    whether that wetland adjacent to the biofilter was
13    a water of the U.S. or not, and that would require
14    a significant nexus analysis.
15 Q  To the extent that you presented those summary of
16    conclusions, can you tell us whether or not those
17    are based upon your experience and your education
18    in your field and whether or not they are opinions
19    that you hold to a reasonable degree of certainty
20    within your field?
21 A  They're -- yes.  They're based on the breadth of
22    my knowledge gained over my career.  They're based
23    on review of -- or use over time of the documents
24    that -- the guidance documents that the agencies
25    put out, and they're based on my observations and

30

1  Q  And would that answer also apply to the two
2     documents referred to at the top of page 5 of your
3     report?
4  A  Oh, yes.
5  Q  Okay.
6  A  That's included.
7         (Exhibit No. 172 marked for
8             identification)
9  Q  You used a term in your answer a traditional
10    navigable waterway, and I would like to show you a
11    document that has now been marked as Exhibit 172.
12        Once again, Exhibit 172 is a document which
13    also appears in your report, and it's just been
14    marked separately.  Could you tell us what
15    Exhibit 172 is, please?
16 A  Sure.  Exhibit 172 is a list of navigable waters
17    of the U.S. within the state of Wisconsin that is
18    published by the U.S. Army Corps of Engineers on
19    their website, and I refer to it frequently in my
20    work when I'm trying to determine whether a given
21    waterway is regulated under Section 10 of the
22    Rivers and Harbors Act.  This is slightly
23    different than the term traditional navigable
24    waters, which is expanded by the guidance -- its
25    meaning is expanded by the guidance.  These are

32

1  navigable waters that a commercial vessel can
2  operate on and it lists the head of navigability
3  for each of those waters, but there are other
4  waters that are included as traditionally
5  navigable by the Corps since the *Rapanos* decision.
6 Q Looking at Exhibit 172, what is the closest
7  navigable water to the biofilter at the
8  Flambeau Mine site?
9 A Probably the Wisconsin River.  Is that on here?
10  Yes.
11 Q The Chippewa River is also on there; correct?
12 A Oh, okay, the Chippewa.  Yeah, it runs into the
13  Chippewa.
14 Q Okay.  But the Flambeau River is not on there;
15  correct?
16          MS. MC GILLIVRAY:  Objection,
17      leading.
18 Q Okay.  Could you tell us whether or not the
19  Flambeau River appears on Exhibit 172?
20 A It does not appear on Exhibit 172.
21 Q You have concluded in your report that some of the
22  bodies of water referenced constitute traditional
23  navigable waters and some do not.  Do you see that
24  in your report?
25 A I've put that in the summary of my conclusions

                    33

1  which I just talked about earlier, but also I
2  expand on it in my observations and finding of
3  fact and in my jurisdictional descriptions, and I
4  hit on that several times.
5 Q Okay.  Well, why don't we take a look, then, at
6  your observations and findings, and why don't you
7  tell us what you did in connection with the work
8  you did on this project.
9 A On the 18th of October we walked the drainageway
10  that runs past the biofilter starting slightly
11  east of Highway 27 and going all the way down to
12  the Flambeau River, essentially trying to locate a
13  waterway within the area that's been labeled on
14  various maps and figures put together over time by
15  the Flambeau Mining Company and their various
16  consultants that are labeled as Stream C.
17 Q Okay.  I'd like to digress for just a moment and
18  have you take a look at a document that is being
19  marked as Exhibit 173.
20          (Exhibit No. 173 marked for
21              identification)
22 Q Exhibit 173 is also a document that is included in
23  your report, but unfortunately I think the report
24  I gave you may have black-and-white pictures in
25  it.  These are color pictures of the photographs

                    34

1  in your report.  Do you want to take just a moment
2  to describe what Exhibit 173 is?
3 A Yes.  On the day I was out there, on October 18th,
4  I took a number of photographs so I could
5  supplement my report and also to help me remember
6  what I was seeing where.  And so those pictures
7  begin on the third page of Exhibit 173 and are
8  captioned.
9     And then the first two pages of the exhibit
10  are essentially location maps.  The one at the top
11  is an index of the next four images, showing where
12  they are on the landscape, aerial A being --
13  covering the uppermost portion of the drainageway
14  that I said -- that I described walking, and
15  aerial B being the part -- the first part south of
16  Copper Park Lane, aerial C and D showing the
17  remainder of it.
18     And I actually traced -- since there weren't
19  any maps that showed the drainageway of Stream C,
20  since it's an unnamed stream and it's so
21  intermittent, having walked in that area I was
22  able to take a close-up look at this aerial, and
23  in aerial B, C and D I've actually put in a dashed
24  blue line that's kind of hard to see but it shows
25  the alignment of the waterway.

                    35

1 Q Looking at the lower aerial photo titled aerial
2  photo A on Exhibit 173.
3 A Yes.
4 Q There are numbers in white boxes.  What do those
5  numbers refer to?
6 A Those are the numbers of the photographs that
7  begin on page -- on the third page of Exhibit 173.
8 Q And do the photographs then correspond to the
9  locations of those?
10 A Yes.
11 Q And would that also be true for aerial photo B?
12 A That's correct.
13 Q And aerial photo D?
14 A Yes.
15 Q And then to the extent that aerial photo B and C
16  have a line, a blue line, who was responsible for
17  putting that, if you know?
18 A I put that on the map.
19 Q Okay.  And did you do that after your visit to the
20  site?
21 A Yes, I did.
22 Q Okay.  Then as we go through the rest of your
23  report, if you feel that one of the photographs or
24  portions of Exhibit 173 show an area that you're
25  discussing, feel free to refer to that.  Okay?

                    36

1  A  Okay.

2  Q  Okay.  Then if you would, please, describe your

3     observations on your visit regarding culverts on

4     the site.

5  A  Oh, okay.  Let's see.  There is a culvert --

6     Culverts essentially convey drainage across a

7     landscape that is bisected by obstructions, the

8     first one of which we reviewed was Highway 27.

9     That has a culvert going under it.  And then there

10    is a culvert going under what is the extension to

11    the west of Jansen Road, as can be seen on the

12    overview, the first image at the top of

13    Exhibit 173.  I think there were two culverts

14    under that, and they were trending

15    northeast-southwest.  Oops.  No, I'm getting ahead

16    of myself here.

17        Jansen Road -- the extension of Jansen Road

18    to the west is Copper Park Lane, so that would be

19    the third -- the fourth culvert moving down the

20    stream, so I need to look at something different.

21        Okay.  Those two culverts trending

22    northeast-southwest can be seen on aerial A just

23    to the west of photo number 5, and that's an old

24    railroad grade.

25        Moving downgradient, there is another culvert

                          37

1     that's shown on aerial A as a purple line under

2     the access road just adjacent to the photo 13

3     marking.  Then the last culvert is under Copper

4     Park Lane.

5  Q  Now I'd like to ask you to describe a culvert for

6     us and how culverts are installed with reference

7     to the grade of the property around them.

8  A  Well, as I said earlier, culverts are -- they're

9     usually designed by an engineer so that they --

10    and the engineer tends to look at -- will

11    definitely look at the entire watershed.  They'll

12    look at the size of the watershed and they'll look

13    at rainfall and they'll look at the vegetation

14    within the watershed so that they can tell how

15    quickly the water within all points of that

16    watershed is likely to concentrate enough so that

17    it would want to get through that culvert, and

18    then they size that culvert so that that culvert

19    will not back up water or create flooding

20    upstream, and they typically place that culvert so

21    that it goes below the water table and -- so that

22    the water can easily get through.

23  Q  When you say they install it so that it's below

24    the water table, what do you mean by that?

25                MS. MC GILLIVRAY:  I'm going to

                          38

1     object based on this opinion is outside the

2     scope of her expert report.

3  Q  Okay.  What do you mean by that?

4  A  Well, let's see.  We can show a photo I think,

5     can't we?  I don't have any good ones that really

6     show it, but I guess the best one would be 13.

7     And what I'm talking about there is that,

8     you know, they don't place the bottom of the

9     culvert right on top of the surface of the

10    wetland.  They put it below because this is a type

11    of wetland that is seasonally saturated and they

12    want the water to flow through more easily so they

13    put it a little bit lower where the water

14    typically is, because the water is often below the

15    surface of these types of wetlands, the water

16    table itself, so they just put it down a little

17    bit lower.

18  Q  Okay.  Then if you could describe, as you have on

19    page 3 of your report, the observations that you

20    made when you visited the Flambeau Mine site.

21  A  Right.  I think sometimes people can mistake the

22    channels that -- the channel segments that tend to

23    appear immediately upstream and downstream of

24    culverts as channels when they're kind of -- well,

25    let's see, where do I start talking about it?  On

                          39

1     page 3 near the top, I was talking about observing

2     those culverts that I just described, and since I

3     was out there looking for channels, I was

4     naturally keyed into anything that looked somewhat

5     like a channel.  So at the culverts I noted short

6     segments of channel-like features, and they were

7     just upstream -- upgradient and downgradient of

8     each culvert and they were really standing water

9     kind of ranging in length from less than a foot to

10    maybe 6 or so feet beyond the ends, either end of

11    the culvert.  And I've seen those in my career

12    lots of times, and it has to do with the way these

13    culverts are placed; that essentially they

14    concentrate the water in one place so it scours

15    out a little bit as it's entering and exiting, but

16    that is -- it's not a continuous channel.

17  Q  And when you observed that standing water, where

18    is that standing water in relationship to the

19    surface of the surrounding land?

20  A  It's wherever the water table is at that

21    particular point in time, and when I was out there

22    was during a period where the wetland was not

23    quite saturated to the surface so it was slightly

24    below -- the water level was slightly below the

25    surface of the -- the ground surface of the

                          40

1    wetland adjacent to the biofilter.

2  Q  Okay.  And would you describe the way you walked

3    the area between the railroad spur that you

4    identified on Exhibit 173 and Copper Park Lane.

5    Just describe how you walked.

6  A  Well, in the work that I do, I'm often -- I'm very

7    often, even when I'm just delineating wetland,

8    I'll be looking for surface water connections and

9    other hydrologic connections between water

10   resources on a given site, and in this one, since

11   my main purpose was to see whether or not there

12   was a channel, a defined channel anywhere along

13   this drainageway that's been called Stream C over

14   time, I pretty much was starting at a culvert,

15   kind of zigzagging along trying to find the lowest

16   spot I could, looking between -- you know,

17   spreading apart the vegetation, looking for even

18   the smallest continuous channel that I could find,

19   and I did that through each segment between the

20   railroad grade and Highway 27.  I looked a little

21   bit north of 27, but I really didn't go very far

22   upgradient there, probably about 20 feet or so,

23   but I didn't find any channel there beyond what I

24   just had described about the scoured area adjacent

25   to the culvert.  In fact, on that culvert, the

                          41

1    upstream end -- upgradient end of the culvert

2    under 27, there wasn't even any of that scouring.

3    There was a small area on the downgradient side.

4        As more flow -- As you go downgradient, you

5    have a larger contributing drainage area and so

6    you have more water, whether it's surface water or

7    sheetflow or interflow or groundwater flow, and so

8    you have more scouring as you go downgradient.

9        But in any case, from the railroad grade down

10   to Copper Park Lane I continued that zigzag

11   pattern of trying -- of multiple crossings over

12   the lowest point in that wetland to try to find

13   any kind of defined channel and finally found that

14   south of Copper Park Lane.

15 Q  Above that area you just described as south of

16   Copper Park Lane, can you tell us whether or not

17   you were able to locate a perceptible stream

18   channel?

19 A  Let's see.  I think I have a description of that.

20   Oh, it's probably in my observations section.  Oh,

21   and it's also in the -- I think the photos are

22   illustrative.

23       The drainageway south of Copper Park Lane is

24   shown in photo 14, and over on the right, you know

25   the photo is not that great, but over on the right

                          42

1    you see kind of an archway, and that is rip-rap

2    that's been placed I think, because that's --

3    where the person is standing is where the culvert

4    comes under the road and then there is a sharp

5    turn to the west, and I think in order to prevent

6    erosion at some point somebody placed that rip-rap

7    there.  But, as you can see, there is really not

8    even much of a channel there.  There is grass

9    growing all the way through it, but that's where

10   the drainage kind of filters through.

11       And if you look at photo 15 on the next page,

12   I essentially turned around and looked

13   downgradient.  Now a lot of leaves had fallen so

14   it's hard to see in this photo, but in the upper

15   left of photo 15 you can kind of see a meandering

16   channel and banks, and those banks are about, oh,

17   2 to 3 feet wide at that point.  So kind of right

18   where I'm standing taking downgradient photo 15

19   and upgradient taking photo 14 is where I really

20   saw the channel begin.

21 Q  Okay.  Let's go back up to the area between

22   Copper Park Lane and the railroad spur.

23 A  Okay.

24 Q  Can you describe the photographs that you have

25   from that area and what you found and observed in

                          43

1    that area.

2  A  Okay.  So there is the -- the area labeled on

3    Exhibit 173 as the RR grade, or railroad grade on

4    the bottom of the two images, the one labeled

5    aerial A, I'll work downstream from there.  All

6    the photos upgradient from there are just kind of

7    a bunch of grass, 1 through 5.  It's hard to see

8    anything through the grass.

9        Then photos 6 through 11, it's kind of the

10   same thing.  6 through 11 is where I was trying to

11   look at the overflow from the biofilter.  So photo

12   6, you can see a little bit of water in the upper

13   left, and what I'm doing there is looking --

14   trying to view through the grass but not being

15   very successful at it.  What was under there was

16   the rocky kind of overflow lip, or berm, or the

17   portion of the eastern berm of the biofilter that

18   was slightly lower and was fitted with rip-rap to

19   keep it from eroding if there were to be an

20   overflow.  So it was designed that way.  I mean

21   that's what engineers do.  They have to have an

22   outlet, and they have to protect that outlet in

23   case it is -- in case they get more flow than they

24   had maybe predicted.

25       Photo number 7 -- oh, I wanted to point out

                          44

1  something else in photo 6.  In the lower part of
2  the photo there is a flag, and that's essentially
3  one of the flags I think Jim Engelhardt placed
4  from Stantec when he was doing the wetland
5  delineation, or somebody placed it.  That's
6  essentially the edge of the -- the southern edge
7  of the lip, the overflow -- the southern edge of
8  the overflow lip on the berm itself.
9       And then number 7, you know again I was
10  trying to find all of the places where I could see
11  concentrated flow.  So this was probably slightly
12  over to the right of photo 6.  I took photo 7
13  where I could see some concentration of water, and
14  this was on the level portion of the lip of the
15  overflow structure, and what you see there is a
16  tape measurer where we're just kind of measuring
17  the various features we saw.
18       Figure 8 -- I'm sorry, photo 8 moves slightly
19  down over the edge of the biofilter berm, and I
20  had seen somewhat of an eroded wash there so I was
21  trying to take a photo of it.  It's really hard to
22  take it through the dense grass.
23       Photo 9 is a similar kind of thing.  It's
24  about halfway down the berm slope, and I think
25  what I was doing there, the waterway -- or the

45

1  eroded wash that you can see runs across the top
2  third of the photo from left to right.
3       And then photo 10 shows right before the
4  wetland levels out, or right above the base of the
5  biofilter berm.  Again this eroded wash that I
6  could see runs from left to right, this time
7  across about the middle of the photo.
8       And then finally photo 11 gets down to the
9  base and shows what the wetland looks like
10  directly adjacent to the east of the biofilter at
11  the base of the berm.
12       So, as you can see, I looked at it in a lot
13  of detail.  I was trying to find this drainage but
14  not showing it very well in these photos.  Sorry
15  about that.
16  Q  Do the photos depict what you were able -- I mean
17     they depict what you were able to see?
18  A  I mean I was able to see a little bit more when I
19     got down and moved the vegetation aside and looked
20     for a drainageway but then the vegetation would
21     always squeeze back together when I got up to take
22     the photo.
23  Q  Okay.  So based on these observations, what did
24     you conclude?
25  A  I concluded that there was no continuous channel

46

1  running down the face of the biofilter berm.  And
2  I also, as I moved from photo 11, photo 12, I did
3  that same zigzag to try to find -- this was a
4  wider area -- trying to find any direct channel
5  running from the base of the biofilter to the
6  lowest part of the wetland east of the biofilter,
7  but I wasn't able to find anything.  So anyway, I
8  concluded that there was no defined channel
9  running down the face -- the east face of the
10  biofilter berm, nor was there a defined channel
11  extending through the wetland towards the lowest
12  point of that wetland.
13  Q  Now in addition to visiting the property, you also
14     reviewed some documents relative to what you have
15     termed throughout your report as "Stream C," and
16     first of all, could you tell us why you refer to
17     it as "Stream C"?
18  A  Well, naturally when I was told that I was -- that
19     Stream C, and certainly when I read the complaint
20     and saw that Stream C was in question, I wanted to
21     learn whatever I could about it, and so I reviewed
22     various documents that had been put together by
23     Foth over the years and some of these other
24     documents I mentioned in here that actually used
25     figures from the Foth reports in their documents

47

1  in order to depict where "Stream C" is, and what I
2  gathered was that -- well, when I was talking
3  earlier about how engineers design culverts and,
4  you know, it's their job to maintain -- or to
5  convey water across barriers and to make sure it
6  doesn't get detained anywhere that it's not
7  intended to be detained so that it causes flooding
8  or anything else, and so oftentimes when they're
9  doing that they will place arrows on maps, and it
10  was my impression -- because I couldn't see from
11  any of these other documents that there was
12  actually a stream there, I got the impression over
13  time that that was simply showing where they
14  intended water to be conveyed through the outlot.
15       In my work, I'm always very careful to
16  characterize water resources exactly as I see
17  them, and this I characterized as a drainageway,
18  not a stream, so I didn't want to call it a
19  stream.
20  Q  Okay.  If you would, please, looking at page 4 of
21     your report, if you could identify each of the
22     documents that you reviewed relative to the nature
23     of "Stream C," please.  And I need to have you
24     just reference them and tell us what they are.
25  A  Certainly.  On page 4, starting about in the

48

1  middle, the first document I list is the *Surface*
2  *Water Resources of Rusk County.*  The Flambeau Mine
3  is in Rusk County.  These were documents that were
4  developed for each county by the DNR, and as I
5  noted in talking about my background, I actually
6  worked on the one for Dane County.  As time went
7  on they didn't get used quite as often, but this
8  was a nice source to look at, back before the mine
9  was built was there anything in that area that was
10  referred to as a stream, and in these surface
11  water resource documents they will identify
12  unnamed streams by a numeric code, at least show
13  them on a map.  There was nothing shown on the map
14  in the area where Stream C had been indicated on
15  some of the Foth design documents, nor was there a
16  listing of any unnamed stream in that
17  particular -- I believe they're named by section
18  and quarter section, and there was nothing in that
19  area.
20      The next resource was the Rusk County
21  Geographic Information Web Server, and those maps
22  I've actually shown -- that's what I used to index
23  my photos in Exhibit 173.  And as you can see on
24  the overview, which is the top figure, the first
25  figure on the first page of Exhibit 173, in the

49

1  and that shows again blue lines or dashed blue
2  lines and I wasn't -- I did not see a stream noted
3  on that source.
4      Getting down to the next bullet, the
5  *Navigability of Flambeau River Tributary Streams*
6  *in the Kennecott Project Area, Rusk County*, the
7  memo which I incorrectly dated here, it's a 1988
8  memo, November 23rd, 1988, not 2011, that a
9  Mr. Jasinski of the DNR wrote after he had been up
10  in the field looking at this area doing a
11  navigability determination, and he noted that he
12  felt that the stream was navigable for 1,000 to
13  1,500 feet upstream of the Flambeau River, and
14  measuring that out puts the uppermost origin south
15  of Copper Park Lane, by quite a bit.
16      Then I looked at the *Wetland Inventory and*
17  *Assessment of the Kennecott Flambeau Project*,
18  which is a Foth document from March 1989, and
19  showing Wetland Area 5.  They had had somebody do
20  a delineation at that point, I think it was
21  Applied Ecological Services who did that
22  delineation, and it was shown as Wetland Area 5,
23  and that's the area of interest just adjacent to
24  the east of the biofilter, and that characterized
25  the area east of the biofilter as the "headwaters

51

1  vicinity of aerial, where it says aerial A indexed
2  on the overview, there is no stream shown.  You
3  can see what they look like lower on that same
4  figure.  It's a blue line, or it could be a dashed
5  blue line I think if it's shown as an intermittent
6  stream, but neither appears on this map in the
7  area that had been identified as Stream C on the
8  Foth design documents.
9      And the next bullet is USDA Natural Resource
10  Conservation Service Web Soil Survey.  It's been
11  my experience over time that NRCS, formerly the
12  SCS, or Soil Conservation Service, they tend to
13  show the most waterways and the smallest
14  waterways, so I thought it was important to check
15  that, but it wasn't shown on that either.
16      USGS 7.5-minute Ladysmith Quadrangle, again
17  that was a 1971 document and I thought that would
18  be useful to see what had occurred earlier on the
19  site, and there was no waterway -- and, again, I
20  wasn't looking for something that said Stream C.
21  I was looking on all of these documents for a
22  symbol that showed that there was any kind of
23  waterway there, and it wasn't on the USGS.
24      I looked on the DNR Surface Water Data
25  Viewer, and I accessed that in October of 2011,

50

1  of a tributary to the intermittent stream
2  designated as 'C'" but they don't mention there
3  being a waterway through the wetland itself, nor
4  do they show it.
5      I am on page 5 of Exhibit 164 looking at the
6  second-to-the-last bullet at the top, and this
7  gets us to the Stantec Consulting Services *Wetland*
8  *Delineation Report* that was done for
9  the industrial outlot.  The report was dated
10  February of 2011.  The field work was conducted on
11  May 17th of 2010, and my colleague observed
12  Stream C beginning -- what I've said here is
13  downstream of the small culvert under the access
14  road located north of Copper Park Lane.  I believe
15  that I -- I looked at that report but I had also
16  talked to my colleague, and I think I had a
17  misunderstanding of what his conclusion was,
18  because after looking at the report later on, he
19  does say that he saw a continuous channel south of
20  the access road culvert, so that would be in the
21  southern part of what he's called I think
22  Wetland 7 in that report, so between that stub
23  access road and Copper Park Lane.  I did not see
24  anything in that area when I did my field work,
25  however.

52

1    One more.  The *Bioassessment of Stream C, the*
2    *Flambeau Mine Project,* dated May 24/25, 2005,
3    which was done by Blue Iris Environmental, that
4    report states that the "stream flow upstream of
5    Copper Park Lane is unchannelized."
6       So essentially I took this body of knowledge
7    and my observations, and then I concluded what is
8    shown in the middle of page 5, that there is no
9    defined waterway upgradient, or north, of Copper
10   Park Lane.  And when I did see an actual waterway
11   begin south of Copper Park Lane, it was very
12   intermittent flow, and that -- well, actually I'm
13   making -- these conclusions are not just from
14   those reports that I just talked about.  They're
15   from a combination of what I was able to glean
16   from those reports and my actual observations in
17   the field on the 18th of October.
18 Q And then looking at the third, what was your third
19   observation there?
20 A The third observation was that looking at the
21   character of the stream channel itself running
22   from Copper Park Lane down to the Flambeau River
23   where I saw dry portions, segments that were dry,
24   based on my experience and what I've seen in the
25   field over the years, it looked like there was

                          53

1    probably continuous flow for less than three
2    months at a time.
3              MR. VAN CAMP:  Would people like to
4       take a break?
5              THE WITNESS:  I would.
6              MR. VAN CAMP:  We've been at it for
7       a little over an hour here.
8              MR. SAUL:  Yeah, that would be
9       great.
10             MR. VAN CAMP:  Okay.  We'll take a
11      break at this time.
12             VIDEOGRAPHER:  Going off the record
13      at 10:32.  We'll resume on DVD number 2.
14             (Recess)
15             VIDEOGRAPHER:  We're back on the
16      record, DVD number 2, at 10:49.
17 Q Just before the break you expressed some opinions
18   that appear in your report, and I'd just like to
19   ask you if those opinions were expressed to a
20   reasonable degree of certainty within your
21   profession.
22 A Yes.
23 Q The next section of your expert report is entitled
24   jurisdictional issues.  Can you tell us what you
25   have included in your report regarding

                          54

1    jurisdictional issues?
2 A Well, first I just kind of describe what I'm
3    talking about and that the Clean Water Act applies
4    to waters of the U.S. and that it was clarified in
5    the regulations that were published after the
6    Clean Water Act was passed in ways which I outline
7    here.  And then I go into how I see that applying
8    to the Flambeau River, the drainageway called
9    Stream C, and the wetland to the east of the
10   biofilter and then the biofilter overflow itself,
11   and I'm working back upgradient because it's
12   all -- the jurisdiction is tied into the
13   Flambeau River and the relationship of the various
14   water resources to that water.
15 Q Okay.  First of all, can you describe what a water
16   of the United States is?  Where does that term
17   come from?
18 A Well, as I just said, the term comes from the
19   Clean Water Act that was enacted in 1972, and it
20   wasn't defined in the legislation but they defined
21   it in regulations, the joint regulations that the
22   EPA and the Corps of Engineers developed after the
23   Clean Water Act was passed, and I'll just go
24   through in general the way they are described in
25   that -- in those regulations.

                          55

1       It talks about -- and I've got that written
2    down on page 6 of Exhibit 164.  It's the waters
3    that are used now, in the past, or may be
4    susceptible to use in interstate or foreign
5    commerce, and so it kind of starts with waters
6    that are subject to the ebb and flow of the tide
7    and then all interstate waters, including
8    interstate wetlands, and then intrastate waters
9    that are -- that if they're used, degraded or
10   destroyed could affect interstate or foreign
11   commerce, and they include that kind of commerce,
12   examples, of used by interstate or foreign
13   travelers for recreation or other purposes, waters
14   from which fish or shellfish could be taken and
15   sold in interstate or foreign commerce, and ones
16   that could be used for -- waters that could be
17   used for industrial purposes by industries in
18   interstate commerce.
19      Also waters of the U.S. is said to include
20   impoundments of waters that are described in this
21   bunch of definitions:  Tributaries of water
22   that -- waters that are identified in these
23   descriptions, the territorial sea, and "wetlands"
24   adjacent to waters that are identified in here.
25      So that's -- this forms the basis of what is

                          56

1   now called, after *Rapanos*, traditional navigable
2   waters, or TNWs.  So we were looking before at
3   this list of navigable waters, Exhibit 172.  That
4   is really the portion -- that's kind of a subset
5   of this definition that was put in the Clean Water
6   Act, but actually, yeah, it's kind of irrelevant
7   because it's Section 10 waters which is a
8   completely different piece of regulation.
9        But what I'm getting at is it's not just
10  those waters that are navigable that are included
11  in waters of the U.S.  The key is this first
12  issue, waters that are currently used, were used
13  in the past, or may be susceptible to use in
14  interstate or foreign commerce, and because of
15  that, even though the Flambeau River isn't
16  included on that list of navigable waters in
17  Exhibit 172, it does meet the definition of a
18  water of the U.S. because it is a traditional
19  navigable waterway as defined in the 2008
20  jurisdictional guidance.  And, for that matter,
21  the draft jurisdictional, because it may be
22  susceptible to use in interstate or foreign
23  commerce.
24       In other words, the Flambeau River can easily
25  be navigated by all kind of recreational vessels,
                          57

1   Q I believe you made a reference to guidelines
2     moments ago; correct?
3   A Yes.  I referenced the 2008 jurisdictional
4     guidelines, and that's what Exhibit 165 is, Clean
5     Water Act Jurisdiction Following The U.S. Supreme
6     Court's Decision in *Rapanos v. United States* and
7     *Carabell v. United States.*
8   Q Is this, Exhibit 165, a document that you're
9     familiar with?
10  A Yes.  It's a document that I use to consider -- to
11    make preliminary determinations for my clients
12    about whether or not the Corps of Engineers is
13    likely to take jurisdiction over a wetland.
14  Q Is this a document that you were aware of before
15    you were engaged to work on this project?
16  A Yes.
17  Q And for how long have you been aware of the
18    guidelines represented in Exhibit 165?
19  A When it came out in 2008, it had been long-awaited
20    at that point in time because *Rapanos* was -- their
21    decision was, what, in 2006 or '07 -- yeah, 2006,
22    and so during that time everybody was waiting to
23    try to figure out how the Corps was going to apply
24    the findings of that case to actual work in the
25    field.  So I knew about it when it came out.
                          59

1   kayaks, canoes, and people take fishing trips on
2   the river and they could be people from out of
3   state or they could be vessels that are, you know,
4   rented in the area or rented somewhere else or
5   bought somewhere else and brought in.  So, anyway,
6   that easily fits that definition.  The
7   Flambeau River fits the definition of a
8   traditional navigable waterway.
9        Do you want me to go on through Stream C
10  here?
11  Q Please.
12            MS. MC GILLIVRAY:  I'm going to
13       object to the form of the question and also
14       to the extent that it calls for a legal
15       conclusion.
16  A What question?
17  Q First of all, let me have you take a look at
18    another document that was marked in your prior
19    deposition as Exhibit 165.  You made a reference I
20    belive -- It is marked in a prior deposition as
21    Exhibit 165, I believe.
22            MS. MC GILLIVRAY:  That's correct,
23       Counsel.
24            MR. VAN CAMP:  I've got copies if
25       you want them.
                          58

1   Q In connection with this case or the work that you
2     did in this case, how, if at all, did you rely on
3     Exhibit 165 and the guidelines represented
4     therein?
5   A Well, because the plaintiffs had, I think had used
6     navigability -- well, in any case, the case was
7     about the regulatory status of a waterway, and so
8     this is kind of the bible that you look at to get
9     the detail of what is the current understanding of
10    the agencies and their current guidance that they
11    provide to the public about how to determine
12    whether or not a wetland or a waterway or water of
13    the U.S. is going to be regulated.
14  Q Okay.  I'd like to draw your attention then to the
15    captions under the jurisdictional heading, and the
16    first one is the Flambeau River.  And could you
17    tell us what you have written in your report
18    regarding the Flambeau River under that caption.
19  A Well, I've said that although it's not listed in
20    Exhibit 172 as a navigable water, I felt it still
21    meets the definition of a water of the U.S.
22    because it meets the definition quite readily as
23    defined, like I said before, in the 2008 guidance,
24    which is Exhibit 165, and in even the draft
25    jurisdictional guidance because, and I've quoted
                          60

1    from -- what have I quoted that from, 25, from the
2    guidance itself, from page 4 of Exhibit 165, and I
3    can either read it from there or I can read it
4    from what I quoted here, because the
5    Flambeau River may be susceptible to use in
6    interstate or foreign commerce, and I've given the
7    reasoning as I described earlier, it's easily
8    navigated by recreational vessels and they could
9    very easily be vessels and people from out of
10   state and it's just pretty basic that the
11   Flambeau River appears to be a traditional
12   navigable water as described in the guidance.
13 Q Okay. And then you also make some observations
14   about the watersheds, comparative watersheds of
15   the Flambeau River and Stream C. What did you do
16   in that regard?
17 A Well, I simply looked at the relative sizes of the
18   watershed of the lower Flambeau River which in
19   the DNR's watershed websites they give as being
20   128 square miles in extent, whereas the watershed
21   of the drainageway known as Stream C has been
22   measured at less than a half of one square mile.
23   And the reason that I was going there was because
24   of the significant nexus.
25       I think I probably formed the basis earlier

61

1    receiving water.
2  Q Okay. And what did you find when you did that
3    analysis?
4  A I didn't do that analysis.
5  Q Okay. And did you find that anyone else, in the
6    materials you reviewed from the plaintiff, had
7    done that?
8  A In the materials I reviewed, I hadn't seen that
9    type of analysis to determine level of
10   significance of the chemical or biological or
11   physical effect on the Flambeau River by Stream C.
12 Q Just let me digress for a moment. Do you recall
13   the plaintiffs' documents that you reviewed?
14 A Yes.
15 Q And what were they?
16 A The plaintiffs' documents that I reviewed were the
17   complaint itself, and I reviewed the expert
18   reports of Mr. Chambers and Mr. Nauta, and I
19   reviewed I think it was the deposition of
20   Mr. Roesler. Those are primarily the documents,
21   the plaintiffs' documents that I recall reviewing.
22 Q All right. Next your report refers to "Stream C."
23   Can you, please, tell us what your findings were
24   with regard to "Stream C."
25 A Well, in this section I'm just trying to

63

1    in this report but I'll talk about it now, that
2    the basis for whether or not the waterway known as
3    Stream C or its -- or the wetlands that flow into
4    it are considered to have a significant nexus with
5    a traditional navigable waterway has to do with
6    whether there is more than a -- now I can't find
7    where this is. Let me just look through here for
8    a moment.
9        Okay. On page 11 of my expert report, which
10   is Exhibit 164, the basis for a significant nexus
11   is whether there is a significant effect on the
12   chemical, physical, and biological integrity of a
13   traditional navigable waterway. So the Flambeau
14   River being that TNW, what I was trying to start
15   looking at is whether that effect of the watershed
16   of Stream C being so small would have a
17   significant effect, and I did not do that analysis
18   but I did not see that analysis having been done
19   by the plaintiffs, and so I was suggesting that
20   one way to make that determination of significance
21   is to conduct a mass balance analysis of the
22   effect of any pollutants found in the stream, that
23   being looking at the flow of a waterway, the
24   concentration of a constituent in that waterway
25   relative to the flow of water within that

62

1    characterize kind of how that monicker of Stream C
2    came to be in my opinion, if there was --
3    you know, I already talked about how there is all
4    of these resources I reviewed and no stream
5    existed in that area, so why are we calling this
6    feature Stream C. Why are we calling it a stream.
7    And I noted that a lot of the materials prepared
8    by Flambeau Mining Company or its consultants,
9    you know, they noted that the biofilter would
10   discharge to Stream C, they labeled a lot of
11   diagrams with Stream C, and my conclusion is that
12   this name in itself didn't make it a stream, it
13   simply was a way to show -- or it was simply a way
14   to talk about a given water resource area. And I
15   didn't feel, based on my observations and my
16   review of the documents, that the plaintiffs had
17   shown that the really small amount of discharge of
18   water that I saw evidence of from the biofilter
19   into the wetland, I just didn't see any evidence
20   that it flows as surface water into anything that
21   could be called Stream C, whether you're talking
22   about Stream C beginning, you know, just west of
23   Highway 27 or if you're talking about it starting
24   anywhere between there and Copper Park Lane or
25   even south of Copper Park Lane. I just was not

64

1    seeing a connection there, a surface water
2    connection between the very infrequent outflow
3    from the biofilter and anything that people might
4    have been referring to as Stream C.  So that's
5    essentially what I was trying to talk about there.
6        And, again, this is in a section that --
7    where I talked about jurisdictional issues
8    associated with each component of the drainageway
9    that's been named as Stream C.
10 Q  Okay.  And what were those jurisdictional
11   references?
12 A  Well, again, you know, I want to stress that
13   nobody except the agencies can decide what is
14   under their jurisdiction but they have, in fact,
15   published guidance because they understand that
16   people have to make plans and developers need to
17   come up with a sense of whether they'll be allowed
18   to move forward with a project or not and
19   environmental consultants like myself typically,
20   although we don't make legal determinations, we
21   use the guidance that's been provided to the
22   public by the agencies to figure out as close as
23   we can whether a resource is going to be
24   regulated -- is likely to be regulated by an
25   agency.

