IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Wisconsin Resources Protection
 Council, Center for Biological
 Diversity, and Laura Gauger,

      Plaintiffs,

      v.                                         Case No. 11-cv-45

Flambeau Mining Company,

      Defendant.

---

**PLAINTIFFS' PROPOSED SPECIAL VERDICT FORM**

---

Plaintiffs, by their undersigned counsel, submit the attached Proposed Special Verdict Form in accordance with the Court's Preliminary Pretrial Conference Order dated April 7, 2011 (Dkt. #12) and the Court's Order in Non-Jury Cases.

**The Court finds as follows:**

**Remaining Issues for Liability**

**Question No. 1:**  Do the pollutants discharged from the Biofilter reach a water of the United States because:

> The pollutants enter Stream C south of Copper Park Lane? _____ (yes/no);

> or

> The pollutants enter an intermittent waterway or wetland north of Copper Park Lane that is itself a "water of the United States" because it is a continuation of Stream C, is adjacent to Stream C, or, either alone or in combination with other wetlands and waterways in the Stream C watershed, has a "significant nexus" with the Flambeau River? _____(yes/no);

**Question No. 2**:  If "yes" to any of the above, on which dates did the Biofilter discharge to a water of the United States? [The dates the Court already found undisputed discharges from the Biofilter are as follows:   August 3, 2006; October 4, 2006; November 28, 2006; May 24, 2007; September 21, 2007; April 25, 2008; October 27, 2008; April 25, 2009; October 3, 2009; April 16, 2010; September 17, 2010; October 26, 2010; April 27, 2011; and June 19, 2011 (Dkt # 137 at p. 17, (citing PPFOF ¶¶ 101-130, dkt # 52))]

_____
_____
_____

**Issues for Remedy**

Based on the above findings:

**Question No. 1:**  Should the Court declare that Defendant violated the Clean Water Act by discharging pollutants into waters of the United States in violation of 33 U.S.C. § 1311(a)? _____ (yes/no)

**Question No. 2:**  Should the Court enjoin the Defendant from discharging pollutants into a water of the United States unless authorized to do so under a permit issued pursuant to section 402 of the Clean Water Act? _____ (Yes/No)

**Question No. 3:**  Should the Court should assess the statutorily presumptive civil penalty of $32,500 for each of _____ [number of dates] violations that occurred before January 12, 2009, and $37,500 for each of _____ [number of dates] violations that occurred after January 12, 2009? _____ (yes/no)

If "no" and a decrease in the presumptive rates is warranted, which of the following mitigating factors of 33 U.S.C. § 1319(d) are present?  Check all that apply:

> ____ The seriousness of the violation or violations;
> ____ The economic benefit (if any) resulting from the violation;
> ____ Any history of such violations;
> ____ Any good-faith efforts to comply with the applicable requirements;
> ____ The economic impact of the penalty on the violator; and
> ____ Such other matters as justice may require.

Based on the above, what amount of penalty per violation should be assessed?

$_____for violations before January 12, 2009 x _____ [# of violations] = _____

$_____for violations after January 12, 2009 x _____ [# of violations] =  _____

                                                                                              Total penalty:  $_____

**Question No. 4**:  Should the Court require Defendant to pay an appropriate sum for a Supplemental Environmental Project to benefit the water quality of Stream C and the Flambeau River and to further the economic, recreational, and aesthetic use of the Flambeau River by the public?  _____(yes/no).

    If yes, in what amount?  $_____

**Question No. 5**:  Are Plaintiffs are entitled to an award of their costs of litigation (including reasonable attorney and expert witness fees) under 33 U.S.C. § 1365(d)?

3

_____ (yes/no)

Case: 3:11-cv-00045-bbc Document #: 208 Filed: 05/14/12 Page 4 of 4

_____ (yes/no)