IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Wisconsin Resources Protection
 Council, Center for Biological
 Diversity, and Laura Gauger,

      Plaintiffs,

      v.                  Case No. 11-cv-45

Flambeau Mining Company,

      Defendant.

---

### REVISED PARTIES' PRETRIAL STATEMENT

---

The parties, by their undersigned counsel, submit this Pretrial Statement in accordance with the Court's Preliminary Pretrial Conference Order dated April 7, 2011 (Dkt. #12) and the Court's Order in Non-Jury Cases:

A.    **STIPULATION OF UNCONTESTED FACTS**

The parties' Stipulation of Uncontested Facts will be filed separately.

B.    **PROBABLE LENGTH OF TRIAL**

The parties estimate that trial will take five to seven (5-7) days. The Court has agreed to bifurcate the presentation of evidence (not bifurcate the trial) into separate phases for liability and penalties; the liability phase will commence on Monday, May 21, 2012, and the penalty phase shall commence on Thursday, May 24, 2012.

C. **NAMES OF ALL PROSPECTIVE WITNESSES**

The parties' comprehensive list of all prospective witnesses is provided below:

| | |
|---|---|
| Mr. Steve Anders | Mr. Philip Fauble |
| Mr. Steven Apfelbaum | Ms. Geralyn Felske |
| Mr. James Bertolacini | Mr. Harold Flater |
| Dr. G. Allen Burton | Mr. Fred Fox |
| Dr. David M. Chambers | Ms. Laura Gauger |
| Mr. Alan Christianson | Mr. James Hutchison |
| Mr. Jack Christman | Mr. John Kleist |
| Mr. David Cline | Ms. Sharon Kozicki |
| Dr. John Coleman | Mr. Lawrence Lynch |
| Ms. Elizabeth Day | Mr. Bruce Moore |
| Mr. Jeff Dimick | Ms. Jana Murphy |
| Mr. Stephen Donohue | Mr. Robert Nauta |
| Mr. James Engelhardt | Mr. Craig Roesler |
| Dr. Anne Fairbrother | Mr. Ivan Shanks |

D. **STIPULATION OF QUALIFICATIONS OF EXPERT WITNESSES**

Plaintiffs stipulated to the expert qualifications of Defendant's witnesses Elizabeth Day and Stephen Donohue as to their scientific knowledge, but not their legal expertise.  Defendant does not stipulate to the expert qualifications of any of Plaintiffs' witnesses.

E. **SCHEDULE OF TRIAL EXHIBITS**

The exhibits for which the parties have reached agreement on the authenticity will be filed separately as a Joint Exhibit List. The parties' respective objections, if any, shall be filed separately. The parties have numbered all Joint Exhibits sequentially beginning with the number 1000.

Plaintiffs' schedule of exhibits they will offer in evidence at trial will be filed separately. Defendant's objections thereto will be filed separately.

Defendant's schedule of exhibits it will offer in evidence at trial will be filed separately. Plaintiffs' objections thereto will be filed separately.

F. **STATEMENT OF THE CONTESTED ISSUES OF LAW**

Plaintiffs' Statement of Contested Issues of Law will be filed separately.

Defendant's Statement of Contested Issues of Law will be filed separately.

G. **DEPOSITIONS TO BE OFFERED IN EVIDENCE**

The Defendant's list of depositions and portions of depositions to be offered in evidence, along with Plaintiffs' objections and counter-designations thereto, and the portions of those transcripts marked in color shall be filed separately.

The Plaintiffs' list of depositions and portions of depositions marked in color to be offered in evidence, along with Defendant's objections and counter-designations thereto, will be filed separately.

Respectfully submitted this 15th day of May, 2012.

/s/Pamela R. McGillivray
James N. Saul

3

Christa O. Westerberg
David C. Bender
Pamela R. McGillivray
McGillivray Westerberg & Bender LLC
211 S. Paterson Street, Suite 302
Madison, WI 53703
608.310.3560 (Ph)
saul@mwbattorneys.com
westerberg@mwbattorneys.com
bender@mwbattorneys.com
mcgillivray@mwbattorneys.com

Daniel P. Mensher
Kevin M. Cassidy
Pacific Environmental Advocacy Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6926
dmensher@lclark.edu
cassidy@lclark.edu

Marc D. Fink
Center for Biological Diversity
209 East 7th St.
Duluth, MN 55805
(218) 525-3884
mfink@biologicaldiversity.org