                        65

1        In the case of Stream C adjacent to the
2    biofilter, I didn't see any features that have
3    typically been defined as something that's
4    regulated as a stream by the -- by either the
5    Department of Natural Resources or the Corps of
6    Engineers.
7        The wetland itself, however, adjacent to --
8    the wetland adjacent to the biofilter is regulated
9    by the state of Wisconsin and very likely would be
10   regulated by the Corps of Engineers, but in order
11   to make that determination, according to their
12   guidelines there needed to be a significant nexus
13   evaluation done to make that determination.
14 Q  Okay.  I'd like to draw you back to Exhibit 171.
15 A  Okay.
16 Q  In connection with what you just said, that a
17   significant nexus determination would have to be
18   made, could you tell us what Exhibit 171 is and
19   what relationship that might have to that process?
20 A  Exhibit 171 is entitled Approved Jurisdictional
21   Determination Form.  It's a seven-page form which
22   all of us in the field were a bit dismayed to see
23   when it came out in association with the 2008
24   guidance.  I think it came out with that.  It may
25   have come out afterwards.  But essentially it

                        66

1    followed that guidance.  And it is a very
2    long-winded way of determining whether or not a
3    wetland is subject to the jurisdiction of the
4    Corps of Engineers after the *Rapanos* decision.  It
5    goes through and starts with the easy stuff.  It
6    just has you put down where the waterway -- or
7    where -- yeah, where the water feature is located
8    and where is the closest traditional navigable
9    waterway, what watershed is the wetland in, and
10   this is actually -- this is actually a way to
11   determine whether a wetland is under the
12   jurisdiction of the Corps.
13       And so then the section II, it goes into
14   whether or not you're in navigable waters of the
15   U.S. under Section 10 of the Rivers and Harbors
16   Act, and that's essentially the listing again
17   that's in Exhibit 172.  If you're not in that
18   particular section, or area A of section II, which
19   is the Section 10, then you go down to area B
20   still on that first page, which is under Section
21   404, and this is just a way to present all of the
22   information that's available about how a wetland
23   is situated relative to other waters so that the
24   Corps of Engineers can make their determination.
25       So they simply want you to say are there

                        67

1    traditional navigable waters nearby, are there
2    wetlands adjacent to those traditional navigable
3    waters, are there relatively permanent waters, are
4    there non -- relatively permanent water is one
5    that's defined here on Exhibit 171 and in footnote
6    2.  It's a tributary that's not a traditional
7    navigable waterway that typically flows year-round
8    or has continuous flow at least seasonally.  So
9    that's a relatively permanent water, at least
10   seasonally meaning, it says, for example typically
11   three months.  So they talk about in this -- under
12   number 1 of section II B of Exhibit 171 they talk
13   about non-RPWs, so those would be waterways that
14   flow less than three months of the year.
15       So this is why I reviewed these types of
16   issues when I was in the field and using other
17   documents that had been put together about the
18   project area, so that -- you know, I was trying to
19   look at issues that go into this jurisdictional
20   determination.  That's just the first page.
21       The second page has section III where they
22   want to know about -- where they talk about the
23   Clean Water Act analysis, and that's where you get
24   into the really fine points:  Is it a traditional
25   navigable waterway, is it a wetland adjacent to a

                        68

1  traditional navigable waterway, how is it
2  adjacent, and they want you to put down a lot of
3  information about the characteristics of the
4  tributary and if it's not a traditional navigable
5  waterway and any adjacent wetlands.
6      It talks about the watershed size and,
7  you know, what the precipitation is in the area,
8  what its physical characteristics are, how many
9  miles from a traditional navigable waterway, how
10  many miles from a relatively permanent waterway.
11  It wants you -- The next page it wants you to talk
12  about the characteristics of the tributary.
13      So these are all the kinds of observations
14  that I made when I was out there. But it gets
15  even more detailed as it goes along talking about
16  the flow and talking about chemical
17  characteristics of the wetland and any waters it
18  flows into, and they're doing that because they're
19  trying to determine if -- as is stated in the
20  definition of a significant nexus, does it have
21  significant effects on the physical, chemical and
22  biological characteristics of the traditional
23  navigable waterway.
24  Q  Just let me stop you for a moment. The closest --
25  What is the closest traditional navigable waterway
69

1  to this wetland?
2  A  My interpretation is that it's the Flambeau River.
3  Q  Is this wetland adjacent to the biofilter adjacent
4  to the Flambeau River?
5  A  It would have to be much closer to the
6  Flambeau River than it is. My interpretation of
7  the regulations is that it is not adjacent to the
8  Flambeau River.
9  Q  Now in your review of the expert reports submitted
10  by the plaintiffs' experts, Mr. Chambers and
11  Mr. Nauta, were you able to determine whether
12  either Mr. Chambers or Mr. Nauta went through the
13  steps that you have been describing as components
14  of Exhibit 171 to conduct such a nexus test?
15  A  There were pieces of it, but it wasn't as complete
16  as, my understanding, is required. You know, it
17  wasn't systematically aimed at determining whether
18  there was significant biological, chemical or
19  physical -- what is the terminology, significant
20  effects of chemical, physical and biological
21  integrity of downstream traditional navigable
22  waterways. I did not see -- I did not think that
23  the materials that I reviewed constituted a
24  complete significant nexus determination.
25  According to what I've -- my understanding of the
70

1  guidelines, my experience having done them in the
2  past, I didn't see that it had been done.
3  Q  I would like to take a look at the next area of
4  your report that refers to the wetland north of
5  Copper Park Lane. What were your findings related
6  to that?
7  A  Well, I was talking about how I went out in the
8  field and I searched very carefully, as I'd
9  described earlier, and that that wetland north of
10  Copper Park Lane didn't seem to encompass a
11  tributary of any sort, and my conclusion there,
12  again based on public guidance put out by the
13  Corps of Engineers to assist people in determining
14  whether they have a jurisdictional resource, I
15  didn't feel that -- I felt that in order to figure
16  out if that wetland was regulated by the Corps
17  that a significant nexus analysis would be
18  necessary.
19  Q  Would you describe, just describe what the wetland
20  was that you saw.
21  A  The wetland east of the biofilter is essentially a
22  seasonally saturated wetland, which means that the
23  water table is not -- is typically at or below the
24  surface. Certainly in very wet times, and I've
25  seen photos since that show that there can be
71

1  water above the surface of the landscape in some
2  points, and in fact we did run into an area that
3  had a small amount of standing water, but, yeah,
4  it's characterized by predominance of reed canary
5  grass, which is a nonnative grass, and probably
6  was a sedge meadow in the past which is
7  characterized by the hummock-and-hollow kind of
8  microtopography. When you're walking through, you
9  kind of trip over these little humps of grass.
10  And, you know, that's essentially it.
11  Q  Okay. Now next you talk about observations
12  involving the biofilter overflow. Would you
13  describe that for us?
14  A  Yes. As I had mentioned before, I was looking
15  hard to find some kind of continuous waterway
16  flowing out of the biofilter, and given my
17  training in hydrology and all of my wetlands work,
18  I'm not thinking that I'm going to see a
19  continuous line of flowing water at any given time
20  that I go out to a site but I'm looking for
21  evidence of that type of flow. And looking on the
22  outside face of the biofilter overflow and the
23  outside of the berm on the east side, I did see
24  small areas of erosion caused by the flow of
25  water, but it was discontinuous, it was barely
72

1   noticeable, barely perceptible in many areas, and
2   that is -- in the 2008 guidance it says that the
3   agencies generally will not assert jurisdiction
4   over swales or erosional features, gullies, small
5   washes characterized by low volume, infrequent or
6   short duration flow.  That's reading a quote from
7   the 2008 guidance, which is Exhibit 171 -- I'm
8   sorry, 165, and it's on page 1.
9        So as far as the biofilter overflow, what I
10  saw was not very much.  I did not see a continuous
11  flow or any evidence of such moving down the face
12  of that berm, and certainly when we got to the
13  bottom of the berm where the wetland occurs and
14  the topography evens out, there was no waterway
15  whatsoever.  No surface water, no evidence of
16  surface water flowing out regularly toward the
17  center of that wetland, which is -- you know, the
18  lowest points are in the center of the wetland.
19 Q So, first of all, how wide approximately was the
20  lowest part of the biofilter?  Do you recall how
21  wide that was roughly?
22 A The lowest part of the biofilter?
23 Q Meaning the outlet of the biofilter.  How wide an
24  area is that?  Describe that.
25 A You know, the berm of the biofilter is a sloping

                          73

1   feature that from the top of the berm to the base
2   of the berm is probably 10 or 12 feet of distance.
3 Q And what is the surface of that?
4 A The surface of that berm is -- in some areas it
5   has rocks, but that's mostly at the top where the
6   lip is, where the actual overflow, and it's just
7   soil, a lot of mineral soil.
8 Q Okay.  And how far is it from the bottom of that
9   biofilter berm in the outlet area to the lowest
10  part of the wetland that you just previously
11  described?
12 A I'm sorry, to the lowest -- well, let me just kind
13  of describe it.  I think that's what you're
14  getting at.
15       From the top of the overflow area of the
16  biofilter to the base of the berm is, like I said,
17  about 10 to 12 feet, and then the wetland starts.
18  And then to the area that most people have
19  referred to as Stream C, which is the lowest part
20  of that adjacent wetland, it's probably another
21  maybe 15 to 20 feet over to that lowest area from
22  the base of the berm.  But I did not take an exact
23  measurement.  I'm just talking from memory.
24 Q Now after you reviewed the documents that you have
25  referenced and you visited the site and you

                          74

1   examined it, did you reach any conclusions?
2 A Yes, I most certainly did.
3 Q Could you tell us what those conclusions or
4   opinions are?
5 A Okay.  I felt like -- The conclusion I reached was
6   that the pollutants -- any copper or other
7   chemical constituents that they were concerned
8   about in the biofilter being discharged to
9   navigable waters or waters of the U.S. I felt was
10  unsupported because I was not seeing a physical
11  channel or waterway that ran along the area that
12  had been termed Stream C.  I wasn't able to see a
13  stream coming down from the biofilter into the
14  wetland.  It certainly does discharge to that
15  wetland occasionally, but I didn't see any obvious
16  evidence that the wetland drainageway that's
17  referred in documents to -- referred to as
18  Stream C in a lot of documents, I didn't see that
19  evidence was presented that would show that either
20  that drainageway or that wetland constitute waters
21  of the U.S. because waters of the U.S., it's my
22  understanding that in Section 402, as well as in
23  Section 404, the term waters of the U.S. is what
24  is regulated under those -- under both those
25  sections.  And it's my understanding, based on the

                          75

1   guidance that the Corps and the EPA have provided
2   to the public, that being essentially Exhibit 165,
3   that there needs to be a significant nexus
4   established between those waters and the -- and a
5   traditional navigable waterway.
6        And as I've said before, I'm not making any
7   legal distinction, but using the readily available
8   guidance that is typically utilized by consultants
9   like myself, other professionals like myself,
10  those analyses have not been completely
11  established, or have not been completely followed
12  enough to establish that a significant nexus
13  exists between the biofilter and the Flambeau
14  River.
15 Q Okay.  Drawing your attention to items that you
16  have numbered under your conclusions, item number
17  1 refers to an on-site evidence of a physical
18  channel or waterway running between Highway 27 and
19  Copper Park Lane.  What was your conclusion about
20  that?
21 A Well, I concluded that using the map resources,
22  such as the USGS topo maps and the DNR Surface
23  Water Data Viewer and the Soil Survey that the --
24  the references that I have referred to earlier in
25  the testimony, those resources that typically show

                          76

**Page 77**

1    the location of waterways, both permanent and
2    intermittent, nothing appeared in the area that is
3    typically labeled on the Foth design documents as
4    Stream C, and I really feel that it's important to
5    note that that is simply a label that's become a
6    convenient means for referring to a general
7    drainage pathway for the conveyance of water from
8    one end of a watershed to the other.
9        And adjacent to the biofilter, this
10   drainageway that's commonly referred to as
11   Stream C, really it's physically represented by
12   simply a headwaters wetland and it's not actually
13   observable as a defined waterway in that
14   particular location. I did not observe a defined
15   waterway in that location. So that's how I
16   reached that conclusion.
17 Q And then item number 2 refers to biofilter
18   discharge point. What conclusion did you reach
19   with regard to the biofilter discharge point?
20 A Well, the evidence that I observed in the field is
21   that you do get some -- there is occasionally some
22   overflow of the biofilter, just as it was designed
23   to do, when there is high levels of water or a lot
24   of precipitation but that discharge from the
25   biofilter is such a small amount that it rarely

**Page 78**

1    flows along the same path enough to create a
2    defined channel down the face of the berm, and
3    when it gets to the wetland at the base of the
4    berm, it appears to spread out or possibly
5    infiltrate into the ground at this point because
6    there just is no evidence of a channel extending
7    from the base of the berm toward the east, which
8    would be the lowest point. It's quite flat. The
9    wetland is quite flat. But if you had enough
10   drainage, enough quantity and frequency of
11   drainage, there would be a scoured waterway that
12   would be in evidence, and that was not the case.
13 Q Now with regard to the flow, if at all, out of the
14   wetland, were you able to locate, either in the
15   materials provided by the plaintiffs, the
16   plaintiffs' experts or any other of the printed
17   materials you reviewed, quantitative information
18   about the flow out of that wetland?
19 A I did see some quantitative information about
20   flows that somehow had been associated with
21   Stream C. The connections and the actual sources
22   and locations of that information were not
23   well-defined. And so anyway, yeah, that's all I
24   want to say about that.
25 Q Okay. How often does the flow come out of the

**Page 79**

1    wetland to the east of the biofilter or was there
2    any information available about that?
3 A How often does flow go from where to where?
4 Q From the wetland area that is to the east of the
5   biofilter out of that. Is there any information
6   available about that?
7 A You know, some of the information that I've seen
8   has shown flow occurring, but as far as the
9   frequency of that flow and the quantity of that
10   flow, again there hasn't been -- it wasn't -- my
11   impression is it was something that was not -- it
12   was a piece of information that was not
13   particularly needed, and now that we're needing to
14   look at that, it really doesn't exist. This is an
15   area that hadn't been looked at in this -- much
16   under a microscope before, so some of the flow
17   information that's available is just -- it's not
18   specific enough to a given point to be able to
19   tell exactly how often this flows out.
20 Q Would that be information that you would need to
21   conduct a significant nexus test?
22 A That's part of it. But as I pointed out before,
23   it's quite a large -- I never even got through the
24   seven-page form. It gets more and more detailed
25   as you go onward through that Exhibit 171.

**Page 80**

1 Q Okay. Could you tell us whether or not the
2   opinions and conclusions that you've reached and
3   that you've testified about here today have been
4   expressed by you to a reasonable degree of
5   certainty within your profession?
6 A Yes, they have.
7        MR. VAN CAMP:  Okay. Let's take a
8   short break.
9        VIDEOGRAPHER:  Going off the record
10   at 11:41. We'll resume on DVD number 3.
11       (Recess)
12        VIDEOGRAPHER:  And we're back on
13   the record at 12:01, DVD number 3.
14 Q I think the questions and responses thus far I've
15   focused on the area to the north of Copper Park
16   Lane. Did you make any observations to the south
17   of Copper Park Lane?
18 A Yes.
19 Q Why don't you describe for us what you did and
20   what you observed south of Copper Park Lane.
21 A On the 18th of October we followed the track of
22   the waterway all the way down to the Flambeau
23   River, and as I've talked about before on
24   Exhibit 173, starting on the second page, I've
25   essentially drawn in, as near as I could see,

1  where that waterway is.  And if you look on the
2  second page of that Exhibit 173, the top image,
3  there is actually a couple of tributaries even
4  going into that waterway.  There is one just to
5  the right of where photo 21 is shown and there is
6  one to the right of where photo 22 is shown.  Both
7  of them are very small.  They were dry.
8      But describing going downstream, some of the
9  photos I've taken show that right below the
10  culvert that's under Copper Park Lane, as I noted
11  before, this photo 14 shows it kind of looks like
12  it's not even a channel there.  It kind of looks
13  like a dry field.  In fact, it was odd.  It was a
14  little bit of a high point, but as you turn
15  around, then all of a sudden the actual waterway
16  starts, and it's pretty darn narrow.  Where you
17  can see on photo 16, I mean it's only a foot and a
18  half across there.  It's about, I don't know, a
19  few inches deep, but you can see it.  And then as
20  you go downstream, and some of those ephemeral
21  drainageways flow in, photo 18 you can see that
22  Stream C gets a little bit wider, there is some
23  standing water in it, a few places it's flowing.
24  At photo 20 there is actually a little area of
25  ripples where you can see the flow because it's a
                              81

1  slightly steeper gradient.  Then you have a little
2  bit further downstream where photo 21 shows it
3  kind of looks like -- it's very flat in there so
4  it meanders around.  It's got oxbows.
5      And then it goes kind of through some steeper
6  valleys, and I actually walked along the top of
7  the area and just looked down on it.  Some
8  sections are quite rocky and, you know, there is
9  no standing water, no flow across them, and
10  obviously there is still conveyance of water
11  through that area.  It's simply kind of down
12  underneath the ground.
13      And then when you get to the confluence of
14  Stream C with the Flambeau, as you can see in
15  photo 23, there is a little bit of inlet of water
16  that looks like it's connecting with the stream
17  but just above that, just on the left side of the
18  photo, there is a very steep area.  It probably
19  goes up about a foot to a foot and a half in
20  elevation over a distance of maybe 5 to 10 feet,
21  and, you know, it's almost like you would probably
22  have a waterfall there if there was much water
23  flowing, and that's what's represented by the
24  confluence.  It's not a real continuous mouth,
25  whereas in this photo 23, the people up in the
                              82

1  upper left-hand corner are at the mouth of the
2  stream that is depicted on this Rusk County
3  Geographic Information Web Server and is on the
4  top image on the first page of Exhibit 173.  The
5  mouths of those two streams are very close
6  together in that area, and the one that's marked
7  there, I forget, I think it has a name but I
8  forget the name of it, that has a continuous -- I
9  mean the water between the Flambeau River and that
10  stream are at the same elevation for quite a
11  distance upstream.  I mean obviously there is a
12  slight change in elevation but it's much more of a
13  connection with the Flambeau.  Is that what you
14  were interested in hearing about?
15  Q  Sure.  And I would like to take you back to
16      photograph number 16 in Exhibit 173.
17  A  16, yes.
18  Q  The caption there is uppermost reach of continuous
19      channel.  Tell us what you mean by continuous
20      channel.
21  A  That's where you have a bed and a bank that is
22      obviously scoured by the movement of water that
23      happens with enough frequency and duration to
24      actually maintain that continuous channel.  A
25      continuous feature that's characterized by a
                              83

1      definite -- a well-defined bed and bank over a
2      consistent area, not just a little bit here and a
3      little bit there like I was describing adjacent to
4      the culverts.  This one goes on from this point
5      all the way down to the Flambeau River.  Whether
6      it has water in it or not, it's still a defined
7      channel.
8  Q  Okay.  What do you mean by uppermost?
9  A  Well, this is -- you know, you can see how narrow
10      it is in 16, in photo 16.  I think it's possible
11      that photo 15 -- yeah, I guess photo 15 actually
12      is upstream, so that was a completely dry portion,
13      although you could see -- you could see a bed and
14      bank but then there was a portion down below it
15      where you couldn't see it, so at this point where
16      photo 16 is, that's the first point at which I saw
17      an actual channel that just went on from there
18      down to Flambeau without interruption.
19  Q  Approximately how far was the area depicted in
20      number 16 as the uppermost reach of the continuous
21      channel?  How far is that from the south side of
22      Copper Park Lane where the culvert comes out?
23  A  From where the culvert comes out, I unfortunately
24      do not have a scale on here, but thinking back to
25      it, oh, maybe from the culvert to that bend is
                              84

1   about 4 to 6 feet and then from the bend over to
2   where this continuous channel started is probably
3   15 to 20, as much as 25 feet.
4   Q  In the plaintiffs' expert reports that you
5       reviewed, and again those would be the Chambers
6       and Nauta reports, did you see any continuous
7       nexus report contained within their reports of a
8       connection between the Flambeau River and
9       Stream C?  Did you see an analysis of that?
10  A  Of a significant nexus?
11  Q  I'm sorry, a significant nexus.
12              MS. MC GILLIVRAY:  Objection,
13          vague.
14  Q  Sorry.  Yes.  Let me restate the question.  In the
15      reports that you reviewed, did you see an analysis
16      by the plaintiffs' experts of a significant nexus
17      between the Flambeau River and Stream C?
18  A  No.
19  Q  And is that your opinion to a reasonable degree of
20      certainty related to your profession?
21  A  Yes.
22  Q  And with regard to the photographs in Exhibit 173
23      and your description of what the photographs show
24      south of Copper Park Lane, were those opinions
25      expressed by you to a reasonable degree of

85

1   certainty within your profession?
2   A  Yes.
3              MR. VAN CAMP:  Okay.  Thank you
4          very much.  I appreciate your time, and I
5          have no further questions.
6              THE WITNESS:  Okay.
7              MS. MC GILLIVRAY:  Thank you.  I
8          have some cross-examination.
9              CROSS-EXAMINATION
10  By Ms. McGillivray:
11  Q  Ms. Day, as you know from Friday's deposition, my
12      name is Pam McGillivray, and I'm one of the
13      attorneys for the plaintiffs.  Even though we've
14      been through much of this already yesterday and
15      earlier today, I have a few follow-up questions
16      for you.
17  A  Okay.
18  Q  Just to begin with, to understand terminology,
19      because there has been a few different terms used
20      here and I just want to understand the
21      relationship to each other, you used the term
22      water of the United States, and I think, as you
23      stated, that's a term from the Clean Water Act;
24      correct?
25  A  Yes.

86

1   Q  Okay.  And in your report you identified that as a
2       term that's used at 33 U.S.C. Section 1362(7).
3       Are you familiar with that provision in the Clean
4       Water Act?
5   A  Yes.
6   Q  You also used the term jurisdictional water here
7       today; correct?  Is that the term that you used?
8   A  Jurisdictional -- well, can you show me where I
9       said that?
10  Q  Sure.  Well, I believe --
11  A  Or -- I don't know.
12  Q  You've used the term jurisdictional determination.
13  A  Determination, yes.
14  Q  Okay.  When you make a jurisdictional
15      determination, are you making a determination that
16      the waterway is a water of the United States?
17  A  Am I -- I'm making a preliminary determination in
18      that regard, yes.  That is what the purpose of a
19      jurisdictional determination is.
20  Q  Okay.  So I understand that you have stated that
21      it's actually up to the agencies, the Army Corps
22      of Engineers or the United States Environmental
23      Protection Agency, to make the final determination
24      on whether or not the waterway is a jurisdictional
25      waterway; correct?

87

1   A  Yes.
2   Q  But in your profession you apply the guideline,
3       such as the 2008 guideline that you've talked
4       about today, to make a preliminary determination
5       of whether or not the waterway you're examining is
6       a water of the United States?
7   A  That's correct.
8   Q  Okay.  And so let's go back to your report, which
9       is Exhibit 164.  Do you have that in front of you?
10  A  Yes.
11  Q  Okay.  We had talked about this earlier, but to go
12      through it again today, you have relied on various
13      documents that you have listed on pages 4 and 5 of
14      your report and you talked about them today with
15      Mr. Van Camp.  You identified them with
16      Mr. Van Camp.  I want to get a little bit further
17      information about some of them.
18  A  Okay.
19  Q  And the first three, which are the web server
20      maps, maybe -- strike that.  The first four are
21      maps that are available and you cite them for the
22      fact that they do not identify Stream C; correct?
23  A  That's correct.
24  Q  So your reliance on them is for the absence of a
25      stream, not for any affirmative information?

88

**Page 89**

1　A　I looked at them to try to see if there was a
2　　　stream but I was unable to -- or they didn't
3　　　appear on there.
4　Q　Okay.  So on those first four sources they didn't
5　　　appear, and that was significant in your review?
6　A　Exactly.
7　Q　Okay.  The next document that you list is the
8　　　November 23rd, 1988, Jasinski memorandum which has
9　　　already been marked as an exhibit earlier as 167,
10　　which I believe you should have.
11　A　I don't.
12　　　　　　　　MS. MC GILLIVRAY:  Do you have it?
13　　　　　　　　MR. VAN CAMP:  I don't have it, but
14　　　okay.
15　　　　　　　　MS. MC GILLIVRAY:  Can we go off
16　　　the record for a second?
17　　　　　　　　VIDEOGRAPHER:  Going off the record
18　　　at 12:17.
19　　　　　　　　(Discussion held off record)
20　　　　　　　　VIDEOGRAPHER:  We're back on the
21　　　record at 12:23.
22　　　　　　　　MS. MC GILLIVRAY:  Thank you.
23　Q　So I'm going to hand you what's been marked as
24　　　Exhibit 167 from your deposition on Friday, and
25　　　earlier you identified that -- as the fifth source

**Page 91**

1　　　correct?
2　A　I'm sorry, what?
3　Q　The memo, Exhibit 167, contains other information
4　　　about Stream C that you didn't include in your --
5　　　as a basis of your opinion?
6　A　That's correct.
7　Q　Including the fact that the writer mentions past
8　　　channelization of Stream C; correct?
9　A　Where is that?
10　Q　In that same paragraph marked -- or that starts
11　　with Stream C, in the third sentence, "This is
12　　probably the result of past channelization and
13　　also this year's drought."  The fact that the
14　　author was referring to channelization at all was
15　　not something that you relied on in drafting your
16　　report?
17　A　No.  I, in fact, discounted it.
18　Q　And he also notes that Stream C was barely
19　　discernible where it crosses Highway 27.  That
20　　also was something that you did not rely on in
21　　reaching your opinions; correct?
22　A　Well, I didn't rely on it, but I agree with that
23　　statement.  That's what I observed, the stream
24　　channel was barely discernible where it crosses
25　　Highway 27.  There is no -- there is no channel

**Page 90**

1　　　that you listed in your report at page 4 the
2　　　November 23rd, 1988, Jasinski memorandum.
3　A　Actually the sixth bullet.  Anyway, yes.
4　Q　I did count those bullets incorrectly.  Thank you.
5　A　Okay.
6　Q　So the first five sources then are the mapping
7　　　sources; correct?
8　A　Yes.
9　Q　And those -- As we discussed, those five you
10　　listed because you did not find a Stream C
11　　identified on any of those mapping sources?
12　A　That's correct.  Those are the sources that I
13　　typically look at, and I didn't find the stream.
14　Q　Okay.  So the sixth source is the memo that I just
15　　handed you that's been marked as Exhibit 167.
16　A　Correct.
17　Q　And you reviewed the memo and made -- and
18　　interpreted the memo to stand for the fact that
19　　the uppermost origins of Copper Park Lane
20　　Stream C -- strike that.  That Stream C is
21　　navigable only at the lower 1,000 to 1,500 feet
22　　upstream from the Flambeau?
23　A　Correct.
24　Q　And this memo provides other information that you
25　　didn't consider in making your conclusions;

**Page 92**

1　　　there.
2　Q　You agree with the statement that the channel was
3　　　barely discernible?
4　A　I don't think that there was -- I guess I agree
5　　　with him to the extent that I didn't find it
6　　　discernible myself.
7　Q　Okay.  And you assume from this that he didn't
8　　　find it was discernible even though he states that
9　　　the stream channel was barely discernible where it
10　　crosses Highway 27?
11　A　No, I don't know what he's saying.  I just --
12　　yeah.
13　Q　And you didn't speak with anyone -- you didn't
14　　speak with the drafter of this memorandum?
15　A　No.
16　Q　And you didn't speak with anyone at the Department
17　　of Natural Resources about this memorandum?
18　A　No.
19　Q　Or anyone who would have been involved in this
20　　project in 1988?
21　A　I kind of assumed that nobody would be around.
22　Q　Perhaps.  Okay.  And the next document that you
23　　cite is a 1989 Foth and Van Dyke report entitled
24　　Wetland Inventory and Assessment.
25　A　Yes.

1   Q  Okay.  And can you tell me who Foth and

2      Van Dyke -- what Foth and Van Dyke is?

3   A  Foth and Van Dyke is an engineering firm.

4   Q  And they have been -- Are you familiar with their

5      involvement at the Flambeau Mine site?

6   A  Yes.

7   Q  So at least since March of 1989 they've been

8      engineers who have worked at the Flambeau Mine

9      site?

10  A  That's my understanding.

11  Q  And this document, the Wetland Inventory and

12     Assessment, was that one of the documents that did

13     identify a drainage -- well, the drainageway as

14     Stream C?

15  A  No, it did not.

16  Q  Okay.  I think you have characterized the document

17     as referring to headwaters of a tributary to the

18     intermittent stream designated as C.  So is your

19     criticism of this document not the fact that it --

20     strike that.  Is -- Your criticism of this

21     document's use of Stream C is that it doesn't

22     specifically state that there is a Stream C that

23     goes through the wetland?

24  A  I've said that there is no mention of a waterway

25     through the wetland because the quote is

93

1      "headwaters of a tributary to the intermittent

2      stream designated as C."

3   Q  Where was Stream C designated in that document?

4   A  It wasn't.  I mean it was not designated

5      upgradient of Copper Park Lane.

6   Q  And that was your reason for including it in the

7      list of documents that you relied on?

8              MR. VAN CAMP:  Object to the form

9         of the question.

10  Q  You can answer.

11  A  This Wetland Inventory and Assessment called out

12     area 5, which is what I was looking at.  That's

13     the portion that I was looking at.  And it's in

14     the area of interest north of where Copper Park

15     Lane is.  So it's similar to Wetland 7 in the

16     Stantec report.  Even though Copper Park Lane

17     wasn't there at the time, this report

18     characterizes that wetland as the headwaters of a

19     tributary to the intermittent stream designated as

20     C, but there was no mention of any waterway

21     through that wetland.

22  Q  So you included this as a significant piece of

23     information in your opinion because of the absence

24     of it mentioning a waterway through the wetland?

25  A  That's correct.

94

1   Q  You just mentioned the Stantec report and its

2      designation of the wetland as W7.

3   A  Yes.

4   Q  If you look at the next bulleted item, Wetland

5      Delineation Report, Flambeau Mining Company -

6      Industrial Outlet, City of Ladysmith, Rusk County,

7      Stantec Consulting, is that the document you're

8      referring to?

9   A  Yes.

10  Q  And that's been previously marked as an exhibit in

11     this case as 132.  I'll hand you then that

12     document which has been marked as Exhibit 132.

13             MS. MC GILLIVRAY:  And, Counsel, do

14        you need a copy of this document?

15             MR. VAN CAMP:  I don't have one

16        here.  Thanks.  I'll give it back to you as

17        soon as we're done.

18             MR. SAUL:  Do you want to swap out

19        for the --

20             MS. MC GILLIVRAY:  No.  You can

21        hand that one to him.  I'll just get it back

22        from him later.

23  Q  So what I have now shown you as Exhibit 132, is

24     that the Wetland Delineation Report that you're

25     referring to?

95

1   A  That's correct.

2   Q  Okay.  And this was actually a document that was

3      prepared by a colleague of yours at Stantec;

4      correct?

5   A  Yes.

6   Q  And who is that colleague?

7   A  Jim Engelhardt.

8   Q  And Jim Engelhardt is -- What is his position

9      description at Stantec, if you know?

10  A  Environmental scientist.

11  Q  Does he report to you?

12  A  No.

13  Q  And this particular report, the Wetland

14     Delineation Report, Exhibit 132, did you have any

15     role in preparing this report?

16  A  No.

17  Q  You did review this report, though, in preparation

18     of your opinions that appear in your expert

19     report; correct?

20  A  Yes.

21  Q  Okay.  And if you would, please, turn to the

22     figures in Exhibit 132, the Figure 4.

23  A  Yes.

24  Q  You mentioned the wetland delineated as W7.  Is

25     that the wetland that is depicted in this figure?

96

**Page 97**

1  A  Yes, it is.

2  Q  Okay.  And is that the wetland that you've been

3     referring to earlier in your deposition today and

4     also that you referred to as the wetland under --

5     in your report beginning at page 9?

6  A  Yes.

7  Q  And you looked at the report from Mr. Engelhardt

8     in formulating your opinions in this case;

9     correct?

10 A  Yes.

11 Q  Mr. Engelhardt finds in his examination of

12    wetland 7, wetland W7, that there is a

13    well-defined channel with a bed and bank and flows

14    south through a culvert under a stub road and then

15    to Copper Park Lane.  Are you familiar with his

16    finding there?

17 A  Which page?

18 Q  He discusses this on page WRPC 015458.

19 A  Okay.

20 Q  But it's also been summarized in your expert

21    report at the bulleted item.  Is that correct?

22 A  Can you ask -- What question are you asking?

23 Q  Sure.  That Mr. Engelhardt found that Stream C

24    began to have a defined channel beginning at the

25    stub road north of Copper Park Lane and continuing

**Page 98**

1     until the culvert at Copper Park Lane.

2              MR. VAN CAMP:  Object to the form

3        of the question.

4  Q  You can answer.

5  A  He says that the waterway does not become visibly

6     channelized until it reaches another culvert under

7     a short stub road, but he says south of the

8     stub road the waterway is confined to a

9     well-defined channel with a bed and bank and flows

10    south through another culvert and the waterway

11    continues off the studied area.  So he says that

12    it becomes a well-defined channel there.

13 Q  And by there, where is there?

14 A  In between -- south of the stub road.

15 Q  But before Copper Park Lane; correct?

16 A  That's correct.

17 Q  And do you agree with his finding that there is a

18    defined channel south of the stub road?

19 A  I did not observe it myself.

20 Q  Did you have any discussions with Mr. Engelhardt

21    about his finding of a channel south of the stub

22    road?

23 A  Yes.

24 Q  And did you have those discussions before or after

25    you finalized your expert report?

**Page 99**

1  A  I had them both before and after.

2  Q  And having had them before you finalized your

3     expert report, did it cause you to change any of

4     your conclusions?

5  A  No.

6  Q  Did Mr. Engelhardt, if you know, amend his report

7     that is -- that has been marked as Exhibit 132

8     after having conversations with you about his

9     finding that there is a channel south of the stub

10    road?

11 A  No.

12 Q  I'm going to hand you what's been marked during

13    your deposition as Exhibit 169.

14              (Videographer Jon Hansen exited the

15                 proceedings and Videographer

16                 Connie Hansen entered the

17                 proceedings)

18              MS. MC GILLIVRAY:  Counsel, this

19         one I do not have an extra copy of it.

20              MR. VAN CAMP:  Just wait one

21         second.  We're still on the record, but she's

22         going to run and get a copy of that exhibit

23         for me, if you don't mind waiting.

24              MS. MC GILLIVRAY:  I'll wait.  Why

25         don't we just go off the record then for one

**Page 100**

1     moment.

2              VIDEOGRAPHER:  Going off the

3         record.  The time is 12:37.

4              (Discussion held off record)

5              VIDEOGRAPHER:  We are back on the

6         record at 12:40.

7              MS. MC GILLIVRAY:  Thank you.

8  Q  I have now just handed you what's been marked as

9     Exhibit 169, and that is an exhibit that you also

10    examined during your deposition on Friday;

11    correct?

12 A  Correct.

13 Q  Okay.  So this is a Foth document that's labeled

14    Figure 2, and it has another marking on it which

15    is Exhibit 134 but I'd like you to refer to it as

16    Exhibit 169 as it was used during your deposition.

17 A  Certainly.

18 Q  Okay.  Thank you.  This is -- And this document

19    comes from a larger document entitled the Cooper

20    Park Business and Recreation Area Work Plan from

21    May 2011, and are you familiar with that document?

22 A  Yes.

23 Q  And you, in fact, cite to that document in your

24    report at footnote 17; correct?

25 A  Correct.

1  Q  Okay.  So I just want to -- so when we're talking
2     about where the stub road is and where the Copper
3     Park Lane is, if we can have some clarity in the
4     record.  The white -- or light blue line that's
5     depicted on Exhibit 169, is that the wetland
6     delineation that is the same as W7 on Exhibit 132?
7  A  It appears to be.
8  Q  Okay.  And when we're referring to the four
9     culverts -- or strike that.  When you've referred
10    to the four culverts in your expert report that
11    you examined, are those shown as the blue line
12    that crosses Highway 27?
13 A  Yes.
14 Q  The first one.  Then there is actually two that
15    cross a former railroad grade?
16 A  Correct.
17 Q  Okay.  And then moving downgradient there is a
18    short culvert at the stub road; correct?
19 A  Yes.
20 Q  Okay.  And then another culvert at Copper Park
21    Lane; correct?
22 A  Yes.
23 Q  And so the culvert that Mr. Engelhardt was
24    referring to as having found evidence of channel
25    south of the stub road is just south of the

101

1     culvert up from Copper Park Lane?
2  A  That's correct.
3  Q  Okay.  So the other source that you referenced in
4     your report is a bioassessment of Stream C from
5     May 24th and 25th, 2005, and we also looked at
6     that document during your deposition and it was
7     labeled Exhibit -- I think I have it -- 168.  I'm
8     going to show you that.  Thank you.  I'm going to
9     hand you then what's been marked as 168 and ask
10    you if that's the document that you've referred to
11    in your expert report.
12 A  Yes.  It's an attachment to that.
13 Q  Okay.  And so tell me what page, based on the
14    Bates number in the lower right corner, that the
15    bioassessment of Stream C that you referenced
16    begins.
17 A  It begins on 9588.
18 Q  Okay.  And what you took as significant from this
19    document, according to your report, is that the
20    stream flow upstream of Copper Park Lane is
21    unchannelized; is that correct?
22 A  Correct.
23 Q  And that is coming from Bates number -- the report
24    at Bates number FMC 009588?
25 A  That's where it starts, yes.  That's where this

102

1     bioassessment begins.
2  Q  Okay.  And the line that you felt was -- strike
3     that.  The sentence that you felt was significant
4     begins under the paragraph heading Stream Habitat
5     and Characteristics?
6  A  I have yet to find it.  Oh, yes.  It's the first
7     sentence.
8  Q  And it states, "This stream flow upstream of
9     Copper Park Lane is unchannelized."  And that's
10    the sentence that you noted in your report;
11    correct?
12 A  Yes.
13 Q  Okay.  The next sentence you did not note in your
14    report says, "Obvious flow originates from the
15    wetland area to the north and east, as well as the
16    biofilter pond."  Did you not find that portion of
17    the stream habitat and characteristics to be
18    significant in assessing the nature of Stream C?
19 A  No, because I believe that the author is simply
20    referring to, you know, conveyance of water which
21    I've referred to as well.
22 Q  Okay.  So you would agree with the statement that
23    "obvious flow originates from the wetland area to
24    the north and east, as well as the biofilter
25    pond"?

103

1  A  There is occasional flow.  I don't know how
2     obvious, and it's not -- hasn't created channels.
3  Q  Okay.
4  A  Because she said that it's unchannelized and
5     because I didn't see any channels.
6  Q  Did you speak with anyone at Blue Iris
7     Environmental about this assessment?
8  A  No.
9  Q  In that same section it states, "In May of 2005
10    Stream C was observed to be continuous in most
11    places, though sometimes the flow passed through
12    in-stream debris and sediment.  Stream C is
13    typically passing through a cut channel.  The
14    channel lies between 1 to 3 feet lower than the
15    surrounding embankment."  What -- Did you examine
16    that part of this report?
17 A  Yes.
18 Q  Okay.  And did you rely on that statement at all
19    in formulating your opinions?
20 A  That refers to the channelized portion which is
21    south of Copper Park Lane.
22 Q  And that's based on your interpretation of what I
23    just read; is that right?
24 A  It's based on what this person wrote in here.
25 Q  Okay.

104

1  A  They started out saying that the stream flow
2     upstream of Copper Park Lane is unchannelized and
3     then they start -- then they talked about kind of
4     the nature of the drainageway north of there and
5     then they started talking about the upper reaches
6     of the channelized portion is characterized by and
7     then they're moving downstream from there.
8  Q  Okay.  At the very beginning of the paragraph the
9     author refers to an industrial outlot and
10    associated parking lot, reclaimed rail line and
11    biofilter pond drain into Stream C and uses the
12    label Stream C.  Did you consider that when you
13    were -- that sentence when you were formulating
14    your opinions?
15  A  To a certain extent, yes.
16  Q  And what information did you think was significant
17    about that sentence?
18  A  In all of these documents that I looked at, I was
19    trying to determine whether others had seen
20    evidence of a defined and continuous channel,
21    primarily in the area directly adjacent to the
22    biofilter overflow.  This did not indicate that
23    that was the case.
24  Q  Okay.  So your criticism -- well, strike that.
25    Your distinction of between what this report says

105

1     confluence of the Flambeau River immediately south
2     of the point where Meadowbrook Creek also enters
3     the Flambeau River."  Did you consider the fact
4     that this author at least has stated that Stream C
5     flows north of Copper Park Lane?
6  A  Again, this person is doing a bioassessment of a
7     water resource feature.  They're not using --
8     they're not distinguishing between the terminology
9     that's used for making jurisdictional
10    determinations.  So they're not -- you know, you
11    can pick out certain words from here that sound
12    like the same words that I am using and that the
13    regulators are using, but they aren't used with
14    the same level of discipline that one would use in
15    doing that in a regulatory determination.
16  Q  Okay.  Those are the documents that you've listed
17    on pages 4 and 5.
18  A  Uh-huh.  Yes.
19  Q  And as far as your opinions relative to the nature
20    of Stream C, those are the only documents that you
21    reviewed; correct?
22  A  Relative to Stream C.  Yes.
23  Q  And you note elsewhere that there are other
24    documents -- well, let's find the place in your
25    report.  You state that many other -- recorded

107

1     and what your opinions are is that they use the
2     term Stream C whereas you would refer to Stream C
3     as a drainageway; is that --
4  A  Yes.  I would refer to it as simply that monicker
5     that's been placed on that conveyance system.
6  Q  If the sentence were changed to an industrial
7     outlot and associated parking lot and reclaimed
8     rail line and biofilter pond drain into a
9     drainageway known as Stream C, would you agree
10    with that sentence?
11  A  No.  I would change it to drain toward.
12  Q  Drain toward the drainageway known as Stream C?
13  A  Yes.
14  Q  Okay.  And is that because you did not observe
15    during your visit on October 18th, 2011, flow from
16    the biofilter to the lowest point of the
17    drainageway?
18  A  No.  It's because I didn't observe evidence of it
19    at that time.
20  Q  At the time of your inspection?
21  A  Correct.
22  Q  Okay.  The last sentence in this -- in that
23    paragraph says, "Stream C flows under Copper Park
24    Lane from the north and takes a meandering
25    southwest direction through a woodland, this

106

1     observations of other professionals have found --
2     Let me be able to direct you to your quotation so
3     that we're all in the same place.  Okay, thanks.
4     It's at page 7.
5  A  Okay.
6  Q  Where you say, "Many materials prepared by FMC or
7     its consultants in, in fact, note that the
8     biofilter would discharge to 'Stream C.'"
9  A  Correct.
10  Q  What are the many materials prepared by FMC or its
11    consultants that you're referring to?
12  A  I am referring to the documents that I've listed
13    on page 4 and 5, and I believe -- yes.  And,
14    you know, I've listed on page 4 and 5 specific
15    portions of documents that in their entirety are
16    referenced in footnotes.  For instance on page 5,
17    footnote 17, Copper Park Business and Recreation
18    Area Work Plan, Appendix C.  So this Wetland
19    Delineation Report is in Appendix C, but I have
20    also looked through the Copper Park Business and
21    Recreation -- Business and Recreation Area Work
22    Plan to find that, and as I was looking through
23    that, it's those documents that I saw over and
24    over, you know, maps that were listed where it
25    said Stream C in the area that we're talking

108

1   about.
2 Q Okay.  For example, you just I think indicated
3   that Exhibit 169 is one such document?
4 A 169 is one of the many documents that is shown
5   within the document that I have referenced in
6   footnote 17.
7 Q Okay.  And footnote 17 refers to the Foth May 2011
8   work line; correct?
9 A That's correct.
10 Q Looking at Exhibit 169, it contains -- it depicts
11   an intermittent stream as a dotted blue -- as a
12   blue line along -- through the wetland; correct?
13 A It does, yes.
14 Q Okay.  And if I understand your testimony
15   correctly, you agree with the general path -- the
16   general flow path of the drainageway as depicted
17   on 169 but not the designation of that flow path
18   as an intermittent stream north of Copper Park
19   Lane; is that correct?
20 A I agree with there being a conveyance of water
21   from east of Highway 27 through the outlot and
22   down south of Copper Park Lane, yes, but I don't
23   agree that it's an intermittent stream per se.
24 Q An intermittent stream north of Copper Park Lane
25   or an intermittent stream at all?

109

1 A North of Copper Park Lane.
2 Q Okay.  I just wanted to make sure that -- The term
3   Stream C has been used so much, I wanted to be
4   sure we were talking about the same thing.
5 A I know.
6 Q We also talked about this at your deposition, but
7   there is also a directional line moving from the
8   0.98 acre biofilter basin toward the wetland.  Do
9   you see that line?
10 A Yes.
11 Q And you agree with the directional flow as
12   depicted by that arrow; correct?
13 A That would be the direction of flow, yes.
14 Q Okay.  And would you agree that the wetland drains
15   towards its lowest point in that wetland?
16 A I'm not sure what you're asking.
17 Q Okay.  I'll just ask you it this way:  Would
18   flow -- If there was a sufficient flow from the
19   biofilter in the wetland, would it follow the path
20   of the drainageway?
21       MR. VAN CAMP:  I'm going to object
22       to the form of the question.
23 Q If you understand, you can answer.
24 A I don't.  Could you restate it?
25 Q Sure.  Sure.  If there -- If there was flow from

110

1   the biofilter to the wetland, would that flow go
2   in the direction towards the drainageway?
3 A It would go to the lowest -- I mean it would go
4   from the highest to the lowest point if there were
5   surface water flow.
6 Q And the lowest point is -- in that wetland is what
7   you're referring to as the drainageway known as
8   Stream C; correct?
9 A Generally, yes.
10 Q By generally -- I just want to understand what
11   distinction you would put on that.  I understand
12   your testimony to be that while there is not a
13   defined stream east of the biofilter, there is a
14   drainageway that flows in a southwesterly
15   direction?
16       MR. VAN CAMP:  I object to the form
17       of the question.
18 A There is -- When I say drainageway, I am referring
19   to the entire area that conveys water.  I haven't
20   been able to find an obvious place to trace.  I
21   mean even this line, the position of this line on
22   Exhibit 169 is a very randomly placed line you can
23   tell just by observing the underlying base map.
24 Q If we had a topographical map that shows
25   depreciations in the surface, would we be able to

111

1   identify the lowest point in the drainageway?
2 A Yes.
3 Q The lowest point in the wetland that way?
4 A Yes.
5 Q Okay.  And assuming we could identify that through
6   such topographical maps, would flow into the
7   wetland follow that lowest point through the
8   drainageway?
9       MR. VAN CAMP:  Object to the form
10       of the question.
11 A It just isn't that -- The reason I say generally
12   yes is because, you know, there is never just one
13   way for things to flow in an area such as this
14   that's particularly undefined as to its channel.
15   It's depends on how much flow is occurring at the
16   time.  If there is very little flow, it might go
17   one way.  If there is a lot of flow, it might go
18   the other way.
19 Q Okay.  Now to further try to understand what your
20   testimony is, you just stated that water is
21   conveyed generally down -- or generally
22   downgradient in the drainageway; correct?
23 A That's correct, from upgradient to downgradient.
24 Q Okay.  What do you mean by conveys, water is
25   conveyed?

112

1  A  Moves from one place -- one area to another area.

2  Q  Would it also mean flows?

3  A  Yeah, but not necessarily in a concentrated

4     channel.  So it could be in a sheetflow kind of

5     situation so --

6  Q  Okay.

7  A  We're talking about the minutia here but that's

8     because there is so little water that we're

9     talking about that it isn't predictable the way

10    that it moves.

11             MS. MC GILLIVRAY:  I'm going to

12        strike that last part as nonresponsive.

13        Okay.

14             MR. VAN CAMP:  Well, I'm going to

15        ask that it not be stricken, and you may ask

16        a Court later if you want.

17  Q  Moving on then to the wetland depicted on

18     Exhibit 169, you agree that some amount of water

19     moves or is conveyed from the biofilter to the

20     wetland; correct?

21  A  Yes.

22  Q  We also talked about this at your deposition, so I

23     apologize for the redundancies.  Are you familiar

24     with the term adjacent wetland?

25  A  Yes.

                        113

1  Q  And what does an adjacent wetland mean?

2  A  It means that it's bordering, contiguous or

3     neighboring a water of the U.S.

4  Q  Okay.  And so there is a culvert at Copper Park

5     Lane and then what has been agreed by the parties

6     as Stream C south of Copper Park Lane?

7             MR. VAN CAMP:  I'll object to the

8        form of the question.

9             MS. MC GILLIVRAY:  Strike.  I'll

10        rephrase.  Thank you.

11  Q  There is a culvert crossing Copper Park Lane, and

12     Stream C flows below that point.  Do you agree?

13  A  Correct.

14  Q  Okay.  If Stream C south of Copper Park Lane has

15     been found to be a water of the United States,

16     would you agree that the wetland that is

17     designated in Exhibit 169 is an adjacent wetland?

18             MR. VAN CAMP:  Object to the form

19        of the question.

20  A  It hasn't been determined to be a water of the

21     U.S.

22  Q  Okay.  I'm going to ask you to assume, without

23     agreeing with me, that Stream C has been found to

24     be a water of the U.S.

25  A  Okay.  Assuming.

                        114

1  Q  Assuming that hypothetical, do you agree that the

2     wetland depicted on Exhibit 169 is an adjacent

3     wetland to Stream C south of Copper Park Lane?

4             MR. VAN CAMP:  Object to the form

5        of the question.

6  Q  You can answer.

7  A  The definition of adjacent is bordering,

8     contiguous or neighboring a water of the U.S.  If

9     we are to assume that the waterway downstream of

10    Copper Park Lane is a water of the U.S., then the

11    wetland north of Copper Park Lane, which is

12    connected via a culvert under a manmade berm, is

13    probably considered -- is routinely considered,

14    what's it called, neighboring by the Corps of

15    Engineers.

16  Q  I'm going to hand you what's been marked as

17     Exhibit 165, which is the 2008 guidance; correct?

18  A  Yes.

19  Q  Okay.  And if you would in that guidance turn to

20     page 5.

21  A  I'm on page 5.

22  Q  Okay.  And is your understanding of the definition

23     of adjacency from this guidance document?

24  A  In part, yes.

25  Q  So if you look at the paragraph that is -- that

                        115

1     begins "The regulations define adjacent as

2     follows:  The term adjacent means bordering,

3     contiguous or neighboring wetlands separated from

4     other waters of the United States by manmade

5     ditches or barriers, natural river berms, beach

6     dunes and the like are adjacent wetlands."

7  A  It actually says dikes, not ditches, but --

8  Q  Oh.  I appreciate that correction.  With that

9     correction, is that the basis of your

10    understanding of what adjacent water means?

11  A  That is.

12  Q  Okay.  Applying that definition, and again

13     assuming for purposes of this deposition that

14     Stream C has been determined to be a water of the

15     United States, do you agree that this is -- this

16     wetland depicted on 169 is adjacent?

17             MR. VAN CAMP:  Object to the form

18        of the question.

19  Q  You can answer.

20  A  It's sounding like now you're saying that the

21     stream south of Copper Park Lane has been

22     determined, and I don't agree that it has been

23     determined.

24  Q  Okay.

25  A  So are we still assuming?

                        116

117

1 Q It's my hypothetical here for you. Assuming, and
2   even though I know you're taking a position with
3   whether or not this has been determined
4   sufficiently to be a water of the United States
5   based on your review of plaintiffs' documents;
6   correct?
7 A I have to say I'm a little bit uncomfortable being
8   in this neighborhood of assuming things.
9 Q Okay. Well, at deposition on Friday do you recall
10   being -- we had a discussion about adjacency and
11   what that means as far as wetlands being adjacent
12   to waters of the United States?
13 A Do I recall it, yes.
14 Q Okay. And at that deposition you were asked, So
15   if there has been a determination that Stream C
16   south of Copper Park Lane is a water of the U.S.,
17   yes was your answer, then the wetland that is
18   delineated on Exhibit 169 would be an adjacent
19   wetland, and you responded yes, but that hasn't
20   been done. Has your answer -- Has your testimony
21   changed at all since you provided that on Friday?
22 A No.
23 Q Okay. So your contention with my question is
24   that you don't agree that there has been a
25   determination that Stream C south of Copper Park

118

1   Lane is a water of the United States?
2 A That's correct.
3 Q Okay. And if I just ask you to assume that to be
4   true without agreeing with me, then you would
5   agree that wetland -- the wetland depicted in 169
6   is an adjacent wetland?
7 A I believe I answered that in the affirmative
8   already. Yes.
9 Q Okay. Thank you. Turning back to your report,
10   today during your deposition you discussed what
11   you called a significant nexus test and criticized
12   the plaintiffs for not having adequately conducted
13   one; correct?
14 A Yes. Correct.
15 Q Okay. What I want to understand is what you mean
16   by a significant nexus test.
17 A Well, I guess I would take you back to the
18   Exhibit 171 which essentially walks a person
19   through pulling all the information together that
20   is necessary for that significant test --
21   significant nexus test to occur if, in fact, you
22   get to the point of needing a significant nexus
23   determination.
24 Q And so your testimony is that plaintiffs have not
25   adequately presented evidence in order to conduct

119

1   a significant nexus test as far as the drainageway
2   known as Stream C to the Flambeau River; correct?
3 A Correct.
4 Q You didn't conduct a significant nexus analysis
5   yourself; correct?
6 A I did not.
7 Q And you don't have an opinion whether or not there
8   is a significant nexus of the drainageway known as
9   Stream C to the Flambeau River; correct?
10 A I did not do that analysis.
11 Q So you don't have an opinion whether or not there
12   is a significant nexus of the drainageway known as
13   Stream C to the Flambeau River?
14 A I need to look at my -- I'm trying to remember if
15   I made that conclusion or not.
16 Q And are you now referring to what's been marked as
17   Exhibit 164, your report?
18 A Yes.
19 Q Okay.
20 A I don't believe that I have -- I don't have an
21   opinion on whether a significant nexus exists.
22   There are disconnections in the line of reasoning
23   that haven't been filled with the documentation
24   that's required to do a significant nexus
25   determination, to make that determination.

120

1 Q And when you're talking about the documentation
2   necessary, you would agree that the jurisdictional
3   determination form that is Exhibit 171 is just one
4   form -- one method of conveying that information.
5   It's not a necessary form?
6 A That's correct.
7 Q And the information that you reviewed in
8   formulating your opinion about the sufficiency
9   of plaintiffs' evidence is limited to the
10   complaint, Nauta's -- Mr. Nauta's expert report
11   from October 2011 and Dr. Chambers' expert report
12   from October 2011; correct?
13 A I also reviewed the declaration -- I didn't
14   mention this before but I think I mentioned it in
15   the deposition, Dr. -- or Mr. Coleman's
16   declaration.
17 Q Was that before or after you finalized your expert
18   report?
19 A I think it was after it because I think it was a
20   later declaration, but I'm not positive.
21 Q Okay. And who is Dr. Coleman?
22 A One of the plaintiffs' expert witnesses, I
23   believe.
24 Q Do you know who he is other than one of
25   plaintiffs' experts? Do you know where he works?

1  A  He works for some Native American agency.
2  Q  And is he -- Do you know what his scientific
3     background is?
4  A  I've reviewed it briefly when looking at his
5     declaration.
6  Q  Okay.  And the declaration that you're referring
7     to, is it a declaration that was prepared by
8     Dr. Coleman for this litigation?
9  A  Yes.
10 Q  And do you recall if in that declaration he
11    provided his firsthand observations of stream
12    flow -- excuse me, of flow from the biofilter to
13    the drainageway known as Stream C?
14 A  Yes, I recall him discussing that.
15 Q  And I think the timeline is that you reviewed that
16    after you finalized your report.  Given
17    Dr. Coleman's firsthand observations of such flow,
18    did that cause you to reevaluate any of your
19    opinions that you gave in your expert report?
20 A  No.
21 Q  And did you just disregard his first -- his
22    personal firsthand observations of flow from the
23    biofilter to the drainageway?
24 A  No.
25 Q  What did you do with that information, if

121

1     anything?
2  A  It lacked information with regard to frequency of
3     those occurrences.
4  Q  Dr. Coleman provided the days in which he saw
5     flow; correct?
6  A  Yes.
7  Q  And for frequency -- what is your criticism
8     regarding frequency then?
9  A  I believe the times that he -- if you were to
10    assume that the only times that flow occurred was
11    when he was there and saw it, then that's not
12    highly frequent flow.
13 Q  Okay.  So there is absence of evidence of
14    frequency of flow in your mind from Dr. Coleman's
15    observations?
16 A  There is absence of evidence of frequency outside
17    the times that he was physically there, yes.
18 Q  Would you agree, though, that it does provide
19    evidence of some amount of flow from the biofilter
20    to the drainageway?
21 A  Yes.  Or some amount of flow anyway from the
22    biofilter into the wetland.
23 Q  Did Dr. Coleman in your recollection make a
24    distinction between the wetland and the
25    drainageway?

122

1  A  I'd have to review his declaration.
2  Q  Okay.  So --
3  A  But I don't recall that he made that distinction,
4     no.
5  Q  So his observations -- Just sitting here today,
6     you can't recall what he particularly observed?
7  A  Not in every regard, no.
8  Q  On those specific days in which he stated there
9     that he observed flow from the biofilter to the
10    drainageway known as Stream C, do you have any
11    reason to dispute his firsthand observations?
12 A  I didn't get that impression that he saw water
13    running directly into what would be the lowest --
14    directly and continuously running into what would
15    be the lowest point of that wetland.  I would be
16    happy to look through it now to make that
17    determination.
18 Q  Is that based on your review of the declaration or
19    based on conversations that you had with
20    Dr. Coleman?
21 A  Review of the declaration.
22 Q  So I think we started off in a more concrete
23    question and went afield.  Your -- I just want to
24    make sure I understand this correctly.  Your
25    criticisms of plaintiffs for not having presented

123

1     sufficient evidence of a significant nexus between
2     the drainageway and the Flambeau River is based on
3     your review of the complaint, Dr. Chambers'
4     report, Mr. Nauta's report and Mr. Roesler's
5     deposition transcript; is that correct?
6  A  Yes.
7  Q  Okay.  And who is Mr. Roesler?
8  A  I believe he's a DNR employee.
9  Q  Okay.  You didn't anywhere in your report
10    reference Mr. Roesler's deposition transcripts,
11    did you?
12 A  I thought it was in a sub -- it looks like I
13    didn't.
14 Q  Do you recall any information from Mr. Roesler's
15    deposition transcript that you thought was
16    significant in formulating your opinions?
17 A  To tell you the truth, I read it somewhat in a
18    cursory manner.  It was really long, and after
19    looking at some of it I realized that it didn't
20    seem like it was going anywhere that was going to
21    lead me to any conclusions, so I would have to say
22    I didn't review it very carefully.
23 Q  So would it be fair then that you didn't rely on
24    it in formulating your opinions?
25 A  That would be a fair statement.

124

1  Q  Okay.  And to kind of keep winding around on

2     different topics here, I asked you if you had --

3     if your criticism of plaintiffs for not presenting

4     sufficient evidence of a significant nexus between

5     the drainageway and the Flambeau River were on the

6     sources that we've now mentioned as the complaint,

7     Dr. Chambers' report and Mr. Nauta's report;

8     correct?

9  A  Correct.

10 Q  And since you didn't rely on Mr. Roesler's

11    deposition transcript, your opinion based on the

12    sufficiency of their significant analysis evidence

13    is based on those three sources; correct?

14 A  And certainly on Mr. Coleman's -- oh, that's

15    right.  For my expert report, you're saying?

16 Q  Correct.

17 A  Yes, just those three.

18 Q  Okay.  And would the same be true, that you relied

19    on the complaint, the Nauta report and the

20    Chambers report for your opinion that plaintiffs

21    have not provided sufficient evidence of a

22    significant nexus between the biofilter outflow

23    and the Flambeau River?

24 A  That's correct.

25 Q  Same question as it would apply to the wetland

                          125

1  A  Correct.

2  Q  And for the portion south of Copper Park Lane you

3     did not conduct a significant nexus analysis

4     between Stream C and the Flambeau River; correct?

5  A  That is correct.

6  Q  Okay.  So you have -- For those four water

7     resources, the wetland, the biofilter outflow, the

8     drainageway known as Stream C, and the Stream C

9     south of Copper Park Lane, you have no opinion

10    whether or not there is a significant nexus to the

11    Flambeau River; correct?

12 A  That's correct because I haven't performed that.

13 Q  Okay.  Earlier in your deposition today you

14    referred to a mass balance analysis.  Do you

15    recall that testimony?

16 A  Yes.

17 Q  Okay.  What is a mass balance analysis?

18 A  It simply looks at a combination of concentration

19    of a constituent in water combined with the

20    overall quantity of the water moving from one

21    place to another, and also, once you know that,

22    you can compare it with the amount of same in the

23    receiving water.

24 Q  And you didn't conduct a mass balance analysis for

25    this case; correct?

                          127

1     adjacent to the biofilter.  The same three

2     sources, the complaint and the two expert reports

3     from plaintiffs?

4  A  Can you frame the question?

5  Q  Sure.  In your criticism of plaintiffs for not

6     presenting sufficient evidence to show a

7     significant nexus between the wetland and the

8     Flambeau River, you relied on three sources only,

9     which are the complaint, the Chambers report and

10    the Nauta report; correct?

11 A  That's correct.

12 Q  Okay.  And I think we talked about this for the

13    drainageway, but I'm just going to make sure that

14    I have the complete record for all of the water

15    resources that you examined.  You did not conduct

16    a significant analysis -- a significant nexus

17    analysis of the biofilter's outflow and the

18    Flambeau River; correct?

19 A  Correct.

20 Q  You didn't conduct a significant nexus analysis of

21    the wetland and the Flambeau River; correct?

22 A  Correct.

23 Q  You didn't conduct a significant nexus analysis

24    of the drainageway known as Stream C and the

25    Flambeau River; correct?

                          126

1  A  That's correct.

2  Q  Okay.  And a mass balance analysis is one way to

3     examine whether or not there is a significant

4     nexus; correct?

5  A  It's one small component of what would be required

6     for a significant nexus.

7  Q  Okay.  And as far as -- strike that.  It is not a

8     required methodology to prove significant nexus by

9     applying a mass balance analysis; correct?

10 A  Correct.

11 Q  In your opinion it's a useful tool but it's not a

12    mandatory tool; correct?

13 A  It's not the only tool that could be used.

14          MS. MC GILLIVRAY:  Maybe we could

15       take a short break.

16          VIDEOGRAPHER:  Going off the

17       record.  The time is 1:26.  End of DVD 3.

18          (Recess)

19          VIDEOGRAPHER:  We are back on the

20       record with DVD number 4.  The time is 1:38.

21 Q  Ms. Day, in the final line of questions I have for

22    you, I'm wondering if you have plans to travel

23    outside of the United States during the month of

24    May.

25 A  Yes, as a matter of fact.

                          128

| | |
|---|---|
| 1 Q Okay. And what days will you be out of the | 1 STATE OF WISCONSIN } |
| 2 United States? | ) ss. |
| 3 A The 20th of May through the 1st of June. | 2 COUNTY OF DANE ) |
| 4 Q And when did you make those travel arrangements? | |
| 5 A I was putting those plans together, I don't know, | 3 I, PEGGY S. CHRISTENSEN, a Registered Professional |
| 6 probably since last -- the end of last summer. | 4 Reporter and Notary Public duly commissioned and |
| 7 Q And are they plans that were made at the request | 5 qualified in and for the State of Wisconsin, do |
| 8 of anyone associated with the Flambeau Mining | 6 hereby certify that pursuant to notice and |
| 9 Company? | 7 stipulation, there came before me on the 18th day of |
| 10 A No. | 8 April 2010, at 9:04 in the forenoon, at the offices |
| 11 MS. MC GILLIVRAY: No further | 9 of DeWitt Ross & Stevens S.C., Attorneys at Law, |
| 12 questions. Thank you. | 10 Two East Mifflin Street, Suite 600, City of Madison, |
| 13 MR. VAN CAMP: You're finished | 11 County of Dane, and State of Wisconsin, the following |
| 14 then? | 12 named person, to wit: ELIZABETH A. DAY, who was by |
| 15 MS. MC GILLIVRAY: I am. | 13 me duly sworn to testify to the truth and nothing but |
| 16 MR. VAN CAMP: Okay. Well, | 14 the truth of her knowledge touching and concerning |
| 17 interesting that you anticipated. I was | 15 the matters in controversy in this cause; that |
| 18 going to ask the witness not as part of her | 16 ELIZABETH A. DAY was thereupon carefully examined |
| 19 testimony but so that it was a matter of the | 17 upon her oath and her examination reduced to |
| 20 record if she would briefly tell us why she | 18 typewriting with computer-aided transcription; that |
| 21 won't be available to testify at trial. | 19 the deposition is a true record of the testimony |
| 22 Could you just tell us what's going on at | 20 given by the witness; and that reading and signing |
| 23 that time and, you know, we'll put it on the | 21 was not waived. |
| 24 record, and then we'll be finished. | 22 I further certify that I am neither |
| 25 THE WITNESS: Okay. Yeah, my | 23 attorney or counsel for, nor related to or employed |
| 129 | 24 by any of the parties to the action in which this |
| | 25 deposition is taken and further that I am not a |
| | 131 |

| | |
|---|---|
| 1 husband and I have assembled ten other -- ten | 1 relative or employee of any attorney or counsel |
| 2 dear friends and we are going kind of on an | 2 employed by the parties hereto or financially |
| 3 anniversary trip, multiple people's | 3 interested in the action. |
| 4 anniversaries, to Croatia to go biking along | 4 In witness whereof I have hereunto set my |
| 5 the Dalmatian Coast. So, yeah, we've been | 5 hand and affixed my notarial seal this 24th day of |
| 6 planning it for quite awhile, as you might | 6 April 2012. |
| 7 imagine. | 7 |
| 8 MR. VAN CAMP: So anyway, with | 8 _____ |
| 9 that -- | Notary Public, State of Wisconsin |
| 10 MS. MC GILLIVRAY: Thank you for | 9 Registered Professional Reporter |
| 11 sharing that. | Certified Realtime Reporter |
| 12 MR. VAN CAMP: With that on the | 10 |
| 13 record, I have no further questions. Once | My commission expires |
| 14 again, I would like to thank you very much | 11 August 19, 2012 |
| 15 for making yourself available for this | 12 |
| 16 deposition. So I think we're adjourned. | 13 |
| 17 MS. MC GILLIVRAY: Thank you. | 14 |
| 18 MR. VAN CAMP: Thank you. | 15 |
| 19 THE WITNESS: Thank you. | 16 |
| 20 VIDEOGRAPHER: We're off the | 17 |
| 21 record. End of deposition. The time is | 18 |
| 22 1:40. | 19 |
| 23 (Adjourning at 1:40 p.m.) | 20 |
| 24 | 21 |
| 25 | 22 |
| 130 | 23 |
| | 24 |
| | 25 |
| | 132 |

**VIDEOTAPE EVIDENTIARY DEPOSITION OF ELIZABETH A. DAY  4/18/2012**

| | | | | **A** |
|---|---|---|---|---|

'07 [1] - 59:21
'84 [1] - 25:6
'87 [1] - 24:8
'97 [1] - 24:4
'C' [1] - 52:2
'Stream [1] - 108:8

**0**

0.98 [1] - 110:8
009588 [1] - 102:24
015458 [1] - 97:18

**1**

1 [6] - 4:2, 44:7,
68:12, 73:8, 76:17,
104:14
1,000 [2] - 51:12,
90:21
1,500 [2] - 51:13,
90:21
10 [8] - 32:21, 46:3,
57:7, 67:15, 67:19,
74:2, 74:17, 82:20
10/18/2011 [1] - 2:16
10:32 [1] - 54:13
10:49 [1] - 54:16
11 [5] - 44:9, 44:10,
46:8, 47:2, 62:9
11-cv-45 [3] - 1:6,
4:4, 4:5
11:41 [1] - 80:10
12 [4] - 20:12, 47:2,
74:2, 74:17
128 [1] - 61:20
12:01 [1] - 80:13
12:17 [1] - 89:18
12:23 [1] - 89:21
12:37 [1] - 100:3
12:40 [1] - 100:6
13 [2] - 38:2, 39:6
132 [7] - 95:11,
95:12, 95:23, 96:14,
96:22, 99:7, 101:6
134 [1] - 100:15
1362(7) [1] - 87:2
14 [5] - 2:13, 20:12,
42:24, 43:19, 81:11
15 [7] - 43:11, 43:15,
43:18, 74:21, 84:11,
85:3
16 [7] - 81:17, 83:16,
83:17, 84:10, 84:16,
84:20
164 [12] - 7:10, 7:14,

7:24, 13:25, 28:19,
31:19, 52:5, 56:2,
62:10, 88:9, 119:17
165 [11] - 58:19,
58:21, 59:4, 59:8,
59:18, 60:3, 60:24,
61:2, 73:8, 76:2,
115:17
167 [4] - 89:9, 89:24,
90:15, 91:3
168 [2] - 102:7, 102:9
169 [15] - 99:13,
100:9, 100:16, 101:5,
109:3, 109:4, 109:10,
109:17, 111:22,
113:18, 114:17,
115:2, 116:16,
117:18, 118:5
17 [4] - 100:24,
108:17, 109:6, 109:7
170 [6] - 2:12, 8:6,
8:9, 8:11, 8:14, 28:2
171 [16] - 2:13, 14:2,
14:4, 14:6, 14:10,
14:11, 66:14, 66:18,
66:20, 68:5, 68:12,
70:14, 73:7, 79:25,
118:18, 120:3
172 [13] - 2:14, 32:7,
32:11, 32:12, 32:15,
32:16, 33:6, 33:19,
33:20, 57:3, 57:17,
60:20, 67:17
173 [19] - 2:16,
34:19, 34:20, 34:22,
35:2, 35:7, 36:2, 36:7,
36:24, 37:13, 41:4,
44:3, 49:23, 49:25,
80:24, 81:2, 83:4,
83:16, 85:22
174 [1] - 28:17
17th [1] - 52:11
18 [4] - 1:17, 4:10,
21:2, 81:21
18th [8] - 3:13, 29:9,
34:9, 35:3, 53:17,
80:21, 106:15, 131:7
19 [2] - 8:20, 132:11
1971 [1] - 50:17
1972 [1] - 55:19
1980 [2] - 8:20, 9:3
1982 [1] - 10:3
1985 [1] - 9:7
1987 [1] - 11:11
1988 [5] - 51:7, 51:8,
89:8, 90:2, 92:20
1989 [3] - 51:18,
92:23, 93:7
1996 [2] - 11:12,
11:15

1:26 [1] - 128:17
1:38 [1] - 128:20
1:40 [2] - 130:22,
130:23
1st [1] - 129:3

**2**

2 [6] - 43:17, 54:13,
54:16, 68:6, 77:17,
100:14
20 [5] - 21:9, 41:22,
74:21, 81:24, 85:3
2001 [5] - 11:21,
11:25, 12:2, 17:6,
24:5
2005 [3] - 53:2,
102:5, 104:9
2006 [2] - 59:21
2008 [9] - 57:19,
59:3, 59:19, 60:23,
66:23, 73:2, 73:7,
88:3, 115:17
2009 [1] - 27:24
2010 [4] - 11:22,
11:23, 52:11, 131:8
2011 [10] - 29:8,
29:9, 50:25, 51:8,
52:10, 100:21,
106:15, 109:7,
120:11, 120:12
2012 [5] - 1:17, 3:13,
4:10, 132:6, 132:11
20th [1] - 129:3
21 [2] - 81:5, 82:2
211 [1] - 3:18
22 [1] - 81:6
23 [2] - 82:15, 82:25
23rd [3] - 51:8, 89:8,
90:2
24/25 [1] - 53:2
24th [2] - 102:5,
132:5
25 [3] - 20:25, 61:1,
85:3
25th [1] - 102:5
27 [12] - 34:11, 37:8,
41:20, 41:21, 42:2,
64:23, 76:18, 91:19,
91:25, 92:10, 101:12,
109:21

**3**

3 [7] - 39:19, 40:1,
43:17, 80:10, 80:13,
104:14, 128:17
32 [1] - 2:15
320 [1] - 3:19

33 [1] - 87:2
34 [1] - 2:16

**4**

4 [12] - 31:19, 48:20,
48:25, 61:2, 85:1,
88:13, 90:1, 96:22,
107:17, 108:13,
108:14, 128:20
402 [1] - 75:22
404 [2] - 67:21, 75:23

**5**

5 [17] - 2:4, 32:2,
37:23, 44:7, 51:19,
51:22, 52:5, 53:8,
82:20, 88:13, 94:12,
107:17, 108:13,
108:14, 108:16,
115:20, 115:21
53703 [1] - 3:19
53703-2865 [1] - 3:22

**6**

6 [8] - 40:10, 44:9,
44:10, 44:12, 45:1,
45:12, 56:2, 85:1
600 [3] - 3:11, 3:22,
131:10
64 [1] - 28:18

**7**

7 [7] - 44:25, 45:9,
45:12, 52:22, 94:15,
97:12, 108:4
7.5-minute [1] -
50:16

**8**

8 [3] - 2:12, 45:18
86 [1] - 2:5

**9**

9 [2] - 45:23, 97:5
9588 [1] - 102:17
9:04 [3] - 3:13, 4:11,
131:8

a.m [1] - 4:11
able [16] - 20:2,
21:19, 35:22, 42:17,
46:16, 46:17, 46:18,
47:7, 53:15, 70:11,
75:12, 78:14, 79:18,
108:2, 111:20, 111:25
absence [4] - 88:24,
94:23, 122:13, 122:16
access [4] - 38:2,
52:13, 52:20, 52:23
accessed [1] - 50:25
according [3] -
66:11, 70:25, 102:19
acre [1] - 110:8
acres [3] - 20:25,
21:2, 21:9
Act [12] - 21:19,
32:22, 55:3, 55:6,
55:19, 55:23, 57:6,
59:5, 67:16, 68:23,
86:23, 87:4
action [2] - 131:24,
132:3
actual [7] - 53:10,
53:16, 59:24, 74:6,
78:21, 81:15, 84:17
Adams [2] - 17:12,
17:13
addition [2] - 23:11,
47:13
additional [1] - 8:5
addressing [1] -
21:20
adequately [2] -
118:12, 118:25
adjacency [2] -
115:23, 117:10
adjacent [39] - 7:3,
29:2, 29:25, 30:9,
30:12, 38:2, 41:1,
41:24, 46:10, 51:23,
56:24, 66:1, 66:7,
66:8, 68:2, 68:25,
69:2, 69:5, 70:3, 70:7,
74:20, 77:9, 84:3,
105:21, 113:24,
114:1, 114:17, 115:2,
115:7, 116:1, 116:2,
116:6, 116:10,
116:16, 117:11,
117:18, 118:6, 126:1
adjourned [1] -
130:16
Adjourning [1] -
130:23
administrative [2] -

**1**

**VIDEOTAPE EVIDENTIARY DEPOSITION OF ELIZABETH A. DAY 4/18/2012**

27:3, 27:13
aerial [17] - 10:18, 10:19, 35:12, 35:15, 35:16, 35:22, 35:23, 36:1, 36:11, 36:13, 36:15, 37:22, 38:1, 44:5, 50:1
affect [2] - 16:4, 56:10
affected [1] - 26:9
affecting [1] - 26:17
affixed [1] - 132:5
afield [1] - 123:23
afterwards [1] - 66:25
age [1] - 3:2
agencies [11] - 18:21, 18:23, 18:25, 26:13, 29:19, 30:24, 60:10, 65:13, 65:22, 73:3, 87:21
agency [4] - 13:21, 26:22, 65:25, 121:1
Agency [1] - 87:23
ago [2] - 15:20, 59:2
agree [22] - 8:7, 91:22, 92:2, 92:4, 98:17, 103:22, 106:9, 109:15, 109:20, 109:23, 110:11, 110:14, 113:18, 114:12, 114:16, 115:1, 116:15, 116:22, 117:24, 118:5, 120:2, 122:18
agreed [1] - 114:5
agreeing [2] - 114:23, 118:4
agricultural [2] - 9:14, 16:25
ahead [2] - 31:17, 37:15
aided [1] - 131:18
aimed [1] - 70:17
Airport [1] - 19:9
al [2] - 3:4, 4:7
alignment [1] - 35:25
alleyways [1] - 16:17
allowed [1] - 65:17
almost [1] - 82:21
alternatives [1] - 26:10
amend [1] - 99:6
American [1] - 121:1
Amoco [3] - 17:23, 18:7
amount [7] - 64:17, 72:3, 77:25, 113:18, 122:19, 122:21, 127:22

analyses [1] - 76:10
analysis [24] - 30:14, 62:17, 62:18, 62:21, 63:3, 63:4, 63:9, 68:23, 71:17, 85:9, 85:15, 119:4, 119:10, 125:12, 126:16, 126:17, 126:20, 126:23, 127:3, 127:14, 127:17, 127:24, 128:2, 128:9
anniversaries [1] - 130:4
anniversary [1] - 130:3
answer [10] - 31:17, 32:1, 32:9, 94:10, 98:4, 110:23, 115:6, 116:19, 117:17, 117:20
answered [1] - 118:7
answers [2] - 18:13, 21:12
anticipated [1] - 129:17
anyway [7] - 30:10, 47:7, 58:5, 78:23, 90:3, 122:21, 130:8
apart [1] - 41:17
apologize [1] - 113:23
appear [7] - 30:7, 33:20, 39:23, 54:18, 89:3, 89:5, 96:18
appeared [1] - 77:2
appearing [2] - 3:19, 3:22
Appendix [2] - 108:18, 108:19
application [3] - 16:8, 26:7, 26:12
applications [3] - 12:12, 25:25, 26:2
Applied [1] - 51:21
applies [1] - 55:3
apply [4] - 32:1, 59:23, 88:2, 125:25
applying [4] - 26:14, 55:7, 116:12, 128:9
appreciate [2] - 86:4, 116:8
Approved [3] - 2:13, 14:11, 66:20
April [3] - 1:17, 3:13, 4:10, 131:8, 132:6
archway [1] - 43:1
area [71] - 9:10, 14:25, 15:10, 16:2, 16:6, 16:22, 16:24, 17:3, 18:1, 19:14,

27:15, 30:5, 31:24, 34:13, 35:21, 36:24, 41:3, 41:24, 42:3, 42:5, 42:15, 43:21, 43:25, 44:1, 44:2, 47:4, 49:9, 49:14, 49:19, 50:7, 51:10, 51:23, 51:25, 52:24, 58:4, 64:5, 64:14, 67:18, 67:19, 68:18, 69:7, 71:3, 72:2, 73:24, 74:9, 74:15, 74:18, 74:21, 75:11, 77:2, 79:4, 79:15, 80:15, 81:24, 82:7, 82:11, 82:18, 83:6, 84:2, 84:19, 94:12, 94:14, 98:11, 103:15, 103:23, 105:21, 108:25, 111:19, 112:13, 113:1
Area [6] - 51:6, 51:19, 51:22, 100:20, 108:18, 108:21
areas [4] - 26:20, 72:24, 73:1, 74:4
Army [4] - 2:13, 14:14, 32:18, 87:21
arrangements [1] - 129:4
arriving [1] - 26:11
arrow [1] - 110:12
Arrowhead [1] - 27:19
arrows [1] - 48:9
aside [1] - 46:19
assembled [1] - 130:1
assert [1] - 73:3
assessing [1] - 103:18
assessment [2] - 16:7, 104:7
Assessment [4] - 51:17, 92:24, 93:12, 94:11
assist [2] - 7:24, 71:13
assisted [1] - 5:1
associated [8] - 4:13, 24:17, 24:23, 65:8, 78:20, 105:10, 106:7, 129:8
Associates [2] - 11:10, 24:7
association [1] - 66:23
Association [4] - 24:20, 24:21, 25:2, 25:7

associations [1] - 24:17
assume [6] - 14:25, 92:7, 114:22, 115:9, 118:3, 122:10
assumed [1] - 92:21
assuming [7] - 112:5, 114:25, 115:1, 116:13, 116:25, 117:1, 117:8
attached [3] - 2:19, 7:24, 14:3
attachment [1] - 102:12
attended [1] - 9:5
attention [2] - 60:14, 76:15
attorney [2] - 131:23, 132:1
Attorney [2] - 2:25, 3:21
attorneys [2] - 5:20, 86:13
Attorneys [5] - 3:10, 3:17, 3:18, 3:21, 131:9
August [1] - 132:11
author [4] - 91:14, 103:19, 105:9, 107:4
authored [1] - 25:13
available [9] - 29:19, 67:22, 76:7, 79:2, 79:6, 79:17, 88:21, 129:21, 130:15
average [1] - 25:21
avoid [1] - 12:10
awaited [1] - 59:19
aware [2] - 59:14, 59:17
awhile [1] - 130:6

**B**

bachelor's [1] - 8:18
background [2] - 49:5, 121:3
Badger [2] - 15:8, 15:17
balance [6] - 62:21, 127:14, 127:17, 127:24, 128:2, 128:9
Bald [1] - 18:2
bank [5] - 83:21, 84:1, 84:14, 97:13, 98:9
banks [2] - 43:16
barely [6] - 72:25, 73:1, 91:18, 91:24, 92:3, 92:9

barriers [2] - 48:5, 116:5
base [10] - 46:4, 46:9, 46:11, 47:5, 74:1, 74:16, 74:22, 78:3, 78:7, 111:23
based [21] - 18:20, 29:18, 30:17, 30:21, 30:22, 30:25, 39:1, 46:23, 53:24, 64:15, 71:12, 75:25, 102:13, 104:22, 104:24, 117:5, 123:18, 123:19, 124:2, 125:11, 125:13
basic [1] - 61:10
basin [1] - 110:8
basis [6] - 56:25, 61:25, 62:2, 62:10, 91:5, 116:9
Bates [3] - 102:14, 102:23, 102:24
Bay [3] - 8:18, 10:6, 27:15
bays [1] - 16:23
beach [1] - 116:5
become [2] - 77:5, 98:5
becomes [1] - 98:12
bed [5] - 83:21, 84:1, 84:13, 97:13, 98:9
began [4] - 9:25, 11:15, 12:14, 97:24
begin [6] - 8:14, 35:7, 36:7, 43:20, 53:11, 86:18
beginning [6] - 15:7, 52:12, 64:22, 97:5, 97:24, 105:8
begins [5] - 102:16, 102:17, 103:1, 103:4, 116:1
behalf [3] - 3:2, 3:19, 3:22
behind [2] - 16:17, 28:4
belive [1] - 58:20
belong [1] - 24:17
below [10] - 38:21, 38:23, 39:10, 39:14, 40:24, 71:23, 81:9, 84:14, 114:12
Beltline [4] - 10:25, 11:4, 20:20, 21:2
bend [2] - 84:25, 85:1
Bender [1] - 4:21
BENDER [1] - 3:18
berm [23] - 44:16, 44:17, 45:8, 45:19,

2

45:24, 46:5, 46:11, 47:1, 47:10, 72:23, 73:12, 73:13, 73:25, 74:1, 74:2, 74:4, 74:9, 74:16, 74:22, 78:2, 78:4, 78:7, 115:12

**berms** [1] - 116:5

**best** [2] - 9:24, 39:6

**between** [28] - 10:5, 22:16, 22:19, 24:4, 41:3, 41:9, 41:16, 41:19, 43:21, 52:22, 64:24, 65:2, 76:4, 76:13, 76:18, 83:9, 85:8, 85:17, 98:14, 104:14, 105:25, 107:8, 122:24, 124:1, 125:4, 125:22, 126:7, 127:4

**beyond** [2] - 40:10, 41:23

**bible** [1] - 60:8

**biking** [1] - 130:4

**bioassessment** [4] - 102:4, 102:15, 103:1, 107:6

**Bioassessment** [1] - 53:1

**biofilter** [68] - 7:3, 29:2, 29:25, 30:4, 30:12, 33:7, 34:10, 41:1, 44:11, 44:17, 45:19, 46:5, 46:10, 47:1, 47:5, 47:6, 47:10, 51:24, 51:25, 55:10, 64:9, 64:18, 65:3, 66:2, 66:8, 70:3, 71:21, 72:12, 72:16, 72:22, 73:9, 73:20, 73:22, 73:23, 73:25, 74:9, 74:16, 75:8, 75:13, 76:13, 77:9, 77:17, 77:19, 77:22, 77:25, 79:1, 79:5, 103:16, 103:24, 105:11, 105:22, 106:8, 106:16, 108:8, 110:8, 110:19, 111:1, 111:13, 113:19, 121:12, 121:23, 122:19, 122:22, 123:9, 125:22, 126:1, 127:7

**biofilter's** [1] - 126:17

**biological** [5] - 62:12, 63:10, 69:22, 70:18, 70:20

**Biological** [1] - 6:15

**BIOLOGICAL** [1] -

1:3

**biologist** [1] - 10:24

**biologists** [1] - 18:19

**bisected** [1] - 37:7

**bit** [20] - 10:7, 18:4, 20:8, 22:18, 39:13, 39:17, 40:15, 41:21, 44:12, 46:18, 51:15, 66:22, 81:14, 81:22, 82:2, 82:15, 84:2, 84:3, 88:16, 117:7

**black** [1] - 34:24

**Black** [2] - 9:14, 9:15

**black-and-white** [1] - 34:24

**Blue** [2] - 53:3, 104:6

**blue** [10] - 35:24, 36:16, 50:4, 50:5, 51:1, 101:4, 101:11, 109:11, 109:12

**bodies** [1] - 33:22

**body** [1] - 53:6

**bordering** [3] - 114:2, 115:7, 116:2

**botany** [1] - 9:1

**bottom** [4] - 39:8, 44:4, 73:13, 74:8

**bought** [1] - 58:5

**boxes** [1] - 36:4

**Branch** [2] - 19:6, 19:8

**breadth** [1] - 30:21

**break** [5] - 54:4, 54:11, 54:17, 80:8, 128:15

**briefly** [8] - 9:8, 12:24, 14:9, 15:3, 19:4, 28:1, 121:4, 129:20

**brought** [3] - 13:10, 17:20, 58:5

**bugs** [1] - 9:1

**build** [1] - 12:5

**building** [1] - 16:4

**built** [1] - 49:9

**bullet** [4] - 50:9, 51:4, 52:6, 90:3

**bulleted** [2] - 95:4, 97:21

**bullets** [1] - 90:4

**bunch** [2] - 44:7, 56:21

**Business** [4] - 100:20, 108:17, 108:20, 108:21

---

## C

---

**CAMP** [29] - 3:21,

4:23, 7:16, 7:20, 8:4, 54:3, 54:6, 54:10, 58:24, 80:7, 86:3, 89:13, 94:8, 95:15, 98:2, 99:20, 110:21, 111:16, 112:9, 113:14, 114:7, 114:18, 115:4, 116:17, 129:13, 129:16, 130:8, 130:12, 130:18

**Camp** [6] - 2:4, 2:25, 4:24, 5:10, 88:15, 88:16

**canary** [1] - 72:4

**canoes** [1] - 58:1

**capacity** [2] - 10:24, 17:15

**caption** [3] - 19:2, 25:12, 28:20, 60:18, 83:18

**captioned** [1] - 35:8

**captions** [1] - 60:15

**Carabell** [1] - 59:7

**care** [1] - 23:3

**career** [5] - 11:9, 23:5, 25:5, 30:22, 40:11

**careful** [2] - 18:22, 48:15

**carefully** [4] - 31:10, 71:8, 124:22, 131:16

**case** [19] - 4:4, 5:24, 6:4, 6:13, 6:18, 42:9, 44:23, 59:24, 60:1, 60:2, 60:6, 66:1, 78:12, 95:11, 97:8, 105:23, 127:25

**Case** [1] - 1:6

**caused** [1] - 72:24

**causes** [1] - 48:7

**CCP** [1] - 1:20

**Cedar** [1] - 12:23

**center** [2] - 73:17, 73:18

**CENTER** [1] - 1:3

**Center** [1] - 6:14

**central** [1] - 17:2

**certain** [2] - 105:15, 107:11

**certainly** [9] - 21:15, 47:19, 48:25, 71:24, 73:12, 75:2, 75:14, 100:17, 125:14

**certainty** [5] - 30:19, 54:20, 80:5, 85:20, 86:1

**certificates** [2] - 23:12, 28:14

**certification** [1] -

23:19

**Certified** [1] - 132:9

**certified** [1] - 23:15

**certify** [2] - 131:6, 131:22

**Chambers** [6] - 63:18, 70:10, 70:12, 85:5, 125:20, 126:9

**Chambers'** [3] - 120:11, 124:3, 125:7

**change** [5] - 21:25, 22:4, 83:12, 99:3, 106:11

**changed** [2] - 106:6, 117:21

**changes** [1] - 31:7

**channel** [48] - 39:22, 40:5, 40:6, 40:16, 41:12, 41:18, 41:23, 42:13, 42:18, 43:8, 43:16, 43:20, 46:25, 47:4, 47:8, 47:10, 52:19, 53:21, 75:11, 76:18, 78:2, 78:6, 81:12, 83:19, 83:20, 83:24, 84:7, 84:17, 84:21, 85:2, 91:24, 91:25, 92:2, 92:9, 97:13, 97:24, 98:9, 98:12, 98:18, 98:21, 99:9, 101:24, 104:13, 104:14, 105:20, 112:14, 113:4

**channel-like** [1] - 40:6

**channelization** [3] - 91:8, 91:12, 91:14

**channelized** [4] - 20:18, 98:6, 104:20, 105:6

**channels** [5] - 39:22, 39:24, 40:3, 104:2, 104:5

**character** [2] - 27:25, 53:21

**characteristics** [8] - 22:21, 22:22, 69:3, 69:8, 69:12, 69:17, 69:22, 103:17

**Characteristics** [1] - 103:5

**characterization** [3] - 11:19, 12:19, 18:5

**characterize** [6] - 12:8, 16:6, 18:20, 22:6, 48:16, 64:1

**characterized** [9] - 17:10, 48:17, 51:24, 72:4, 72:7, 73:5, 83:25, 93:16, 105:6

**characterizes** [1] - 94:18

**check** [1] - 50:14

**chemical** [7] - 62:12, 63:10, 69:16, 69:21, 70:18, 70:20, 75:7

**chemistry** [1] - 8:24

**Chevron** [2] - 17:22, 17:25

**Chippewa** [3] - 33:11, 33:12, 33:13

**CHRISTENSEN** [1] - 131:3

**Christensen** [3] - 1:20, 3:8, 4:12

**chronological** [1] - 9:24

**cite** [3] - 88:21, 92:23, 100:23

**city** [2] - 15:13, 15:14

**City** [4] - 3:11, 15:9, 95:6, 131:10

**clarified** [1] - 55:4

**clarity** [1] - 101:3

**classes** [1] - 9:1

**Clean** [10] - 21:19, 55:3, 55:6, 55:19, 55:23, 57:5, 59:4, 68:23, 86:23, 87:3

**client** [1] - 26:5

**clients** [3] - 25:15, 25:19, 59:11

**close** [3] - 35:22, 65:22, 83:5

**close-up** [1] - 35:22

**closely** [1] - 30:5

**closer** [1] - 70:5

**closest** [4] - 33:6, 67:8, 69:24, 69:25

**CLVS** [2] - 3:24, 3:25

**coast** [1] - 10:4

**Coast** [1] - 130:5

**code** [1] - 49:12

**cold** [1] - 15:15

**Coleman** [5] - 120:21, 121:8, 122:4, 122:23, 123:20

**Coleman's** [4] - 120:15, 121:17, 122:14, 125:14

**colleague** [4] - 52:11, 52:16, 96:3, 96:6

**color** [1] - 34:25

**combination** [2] - 53:15, 127:18

**combined** [1] - 127:19

**coming** [3] - 13:14, 75:13, 102:23

commencing [1] - 3:13
commerce [8] - 56:5, 56:11, 56:15, 56:18, 57:14, 57:23, 61:6
commercial [1] - 33:1
commission [1] - 132:10
commissioned [1] - 131:4
commonly [1] - 77:10
communities [1] - 21:24
community [1] - 22:1
COMPANY [1] - 1:7
Company [11] - 3:5, 4:8, 4:25, 6:16, 6:21, 15:23, 21:4, 34:15, 64:8, 95:5, 129:9
comparative [1] - 61:14
compare [1] - 127:22
complaint [8] - 47:19, 63:17, 120:10, 124:3, 125:6, 125:19, 126:2, 126:9
complete [3] - 70:15, 70:24, 126:14
completed [1] - 14:15
completely [4] - 57:8, 76:10, 76:11, 84:12
complicated [1] - 22:18
component [2] - 65:8, 128:5
components [5] - 21:17, 21:20, 22:7, 26:12, 70:13
computer [1] - 131:18
computer-aided [1] - 131:18
concentrate [2] - 38:16, 40:14
concentrated [2] - 45:11, 113:3
concentration [4] - 9:10, 45:13, 62:24, 127:18
concerned [1] - 75:7
concerning [1] - 131:14
concerns [3] - 12:15, 12:16
conclude [1] - 46:24
concluded [6] -

29:17, 33:21, 46:25, 47:8, 53:7, 76:21
conclusion [9] - 52:17, 58:15, 64:11, 71:11, 75:5, 76:19, 77:16, 77:18, 119:15
conclusions [13] - 29:11, 29:12, 29:14, 30:16, 33:25, 53:13, 75:1, 75:3, 76:16, 80:2, 90:25, 99:4, 124:21
concrete [1] - 123:22
concurrence [1] - 18:12
conduct [10] - 62:21, 70:14, 79:21, 118:25, 119:4, 126:15, 126:20, 126:23, 127:3, 127:24
conducted [2] - 52:10, 118:12
configuration [1] - 16:3
confined [1] - 98:8
confluence [3] - 82:13, 82:24, 107:1
connected [1] - 115:12
connecting [1] - 82:16
connection [7] - 34:7, 60:1, 65:1, 65:2, 66:16, 83:13, 85:8
connections [3] - 41:8, 41:9, 78:21
Connie [2] - 3:25, 99:16
Conservation [2] - 50:10, 50:12
consider [4] - 59:10, 90:25, 105:12, 107:3
considered [3] - 62:4, 115:13
consistent [1] - 84:2
constituent [2] - 62:24, 127:19
constituents [1] - 75:7
constitute [2] - 33:22, 75:20
constituted [1] - 70:23
construction [3] - 11:1, 11:2, 13:10
consultants [6] - 34:16, 64:8, 65:19, 76:8, 108:7, 108:11
consulting [1] - 11:9
Consulting [5] -

11:21, 11:22, 11:24, 52:7, 95:7
contained [1] - 85:7
contains [3] - 28:3, 91:3, 109:10
contention [1] - 117:23
contiguous [3] - 114:2, 115:8, 116:3
continued [1] - 42:10
continues [1] - 98:11
continuing [1] - 97:25
continuous [20] - 40:16, 41:18, 46:25, 52:19, 54:1, 68:8, 72:15, 72:19, 73:10, 82:24, 83:8, 83:18, 83:19, 83:24, 83:25, 84:20, 85:2, 85:6, 104:10, 105:20
continuously [1] - 123:14
contributing [1] - 42:5
controversy [1] - 131:15
convenient [1] - 77:6
conversations [2] - 99:8, 123:19
convey [2] - 37:6, 48:5
conveyance [5] - 77:7, 82:10, 103:20, 106:5, 109:20
conveyed [4] - 48:14, 112:21, 112:25, 113:19
conveying [1] - 120:4
conveys [2] - 111:19, 112:24
Cooper [1] - 100:19
coordination [1] - 20:9
copies [3] - 2:19, 7:17, 58:24
copper [1] - 75:6
Copper [63] - 30:2, 35:16, 37:18, 38:3, 41:4, 42:10, 42:14, 42:16, 42:23, 43:22, 51:15, 52:14, 52:23, 53:5, 53:9, 53:11, 53:22, 64:24, 64:25, 71:5, 71:10, 76:19, 80:15, 80:17, 80:20, 81:10, 84:22, 85:24, 90:19, 94:5, 94:14, 94:16, 97:15, 97:25,

98:1, 98:15, 101:2, 101:20, 102:1, 102:20, 103:9, 104:21, 105:2, 106:23, 107:5, 108:17, 108:20, 109:18, 109:22, 109:24, 110:1, 114:4, 114:6, 114:11, 114:14, 115:3, 115:10, 115:11, 116:21, 117:16, 117:25, 127:2, 127:9
copy [3] - 95:14, 99:19, 99:22
corner [3] - 20:12, 83:1, 102:14
Corporation [1] - 11:15
Corps [26] - 2:13, 11:6, 13:13, 13:19, 14:14, 14:23, 18:9, 18:12, 21:15, 23:1, 26:16, 32:18, 33:5, 55:22, 59:12, 59:23, 66:5, 66:10, 67:4, 67:12, 67:24, 71:13, 71:16, 76:1, 87:21, 115:14
correct [92] - 6:18, 7:7, 7:25, 25:15, 25:16, 33:11, 33:15, 36:12, 58:22, 59:2, 86:24, 87:7, 87:25, 88:7, 88:22, 88:23, 90:7, 90:12, 90:16, 90:23, 91:1, 91:6, 91:8, 91:21, 94:25, 96:1, 96:4, 96:19, 97:9, 97:21, 98:15, 98:16, 100:11, 100:12, 100:24, 100:25, 101:16, 101:18, 101:21, 102:2, 102:21, 102:22, 103:11, 106:21, 107:21, 108:9, 108:8, 109:9, 109:12, 109:19, 110:12, 111:8, 112:22, 112:23, 113:20, 114:13, 115:17, 117:6, 118:2, 118:13, 118:14, 119:2, 119:3, 119:5, 119:9, 120:6, 120:12, 122:5, 124:5, 125:8, 125:9, 125:13, 125:16, 125:24, 126:10, 126:11,

126:18, 126:19, 126:21, 126:22, 126:25, 127:1, 127:4, 127:5, 127:11, 127:12, 127:25, 128:1, 128:4, 128:9, 128:10, 128:12
correction [2] - 116:8, 116:9
correctly [2] - 109:15, 123:24
correspond [1] - 36:8
corridor [2] - 12:16, 23:6
corridor-type [1] - 23:6
Council [3] - 3:4, 4:7, 6:14
COUNCIL [1] - 1:3
Counsel [4] - 7:16, 8:7, 58:23, 95:13
counsel [5] - 2:19, 4:15, 99:18, 131:23, 132:1
counseled [1] - 12:11
count [1] - 90:4
COUNTY [1] - 131:2
County [12] - 3:12, 10:12, 12:24, 17:13, 49:2, 49:3, 49:6, 49:20, 51:6, 83:2, 95:6, 131:11
county [4] - 10:12, 10:13, 26:19, 49:4
couple [3] - 17:19, 27:18, 81:3
course [1] - 29:17
Course [1] - 21:6
courses [3] - 9:8, 9:11, 24:13
COURT [2] - 1:1, 5:3
court [2] - 4:17, 6:8
Court [3] - 3:6, 113:16
Court's [1] - 59:6
courts [1] - 26:23
covering [1] - 35:13
create [4] - 19:24, 21:9, 38:19, 78:1
created [1] - 104:2
creek [2] - 9:14, 9:15
Creek [5] - 15:8, 15:17, 19:6, 19:8, 107:2
criteria [2] - 21:17, 22:11
criticism [6] - 93:19, 93:20, 105:24, 122:7,

125:3, 126:5
**criticisms** [1] - 123:25
**criticized** [1] - 118:11
**Croatia** [1] - 130:4
**cross** [2] - 86:8, 101:15
**CROSS** [1] - 86:9
**cross-examination** [1] - 86:8
**CROSS-EXAMINATION** [1] - 86:9
**crosses** [4] - 91:19, 91:24, 92:10, 101:12
**crossing** [1] - 114:11
**crossings** [1] - 42:11
**CRR** [1] - 1:20
**culvert** [36] - 37:5, 37:9, 37:10, 37:19, 37:25, 38:3, 38:5, 38:17, 38:18, 38:20, 39:9, 40:8, 40:11, 41:14, 41:25, 42:1, 43:3, 52:13, 52:20, 81:10, 84:22, 84:23, 84:25, 97:14, 98:1, 98:6, 98:10, 101:18, 101:20, 101:23, 102:1, 114:4, 114:11, 115:12
**culverts** [13] - 37:3, 37:13, 37:21, 38:6, 38:8, 39:24, 40:2, 40:5, 40:13, 48:3, 84:4, 101:9, 101:10
**Culverts** [1] - 37:6
**current** [2] - 60:9, 60:10
**cursory** [1] - 124:18
**cut** [1] - 104:13

**D**

**Dalmatian** [1] - 130:5
**dam** [1] - 19:20
**dams** [1] - 19:24
**DANE** [1] - 131:2
**Dane** [4] - 3:12, 10:12, 49:6, 131:11
**darn** [1] - 81:16
**dashed** [3] - 35:23, 50:4, 51:1
**Data** [2] - 50:24, 76:23
**date** [4] - 4:10, 14:13, 29:6, 29:8
**dated** [3] - 51:7,

52:9, 53:2
**dates** [1] - 24:1
**Davidson** [1] - 15:23
**DAY** [6] - 1:15, 2:3, 3:1, 5:6, 131:12, 131:16
**days** [3] - 122:4, 123:8, 129:1
**dear** [1] - 130:2
**debris** [1] - 104:12
**decide** [1] - 65:13
**decision** [3] - 33:5, 59:21, 67:4
**Decision** [1] - 59:6
**declaration** [10] - 120:13, 120:16, 120:20, 121:5, 121:6, 121:7, 121:10, 123:1, 123:18, 123:21
**deep** [1] - 81:19
**Defendant** [4] - 1:8, 3:3, 3:5, 3:23
**define** [2] - 21:17, 116:1
**defined** [25] - 29:24, 41:12, 42:13, 47:8, 47:10, 53:9, 55:20, 57:19, 60:23, 66:3, 68:5, 77:13, 77:14, 78:2, 78:23, 84:1, 84:6, 97:13, 97:24, 98:9, 98:12, 98:18, 105:20, 111:13
**definite** [1] - 84:1
**definitely** [1] - 38:11
**definition** [13] - 21:18, 29:20, 29:23, 57:5, 57:17, 58:6, 58:7, 60:21, 60:22, 69:20, 115:7, 115:22, 116:12
**definitions** [1] - 56:21
**degraded** [1] - 56:9
**degree** [13] - 8:18, 8:22, 8:23, 9:3, 9:7, 9:9, 9:20, 9:21, 30:19, 54:20, 80:4, 85:19, 85:25
**degrees** [1] - 9:17
**delineate** [4] - 10:18, 12:8, 16:6, 18:19
**delineated** [3] - 23:5, 96:24, 117:18
**delineating** [1] - 41:7
**Delineation** [5] - 52:8, 95:5, 95:24, 96:14, 108:19
**delineation** [12] - 11:18, 12:13, 18:8,

20:15, 21:13, 21:14, 21:22, 22:10, 45:5, 51:20, 51:22, 101:6
**delineations** [3] - 12:4, 22:24, 25:20
**dense** [1] - 45:22
**Department** [8] - 10:9, 10:23, 20:23, 23:14, 23:24, 26:15, 66:5, 92:16
**depict** [3] - 46:16, 46:17, 48:1
**depicted** [10] - 83:2, 84:19, 96:25, 101:5, 109:16, 110:12, 113:17, 115:2, 116:16, 118:5
**depicts** [1] - 109:10
**deposition** [38] - 2:24, 4:3, 4:8, 5:19, 5:23, 5:24, 5:25, 6:5, 6:7, 7:7, 7:12, 7:13, 58:19, 58:20, 63:19, 86:11, 89:24, 97:3, 99:13, 100:10, 100:16, 102:6, 110:6, 113:22, 116:13, 117:9, 117:14, 118:10, 120:15, 124:5, 124:10, 124:15, 125:11, 127:13, 130:16, 130:21, 131:19, 131:25
**DEPOSITION** [2] - 1:13, 3:1
**depreciations** [1] - 111:25
**describe** [21] - 5:17, 9:23, 12:1, 12:24, 18:16, 26:25, 35:2, 37:2, 38:5, 39:18, 41:2, 41:5, 43:24, 55:2, 55:15, 71:19, 72:13, 73:24, 74:13, 80:19
**described** [10] - 35:14, 40:2, 41:24, 42:15, 55:24, 56:20, 61:7, 61:12, 71:9, 74:11
**describes** [2] - 26:7, 26:8
**describing** [3] - 70:13, 81:8, 84:3
**Description** [1] - 2:11
**description** [3] - 42:19, 85:23, 96:9
**descriptions** [2] -

34:3, 56:23
**design** [7] - 11:1, 19:12, 19:25, 48:3, 49:15, 50:8, 77:3
**designated** [7] - 52:2, 93:18, 94:2, 94:3, 94:4, 94:19, 114:17
**designation** [6] - 23:23, 24:3, 28:8, 28:9, 95:2, 109:17
**designations** [2] - 24:10, 28:12
**designed** [3] - 38:9, 44:20, 77:22
**designs** [1] - 20:24
**destroyed** [1] - 56:10
**destructed** [1] - 19:21
**detail** [2] - 46:13, 60:9
**detailed** [3] - 28:3, 69:15, 79:24
**detained** [2] - 48:6, 48:7
**determination** [27] - 13:22, 18:23, 19:1, 51:11, 62:20, 66:11, 66:13, 66:17, 67:24, 68:20, 70:24, 87:12, 87:13, 87:15, 87:17, 87:19, 87:23, 88:4, 107:15, 117:15, 117:25, 118:23, 119:25, 120:3, 123:17
**Determination** [3] - 2:13, 14:12, 66:21
**determinations** [11] - 13:8, 13:12, 13:17, 14:24, 18:14, 18:17, 29:18, 31:12, 59:11, 65:20, 107:10
**determine** [12] - 7:1, 12:9, 22:2, 30:11, 32:20, 60:11, 63:9, 67:11, 69:19, 70:11, 105:19
**determined** [6] - 30:5, 114:20, 116:14, 116:22, 116:23, 117:3
**determining** [3] - 67:2, 70:17, 71:13
**develop** [2] - 15:14, 18:21
**developed** [8] - 14:8, 14:13, 14:23, 15:14, 16:22, 21:8, 49:4, 55:22
**developer** [1] - 12:5
**developers** [1] -

65:16
**developing** [2] - 20:24, 21:6
**development** [5] - 16:16, 16:20, 17:2, 19:15, 20:11
**developments** [1] - 16:14
**DEWITT** [1] - 3:21
**DeWitt** [3] - 3:10, 4:25, 131:9
**diagrams** [1] - 64:11
**different** [7] - 13:18, 16:19, 32:23, 37:20, 57:8, 86:19, 125:2
**digging** [1] - 19:10
**digress** [2] - 34:17, 63:12
**dikes** [1] - 116:7
**direct** [2] - 47:4, 108:2
**DIRECT** [1] - 5:9
**direction** [4] - 106:25, 110:13, 111:2, 111:15
**directional** [2] - 110:7, 110:11
**directly** [6] - 16:21, 30:7, 46:10, 105:21, 123:13, 123:14
**discernible** [6] - 91:19, 91:24, 92:3, 92:6, 92:8, 92:9
**discharge** [10] - 30:5, 30:6, 30:7, 64:10, 64:17, 75:14, 77:18, 77:19, 77:24, 108:8
**discharged** [1] - 75:8
**discipline** [1] - 107:14
**disconnections** [1] - 119:22
**discontinuous** [1] - 72:25
**discounted** [1] - 91:17
**Discovery** [1] - 20:10
**discovery** [2] - 5:19, 7:13
**discussed** [3] - 7:6, 90:9, 118:10
**discusses** [1] - 97:18
**discussing** [2] - 36:25, 121:14
**discussion** [1] - 117:10
**Discussion** [2] - 89:19, 100:4

5

**discussions** [2] - 98:20, 98:24
**dismayed** [1] - 66:22
**dispute** [1] - 123:11
**disregard** [1] - 121:21
**distance** [3] - 74:2, 82:20, 83:11
**distinction** [5] - 76:7, 105:25, 111:11, 122:24, 123:3
**distinguishing** [1] - 107:8
**District** [3] - 3:6, 4:5
**DISTRICT** [2] - 1:1, 1:1
**ditched** [1] - 19:7
**ditches** [3] - 20:14, 116:5, 116:7
**DIVERSITY** [1] - 1:4
**Diversity** [1] - 6:15
**DNR** [11] - 16:9, 16:21, 19:23, 20:9, 25:5, 27:16, 49:4, 50:24, 51:9, 76:22, 124:8
**DNR's** [1] - 61:19
**document** [35] - 7:9, 10:12, 28:3, 32:11, 32:12, 34:18, 34:22, 49:1, 50:17, 51:18, 58:18, 59:8, 59:10, 59:14, 89:7, 92:22, 93:11, 93:16, 93:19, 94:3, 95:7, 95:12, 95:14, 96:2, 100:13, 100:18, 100:19, 100:21, 100:23, 102:6, 102:10, 102:19, 109:3, 109:5, 115:23
**document's** [1] - 93:21
**documentation** [2] - 119:23, 120:1
**documents** [42] - 28:24, 30:23, 30:24, 31:8, 31:10, 31:16, 31:18, 31:20, 32:2, 47:14, 47:22, 47:24, 47:25, 48:11, 48:22, 49:3, 49:11, 49:15, 50:8, 50:21, 63:13, 63:16, 63:20, 63:21, 64:16, 68:17, 74:24, 75:17, 75:18, 77:3, 88:13, 93:12, 94:7, 105:18, 107:16, 107:20, 107:24, 108:12, 108:15,

108:23, 109:4, 117:5
**dominant** [1] - 22:17
**done** [16] - 6:4, 6:5, 13:18, 23:6, 26:4, 27:13, 27:18, 52:8, 53:3, 62:18, 63:7, 66:13, 71:1, 71:2, 95:17, 117:20
**dotted** [1] - 109:11
**down** [32] - 10:9, 13:6, 16:20, 18:10, 24:1, 34:11, 37:19, 39:16, 42:9, 45:19, 45:24, 46:8, 46:19, 47:1, 47:9, 51:4, 53:22, 56:2, 67:6, 67:19, 69:2, 73:11, 75:13, 78:2, 80:22, 82:7, 82:11, 84:5, 84:14, 84:18, 109:22, 112:21
**downgradient** [10] - 37:25, 40:7, 42:3, 42:4, 42:8, 43:13, 43:18, 101:17, 112:22, 112:23
**downstream** [9] - 39:23, 44:5, 52:13, 70:21, 81:8, 81:20, 82:2, 105:7, 115:9
**Dr** [11] - 120:11, 120:15, 120:21, 121:8, 121:17, 122:4, 122:14, 122:23, 123:20, 124:3, 125:7
**draft** [2] - 57:21, 60:24
**drafter** [1] - 92:14
**drafting** [1] - 91:15
**drain** [4] - 105:11, 106:8, 106:11, 106:12
**drainage** [9] - 20:14, 37:6, 42:5, 43:10, 46:13, 77:7, 78:10, 78:11, 93:13
**drainageway** [44] - 29:16, 29:22, 30:8, 34:9, 35:13, 35:19, 41:13, 42:23, 46:20, 48:17, 55:8, 61:21, 65:8, 75:16, 75:20, 77:10, 93:13, 105:4, 106:3, 106:9, 106:12, 106:17, 109:16, 110:20, 111:2, 111:7, 111:14, 111:18, 112:1, 112:8, 112:22, 119:1, 119:8, 119:12, 121:13, 121:23, 122:20, 122:25,

123:10, 124:2, 125:5, 126:13, 126:24, 127:8
**drainageways** [1] - 81:21
**drained** [1] - 20:14
**drains** [1] - 110:14
**draw** [2] - 60:14, 66:14
**drawing** [1] - 76:15
**drawn** [1] - 80:25
**dropped** [1] - 25:8
**drought** [1] - 91:13
**dry** [5] - 53:23, 81:7, 81:13, 84:12
**du** [1] - 12:24
**duly** [3] - 5:7, 131:4, 131:13
**dunes** [1] - 116:6
**duration** [2] - 73:6, 83:23
**during** [11] - 11:1, 25:23, 40:22, 59:22, 99:12, 100:10, 100:16, 102:6, 106:15, 118:10, 128:23
**DVD** [7] - 4:2, 54:13, 54:16, 80:10, 80:13, 128:17, 128:20
**Dyke** [4] - 92:23, 93:2, 93:3

**E**

**early** [2] - 25:10, 25:22
**Earth** [2] - 9:14, 9:15
**earth** [1] - 8:24
**easily** [6] - 38:22, 39:12, 57:24, 58:6, 61:7, 61:9
**east** [16] - 34:11, 46:10, 47:6, 47:9, 51:24, 51:25, 55:9, 71:21, 72:23, 78:7, 79:1, 79:4, 103:15, 103:24, 109:21, 111:13
**East** [3] - 3:11, 3:22, 131:10
**eastern** [1] - 44:17
**easy** [1] - 67:5
**ebb** [1] - 56:6
**Ecological** [1] - 51:21
**ecology** [1] - 8:24
**edge** [4] - 45:6, 45:7, 45:19
**education** [6] - 8:15,

8:20, 9:4, 23:11, 23:20, 30:17
**effect** [6] - 26:20, 62:11, 62:15, 62:17, 62:22, 63:11
**effects** [2] - 69:21, 70:20
**Eighties** [2] - 25:2, 25:10
**either** [9] - 8:12, 40:10, 50:15, 61:3, 66:4, 70:12, 75:19, 78:14
**elevation** [3] - 82:20, 83:10, 83:12
**Elizabeth** [2] - 4:3, 5:14
**ELIZABETH** [6] - 1:15, 2:3, 3:1, 5:6, 131:12, 131:16
**elsewhere** [1] - 107:23
**embankment** [1] - 104:15
**employed** [2] - 131:23, 132:2
**employee** [2] - 124:8, 132:1
**enacted** [1] - 55:19
**encompass** [1] - 71:10
**encounter** [1] - 23:9
**end** [9] - 12:18, 13:11, 40:10, 42:1, 77:8, 128:17, 129:6, 130:21
**endangered** [3] - 12:19, 17:11, 20:5
**ends** [1] - 40:10
**engaged** [1] - 59:15
**Engelhardt** [9] - 45:3, 96:7, 96:8, 97:7, 97:11, 97:23, 98:20, 99:6, 101:23
**engineer** [2] - 38:9, 38:10
**engineering** [1] - 93:3
**engineers** [3] - 44:21, 48:3, 93:8
**Engineers** [19] - 2:13, 11:7, 14:15, 14:23, 18:9, 18:12, 21:15, 23:2, 26:16, 32:18, 55:22, 59:12, 66:6, 66:10, 67:24, 71:13, 87:22, 115:15
**engines** [1] - 16:2
**enhancement** [1] -

20:16, 20:25
**entered** [1] - 99:16
**entering** [1] - 40:15
**enters** [1] - 107:2
**entire** [3] - 13:3, 38:11, 111:19
**entirely** [1] - 14:16
**entirety** [1] - 108:15
**entitled** [5] - 28:22, 54:23, 66:20, 92:23, 100:19
**environmental** [8] - 8:19, 9:11, 9:19, 10:1, 11:17, 18:18, 65:19, 96:10
**Environmental** [3] - 53:3, 87:22, 104:7
**EPA** [2] - 55:22, 76:1
**ephemeral** [1] - 81:20
**eroded** [3] - 45:20, 46:1, 46:5
**eroding** [1] - 44:19
**erosion** [2] - 43:6, 72:24
**erosional** [1] - 73:4
**essential** [1] - 26:12
**essentially** [25] - 14:25, 18:8, 19:10, 20:13, 22:19, 23:8, 26:7, 30:2, 31:22, 34:12, 35:10, 37:6, 40:13, 43:12, 45:2, 45:6, 53:6, 65:5, 66:25, 67:16, 71:21, 72:10, 76:2, 80:25, 118:18
**establish** [1] - 76:12
**established** [2] - 76:4, 76:11
**et** [2] - 3:4, 4:7
**evaluation** [1] - 66:13
**evaluator** [1] - 11:6
**evens** [1] - 73:14
**evidence** [26] - 22:8, 64:18, 64:19, 72:21, 73:11, 73:15, 75:16, 75:19, 76:17, 77:20, 78:6, 78:12, 101:24, 105:20, 106:18, 118:25, 120:9, 122:13, 122:16, 122:19, 124:1, 125:4, 125:12, 125:21, 126:5
**EVIDENTIARY** [2] - 1:13, 3:1
**evidentiary** [3] - 4:3, 5:25, 7:12
**evolved** [1] - 12:3

WWW.FORTHERECORDMADISON.COM

FOR THE RECORD, INC.  /  MADISON, WISCONSIN  /  (608) 833-0392

**VIDEOTAPE EVIDENTIARY DEPOSITION OF ELIZABETH A. DAY  4/18/2012**

exact [3] - 22:2, 22:3, 74:22
exactly [4] - 16:13, 48:16, 79:19, 89:6
EXAMINATION [2] - 5:9, 86:9
Examination [2] - 2:4, 2:5
examination [3] - 86:8, 97:11, 131:17
examine [2] - 104:15, 128:3
examined [5] - 75:1, 100:10, 101:11, 126:15, 131:16
examining [1] - 88:5
example [2] - 68:10, 109:2
examples [2] - 26:13, 56:12
except [1] - 65:13
excuse [2] - 13:23, 121:12
Exhibit [92] - 7:10, 7:14, 7:24, 8:9, 8:11, 8:14, 13:25, 14:2, 14:4, 14:6, 14:10, 14:11, 28:2, 28:17, 31:19, 32:7, 32:11, 32:12, 32:15, 32:16, 33:6, 33:19, 33:20, 34:19, 34:20, 34:22, 35:2, 35:7, 36:2, 36:7, 36:24, 37:13, 41:4, 44:3, 49:23, 49:25, 52:5, 56:2, 57:3, 57:17, 58:19, 58:21, 59:4, 59:8, 59:18, 60:3, 60:20, 60:24, 61:2, 62:10, 66:14, 66:18, 66:20, 67:17, 68:5, 68:12, 70:14, 73:7, 76:2, 79:25, 80:24, 81:2, 83:4, 83:16, 85:22, 88:9, 89:24, 90:15, 91:3, 95:12, 95:23, 96:14, 96:22, 99:7, 99:13, 100:9, 100:15, 100:16, 101:5, 101:6, 102:7, 109:3, 109:10, 111:22, 113:18, 114:17, 115:2, 115:17, 117:18, 118:18, 119:17, 120:3
exhibit [8] - 7:11, 8:5, 8:6, 35:9, 89:9, 95:10, 99:22, 100:9
exhibits [1] - 2:19
exist [2] - 13:19,

79:14
existed [3] - 7:3, 29:25, 64:5
existing [1] - 28:24
exists [2] - 76:13, 119:21
exited [1] - 99:14
exiting [1] - 40:15
expand [3] - 15:10, 16:1, 34:2
expanded [2] - 32:24, 32:25
expanding [1] - 19:10
experience [6] - 9:23, 12:22, 30:17, 50:11, 53:24, 71:1
expert [26] - 6:1, 6:22, 8:13, 13:25, 26:21, 27:20, 28:20, 39:2, 54:23, 62:9, 63:17, 70:9, 85:4, 96:18, 97:20, 98:25, 99:3, 101:10, 102:11, 120:10, 120:11, 120:17, 120:22, 121:19, 125:15, 126:2
experts [4] - 70:10, 78:16, 85:16, 120:25
expires [1] - 132:10
explored [1] - 26:10
expressed [4] - 54:17, 54:19, 80:4, 85:25
extending [2] - 47:11, 78:6
extension [2] - 37:10, 37:17
extent [7] - 27:25, 30:15, 36:15, 58:14, 61:20, 92:5, 105:15
extra [1] - 99:19
extraction [1] - 17:15
Exxon [2] - 17:24, 18:10

**F**

face [6] - 47:1, 47:9, 72:22, 73:11, 78:2
fact [16] - 34:3, 41:25, 65:14, 72:2, 81:13, 88:22, 90:18, 91:7, 91:13, 91:17, 93:19, 100:23, 107:3, 108:7, 118:21, 128:25
fair [2] - 124:23, 124:25
fallen [1] - 43:13

familiar [8] - 6:13, 14:18, 59:9, 87:3, 93:4, 97:15, 100:21, 113:23
far [14] - 18:14, 21:12, 27:6, 41:21, 73:9, 74:8, 79:8, 80:14, 84:19, 84:21, 107:19, 117:11, 119:1, 128:7
Farm [1] - 12:23
farms [1] - 13:9
feature [5] - 64:6, 67:7, 74:1, 83:25, 107:7
features [4] - 40:6, 45:17, 66:2, 73:4
February [1] - 52:10
federal [1] - 29:21
federally [1] - 26:18
feet [12] - 40:10, 41:22, 43:17, 51:13, 74:2, 74:17, 74:21, 82:20, 85:1, 85:3, 90:21, 104:14
felt [8] - 29:20, 51:12, 60:20, 71:15, 75:5, 75:9, 103:2, 103:3
few [5] - 27:23, 81:19, 81:23, 86:15, 86:19
field [17] - 6:25, 21:16, 23:12, 26:3, 30:18, 30:20, 51:10, 52:10, 52:24, 53:17, 53:25, 59:25, 66:22, 68:16, 71:8, 77:20, 81:13
fields [1] - 10:1
fifth [1] - 89:25
figure [8] - 45:18, 49:24, 49:25, 50:4, 59:23, 65:22, 71:15, 96:25
Figure [2] - 96:22, 100:14
figures [3] - 34:14, 47:25, 96:22
filed [1] - 2:24
filled [3] - 21:2, 21:7, 119:23
filters [1] - 43:10
final [5] - 13:21, 18:23, 26:11, 87:23, 128:21
finalized [4] - 98:25, 99:2, 120:17, 121:16
finally [3] - 21:3, 42:13, 46:8

financially [1] - 132:2
findings [5] - 18:6, 34:6, 59:24, 63:23, 71:5
fine [1] - 68:24
finished [2] - 129:13, 129:24
firm [3] - 11:23, 15:11, 93:3
first [32] - 5:7, 21:23, 24:2, 24:10, 27:2, 28:8, 28:20, 35:9, 35:15, 37:8, 37:12, 47:16, 49:1, 49:24, 49:25, 55:2, 55:15, 57:11, 58:17, 60:16, 67:20, 68:20, 73:19, 83:4, 84:16, 88:19, 88:20, 89:4, 90:6, 101:14, 103:6, 121:21
firsthand [4] - 121:11, 121:17, 121:22, 123:11
Fish [2] - 10:10, 26:17
fish [1] - 56:14
fisheries [1] - 10:4
fishery [1] - 15:16
fishing [1] - 58:1
fits [2] - 58:6, 58:7
fitted [1] - 44:18
five [4] - 15:20, 23:21, 90:6, 90:9
flag [1] - 45:2
flags [1] - 45:3
FLAMBEAU [1] - 1:7
Flambeau [67] - 3:4, 4:8, 4:24, 6:16, 6:21, 28:25, 29:3, 29:15, 29:20, 33:8, 33:14, 33:19, 34:12, 34:15, 39:20, 49:2, 51:5, 51:13, 51:17, 53:2, 53:22, 55:8, 55:13, 57:15, 57:24, 58:7, 60:16, 60:18, 61:5, 61:11, 61:15, 61:18, 62:13, 63:11, 64:8, 70:2, 70:4, 70:6, 70:8, 76:13, 80:22, 82:14, 83:9, 83:13, 84:5, 84:18, 85:8, 85:17, 90:22, 93:5, 93:8, 95:5, 107:1, 107:3, 119:2, 119:9, 119:13, 124:2, 125:5, 125:23, 126:8, 126:18, 126:21, 126:25, 127:4, 127:11, 129:8

flat [3] - 78:8, 78:9, 82:3
flooding [2] - 38:19, 48:7
floodplain [2] - 19:10, 19:12
flow [64] - 7:2, 39:12, 42:4, 42:7, 44:23, 45:11, 53:4, 53:12, 54:1, 56:6, 62:3, 62:23, 62:25, 68:8, 68:14, 69:16, 72:21, 72:24, 73:6, 73:11, 78:13, 78:18, 78:25, 79:3, 79:8, 79:9, 79:10, 79:16, 81:21, 81:25, 82:9, 102:20, 103:8, 103:14, 103:23, 104:1, 104:11, 105:1, 106:15, 109:16, 109:17, 110:11, 110:13, 110:18, 110:25, 111:1, 111:5, 112:6, 112:13, 112:15, 112:16, 112:17, 121:12, 121:17, 121:22, 122:5, 122:10, 122:12, 122:14, 122:19, 122:21, 123:9
flowing [6] - 20:1, 72:16, 72:19, 73:16, 81:23, 82:23
flows [13] - 64:20, 68:7, 69:18, 78:1, 78:20, 79:19, 97:13, 98:9, 106:23, 107:5, 111:14, 113:2, 114:12
FMC [3] - 102:24, 108:6, 108:10
focus [2] - 17:1, 17:2
focused [1] - 80:15
follow [3] - 86:15, 110:19, 112:7
follow-up [1] - 86:15
followed [3] - 67:1, 76:11, 80:21
Following [1] - 59:5
following [1] - 131:11
follows [2] - 5:8, 116:2
Fond [1] - 12:24
foot [4] - 40:9, 81:17, 82:19
footnote [5] - 68:5, 100:24, 108:17, 109:6, 109:7
footnotes [1] -

7

108:16

**FOR** [2] - 1:1, 1:3
**foreign** [7] - 56:4, 56:10, 56:12, 56:15, 57:14, 57:22, 61:6
**forenoon** [2] - 3:14, 131:8
**forget** [3] - 16:13, 83:7, 83:8
**Fork** [2] - 19:6, 20:17
**form** [25] - 13:23, 13:24, 13:25, 14:1, 14:8, 14:12, 14:15, 14:20, 26:21, 31:15, 58:13, 66:21, 79:24, 94:8, 98:2, 110:22, 111:16, 112:9, 114:8, 114:18, 115:4, 116:17, 120:3, 120:4, 120:5
**Form** [2] - 2:13, 66:21
**formed** [1] - 61:25
**former** [3] - 16:15, 20:12, 101:15
**formerly** [2] - 20:18, 50:11
**forms** [1] - 56:25
**formulating** [6] - 97:8, 104:19, 105:13, 120:8, 124:16, 124:24
**forward** [2] - 15:2, 65:18
**Foth** [17] - 47:23, 47:25, 49:15, 50:8, 51:18, 77:3, 92:23, 93:1, 93:2, 93:3, 100:13, 109:7
**four** [8] - 15:20, 16:23, 35:11, 88:20, 89:4, 101:8, 101:10, 127:6
**fourth** [1] - 37:19
**frame** [1] - 126:4
**free** [2] - 20:1, 36:25
**frequency** [8] - 78:10, 79:9, 83:23, 122:2, 122:7, 122:8, 122:14, 122:16
**frequent** [1] - 122:12
**frequently** [1] - 32:19
**Friday** [4] - 89:24, 100:10, 117:9, 117:21
**Friday's** [1] - 86:11
**friends** [1] - 130:2
**front** [2] - 22:11, 88:9

## G

**gained** [1] - 30:22
**gather** [2] - 31:4, 31:23
**gathered** [2] - 26:3, 48:2
**Gauger** [1] - 6:15
**GAUGER** [1] - 1:4
**gee** [1] - 24:1
**GEF** [1] - 10:15
**general** [4] - 55:24, 77:6, 109:15, 109:16
**generally** [8] - 12:1, 21:23, 73:3, 111:9, 111:10, 112:11, 112:21
**Geographic** [2] - 49:21, 83:3
**George** [2] - 3:24, 5:2
**GILLIVRAY** [25] - 4:19, 7:18, 8:8, 31:15, 33:16, 38:25, 58:12, 58:22, 85:12, 86:7, 89:12, 89:15, 89:22, 95:13, 95:20, 99:18, 99:24, 100:7, 113:11, 114:9, 128:14, 129:11, 129:15, 130:10, 130:17
**given** [10] - 22:9, 32:20, 41:10, 61:6, 64:14, 72:16, 72:19, 79:18, 121:16, 131:20
**glean** [1] - 53:15
**Golf** [1] - 21:6
**grad** [2] - 25:1, 25:10
**grade** [7] - 37:24, 38:7, 41:20, 42:9, 44:3, 101:15
**gradient** [1] - 82:1
**graduated** [1] - 10:5
**graduating** [1] - 8:16
**grass** [6] - 43:8, 44:7, 44:8, 44:14, 45:22, 72:5, 72:9
**great** [2] - 42:25, 54:9
**Green** [3] - 8:18, 10:6, 27:15
**Greenbush** [1] - 19:19
**ground** [3] - 40:25, 78:5, 82:12
**groundwater** [2] - 17:15, 42:7
**Group** [1] - 17:8
**growing** [1] - 43:9

**guess** [5] - 27:24, 39:6, 84:11, 92:4, 118:17
**guidance** [24] - 13:7, 18:20, 29:19, 30:24, 32:24, 32:25, 57:20, 60:10, 60:23, 60:25, 61:2, 61:12, 65:15, 65:21, 66:24, 67:1, 71:12, 73:2, 73:7, 76:1, 76:8, 115:17, 115:19, 115:23
**guidebook** [3] - 14:17, 14:18, 14:20
**guideline** [2] - 88:2, 88:3
**guidelines** [6] - 59:1, 59:4, 59:18, 60:3, 66:12, 71:1
**gullies** [1] - 73:4

## H

**habitat** [2] - 12:19, 103:17
**Habitat** [1] - 103:4
**half** [3] - 61:22, 81:18, 82:19
**halfway** [1] - 45:24
**Hampshire** [1] - 11:10
**hand** [10] - 5:4, 7:9, 83:1, 89:23, 95:11, 95:21, 99:12, 102:9, 115:16, 132:5
**handed** [2] - 90:15, 100:8
**Hansen** [5] - 3:24, 3:25, 4:12, 99:14, 99:16
**happy** [1] - 123:16
**Harbors** [2] - 32:22, 67:15
**hard** [5] - 35:24, 43:14, 44:7, 45:21, 72:15
**Harley** [2] - 15:23, 16:2
**HARRY** [1] - 3:21
**Harry** [2] - 2:25, 4:23
**Hatchery** [1] - 10:10
**head** [1] - 33:2
**heading** [2] - 60:15, 103:4
**headquarters** [1] - 10:16
**headwaters** [4] - 51:25, 77:12, 93:17, 94:1, 94:18

**hearing** [4] - 27:3, 27:13, 27:17, 83:14
**hearings** [2] - 26:22, 27:19
**held** [3] - 23:22, 89:19, 100:4
**help** [3] - 12:9, 13:11, 35:5
**helped** [2] - 15:13, 16:6
**hereby** [1] - 131:6
**hereto** [1] - 132:2
**hereunto** [1] - 132:4
**high** [4] - 8:16, 17:14, 77:23, 81:14
**highest** [1] - 111:4
**highly** [1] - 122:12
**Highway** [10] - 34:11, 37:8, 41:20, 64:23, 76:18, 91:19, 91:25, 92:10, 101:12, 109:21
**hills** [2] - 16:11, 16:13
**hired** [6] - 6:1, 6:18, 6:20, 6:22, 6:24, 6:25
**historic** [1] - 19:18
**hit** [1] - 34:4
**hold** [2] - 23:11, 30:19
**hollow** [1] - 72:7
**homes** [1] - 16:18
**hour** [1] - 54:7
**House** [1] - 19:18
**hummock** [1] - 72:7
**hummock-and-hollow** [1] - 72:7
**humps** [1] - 72:9
**hundreds** [1] - 23:4
**husband** [1] - 130:1
**hydric** [1] - 22:6
**hydrogeology** [1] - 9:12
**hydrologic** [3] - 15:12, 22:11, 41:9
**Hydrologist** [3] - 23:13, 23:23, 28:11
**hydrology** [6] - 9:12, 21:21, 22:8, 22:13, 31:6, 72:17
**hypothetical** [2] - 115:1, 117:1

## I

**identification** [4] - 8:10, 14:7, 32:8, 34:21
**identified** [9] - 15:4, 41:4, 50:7, 56:22,

56:24, 87:1, 88:15, 89:25, 90:11
**identified** [1] - 2:11
**identify** [6] - 48:21, 49:11, 88:22, 93:13, 112:1, 112:5
**identifying** [1] - 13:2, 21:16
**II** [4] - 10:15, 67:13, 67:18, 68:12
**III** [1] - 68:21
**Illinois** [1] - 18:7
**illustrative** [1] - 42:22
**image** [3] - 37:12, 81:2, 83:4
**images** [2] - 35:11, 44:4
**imagine** [1] - 130:7
**immediately** [2] - 39:23, 107:1
**impact** [1] - 16:7
**impacts** [3] - 26:5, 26:6, 27:5
**important** [2] - 50:14, 77:4
**impoundments** [1] - 56:20
**impression** [4] - 48:10, 48:12, 79:11, 123:12
**IN** [1] - 1:1
**in-stream** [1] - 104:12
**inches** [1] - 81:19
**include** [3] - 56:11, 56:19, 91:4
**included** [10] - 8:13, 29:12, 31:12, 32:6, 33:4, 34:22, 54:25, 57:10, 57:16, 94:22
**including** [4] - 12:18, 56:7, 91:7, 94:6
**incorrectly** [2] - 51:7, 90:4
**index** [2] - 35:11, 49:22
**indexed** [1] - 50:1
**indicate** [3] - 15:5, 25:13, 105:22
**indicated** [2] - 49:14, 109:2
**indicators** [1] - 22:12
**Industrial** [1] - 95:6
**industrial** [6] - 12:14, 30:3, 52:9, 56:17, 105:9, 106:6
**industries** [1] - 56:17
**infiltrate** [1] - 78:5
**information** [27] -

18:25, 26:3, 31:5,
31:23, 67:22, 69:3,
78:17, 78:19, 78:22,
79:2, 79:5, 79:7,
79:12, 79:17, 79:20,
88:17, 88:25, 90:24,
91:3, 94:23, 105:16,
118:19, 120:4, 120:7,
121:25, 122:2, 124:14
  **Information** [2] -
49:21, 83:3
  **infrequent** [2] - 65:2,
73:5
  **initials** [2] - 28:5,
28:6
  **inlet** [1] - 82:15
  **inspection** [1] -
106:20
  **install** [1] - 38:23
  **installed** [1] - 38:6
  **instance** [1] - 108:16
  **instructional** [1] -
14:17
  **instructions** [1] -
14:16
  **integrity** [2] - 62:12,
70:21
  **intended** [2] - 48:7,
48:14
  **interdisciplinary** [1]
- 8:23
  **interest** [2] - 51:23,
94:14
  **interested** [3] -
19:23, 83:14, 132:3
  **interesting** [1] -
129:17
  **interflow** [1] - 42:7
  **intermittent** [13] -
35:21, 50:5, 52:1,
53:12, 77:2, 93:18,
94:1, 94:19, 109:11,
109:18, 109:23,
109:24, 109:25
  **intermittently** [1] -
30:6
  **interpretation** [3] -
70:2, 70:6, 104:22
  **interpreted** [2] -
10:18, 90:18
  **interruption** [1] -
84:18
  **interstate** [10] - 56:4,
56:7, 56:8, 56:10,
56:12, 56:15, 56:18,
57:14, 57:22, 61:6
  **intrastate** [1] - 56:8
  **introduce** [1] - 4:15
  **introduction** [3] -
28:21, 28:22, 29:10

  **inventoried** [2] -
15:12, 17:10
  **Inventory** [6] - 10:17,
10:21, 51:16, 92:24,
93:11, 94:11
  **involve** [1] - 25:19
  **involved** [16] - 8:15,
9:16, 9:18, 12:25,
16:12, 17:9, 19:5,
22:24, 24:25, 25:4,
25:19, 25:24, 26:1,
26:14, 27:5, 92:19
  **involvement** [1] -
93:5
  **involves** [1] - 12:23
  **involving** [3] - 21:4,
28:13, 72:12
  **Iris** [2] - 53:3, 104:6
  **irrelevant** [1] - 57:6
  **issue** [2] - 26:13,
57:12
  **issues** [5] - 54:24,
55:1, 65:7, 68:16,
68:19
  **item** [4] - 76:16,
77:17, 95:4, 97:21
  **items** [1] - 76:15
  **itself** [11] - 24:3,
30:4, 39:16, 45:8,
52:3, 53:21, 55:10,
61:2, 63:17, 64:12,
66:7

### J

  **James** [1] - 4:20
  **JAMES** [1] - 3:17
  **Jansen** [3] - 37:11,
37:17
  **Jasinski** [3] - 51:9,
89:8, 90:2
  **JDs** [1] - 13:18
  **Jim** [3] - 45:3, 96:7,
96:8
  **job** [2] - 10:18, 48:4
  **jobs** [1] - 10:5
  **joint** [1] - 55:21
  **Jon** [3] - 3:24, 4:12,
99:14
  **June** [1] - 129:3
  **juried** [1] - 23:18
  **jurisdiction** [7] -
18:24, 55:12, 59:13,
65:14, 67:3, 67:12,
73:3
  **Jurisdiction** [1] -
59:5
  **jurisdictional** [29] -
13:7, 13:12, 13:17,

14:24, 15:1, 18:11,
18:14, 18:17, 29:15,
34:3, 54:24, 55:1,
57:20, 57:24, 59:3,
60:15, 60:25, 65:7,
65:10, 68:19, 71:14,
87:6, 87:8, 87:12,
87:14, 87:19, 87:24,
107:9, 120:2
  **Jurisdictional** [3] -
2:13, 14:11, 66:20

### K

  **kayaks** [1] - 58:1
  **keep** [2] - 44:19,
125:1
  **Kennecott** [2] - 51:6,
51:17
  **key** [1] - 57:11
  **keyed** [1] - 40:4
  **kind** [43] - 8:25, 9:2,
13:13, 16:15, 23:18,
27:10, 35:24, 39:24,
40:9, 41:15, 42:13,
43:1, 43:10, 43:15,
43:17, 44:6, 44:9,
44:16, 45:16, 45:23,
50:22, 55:2, 56:5,
56:11, 57:4, 57:6,
57:25, 60:8, 64:1,
72:7, 72:9, 72:15,
74:12, 81:11, 81:12,
82:3, 82:5, 82:11,
92:21, 105:3, 113:4,
125:1, 130:2
  **kinds** [1] - 69:13
  **knowledge** [3] -
30:22, 53:6, 131:14
  **known** [13] - 29:16,
61:21, 62:2, 106:9,
106:12, 111:7, 119:2,
119:8, 119:12,
121:13, 123:10,
126:24, 127:8
  **Kohler** [1] - 21:4

### L

  **label** [2] - 77:5,
105:12
  **labeled** [9] - 2:16,
34:13, 34:16, 44:2,
44:4, 64:10, 77:3,
100:13, 102:7
  **Lac** [1] - 12:24
  **lacked** [1] - 122:2
  **Ladysmith** [2] -
50:16, 95:6

  **land** [5] - 12:6, 12:7,
17:1, 21:23, 40:19
  **landfill** [2] - 27:4,
27:9
  **landscape** [6] -
21:25, 23:8, 31:25,
35:12, 37:7, 72:1
  **Lane** [61] - 30:2,
35:16, 37:18, 38:4,
41:4, 42:10, 42:14,
42:16, 42:23, 43:22,
51:15, 52:14, 52:23,
53:5, 53:10, 53:11,
53:22, 64:24, 64:25,
71:5, 71:10, 76:19,
80:16, 80:17, 80:20,
81:10, 84:22, 85:24,
90:19, 94:5, 94:15,
94:16, 97:15, 97:25,
98:1, 98:15, 101:3,
101:21, 102:1,
102:20, 103:9,
104:21, 105:2,
106:24, 107:5,
109:19, 109:22,
109:24, 110:1, 114:5,
114:6, 114:11,
114:14, 115:3,
115:10, 115:11,
116:21, 117:16,
118:1, 127:2, 127:9
  **large** [6] - 18:1,
19:14, 23:1, 23:9,
23:10, 79:23
  **larger** [3] - 12:15,
42:5, 100:19
  **last** [8] - 5:20, 25:17,
38:3, 52:6, 106:22,
113:12, 129:6
  **LAURA** [1] - 1:4
  **Laura** [1] - 6:15
  **Law** [4] - 3:11, 3:18,
3:21, 131:9
  **lawful** [1] - 3:2
  **lay** [1] - 21:23
  **lead** [1] - 124:21
  **leading** [1] - 33:17
  **learn** [1] - 47:21
  **least** [5] - 49:12,
68:8, 68:9, 93:7,
107:4
  **leaves** [1] - 43:13
  **left** [6] - 43:15,
44:13, 46:2, 46:6,
82:17, 83:1
  **left-hand** [1] - 83:1
  **legal** [3] - 58:14,
65:20, 76:7
  **legislation** [1] -
55:20

  **length** [1] - 40:9
  **less** [4] - 40:9, 54:1,
61:22, 68:14
  **level** [4] - 40:24,
45:14, 63:9, 107:14
  **levels** [2] - 46:4,
77:23
  **licensed** [1] - 23:13
  **Licensing** [2] -
23:15, 23:25
  **lies** [1] - 104:14
  **light** [1] - 101:4
  **likely** [4] - 38:16,
59:13, 65:24, 66:9
  **limited** [1] - 120:9
  **limnology** [1] - 8:25
  **line** [25] - 22:3,
22:19, 23:7, 27:20,
27:23, 35:24, 36:16,
38:1, 50:4, 50:5,
72:19, 101:4, 101:11,
103:2, 105:10, 106:8,
109:12, 110:7, 110:9,
111:21, 111:22,
119:22, 128:21
  **lines** [2] - 51:1, 51:2
  **lip** [5] - 44:16, 45:7,
45:8, 45:14, 74:6
  **list** [9] - 7:25, 22:14,
31:18, 32:16, 49:1,
57:3, 57:16, 89:7,
94:7
  **listed** [11] - 12:21,
26:18, 31:2, 60:19,
88:13, 90:1, 90:10,
107:16, 108:12,
108:14, 108:24
  **listing** [2] - 49:16,
67:16
  **lists** [2] - 26:10, 33:2
  **litigation** [1] - 121:8
  **live** [3] - 6:11, 6:12,
9:1
  **LLC** [1] - 3:18
  **locate** [3] - 34:12,
42:17, 78:14
  **located** [2] - 52:14,
67:7
  **location** [4] - 35:10,
77:1, 77:14, 77:15
  **locations** [3] - 2:16,
36:9, 78:22
  **long-awaited** [1] -
59:19
  **long-winded** [1] -
67:2
  **look** [33] - 6:25,
19:25, 22:4, 22:6,
28:24, 31:7, 31:9,
31:21, 34:5, 34:18,

35:22, 37:20, 38:10,
38:11, 38:12, 38:13,
43:11, 44:11, 49:8,
50:3, 58:17, 60:8,
62:7, 68:19, 71:3,
79:14, 81:1, 90:13,
95:4, 115:25, 119:14,
123:16
  **looked** [18] - 30:4,
40:4, 41:20, 43:12,
46:12, 46:19, 50:24,
51:16, 52:15, 53:25,
61:17, 79:15, 82:7,
89:1, 97:7, 102:5,
105:18, 108:20
  **looking** [33] - 14:12,
15:10, 19:13, 20:4,
28:1, 31:5, 33:6, 36:1,
40:3, 41:8, 41:16,
41:17, 44:13, 48:20,
50:20, 50:21, 51:10,
52:5, 52:18, 53:18,
53:20, 57:2, 62:15,
62:23, 72:14, 72:20,
72:21, 94:12, 94:13,
108:22, 109:10,
121:4, 124:19
  **looks** [7] - 46:9,
81:11, 81:12, 82:3,
82:16, 124:12, 127:18
  **low** [1] - 73:5
  **lower** [10] - 36:1,
39:13, 39:17, 44:18,
45:1, 50:3, 61:18,
90:21, 102:14, 104:14
  **lowest** [23] - 30:8,
41:15, 42:12, 47:6,
47:11, 73:18, 73:20,
73:22, 74:9, 74:12,
74:19, 74:21, 78:8,
106:16, 110:15,
111:3, 111:4, 111:6,
112:1, 112:3, 112:7,
123:13, 123:15

## M

  **ma'am** [1] - 5:4
  **Madison** [12] - 1:17,
3:12, 3:19, 3:22, 4:9,
4:14, 5:1, 9:6, 10:3,
10:7, 10:8, 131:10
  **main** [1] - 41:11
  **Maine** [5] - 11:12,
11:13, 17:25, 25:9,
27:2
  **maintain** [3] - 24:14,
48:4, 83:24
  **maintained** [3] -
20:1, 23:19, 24:9

  **major** [1] - 24:22
  **managed** [1] - 20:6
  **management** [2] -
9:7, 16:23
  **Managers** [2] -
24:21, 25:3
  **mandatory** [1] -
128:12
  **manmade** [2] -
115:12, 116:4
  **manner** [1] - 124:18
  **map** [7] - 36:18,
49:13, 50:6, 76:21,
111:23, 111:24
  **mapping** [2] - 90:6,
90:11
  **maps** [1] - 10:20,
34:14, 35:10, 35:19,
48:9, 49:21, 76:22,
88:20, 88:21, 108:24,
112:6
  **March** [2] - 51:18,
93:7
  **mark** [2] - 8:5, 14:1
  **marked** [24] - 7:14,
8:9, 14:4, 14:6, 32:7,
32:11, 32:14, 34:19,
34:20, 58:18, 58:20,
83:6, 89:9, 89:23,
90:15, 91:10, 95:10,
95:12, 99:7, 99:12,
100:8, 102:9, 115:16,
119:16
  **marking** [3] - 8:11,
38:3, 100:14
  **marsh** [1] - 11:4
  **mass** [6] - 62:21,
127:14, 127:17,
127:24, 128:2, 128:9
  **Massachusetts** [2] -
11:5, 11:8
  **master's** [3] - 9:6,
9:13, 9:21
  **material** [1] - 19:11
  **materials** [9] - 31:1,
63:6, 63:8, 64:7,
70:23, 78:15, 78:17,
108:6, 108:10
  **matter** [4] - 4:6,
57:20, 128:25, 129:19
  **matters** [2] - 26:25,
131:15
  **MC** [25] - 4:19, 7:18,
8:8, 31:15, 33:16,
38:25, 58:12, 58:22,
85:12, 86:7, 89:12,
89:15, 89:22, 95:13,
95:20, 99:18, 99:24,
100:7, 113:11, 114:9,
128:14, 129:11,

129:15, 130:10,
130:17
  **McGillivray** [5] - 2:5,
4:20, 4:21, 86:10,
86:12
  **MCGILLIVRAY** [2] -
3:17, 3:18
  **meadow** [1] - 72:6
  **Meadowbrook** [1] -
107:2
  **mean** [19] - 18:16,
31:21, 38:24, 39:3,
44:20, 46:16, 46:18,
81:17, 83:9, 83:11,
83:19, 84:8, 94:4,
111:3, 111:21,
112:24, 113:2, 114:1,
118:15
  **meandering** [2] -
43:15, 106:24
  **meanders** [1] - 82:4
  **meaning** [3] - 32:25,
68:10, 73:23
  **means** [6] - 71:22,
77:6, 114:2, 116:2,
116:10, 117:11
  **meant** [1] - 16:4
  **measured** [1] - 61:22
  **measurement** [1] -
74:23
  **measurer** [1] - 45:16
  **measuring** [2] -
45:16, 51:14
  **meet** [2] - 29:23,
57:17
  **meets** [2] - 60:21,
60:22
  **member** [2] - 24:19,
25:9
  **membership** [1] -
25:8
  **memo** [7] - 51:7,
51:8, 90:14, 90:17,
90:18, 90:24, 91:3
  **memorandum** [4] -
89:8, 90:2, 92:14,
92:17
  **memory** [2] - 21:20,
74:23
  **mention** [4] - 52:2,
93:24, 94:20, 120:14
  **mentioned** [7] -
25:23, 47:24, 72:14,
95:1, 96:24, 120:14,
125:6
  **mentioning** [1] -
94:24
  **mentions** [1] - 91:7
  **met** [1] - 29:20
  **method** [1] - 120:4

  **methodologies** [1] -
18:21
  **methodology** [2] -
21:16, 128:8
  **microscope** [1] -
79:16
  **microtopography**
[1] - 72:8
  **mid** [2] - 11:23, 25:2
  **mid-Eighties** [1] -
25:2
  **mid-year** [1] - 11:23
  **middle** [4] - 16:20,
46:7, 49:1, 53:8
  **Middleton** [6] - 6:12,
16:11, 16:13, 19:7,
20:11, 27:22
  **Mifflin** [3] - 3:11,
3:22, 131:10
  **might** [7] - 25:8,
30:6, 65:3, 66:19,
112:16, 112:17, 130:6
  **mile** [1] - 61:22
  **miles** [5] - 12:18,
13:4, 61:20, 69:9,
69:10
  **mill** [2] - 19:21, 20:1
  **Mill** [2] - 15:8, 15:17
  **mind** [3] - 19:17,
99:23, 122:14
  **mine** [1] - 49:8
  **Mine** [8] - 28:25,
29:3, 33:8, 39:20,
49:2, 53:2, 93:5, 93:8
  **mineral** [1] - 74:7
  **minimize** [1] - 26:5
  **MINING** [1] - 1:7
  **mining** [1] - 18:2
  **Mining** [9] - 3:4, 4:8,
4:24, 6:16, 6:21,
34:15, 64:8, 95:5,
129:8
  **minute** [1] - 31:9
  **minutia** [1] - 113:7
  **mistake** [1] - 39:21
  **misunderstanding**
[1] - 52:17
  **mitigation** [4] -
10:25, 11:3, 21:1,
21:8
  **modern** [2] - 16:14,
16:16
  **moment** [6] - 34:17,
35:1, 62:8, 63:12,
69:24, 100:1
  **moments** [1] - 59:2
  **monicker** [2] - 64:1,
106:4
  **monitoring** [1] - 11:2
  **month** [1] - 128:23

  **months** [3] - 54:2,
68:11, 68:14
  **Morey** [1] - 19:9
  **morning** [4] - 4:1,
4:23, 5:11, 5:12
  **most** [4] - 50:13,
74:18, 75:2, 104:10
  **mostly** [1] - 74:5
  **Motor** [1] - 15:23
  **Mountain** [1] - 18:2
  **mouth** [2] - 82:24,
83:1
  **mouths** [1] - 83:5
  **move** [4] - 13:9,
15:2, 28:16, 65:18
  **moved** [8] - 10:15,
11:5, 11:12, 11:14,
11:20, 12:14, 46:19,
47:2
  **movement** [1] -
83:22
  **moves** [4] - 45:18,
113:1, 113:10, 113:19
  **moving** [8] - 37:19,
37:25, 73:11, 101:17,
105:7, 110:7, 113:17,
127:20
  **MR** [30] - 4:23, 7:16,
7:20, 8:4, 54:3, 54:6,
54:8, 54:10, 58:24,
80:7, 86:3, 89:13,
94:8, 95:15, 95:18,
98:2, 99:20, 110:21,
111:16, 112:9,
113:14, 114:7,
114:18, 115:4,
116:17, 129:13,
129:16, 130:8,
130:12, 130:18
  **MS** [25] - 4:19, 7:18,
8:8, 31:15, 33:16,
38:25, 58:12, 58:22,
85:12, 86:7, 89:12,
89:15, 89:22, 95:13,
95:20, 99:18, 99:24,
100:7, 113:11, 114:9,
128:14, 129:11,
129:15, 130:10,
130:17
  **multiple** [2] - 42:11,
130:3
  **municipalities** [1] -
26:19
  **mussels** [1] - 20:5

## N

  **name** [8] - 4:12,
5:13, 5:14, 28:4,

**VIDEOTAPE EVIDENTIARY DEPOSITION OF ELIZABETH A. DAY  4/18/2012**

64:12, 83:7, 83:8,
86:12
 **named** [3] - 49:17,
65:9, 131:12
 **names** [1] - 11:16
 **narrow** [3] - 16:17,
81:16, 84:9
 **Native** [1] - 121:1
 **Natural** [6] - 10:9,
11:20, 26:15, 50:9,
66:5, 92:17
 **natural** [2] - 26:9,
116:5
 **naturalistic** [1] -
19:13
 **naturally** [2] - 40:4,
47:18
 **nature** [5] - 25:13,
48:22, 103:18, 105:4,
107:19
 **Nauta** [6] - 63:18,
70:11, 70:12, 85:6,
125:19, 126:10
 **Nauta's** [4] - 120:10,
124:4, 125:7
 **navigability** [3] -
33:2, 51:11, 60:6
 **Navigability** [1] -
51:5
 **Navigable** [1] - 2:14
 **navigable** [34] -
29:21, 32:10, 32:16,
32:23, 33:1, 33:5,
33:7, 33:23, 51:12,
57:1, 57:3, 57:10,
57:16, 57:19, 58:8,
60:20, 61:12, 62:5,
62:13, 67:8, 67:14,
68:1, 68:2, 68:7,
68:25, 69:1, 69:4,
69:9, 69:23, 69:25,
70:21, 75:9, 76:5,
90:21
 **navigated** [2] -
57:25, 61:8
 **near** [2] - 40:1, 80:25
 **nearby** [1] - 68:1
 **necessarily** [2] -
22:10, 113:3
 **necessary** [4] -
71:18, 118:20, 120:2,
120:5
 **need** [9] - 12:6, 22:2,
30:11, 37:20, 48:23,
65:16, 79:20, 95:14,
119:14
 **needed** [7] - 12:10,
13:9, 16:1, 16:4, 31:3,
66:12, 79:13
 **needing** [2] - 79:13,

118:22
 **needs** [1] - 76:3
 **neighborhood** [1] -
117:8
 **neighboring** [4] -
114:3, 115:8, 115:14,
116:3
 **never** [3] - 31:6,
79:23, 112:12
 **New** [1] - 11:10
 **new** [2] - 13:23,
19:24
 **next** [21] - 8:6, 15:22,
16:10, 17:7, 19:2,
19:15, 29:10, 35:11,
43:11, 49:20, 50:9,
51:4, 54:23, 63:22,
69:11, 71:3, 72:11,
89:7, 92:22, 95:4,
103:13
 **nexus** [39] - 30:14,
61:24, 62:4, 62:10,
66:12, 66:17, 69:20,
70:14, 70:24, 71:17,
76:3, 76:12, 79:21,
85:7, 85:10, 85:11,
85:16, 118:11,
118:16, 118:21,
118:22, 119:1, 119:4,
119:8, 119:12,
119:21, 119:24,
124:1, 125:4, 125:22,
126:7, 126:16,
126:20, 126:23,
127:3, 127:10, 128:4,
128:6, 128:8
 **nice** [2] - 17:3, 49:8
 **nobody** [2] - 65:13,
92:21
 **non** [2] - 68:4, 68:13
 **non-RPWs** [1] -
68:13
 **nonhydric** [2] - 22:7
 **nonnative** [1] - 72:5
 **nonresponsive** [1] -
113:12
 **nonwetland** [1] -
22:21
 **Normandeau** [2] -
11:10, 24:7
 **north** [17] - 41:21,
52:14, 53:9, 71:4,
71:9, 80:15, 94:14,
97:25, 103:15,
103:24, 105:4,
106:24, 107:5,
109:18, 109:24,
110:1, 115:11
 **North** [2] - 19:6,
20:17

 **northeast** [3] -
27:14, 37:15, 37:22
 **northeast-
southwest** [2] - 37:15,
37:22
 **northwest** [1] - 20:12
 **notarial** [1] - 132:5
 **Notary** [3] - 3:9,
131:4, 132:8
 **note** [4] - 77:5,
103:13, 107:23, 108:7
 **noted** [8] - 40:5,
49:5, 51:2, 51:11,
64:7, 64:9, 81:10,
103:10
 **notes** [1] - 91:18
 **nothing** [4] - 49:13,
49:18, 77:2, 131:13
 **notice** [4] - 3:7,
25:12, 28:4, 131:6
 **noticeable** [1] - 73:1
 **noticed** [1] - 12:21
 **November** [3] - 51:8,
89:8, 90:2
 **NRC** [3] - 11:21,
13:2, 17:20
 **NRCS** [1] - 50:11
 **number** [24] - 4:2,
4:4, 7:11, 8:6, 12:22,
13:16, 23:9, 35:4,
37:23, 44:25, 45:9,
54:13, 54:16, 68:12,
76:16, 77:17, 80:10,
80:13, 83:16, 84:20,
102:14, 102:23,
102:24, 128:20
 **numbered** [1] -
76:16
 **numbers** [3] - 36:4,
36:5, 36:6
 **numeric** [1] - 49:12

## O

 **oath** [2] - 5:8, 131:17
 **object** [11] - 39:1,
58:13, 94:8, 98:2,
110:21, 111:16,
112:9, 114:7, 114:18,
115:4, 116:17
 **objection** [3] - 31:15,
33:16, 85:12
 **observable** [1] -
77:13
 **observation** [2] -
53:19, 53:20
 **observations** [22] -
29:1, 30:25, 34:2,
34:6, 37:3, 39:19,

42:20, 46:23, 53:7,
53:16, 61:13, 64:15,
69:13, 72:11, 80:16,
108:1, 121:11,
121:17, 121:22,
122:15, 123:5, 123:11
 **observe** [5] - 21:22,
77:14, 98:19, 106:14,
106:18
 **observed** [10] - 30:1,
40:17, 43:25, 52:11,
77:20, 80:20, 91:23,
104:10, 123:6, 123:9
 **observing** [2] - 40:1,
111:23
 **obstructions** [1] -
37:7
 **obtain** [1] - 9:9
 **obtained** [1] - 24:10
 **obvious** [4] - 75:15,
103:23, 104:2, 111:20
 **Obvious** [1] - 103:14
 **obviously** [3] -
82:10, 83:11, 83:22
 **occasional** [1] -
104:1
 **occasionally** [2] -
75:15, 77:21
 **occur** [1] - 118:21
 **occurred** [4] - 13:3,
18:3, 50:18, 122:10
 **occurrences** [1] -
122:3
 **occurring** [2] - 79:8,
112:15
 **occurs** [2] - 22:4,
73:13
 **October** [10] - 29:8,
29:9, 34:9, 35:3,
50:25, 53:17, 80:21,
106:15, 120:11,
120:12
 **odd** [1] - 81:13
 **OF** [3] - 1:1, 131:1,
131:2
 **offering** [1] - 6:6
 **office** [1] - 11:13
 **offices** [2] - 3:10,
131:8
 **offsite** [1] - 30:2
 **often** [7] - 39:14,
41:6, 41:7, 49:7,
78:25, 79:3, 79:19
 **oftentimes** [1] - 48:8
 **old** [1] - 37:23
 **on-site** [2] - 29:1,
76:17
 **Once** [1] - 130:13
 **once** [5] - 14:2, 26:3,
29:5, 32:12, 127:21

 **one** [58] - 8:12, 8:13,
12:23, 14:3, 14:4,
14:22, 16:14, 17:12,
19:16, 22:5, 24:6,
27:13, 27:19, 31:3,
31:6, 31:20, 35:10,
36:23, 37:8, 39:6,
40:14, 41:10, 44:4,
45:3, 49:6, 53:1,
60:16, 61:22, 62:20,
68:4, 77:8, 81:4, 81:6,
83:6, 84:4, 86:12,
93:12, 95:15, 95:21,
99:19, 99:20, 99:25,
101:14, 107:14,
109:3, 109:4, 112:12,
112:17, 113:1,
118:13, 120:3, 120:4,
120:22, 120:24,
127:20, 128:2, 128:5
 **one-time** [2] - 17:12,
31:6
 **ones** [3] - 24:22,
39:5, 56:15
 **onward** [1] - 79:25
 **oops** [1] - 37:15
 **operate** [1] - 33:2
 **opinion** [14] - 29:24,
39:1, 64:2, 85:19,
91:5, 94:23, 119:7,
119:11, 119:21,
120:8, 125:11,
125:20, 127:9, 128:11
 **opinions** [16] -
30:18, 54:17, 54:19,
75:4, 80:2, 85:24,
91:21, 96:18, 97:8,
104:19, 105:14,
106:1, 107:19,
121:19, 124:16,
124:24
 **order** [7] - 31:4,
31:21, 43:5, 48:1,
66:10, 71:15, 118:25
 **ordinances** [1] -
26:20
 **organization** [1] -
23:17
 **organizations** [2] -
24:24, 26:19
 **origin** [1] - 51:14
 **original** [3] - 2:19,
2:24
 **originates** [2] -
103:14, 103:23
 **origins** [1] - 90:19
 **orthophoto** [1] -
10:20
 **otherwise** [1] - 25:11
 **outflow** [4] - 65:2,

11

VIDEOTAPE EVIDENTIARY DEPOSITION OF ELIZABETH A. DAY  4/18/2012

125:22, 126:17, 127:7
**Outlet** [1] - 95:6
**outlet** [4] - 44:22,
73:23, 74:9
**outline** [1] - 55:6
**outlot** [6] - 30:3,
48:14, 52:9, 105:9,
106:7, 109:21
**outside** [5] - 39:1,
72:22, 72:23, 122:16,
128:23
**overall** [1] - 127:20
**overflow** [14] - 44:11,
44:16, 44:20, 45:7,
45:8, 45:15, 55:10,
72:12, 72:22, 73:9,
74:6, 74:15, 77:22,
105:22
**overview** [3] - 37:12,
49:24, 50:2
**own** [2] - 18:24, 19:1
**oxbows** [1] - 82:4

**P**

**p.m** [1] - 130:23
**Packet** [1] - 2:16
**page** [38] - 13:22,
31:19, 32:2, 35:7,
36:7, 39:19, 40:1,
43:11, 48:20, 48:25,
49:25, 52:5, 53:8,
56:2, 61:2, 62:9,
66:21, 67:20, 68:20,
68:21, 69:11, 73:8,
79:24, 80:24, 81:2,
83:4, 90:1, 97:5,
97:17, 97:18, 102:13,
108:4, 108:13,
108:14, 108:16,
115:20, 115:21
**Pages** [1] - 2:2
**pages** [3] - 35:9,
88:13, 107:17
**Pam** [1] - 86:12
**Pamela** [1] - 4:20
**PAMELA** [1] - 3:17
**paper** [1] - 6:8
**paragraph** [5] -
91:10, 103:4, 105:8,
106:23, 115:25
**parcel** [2] - 12:4,
13:3
**pardon** [1] - 28:19
**Park** [64] - 30:2,
35:16, 37:18, 38:4,
41:4, 42:10, 42:14,
42:16, 42:23, 43:22,
51:15, 52:14, 52:23,

53:5, 53:10, 53:11,
53:22, 64:24, 64:25,
71:5, 71:10, 76:19,
80:15, 80:17, 80:20,
81:10, 84:22, 85:24,
90:19, 94:5, 94:14,
94:16, 97:15, 97:25,
98:1, 98:15, 100:20,
101:3, 101:20, 102:1,
102:20, 103:9,
104:21, 105:2,
106:23, 107:5,
108:17, 108:20,
109:18, 109:22,
109:24, 110:1, 114:4,
114:6, 114:11,
114:14, 115:3,
115:10, 115:11,
116:21, 117:16,
117:25, 127:2, 127:9
**parking** [2] - 105:10,
106:7
**part** [19] - 7:24, 19:8,
20:7, 27:14, 30:8,
35:15, 45:1, 47:6,
52:21, 73:20, 73:22,
74:10, 74:19, 79:22,
104:16, 113:12,
115:24, 129:18
**particular** [6] - 16:3,
40:21, 49:17, 67:18,
77:14, 96:13
**particularly** [3] -
79:13, 112:14, 123:6
**parties** [4] - 6:1,
114:5, 131:24, 132:2
**passed** [4] - 24:3,
55:6, 55:23, 104:11
**passing** [1] - 104:13
**past** [8] - 27:1,
34:10, 56:3, 57:13,
71:2, 72:6, 91:7,
91:12
**Paterson** [1] - 3:18
**path** [5] - 78:1,
109:15, 109:16,
109:17, 110:19
**pathway** [1] - 77:7
**pattern** [1] - 42:11
**PEGGY** [1] - 131:3
**Peggy** [3] - 1:20, 3:7,
4:12
**pending** [1] - 3:5
**people** [10] - 39:21,
54:3, 58:1, 58:2, 61:9,
65:3, 65:16, 71:13,
74:18, 82:25
**people's** [1] - 130:3
**per** [2] - 25:21,
109:23

**perceptible** [2] -
42:17, 73:1
**performed** [2] - 15:7,
127:12
**perhaps** [1] - 92:22
**period** [1] - 40:22
**permanent** [5] -
68:3, 68:4, 68:9,
69:10, 77:1
**permit** [7] - 11:6,
12:12, 16:8, 25:25,
26:2, 26:6, 26:12
**permits** [3] - 12:10,
15:2, 26:14
**permitting** [3] -
11:19, 16:9, 18:9
**Perrier** [2] - 17:8,
17:14
**person** [7] - 13:13,
31:11, 43:3, 104:24,
107:6, 118:18, 131:12
**personal** [1] - 121:22
**perspective** [1] -
31:24
**PH** [3] - 28:6, 28:9,
28:10
**Pheasant** [2] - 19:6,
19:8
**photo** [45] - 36:1,
36:2, 36:11, 36:13,
36:15, 37:23, 38:2,
39:4, 42:24, 42:25,
43:11, 43:14, 43:15,
43:18, 43:19, 44:11,
44:25, 45:1, 45:2,
45:12, 45:18, 45:21,
45:23, 46:2, 46:3,
46:7, 46:8, 46:22,
47:2, 81:5, 81:6,
81:11, 81:17, 81:21,
81:24, 82:2, 82:15,
82:18, 82:25, 84:10,
84:11, 84:16
**photograph** [2] -
2:16, 83:16
**photographs** [9] -
2:16, 34:25, 35:4,
36:6, 36:8, 36:23,
43:24, 85:22, 85:23
**photos** [10] - 10:18,
10:19, 42:21, 44:6,
44:9, 46:14, 46:16,
49:23, 71:25, 81:9
**physical** [8] - 62:12,
63:11, 69:8, 69:21,
70:19, 70:20, 75:10,
76:17
**physically** [2] -
77:11, 122:17
**physics** [1] - 8:25

**pick** [1] - 107:11
**pictures** [3] - 34:24,
34:25, 35:6
**piece** [5] - 12:6, 12:7,
57:8, 79:12, 94:22
**pieces** [1] - 70:15
**place** [11] - 4:9,
31:24, 38:20, 39:8,
40:14, 48:9, 107:24,
108:3, 111:20, 113:1,
127:21
**placed** [7] - 40:13,
43:2, 43:6, 45:3, 45:5,
106:5, 111:22
**places** [3] - 45:10,
81:23, 104:11
**plaintiff** [1] - 63:6
**plaintiffs** [14] - 4:22,
6:6, 60:5, 62:19,
64:16, 78:15, 86:13,
118:12, 118:24,
123:25, 125:3,
125:20, 126:3, 126:5
**Plaintiffs** [3] - 1:5,
3:4, 3:19
**plaintiffs'** [12] - 5:20,
63:13, 63:16, 63:21,
70:10, 78:16, 85:4,
85:16, 117:5, 120:9,
120:22, 120:25
**plan** [2] - 21:8, 109:8
**Plan** [3] - 100:22,
108:18, 108:22
**planning** [1] - 130:6
**plans** [4] - 65:16,
128:22, 129:5, 129:7
**plant** [2] - 18:4,
21:24
**plenty** [1] - 7:20
**point** [33] - 14:9,
14:22, 18:22, 22:3,
22:21, 40:21, 42:12,
43:6, 43:17, 44:25,
47:12, 51:20, 59:20,
77:18, 77:19, 78:5,
78:8, 79:18, 81:14,
84:4, 84:15, 84:16,
106:16, 107:2,
110:15, 111:4, 111:6,
112:1, 112:3, 112:7,
114:12, 118:22,
123:15
**pointed** [1] - 79:22
**points** [5] - 22:19,
38:15, 68:24, 72:2,
73:18
**Poland** [1] - 17:13
**policy** [3] - 9:11,
13:13
**pollutants** [2] -

62:22, 75:6
**pond** [6] - 19:21,
20:1, 103:16, 103:25,
105:11, 106:8
**portion** [12] - 19:8,
35:13, 44:17, 45:14,
57:4, 84:12, 84:14,
94:13, 103:16,
104:20, 105:6, 127:2
**portions** [3] - 36:24,
53:23, 108:15
**position** [3] - 96:8,
111:21, 117:2
**positive** [1] - 120:20
**possible** [1] - 84:10
**possibly** [1] - 78:4
**practice** [1] - 23:20
**precipitation** [2] -
69:7, 77:24
**predictable** [1] -
113:9
**predicted** [1] - 44:24
**predominance** [1] -
72:4
**prefer** [1] - 5:15
**preliminary** [8] -
13:16, 13:18, 13:20,
14:24, 29:18, 59:11,
87:17, 88:4
**preparation** [1] -
96:17
**prepare** [2] - 6:8,
6:10
**prepared** [7] - 7:4,
13:16, 64:7, 96:3,
108:6, 108:10, 121:7
**preparing** [2] -
25:19, 96:15
**present** [2] - 3:24,
67:21
**presented** [5] -
28:22, 30:15, 75:19,
118:25, 123:25
**presenting** [2] -
125:3, 126:6
**pretty** [5] - 10:24,
17:3, 41:14, 61:10,
81:16
**prevent** [1] - 43:5
**previously** [3] - 5:19,
74:10, 95:10
**primarily** [5] - 11:17,
22:1, 63:20, 105:21
**printed** [1] - 78:16
**proceedings** [2] -
99:15, 99:17
**process** [4] - 16:9,
20:8, 21:8, 66:19
**processing** [1] - 15:1
**profession** [8] -

12

14:21, 24:18, 31:11, 54:21, 80:5, 85:20, 86:1, 88:2
**professional** [3] - 23:16, 24:22, 24:24
**Professional** [10] - 1:20, 3:8, 23:13, 23:16, 23:23, 24:5, 28:10, 28:11, 131:3, 132:9
**professionals** [2] - 76:9, 108:1
**program** [1] - 10:17
**Project** [3] - 51:6, 51:17, 53:2
**project** [32] - 13:1, 13:11, 15:19, 15:22, 15:23, 15:25, 16:10, 16:11, 17:4, 17:7, 17:9, 17:10, 17:23, 17:24, 17:25, 18:2, 18:10, 19:19, 20:10, 20:16, 20:17, 20:21, 20:22, 21:4, 26:8, 28:25, 34:8, 59:15, 65:18, 68:18, 92:20
**projects** [13] - 12:1, 12:15, 12:17, 12:22, 15:4, 15:6, 17:19, 17:22, 17:23, 18:7, 18:8, 19:4, 23:7
**property** [2] - 38:7, 47:13
**proposal** [1] - 26:11
**proposed** [3] - 17:12, 18:2
**protect** [1] - 44:22
**protecting** [1] - 15:15
**PROTECTION** [1] - 1:3
**Protection** [4] - 3:3, 4:7, 6:14, 87:23
**prove** [1] - 128:8
**provide** [2] - 60:11, 122:18
**provided** [10] - 2:19, 18:24, 26:21, 65:21, 76:1, 78:15, 117:21, 121:11, 122:4, 125:21
**provides** [1] - 90:24
**provision** [1] - 87:3
**Public** [3] - 3:9, 131:4, 132:8
**public** [4] - 60:11, 65:22, 71:12, 76:2
**publications** [2] - 25:13, 25:14
**published** [3] - 32:18, 55:5, 65:15

**pulling** [1] - 118:19
**purchased** [1] - 11:22
**purple** [1] - 38:1
**purpose** [2] - 41:11, 87:18
**purposes** [3] - 56:13, 56:17, 116:13
**pursuant** [2] - 3:7, 131:6
**pursue** [2] - 9:4, 9:20
**put** [21] - 16:7, 18:5, 22:19, 26:6, 30:25, 31:1, 33:25, 34:14, 35:23, 36:18, 39:10, 39:13, 39:16, 47:22, 57:5, 67:6, 68:17, 69:2, 71:12, 111:11, 129:23
**puts** [2] - 23:4, 51:14
**putting** [2] - 36:17, 129:5
**PWS** [3] - 28:5, 28:9, 28:10

**Q**

**Quadrangle** [1] - 50:16
**qualifications** [3] - 7:23, 7:25, 28:4
**qualified** [2] - 24:13, 131:5
**quantitative** [2] - 78:17, 78:19
**quantity** [3] - 78:10, 79:9, 127:20
**quarter** [1] - 49:18
**questions** [8] - 6:3, 25:24, 80:14, 86:5, 86:15, 128:21, 129:12, 130:13
**quickly** [4] - 13:9, 13:10, 17:21, 38:15
**quite** [3] - 13:10, 13:17, 16:23, 18:1, 18:3, 18:11, 19:14, 20:3, 20:8, 22:17, 22:18, 23:1, 25:6, 40:23, 49:7, 51:15, 60:22, 78:8, 78:9, 79:23, 82:8, 83:10, 130:6
**quotation** [1] - 108:2
**quote** [2] - 73:6, 93:25
**quoted** [3] - 60:25, 61:1, 61:4

**R**

**rail** [2] - 105:10, 106:8
**railroad** [7] - 37:24, 41:3, 41:20, 42:9, 43:22, 44:3, 101:15
**rainfall** [1] - 38:13
**raise** [1] - 5:3
**ran** [1] - 75:11
**randomly** [1] - 111:22
**range** [1] - 22:16
**ranging** [1] - 40:9
**ranking** [1] - 22:15
**rap** [3] - 43:1, 43:6, 44:18
**Rapanos** [6] - 13:6, 33:5, 57:1, 59:6, 59:20, 67:4
**rare** [1] - 12:18
**rarely** [1] - 77:25
**reach** [4] - 75:1, 77:18, 83:18, 84:20
**reached** [3] - 75:5, 77:16, 80:2
**reaches** [2] - 98:6, 105:5
**reaching** [1] - 91:21
**read** [5] - 47:19, 61:3, 104:23, 124:17
**readily** [2] - 60:22, 76:7
**reading** [2] - 73:6, 131:20
**real** [1] - 82:24
**realized** [1] - 124:19
**really** [15] - 19:23, 23:2, 39:5, 40:8, 41:21, 43:7, 43:19, 45:21, 57:4, 64:17, 68:24, 77:4, 77:11, 79:14, 124:18
**Realtime** [1] - 132:9
**reason** [5] - 13:20, 61:23, 94:6, 112:11, 123:11
**reasonable** [5] - 30:19, 54:20, 80:4, 85:19, 85:25
**reasoning** [2] - 61:7, 119:22
**rebuild** [1] - 19:22
**receive** [1] - 8:21
**received** [2] - 9:3, 9:20
**receiving** [3] - 16:25, 63:1, 127:23
**recently** [2] - 25:22,

27:18
**Recess** [3] - 54:14, 80:11, 128:18
**reclaimed** [2] - 105:10, 106:7
**recollection** [1] - 122:23
**recommendations** [1] - 15:15
**record** [23] - 4:2, 54:12, 54:16, 80:9, 80:13, 89:16, 89:17, 89:19, 89:21, 99:21, 99:25, 100:3, 100:4, 100:6, 101:4, 126:14, 128:17, 128:20, 129:20, 129:24, 130:13, 130:21, 131:19
**Record** [1] - 4:13
**recorded** [2] - 6:7, 107:25
**recording** [1] - 6:10
**Recreation** [4] - 100:20, 108:17, 108:21
**recreation** [1] - 56:13
**recreational** [2] - 57:25, 61:8
**reduced** [1] - 131:17
**redundancies** [1] - 113:23
**reed** [1] - 72:4
**reevaluate** [1] - 121:18
**refer** [12] - 7:10, 8:12, 14:2, 15:22, 22:15, 32:19, 36:5, 36:25, 47:16, 100:15, 106:2, 106:4
**reference** [7] - 20:20, 21:3, 38:6, 48:24, 58:19, 59:1, 124:10
**referenced** [8] - 19:4, 33:22, 59:3, 74:25, 102:3, 102:15, 108:16, 109:5
**references** [2] - 65:11, 76:24
**referred** [16] - 13:24, 16:10, 17:7, 31:8, 32:2, 49:10, 74:19, 75:17, 76:24, 77:10, 97:4, 101:9, 102:10, 103:21, 127:14
**referring** [17] - 31:18, 65:4, 77:6, 91:14, 93:17, 95:8, 95:25, 97:3, 101:8, 101:24,

103:20, 108:11, 108:12, 111:7, 111:18, 119:16, 121:6
**refers** [8] - 19:2, 63:22, 71:4, 76:17, 77:17, 104:20, 105:9, 109:7
**regard** [11] - 27:4, 27:14, 29:14, 61:16, 63:24, 77:19, 78:13, 85:22, 87:18, 122:2, 123:7
**regarding** [4] - 37:3, 54:25, 60:18, 122:8
**registered** [1] - 23:23
**Registered** [4] - 1:20, 3:8, 131:3, 132:9
**registrations** [3] - 23:12, 24:9, 28:13
**regularly** [1] - 73:16
**regulate** [1] - 23:3
**regulated** [9] - 32:21, 60:13, 65:24, 66:4, 66:8, 66:10, 71:16, 75:24
**regulation** [1] - 57:8
**Regulation** [2] - 23:14, 23:24
**regulations** [6] - 55:5, 55:21, 55:25, 70:7, 116:1
**regulators** [1] - 107:13
**regulatory** [2] - 60:7, 107:15
**related** [5] - 9:16, 26:1, 71:5, 85:20, 131:23
**relationship** [4] - 40:18, 55:13, 66:19, 86:21
**relative** [9] - 6:3, 47:14, 48:22, 61:17, 62:25, 67:23, 107:19, 107:22, 132:1
**relatively** [4] - 68:3, 68:4, 68:9, 69:10
**reliance** [1] - 88:24
**relied** [5] - 88:12, 91:15, 94:7, 125:18, 126:8
**relocation** [2] - 20:6, 20:16
**rely** [8] - 31:4, 31:11, 60:2, 91:20, 91:22, 104:18, 124:23, 125:10
**remainder** [2] -

13

17:22, 35:17
  remeandered [2] -
19:12, 20:18
  remember [2] - 35:5,
119:14
  renewed [1] - 23:20
  rented [2] - 58:4
  repeatedly [1] -
21:12
  rephrase [1] - 114:10
  Report [5] - 52:8,
95:5, 95:24, 96:14,
108:19
  report [86] - 7:4, 7:6,
7:12, 7:13, 8:13,
13:25, 14:3, 28:20,
29:13, 31:2, 31:13,
32:3, 32:13, 33:21,
33:24, 34:23, 35:1,
35:5, 36:23, 39:2,
39:19, 47:15, 48:21,
52:9, 52:15, 52:18,
52:22, 53:4, 54:18,
54:23, 54:25, 60:17,
62:1, 62:9, 63:22,
71:4, 85:7, 87:1, 88:8,
88:14, 90:1, 91:16,
92:23, 94:16, 94:17,
95:1, 96:11, 96:13,
96:15, 96:17, 96:19,
97:5, 97:7, 97:21,
98:25, 99:3, 99:6,
100:24, 101:10,
102:4, 102:11,
102:19, 102:23,
103:10, 103:14,
104:16, 105:25,
107:25, 118:9,
119:17, 120:10,
120:11, 120:18,
121:16, 121:19,
124:4, 124:9, 125:7,
125:15, 125:19,
125:20, 126:9, 126:10
  reporter [3] - 4:11,
4:17, 6:8
  Reporter [5] - 1:20,
3:8, 131:4, 132:9,
132:9
  REPORTER [1] - 5:3
  reports [14] - 12:13,
18:6, 25:18, 31:4,
47:25, 53:14, 53:16,
63:18, 70:9, 85:4,
85:6, 85:7, 85:15,
126:2
  represent [2] - 4:16,
4:24
  represented [4] -
59:18, 60:3, 77:11,

82:23
  request [1] - 129:7
  require [1] - 30:13
  required [8] - 16:3,
16:21, 20:8, 24:14,
70:16, 119:24, 128:5,
128:8
  resource [9] - 9:6,
15:16, 19:3, 49:11,
49:20, 64:14, 65:23,
71:14, 107:7
  Resource [1] - 50:9
  Resources [10] - 3:3,
4:7, 6:14, 10:9, 10:11,
11:20, 26:15, 49:2,
66:5, 92:17
  RESOURCES [1] -
1:3
  resources [14] -
10:11, 10:14, 15:13,
16:7, 26:9, 29:1,
41:10, 48:16, 55:14,
64:4, 76:21, 76:25,
126:15, 127:7
  responded [1] -
117:19
  response [1] - 25:23
  responses [1] -
80:14
  responsible [1] -
36:16
  rest [1] - 36:22
  restate [2] - 85:14,
110:24
  restoration [4] -
16:24, 19:3, 19:14,
20:25
  Restoration [1] -
19:7
  restore [2] - 19:20,
21:9
  result [1] - 91:12
  resume [2] - 54:13,
80:10
  retained [1] - 28:23
  retro [1] - 16:16
  retro-modern [1] -
16:16
  review [14] - 18:25,
28:24, 30:23, 31:1,
64:16, 70:9, 89:5,
96:17, 117:5, 123:1,
123:18, 123:21,
124:3, 124:22
  reviewed [24] -
31:19, 37:8, 47:14,
47:21, 48:22, 63:6,
63:8, 63:13, 63:16,
63:17, 63:19, 64:4,
68:15, 70:23, 74:24,

78:17, 85:5, 85:15,
90:17, 107:21, 120:7,
120:13, 121:4, 121:15
  reviewing [1] - 63:21
  revised [1] - 10:10
  Ridge [1] - 12:23
  rip [3] - 43:1, 43:6,
44:18
  rip-rap [3] - 43:1,
43:6, 44:18
  ripples [1] - 81:25
  river [2] - 58:2, 116:5
  River [49] - 15:7,
15:16, 29:15, 29:20,
33:9, 33:11, 33:14,
33:19, 34:12, 51:5,
51:13, 53:22, 55:8,
55:13, 57:15, 57:24,
58:7, 60:16, 60:18,
61:5, 61:11, 61:15,
61:18, 62:14, 63:11,
70:2, 70:4, 70:6, 70:8,
76:14, 80:23, 83:9,
84:5, 85:8, 85:17,
107:1, 107:3, 119:2,
119:9, 119:13, 124:2,
125:5, 125:23, 126:8,
126:18, 126:21,
126:25, 127:4, 127:11
  Rivers [2] - 32:22,
67:15
  road [17] - 37:11,
38:2, 43:4, 52:14,
52:20, 52:23, 97:14,
97:25, 98:7, 98:8,
98:14, 98:18, 98:22,
99:10, 101:2, 101:18,
101:25
  Road [2] - 37:17
  Rockdale [1] - 27:22
  rocks [1] - 74:5
  rocky [2] - 44:16,
82:8
  Roesler [2] - 63:20,
124:7
  Roesler's [4] - 124:4,
124:10, 124:14,
125:10
  role [1] - 96:15
  ROSS [1] - 3:21
  Ross [3] - 3:10, 4:25,
131:9
  roughly [2] - 15:5,
73:21
  round [1] - 68:7
  routinely [1] - 115:13
  RPR [1] - 1:20
  RPWs [1] - 68:13
  RR [1] - 44:3
  ruling [1] - 13:6

  run [2] - 72:2, 99:22
  running [8] - 23:8,
47:1, 47:5, 47:9,
53:21, 76:18, 123:13,
123:14
  runoff [1] - 9:14
  runs [4] - 33:12,
34:10, 46:1, 46:6
  Rusk [6] - 49:2, 49:3,
49:20, 51:6, 83:2,
95:6
  résumé [4] - 8:11,
12:21, 15:5, 19:2
  Résumé [1] - 2:12

S

  S.C [3] - 3:10, 3:21,
131:9
  sat [1] - 5:18
  saturated [3] - 39:11,
40:23, 71:22
  Saul [1] - 4:20
  SAUL [3] - 3:17,
54:8, 95:18
  saw [13] - 43:20,
45:17, 47:20, 52:19,
53:23, 64:18, 71:20,
73:10, 84:16, 108:23,
122:4, 122:11, 123:12
  sawmill [3] - 19:20,
19:21, 20:3
  scale [1] - 84:24
  school [5] - 8:16,
10:6, 10:8, 25:1,
25:10
  science [3] - 8:19,
8:24, 9:19
  sciences [1] - 10:1
  scientific [1] - 121:2
  Scientist [3] - 23:16,
24:6, 28:10
  scientist [3] - 11:17,
31:22, 96:10
  scientists [2] -
18:18, 31:22
  Scientists [3] -
23:18, 24:20, 25:1
  scope [1] - 39:2
  scoured [3] - 41:24,
78:11, 83:22
  scouring [2] - 42:2,
42:8
  scours [1] - 40:14
  SCS [1] - 50:12
  se [1] - 109:23
  sea [1] - 56:23
  seal [1] - 132:5
  searched [1] - 71:8

  seasonally [4] -
39:11, 68:8, 68:10,
71:22
  second [7] - 5:23,
52:6, 68:21, 80:24,
81:2, 89:16, 99:21
  second-to-the-last
[1] - 52:6
  Section [8] - 32:21,
57:7, 67:15, 67:19,
67:20, 75:22, 75:23,
87:2
  section [15] - 20:18,
28:22, 29:10, 42:20,
49:17, 49:18, 54:23,
63:25, 65:6, 67:13,
67:18, 68:12, 68:21,
104:9
  sections [2] - 75:25,
82:8
  sedge [1] - 72:6
  sediment [2] - 16:25,
104:12
  see [67] - 8:19,
10:22, 14:12, 14:14,
21:25, 27:13, 28:6,
30:9, 33:23, 35:24,
37:5, 39:4, 39:25,
41:11, 42:19, 43:1,
43:7, 43:14, 43:15,
44:7, 44:12, 45:10,
45:13, 45:15, 46:1,
46:6, 46:12, 46:17,
46:18, 48:10, 48:16,
49:23, 50:3, 50:18,
51:2, 52:23, 53:10,
55:7, 62:18, 64:19,
66:2, 66:22, 70:22,
71:2, 72:18, 72:23,
73:10, 75:12, 75:15,
75:18, 78:19, 80:25,
81:17, 81:19, 81:21,
81:25, 82:14, 84:9,
84:13, 84:15, 85:6,
85:9, 85:15, 89:1,
104:5, 110:9
  seeing [3] - 35:6,
65:1, 75:10
  seem [2] - 71:10,
124:20
  segment [1] - 41:19
  segments [3] -
39:22, 40:6, 53:23
  self [1] - 19:21
  self-destructed [1] -
19:21
  seminar [1] - 9:13
  sense [2] - 7:1, 65:17
  sensitive [1] - 15:12
  sentence [10] -

91:11, 103:3, 103:7,
103:10, 103:13,
105:13, 105:17,
106:6, 106:10, 106:22
  separate [2] - 14:16,
28:2
  separated [1] - 116:3
  separately [2] - 8:11,
32:14
  sequence [1] - 9:24
  Server [2] - 49:21,
83:3
  server [1] - 88:19
  Service [2] - 50:10,
50:12
  service [1] - 15:10
  Services [4] - 11:22,
11:24, 51:21, 52:7
  set [1] - 132:4
  seven [3] - 13:22,
66:21, 79:24
  seven-page [1] -
13:22, 66:21, 79:24
  several [3] - 13:4,
18:13, 34:4
  sharing [1] - 130:11
  sharp [1] - 43:4
  Sheboygan [1] -
21:5
  sheetflow [2] - 42:7,
113:4
  shellfish [1] - 56:14
  short [6] - 40:5, 73:6,
80:8, 98:7, 101:18,
128:15
  show [16] - 32:10,
36:24, 39:4, 39:6,
49:12, 50:13, 52:4,
64:13, 71:25, 75:19,
76:25, 81:9, 85:23,
87:8, 102:8, 126:6
  showed [2] - 35:19,
50:22
  showing [5] - 35:11,
35:16, 46:14, 48:13,
51:19
  shown [16] - 38:1,
42:24, 49:13, 49:22,
50:2, 50:5, 50:15,
51:22, 53:8, 64:17,
79:8, 81:5, 81:6,
95:23, 101:11, 109:4
  shows [7] - 35:24,
46:3, 46:9, 51:1,
81:11, 82:2, 111:24
  side [6] - 22:5, 42:3,
72:23, 82:17, 84:21
  significance [2] -
62:20, 63:10
  significant [52] -

30:14, 61:24, 62:4,
62:10, 62:11, 62:17,
66:12, 66:17, 69:20,
69:21, 70:18, 70:19,
70:24, 71:17, 76:3,
76:12, 79:21, 85:10,
85:11, 85:16, 89:5,
94:22, 102:18, 103:3,
103:18, 105:16,
118:11, 118:16,
118:20, 118:21,
118:22, 119:1, 119:4,
119:8, 119:12,
119:21, 119:24,
124:1, 124:16, 125:4,
125:12, 125:22,
126:7, 126:16,
126:20, 126:23,
127:3, 127:10, 128:3,
128:6, 128:8
  signing [1] - 131:20
  similar [4] - 18:11,
20:17, 45:23, 94:15
  simplifying [1] -
22:18
  simply [13] - 18:24,
28:23, 48:13, 61:17,
64:13, 67:25, 77:5,
77:12, 82:11, 103:19,
106:4, 127:18
  site [15] - 7:1, 19:18,
29:1, 29:4, 33:8,
36:20, 37:4, 39:20,
41:10, 50:19, 72:20,
74:25, 76:17, 93:5,
93:9
  siting [1] - 27:4
  sitting [2] - 5:24,
123:5
  situated [1] - 67:23
  situation [1] - 113:5
  sixth [2] - 90:3,
90:14
  size [3] - 38:12,
38:18, 69:6
  sizes [1] - 61:17
  slight [1] - 83:12
  slightly [8] - 32:22,
34:10, 40:23, 40:24,
44:18, 45:11, 45:18,
82:1
  slope [1] - 45:24
  sloping [1] - 73:25
  small [17] - 16:5,
16:17, 23:1, 23:3,
23:10, 27:13, 42:3,
52:13, 62:16, 64:17,
72:3, 72:24, 73:4,
77:25, 81:7, 128:5
  smallest [2] - 41:18,

50:13
  Society [4] - 23:17,
24:5, 24:19, 24:25
  Soil [3] - 50:10,
50:12, 76:23
  soil [2] - 74:7
  soils [4] - 21:21,
22:4, 22:5, 22:13
  sold [1] - 56:15
  sometime [1] - 24:4
  sometimes [3] -
26:18, 39:21, 104:11
  somewhat [3] - 40:4,
45:20, 124:17
  somewhere [2] -
58:4, 58:5
  soon [2] - 25:3,
95:17
  Sorry [1] - 85:14
  sorry [9] - 4:4, 7:13,
28:19, 45:18, 46:14,
73:8, 74:12, 85:11,
91:2
  sort [5] - 9:24, 16:15,
26:22, 31:12, 71:11
  sound [1] - 107:11
  sounding [1] -
116:20
  source [5] - 49:8,
51:3, 89:25, 90:14,
102:3
  sources [10] - 78:21,
89:4, 90:6, 90:7,
90:11, 90:12, 125:6,
125:13, 126:2, 126:8
  South [5] - 3:18,
10:25, 11:3, 20:20,
21:2
  south [33] - 30:2,
35:15, 42:14, 42:15,
42:23, 51:14, 52:19,
53:11, 64:25, 80:16,
80:20, 84:21, 85:24,
97:14, 98:7, 98:10,
98:14, 98:18, 98:21,
99:9, 101:25, 104:21,
107:1, 109:22, 114:6,
114:14, 115:3,
116:21, 117:16,
117:25, 127:2, 127:9
  southern [4] - 11:9,
45:6, 45:7, 52:21
  southwest [3] -
37:15, 37:22, 106:25
  southwesterly [1] -
111:14
  special [2] - 27:4,
27:9
  species [4] - 12:19,
17:11, 22:15, 26:18

specific [3] - 79:18,
108:14, 123:8
  specifically [2] -
15:4, 93:22
  spot [1] - 41:16
  spread [1] - 78:4
  spreading [1] - 41:17
  Springs [2] - 17:13,
20:10
  spur [2] - 41:3, 43:22
  square [3] - 13:4,
61:20, 61:22
  squeeze [1] - 46:21
  ss [1] - 131:1
  stand [1] - 90:18
  standard [1] - 18:21
  standing [9] - 24:15,
40:8, 40:17, 40:18,
43:3, 43:18, 72:3,
81:23, 82:9
  Stantec [10] - 11:22,
11:23, 12:2, 45:4,
52:7, 94:16, 95:1,
95:7, 96:3, 96:9
  start [4] - 10:2,
39:25, 62:14, 105:3
  started [8] - 10:8,
11:8, 11:13, 30:1,
85:2, 105:1, 105:5,
123:22
  starting [6] - 11:11,
34:10, 41:14, 48:25,
64:23, 80:24
  starts [6] - 56:5,
67:5, 74:17, 81:16,
91:10, 102:25
  State [9] - 2:15, 3:9,
3:12, 23:14, 24:20,
25:2, 131:5, 131:11,
132:8
  STATE [1] - 131:1
  state [9] - 19:18,
21:19, 27:15, 32:17,
58:3, 61:10, 66:9,
93:22, 107:25
  statement [5] -
91:23, 92:2, 103:22,
104:18, 124:25
  states [4] - 53:4,
92:8, 103:8, 104:9
  States [16] - 3:5,
55:16, 59:6, 59:7,
86:22, 87:16, 87:22,
88:6, 114:15, 116:4,
116:15, 117:4,
117:12, 118:1,
128:23, 129:2
  STATES [1] - 1:1
  status [2] - 29:15,
60:7

steep [1] - 82:18
  steeper [2] - 82:1,
82:5
  steps [1] - 70:13
  STEVENS [1] - 3:21
  Stevens [3] - 3:10,
4:25, 131:9
  still [10] - 10:20,
20:2, 23:3, 60:20,
67:20, 82:10, 84:6,
99:21, 116:25
  stipulation [2] - 3:7,
131:7
  stop [1] - 69:24
  storm [3] - 16:19,
16:21, 16:22
  straight [1] - 23:7
  Straits [1] - 21:6
  Stream [96] - 2:16,
29:16, 29:22, 29:23,
29:24, 34:16, 35:19,
41:13, 47:15, 47:17,
47:19, 47:20, 48:1,
48:23, 49:14, 50:7,
50:20, 52:12, 53:1,
55:9, 58:9, 61:15,
61:21, 62:3, 62:16,
63:11, 63:22, 63:24,
64:1, 64:6, 64:10,
64:11, 64:21, 64:22,
65:4, 65:9, 66:1,
74:19, 75:12, 75:18,
77:4, 77:11, 78:21,
81:22, 82:14, 85:9,
85:17, 88:22, 90:10,
90:20, 91:4, 91:8,
91:11, 91:18, 93:14,
93:21, 93:22, 94:3,
97:23, 102:4, 102:15,
103:4, 103:18,
104:10, 104:12,
105:11, 105:12,
106:2, 106:9, 106:12,
106:23, 107:4,
107:20, 107:22,
108:25, 110:3, 111:8,
114:6, 114:12,
114:14, 114:23,
115:3, 116:14,
117:15, 117:25,
119:2, 119:9, 119:13,
121:13, 123:10,
126:24, 127:4, 127:8
  stream [55] - 9:15,
16:5, 19:12, 19:13,
20:2, 20:6, 20:15,
20:19, 30:9, 35:20,
37:20, 42:17, 48:12,
48:18, 48:19, 49:10,
49:16, 50:2, 50:6,

15

51:2, 51:12, 52:1, 53:4, 53:21, 62:22, 64:4, 64:6, 64:12, 66:4, 75:13, 82:16, 83:2, 83:10, 88:25, 89:2, 90:13, 91:23, 92:9, 93:18, 94:2, 94:19, 102:20, 103:8, 103:17, 104:12, 105:1, 109:11, 109:18, 109:23, 109:24, 109:25, 111:13, 116:21, 121:11
**streams** [2] - 49:12, 83:5
**Streams** [1] - 51:5
**Street** [4] - 3:11, 3:18, 3:22, 131:10
**stress** [1] - 65:12
**stricken** [1] - 113:15
**strike** [8] - 88:20, 90:20, 93:20, 101:9, 103:2, 105:24, 113:12, 128:7
**Strike** [1] - 114:9
**structure** [1] - 45:15
**stub** [12] - 52:22, 97:14, 97:25, 98:7, 98:8, 98:14, 98:18, 98:21, 99:9, 101:2, 101:18, 101:25
**studied** [4] - 8:23, 8:24, 8:25, 98:11
**studies** [1] - 15:12
**study** [2] - 8:21, 20:4
**studying** [1] - 9:13
**stuff** [1] - 67:5
**sub** [1] - 124:12
**subcontractor** [1] - 20:7
**subject** [2] - 56:6, 67:3
**submitted** [1] - 70:9
**subset** [1] - 57:4
**successful** [1] - 44:15
**sudden** [1] - 81:15
**sufficiency** [2] - 120:8, 125:12
**sufficient** [5] - 110:18, 124:1, 125:4, 125:21, 126:6
**sufficiently** [1] - 117:4
**Sugar** [2] - 15:7, 15:16
**suggesting** [1] - 62:19
**Suite** [4] - 3:11, 3:19,

3:22, 131:10
**summarized** [1] - 97:20
**summary** [4] - 29:11, 29:12, 30:15, 33:25
**summer** [1] - 129:6
**supplement** [1] - 35:5
**supported** [1] - 21:24
**Supreme** [1] - 59:5
**Surface** [4] - 10:11, 49:1, 50:24, 76:22
**surface** [20] - 10:13, 39:9, 39:15, 40:19, 40:23, 40:25, 41:8, 42:6, 49:10, 64:20, 65:1, 71:24, 72:1, 73:15, 73:16, 74:3, 74:4, 111:5, 111:25
**surrounding** [2] - 40:19, 104:15
**Survey** [2] - 50:10, 76:23
**surveys** [3] - 12:20, 18:4, 18:5
**Susan** [2] - 3:24, 5:1
**susceptible** [4] - 56:4, 57:13, 57:22, 61:5
**swales** [1] - 73:4
**swap** [1] - 95:18
**swear** [1] - 4:17
**sworn** [2] - 5:7, 131:13
**symbol** [1] - 50:22
**system** [1] - 106:5
**systematically** [1] - 70:17

### T

**table** [5] - 38:21, 38:24, 39:16, 40:20, 71:23
**talks** [3] - 28:23, 56:1, 69:6
**tape** [1] - 45:16
**taxonomy** [1] - 9:1
**ten** [4] - 25:17, 25:21, 130:1
**tend** [2] - 39:22, 50:12
**tends** [1] - 38:10
**term** [18] - 12:4, 18:13, 21:11, 32:9, 32:23, 55:16, 55:18, 75:23, 86:21, 86:23, 87:2, 87:6, 87:7,

87:12, 106:2, 110:2, 113:24, 116:2
**termed** [2] - 47:15, 75:12
**terminology** [3] - 70:19, 86:18, 107:8
**terms** [1] - 86:19
**territorial** [1] - 56:23
**test** [2] - 70:14, 79:21, 118:11, 118:16, 118:20, 118:21, 119:1
**testified** [4] - 5:8, 27:1, 27:5, 80:3
**testify** [2] - 129:21, 131:13
**testifying** [1] - 27:24
**testimony** [10] - 26:22, 76:25, 109:14, 111:12, 112:20, 117:20, 118:24, 127:15, 129:19, 131:19
**testing** [1] - 16:2
**THE** [7] - 1:1, 1:1, 5:5, 54:5, 86:6, 129:25, 130:19
**themselves** [1] - 4:16
**therein** [1] - 60:4
**thereupon** [1] - 131:16
**they've** [1] - 93:7
**thinking** [2] - 72:18, 84:24
**third** [6] - 35:7, 36:7, 37:19, 46:2, 53:18, 53:20, 91:11
**threatened** [1] - 17:11
**three** [9] - 21:17, 54:1, 68:11, 68:14, 88:19, 125:13, 125:17, 126:1, 126:8
**throughout** [1] - 47:15
**tide** [1] - 56:6
**tied** [1] - 55:12
**timeline** [1] - 121:15
**titled** [1] - 36:1
**TNW** [1] - 62:14
**TNWs** [1] - 57:2
**today** [14] - 4:11, 5:1, 5:18, 10:20, 80:3, 86:15, 87:7, 88:4, 88:12, 88:14, 97:3, 118:10, 123:5, 127:13
**today's** [2] - 4:10, 5:24
**together** [12] - 13:15,

16:8, 18:5, 26:6, 31:2, 34:14, 46:21, 47:22, 68:17, 83:6, 118:19, 129:5
**took** [5] - 9:9, 35:4, 45:12, 53:6, 102:18
**tool** [3] - 128:11, 128:12, 128:13
**top** [14] - 32:2, 35:10, 37:12, 39:9, 40:1, 46:1, 49:24, 52:6, 74:1, 74:5, 74:15, 81:2, 82:6, 83:4
**topics** [1] - 125:2
**topo** [1] - 76:22
**topographical** [2] - 111:24, 112:6
**topography** [1] - 73:14
**total** [1] - 21:9
**touching** [1] - 131:14
**toward** [7] - 13:9, 13:11, 73:16, 78:7, 106:11, 106:12, 110:8
**towards** [3] - 47:11, 110:15, 111:2
**trace** [1] - 111:20
**traced** [1] - 35:18
**track** [1] - 80:21
**traditional** [23] - 5:19, 29:21, 32:9, 32:23, 33:22, 57:1, 57:18, 58:8, 61:11, 62:5, 62:13, 67:8, 68:1, 68:2, 68:6, 68:24, 69:1, 69:4, 69:9, 69:22, 69:25, 70:21, 76:5
**traditionally** [1] - 33:4
**training** [1] - 72:17
**transcript** [7] - 2:19, 2:24, 6:7, 6:9, 124:5, 124:15, 125:11
**transcription** [1] - 131:18
**transcripts** [1] - 124:10
**transmission** [1] - 27:20, 27:23
**Transportation** [2] - 10:23, 20:24
**transportation** [1] - 12:16
**travel** [2] - 128:22, 129:4
**travelers** [1] - 56:13
**trending** [2] - 37:14, 37:21
**trial** [3] - 6:2, 6:10,

129:21
**tributaries** [2] - 56:21, 81:3
**Tributary** [1] - 51:5
**tributary** [8] - 52:1, 68:6, 69:4, 69:12, 71:11, 93:17, 94:1, 94:19
**trip** [2] - 72:9, 130:3
**trips** [1] - 58:1
**trout** [1] - 9:15
**true** [4] - 36:11, 118:4, 125:18, 131:19
**truth** [3] - 124:17, 131:13, 131:14
**try** [6] - 31:23, 42:12, 47:3, 59:23, 89:1, 112:19
**trying** [19] - 17:14, 26:8, 32:20, 34:12, 41:15, 42:11, 44:10, 44:14, 45:10, 45:21, 46:13, 47:4, 62:14, 63:25, 65:5, 68:18, 69:19, 105:19, 119:14
**turn** [5] - 8:2, 43:5, 81:14, 96:21, 115:19
**turned** [1] - 43:12
**turning** [1] - 118:9
**Two** [3] - 3:11, 3:22, 131:10
**two** [10] - 17:23, 22:19, 32:1, 35:9, 37:13, 37:21, 44:4, 83:5, 101:14, 126:2
**type** [7] - 12:16, 12:17, 12:25, 23:6, 39:10, 63:9, 72:21
**types** [9] - 8:21, 9:8, 12:1, 15:6, 26:25, 31:10, 31:20, 39:15, 68:15
**typewriting** [1] - 131:18
**typically** [13] - 31:21, 38:20, 39:14, 65:19, 66:3, 68:7, 68:10, 71:23, 76:8, 76:25, 77:3, 90:13, 104:13

### U

**U.S** [25] - 2:13, 2:14, 14:14, 26:17, 30:13, 32:17, 32:18, 55:4, 56:19, 57:11, 57:18, 59:5, 60:13, 60:21, 67:15, 75:9, 75:21, 75:23, 114:3, 114:21,

16

114:24, 115:8,
115:10, 117:16
**U.S.C** [1] - 87:2
**unable** [1] - 89:2
**unavoidable** [1] -
26:6
**unchannelized** [5] -
53:5, 102:21, 103:9,
104:4, 105:2
**uncomfortable** [1] -
117:7
**undefined** [1] -
112:14
**under** [29] - 25:12,
32:21, 37:9, 37:10,
37:14, 38:1, 38:3,
42:2, 43:4, 44:15,
52:13, 60:15, 60:18,
65:14, 67:11, 67:15,
67:20, 68:11, 75:24,
76:16, 79:16, 81:10,
97:4, 97:14, 98:6,
103:4, 106:23, 115:12
**underlying** [1] -
111:23
**underneath** [1] -
82:12
**understood** [1] -
13:14
**unfortunately** [2] -
34:23, 84:23
**United** [16] - 3:5,
55:16, 59:6, 59:7,
86:22, 87:16, 87:22,
88:6, 114:15, 116:4,
116:15, 117:4,
117:12, 118:1,
128:23, 129:2
**UNITED** [1] - 1:1
**University** [2] - 8:17,
9:5
**unnamed** [3] - 35:20,
49:12, 49:16
**unsupported** [1] -
75:10
**unusual** [2] - 16:23,
19:25
**up** [15] - 10:15,
11:12, 24:2, 27:14,
35:22, 38:19, 43:21,
46:21, 51:9, 65:17,
82:19, 82:25, 86:15,
87:21, 102:1
**upgradient** [9] -
40:7, 41:22, 42:1,
43:19, 44:6, 53:9,
55:11, 94:5, 112:23
**upland** [3] - 22:2,
22:16, 22:20
**upper** [5] - 19:8,

43:14, 44:12, 83:1,
105:5
**Upper** [1] - 15:7
**uppermost** [6] -
35:13, 51:14, 83:18,
84:8, 84:20, 90:19
**upstream** [12] -
38:20, 39:23, 40:7,
42:1, 51:13, 53:4,
83:11, 84:12, 90:22,
102:20, 103:8, 105:2
**urban** [1] - 15:10
**URS** [7] - 11:15,
11:17, 15:25, 17:5,
17:17, 17:20, 24:4
**USDA** [1] - 50:9
**useful** [2] - 50:18,
128:11
**uses** [2] - 17:1,
105:11
**USGS** [3] - 50:16,
50:23, 76:22
**utility** [1] - 12:15
**utilized** [1] - 76:8

## V

**vague** [2] - 31:16,
85:13
**valleys** [1] - 82:6
**Van** [10] - 2:4, 2:25,
4:24, 5:10, 88:15,
88:16, 92:23, 93:2,
93:3
**VAN** [29] - 3:21, 4:23,
7:16, 7:20, 8:4, 54:3,
54:6, 54:10, 58:24,
80:7, 86:3, 89:13,
94:8, 95:15, 98:2,
99:20, 110:21,
111:16, 112:9,
113:14, 114:7,
114:18, 115:4,
116:17, 129:13,
129:16, 130:8,
130:12, 130:18
**various** [8] - 21:24,
25:24, 34:14, 34:15,
45:17, 47:22, 55:13,
88:12
**vegetation** [8] -
21:21, 22:2, 22:14,
22:17, 38:13, 41:17,
46:19, 46:20
**Verona** [1] - 15:9
**versus** [3] - 4:7,
6:15, 22:7
**vessel** [1] - 33:1
**vessels** [4] - 57:25,

58:3, 61:8, 61:9
**via** [1] - 115:12
**vicinity** [1] - 50:1
**video** [1] - 6:10
**VIDEOGRAPHER**
[12] - 4:1, 54:12,
54:15, 80:9, 80:12,
89:17, 89:20, 100:2,
100:5, 128:16,
128:19, 130:20
**videographer** [1] -
6:9
**Videographer** [2] -
99:14, 99:15
**VIDEOTAPE** [2] -
1:13, 3:1
**view** [1] - 44:14
**Viewer** [2] - 50:25,
76:23
**visibly** [1] - 98:5
**visit** [5] - 29:3, 29:6,
36:19, 37:3, 106:15
**visited** [3] - 29:5,
39:20, 74:25
**visiting** [1] - 47:13
**volume** [1] - 73:5

## W

**W7** [4] - 95:2, 96:24,
97:12, 101:6
**Wade** [1] - 19:18
**wait** [2] - 99:20,
99:24
**waiting** [1] - 59:22,
99:23
**waived** [1] - 131:21
**walked** [5] - 34:9,
35:21, 41:2, 41:5,
82:6
**walking** [1] - 35:14,
72:8
**walks** [1] - 118:18
**walkways** [1] - 17:3
**Waltham** [1] - 11:7
**wants** [3] - 12:5,
69:11
**wash** [3] - 45:20,
46:1, 46:5
**washes** [1] - 73:5
**waste** [2] - 27:4, 27:9
**water** [104] - 7:2, 9:2,
9:6, 10:10, 10:13,
15:15, 16:19, 16:21,
16:22, 19:3, 29:1,
30:13, 33:7, 33:22,
38:15, 38:19, 38:21,
38:22, 38:24, 39:12,
39:13, 39:14, 39:15,

40:8, 40:14, 40:17,
40:18, 40:20, 40:24,
41:8, 41:9, 42:6,
44:12, 45:13, 48:5,
48:14, 48:16, 49:11,
55:14, 55:15, 56:21,
57:18, 60:12, 60:20,
60:21, 61:12, 62:25,
63:1, 64:14, 64:18,
64:20, 65:1, 67:7,
68:4, 68:9, 71:23,
72:1, 72:3, 72:19,
72:25, 73:15, 73:16,
77:7, 77:23, 81:23,
82:9, 82:10, 82:15,
82:22, 83:9, 83:22,
84:6, 86:22, 87:6,
87:16, 88:6, 103:20,
107:7, 109:20, 111:5,
111:19, 112:20,
112:24, 113:8,
113:18, 114:3,
114:15, 114:20,
114:24, 115:8,
115:10, 116:10,
116:14, 117:4,
117:16, 118:1,
123:12, 126:14,
127:6, 127:19,
127:20, 127:23
**Water** [14] - 10:11,
21:19, 49:2, 50:24,
55:3, 55:6, 55:19,
55:23, 57:5, 59:5,
68:23, 76:23, 86:23,
87:4
**waterfall** [1] - 82:22
**waters** [38] - 32:16,
32:24, 33:1, 33:3,
33:4, 33:23, 55:4,
56:2, 56:5, 56:7, 56:8,
56:13, 56:16, 56:19,
56:20, 56:22, 56:24,
57:2, 57:3, 57:7,
57:10, 57:11, 57:12,
57:16, 67:14, 67:23,
68:1, 68:3, 69:17,
75:9, 75:20, 75:21,
75:23, 76:4, 116:4,
117:12
**Waters** [1] - 2:14
**watershed** [13] -
15:8, 15:13, 38:11,
38:12, 38:14, 38:16,
61:18, 61:19, 61:20,
62:15, 67:9, 69:6,
77:8
**watersheds** [2] -
61:14
**waterway** [57] - 7:3,

11:18, 18:4, 29:21,
29:25, 32:10, 32:21,
34:13, 35:25, 45:25,
50:19, 50:23, 52:3,
53:9, 53:10, 57:19,
58:8, 60:7, 60:12,
62:2, 62:5, 62:13,
62:23, 62:24, 67:6,
67:9, 68:7, 68:25,
69:1, 69:5, 69:9,
69:10, 69:23, 69:25,
72:15, 73:14, 75:11,
76:5, 76:18, 77:13,
77:15, 78:11, 80:22,
81:1, 81:4, 81:15,
87:16, 87:24, 87:25,
88:5, 93:24, 94:20,
94:24, 98:5, 98:8,
98:10, 115:9
**waterways** [11] -
12:9, 18:20, 26:4,
27:7, 27:21, 27:25,
50:13, 50:14, 68:13,
70:22, 77:1
**Wauwatosa** [1] -
16:1
**ways** [1] - 55:6
**WE** [1] - 4:4
**web** [1] - 88:19
**Web** [3] - 49:21,
50:10, 83:3
**website** [1] - 32:19
**websites** [1] - 61:19
**week** [1] - 5:20
**welcome** [2] - 8:12,
14:2
**well-defined** [5] -
78:23, 84:1, 97:13,
98:9, 98:12
**West** [1] - 27:22
**west** [6] - 10:4,
37:11, 37:18, 37:23,
43:5, 64:22
**Westerberg** [1] -
4:21
**WESTERBERG** [1] -
3:18
**Western** [2] - 3:6, 4:5
**WESTERN** [1] - 1:1
**Weston** [1] - 27:20
**wet** [1] - 71:24
**wetland** [124] -
10:25, 11:3, 15:1,
16:5, 16:20, 16:24,
18:4, 18:7, 18:18,
19:13, 20:13, 20:15,
21:8, 21:13, 21:14,
21:18, 21:21, 22:1,
22:10, 22:16, 22:22,
22:23, 23:3, 25:20,

VIDEOTAPE EVIDENTIARY DEPOSITION OF ELIZABETH A. DAY  4/18/2012

27:5, 27:14, 30:8,
30:12, 39:10, 39:11,
40:22, 41:1, 41:7,
42:12, 45:4, 46:4,
46:9, 47:6, 47:11,
47:12, 52:3, 55:9,
59:13, 60:12, 64:19,
66:7, 66:8, 67:3, 67:9,
67:11, 67:22, 68:25,
69:17, 70:1, 70:3,
71:4, 71:9, 71:16,
71:19, 71:21, 71:22,
73:13, 73:17, 73:18,
74:10, 74:17, 74:20,
75:14, 75:15, 75:16,
75:20, 77:12, 78:3,
78:9, 78:14, 78:18,
79:1, 79:4, 93:23,
93:25, 94:18, 94:21,
94:24, 95:2, 96:24,
96:25, 97:2, 97:4,
97:12, 101:5, 103:15,
103:23, 109:12,
110:8, 110:14,
110:15, 110:19,
111:1, 111:6, 112:3,
112:7, 113:17,
113:20, 113:24,
114:1, 114:16,
114:17, 115:2, 115:3,
115:11, 116:16,
117:17, 117:19,
118:5, 118:6, 122:22,
122:24, 123:15,
125:25, 126:7,
126:21, 127:7
  Wetland [26] - 10:17,
10:21, 23:16, 23:17,
24:6, 24:19, 24:20,
24:21, 24:25, 25:3,
25:7, 28:10, 51:16,
51:19, 51:22, 52:7,
52:22, 92:24, 93:11,
94:11, 94:15, 95:4,
95:24, 96:13, 108:18
  wetlands [33] - 9:10,
10:19, 11:18, 12:7,
12:8, 12:11, 13:3,
17:11, 18:19, 20:4,
21:1, 21:7, 21:10,
21:18, 22:25, 23:5,
23:10, 25:20, 26:4,
27:6, 27:16, 27:21,
27:25, 39:15, 56:8,
56:23, 62:3, 68:2,
69:5, 72:17, 116:3,
116:6, 117:11
  whatsoever [1] -
73:15
  whereas [3] - 61:20,
82:25, 106:2

  wherein [1] - 3:3
  whereof [1] - 132:4
  Whistling [1] - 21:6
  white [3] - 34:24,
36:4, 101:4
  wide [4] - 43:17,
73:19, 73:21, 73:23
  wider [2] - 47:4,
81:22
  Wildlife [1] - 26:17
  Wind [1] - 12:23
  wind [1] - 13:8
  winded [1] - 67:2
  winding [1] - 125:1
  WISCONSIN [3] -
1:1, 1:3, 131:1
  Wisconsin [33] -
1:17, 2:15, 3:3, 3:6,
3:9, 3:12, 3:19, 3:22,
4:6, 4:9, 4:14, 6:12,
6:14, 8:17, 9:5, 10:13,
10:17, 10:21, 10:23,
11:14, 23:14, 23:24,
24:21, 25:7, 26:15,
27:12, 32:17, 33:9,
66:9, 131:5, 131:11,
132:8
  wish [1] - 24:1
  wit [1] - 131:12
  Witness [1] - 2:2
  WITNESS [5] - 5:5,
54:5, 86:6, 129:25,
130:19
  witness [9] - 3:2,
4:18, 5:7, 6:2, 6:22,
27:21, 129:18,
131:20, 132:4
  witnesses [1] -
120:22
  wondering [1] -
128:22
  woodland [1] -
106:25
  words [3] - 57:24,
107:11, 107:12
  works [2] - 120:25,
121:1
  write [3] - 7:9, 12:12,
12:13
  writer [1] - 91:7
  writings [2] - 25:14,
25:18
  written [2] - 56:1,
60:17
  wrote [2] - 51:9,
104:24
  WRPC [1] - 97:18

## Y

  yards [1] - 16:17
  year [5] - 11:7, 11:23,
25:21, 68:7, 68:14
  year's [1] - 91:13
  year-round [1] - 68:7
  years [12] - 12:3,
15:20, 17:1, 19:22,
20:14, 22:23, 23:21,
25:17, 27:23, 47:23,
53:25
  yesterday [1] - 86:14
  yourself [2] - 119:5,
130:15

## Z

  zigzag [2] - 42:10,
47:3
  zigzagging [1] -
41:15