IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

Wisconsin Resources Protection
 Council, Center for Biological
 Diversity, and Laura Gauger,

        Plaintiffs,

        v.                           Case No. 11-cv-45-bbc

Flambeau Mining Company,

        Defendant.

---

**PLAINTIFFS' OBJECTIONS TO DEFENDANT'S
REVISED SCHEDULE OF TRIAL EXHIBITS**

---

       Plaintiffs, by their undersigned counsel, submit their Objections to Defendant's

Revised Schedule of Trial Exhibits in accordance with the Court's Preliminary Pretrial

Conference Order dated April 7, 2011 (Dkt. #12) and the Court's Order in Non-Jury

Cases as follows:

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 500 | 3 | WRPC 000009 | Map – "DNR Surface Water Sampling Sites" | X | | |
| 501 | 4 | WRPC 000006-WRPC 000007 | Surface Water Sample Lab Results | X | | |
| 502 | 5 | WRPC 000012 | Flambeau Mine Stream C and reference stream Fish Survey Data | X | | |
| 503 | 6 | WRPC 000010 | Flambeau Mine Stream Macroinvertebrates and Indices | X | | |
| 504 | 7 | WRPC 000011-WRPC 000017 | Jeffrey Dimick Macroinvertebrate Sampling and Analysis: Mine Site 303(d) Project | X | | |
| 505 | 8 | WRPC 000018 | Photo along Highway 27 (West side ditch): Sampling Site C8-2 | X | | |
| 506 | 9 | WRPC 000019 | Photo along Highway 27 (East side ditch): Sampling Site ED-14 | X | | |
| 507 | 10 | WRPC 000020 | Photo of rail spur drainage area: Site MC3-3 | X | | |
| 508 | 11 | WRPC 000021 | Photo of Stream C below Copper Park Lane: Sampling Site C1-5 | X | | |
| 509 | 12 | WRPC 000022 | Photo of Stream C, pool #1 | X | | |
| 510 | 13 | WRPC 000023 | Photo of another Stream C pool | X | | |
| 511 | 14 | WRPC 000024 | Photo of a third Stream C pool | X | | |
| 512 | 15 | | Lynch Affidavit dated April 26, 2011 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 513 | 17 | WRPC 000316 | Drawing: Proposed Project Facilities | X | | FRE 801/802 (Hearsay) |
| 514 | 18 | WRPC 000224-WRPC 000251 | WPDES Permit WI-00047376-2 | X | | FRE 402 (Relevance) |
| 515 | 19 | WRPC 000252-WRPC  000254 | FMC January 8, 1998 Modification request letter | X | | FRE 402 (Relevance) |
| 516 | 20 | WRPC 000255-WRPC  000256 | Lynch 3/20/98 Letter to Jana Murphy | X | | FRE 402 (Relevance) |
| 517 | 21 | WRPC 000257-WRPC  000260 | DNR July 30, 1998 Mining Permit Modification | X | | FRE 402 (Relevance) |
| 518 | 22 | WRPC 000261 | Lynch 9/8/98 Letter to Jana Murphy | X | | FRE 402 (Relevance) |
| 519 | 23 | WRPC 000262-WRPC  000263 | DNR Close-out of WPDES Permit #WI-00047376-2 issued 3/29/96 | X | | FRE 402 (Relevance) |
| 520 | 28 | | Fauble Affidavit | X | | FRE 801/802 (Hearsay) |

1

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 521 | 30 | FMC016918 | Map of Ladysmith Area showing Flambeau property lines | X | | |
| 522 | 33 | FMC000871 | Email from L. Lynch to Jana Murphy dated March 13, 2001 forwarding K. Markart's comments on Flambeau's 2000 Annual Report | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 523 | 36 | FMC001719-FMC001721 | Memo to Jana Murphy from Marten Cieslik & Steve Donohue, Foth & Van Dyke | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 524 | 37 | FMC002418-FMC002421 | Stipulation and Order In The Matter of the Application of Flambeau Mining Company for Issuance of a Certificate of Completion of Reclamation | X | | |
| 525 | 55 | FMC002770 | Biofilter Monitoring Locations, Flambeau Mine | X | | |
| 526 | 56 | FMC002557 | Aerial map of Flambeau Mining Company | X | | FRE 801/802 (Hearsay) |
| 527 | 57 | FMC018205-FMC018207 | 2000-2003 Surface Water Monitoring Results | X | | |
| 528 | 58 | FMC016561-FMC016562 | Testing Results | X | | |
| 529 | 59 | FMC000823-FMC000842 | Surface Water Monitoring Data | X | | |
| 530 | 60 | FMC013504 | Hand drawn sketch of site | X | | |
| 531 | 70 | FMC 034762 | Photograph | X | | FRE 402 (Relevance) |
| 532 | 71 | | Handwritten document – "Proposed Reclamation Plan Modifications" (Informational meeting attendance list.) | X | | FRE 402 (Relevance) |
| 533 | 77 | WRPC000531 | Letter to Tom Portle from Laura Furtman | X | | FRE 402 (Relevance) FRE 602 (Foundation) |
| 534 | 78 | WRPC000835 | Letter to Larry Lynch from Laura Furtman noted sent 12/10/03 | X | | |
| 535 | 79 | WRPC 000557 | Letter to Laura Furtman from Larry Lynch [2003 ORR response] | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 536 | 80 | FMC020604-FMC020612 | Letter to Larry Lynch from Jana Murphy [2003, contains baseline monitoring] | X | | |
| 537 | 82 | WRPC 000548-WRPC 000549 | Letter to Larry Lynch from Laura Furtman sent 12/22/03 | X | | |

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 538 | 89 | WRPC 002833-WRPC 02843 | Letter to Larry Lynch from Jana Murphy [2004 monitoring plan for Stream C] | X | | |
| 539 | 90 | WRPC 000535 | Letter to Larry Lynch from Laura Furtman [2004 ORR] | X | | FRE 402 (Relevance) |
| 540 | 93 | WRPC000436-WRPC 000438 | Letter to James Schendler from Atty. Charles Hammer, DNR | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 541 | 95 | WRPC 002255 | Letter to Larry Lynch from Laura Furtman sent 3/22/05 [ORR] | X | | FRE 402 (Relevance) |
| 542 | 96 | WRPC 000256-WRPC 000257 | Letter to Laura Furtman from Larry Lynch | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 543 | 97 | WRPC 000508-WRPC 000510 | Letter to Larry Lynch from Laura Furtman | X | | FRE 402 (Relevance) |
| 544 | 98 | WRPC 000537-WRPC 000538 | Letter to Laura Furtman from Larry Lynch | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 545 | 99 | WRPC 003041-WRPC 003042 | Letter to Larry Lynch from Laura Furtman | X | | FRE 402 (Relevance) |
| 546 | 100 | WRPC 003043-WRPC 003044 | Letter to Laura Furtman from Larry Lynch | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 547 | 101 | WRPC003045 | Letter to Larry Lynch from Laura Furtman | X | | FRE 402 (Relevance) |
| 548 | 108 | WRPC 001690-WRPC 001692 | Email to Laura Furtman from Lori Andresen | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) |

3

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 549 | 112 | WRPC001139-40; 1142-43; 1140; 1154; 1170; 1172; 1174; 1182; 1184; 1186; 1191-92; 1195-96; 1198; 1210; 1250; 1260-64; 1266-70; 1275-76; 1280; 1286; 1289; 1301-02; 1312-13; 1329; 1331; 1334; 1339; 1348; 1334; 1339; 1348; 1357; 1397; 1403; 1406; 1419 | Photographs | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 550 | 113 | | Photograph with marked locations of other photographs | X | | FRE 402 (Relevance) FRE 403 (Cumulative) FRE 602 (Foundation) FRE 801/802 (Hearsay) FRE 901 (Authenticity) |
| 551 | 118 | FMC 040481-FMC 040487 | Foth October 14, 2008 letter to DNR | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 901 (Authenticity) |
| 552 | 119 | | Foth Fig. 5, November, 2011 | X | | |
| 553 | 120 | | Photo: Pre-Mining | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 901 (Authenticity) |
| 554 | 121 | | "Photo" – Foth Figure 8, November, 2011 | X | | |

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 555 | 122 | | "Photo" – Foth Figure 10, November, 2011 | X | | |
| 556 | 125 | | Foth Figure 2-1, Existing Site Conditions, May 2011 | X | | |
| 557 | 127 | WRPC 016370 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) |
| 558 | 128 | WRPC 016371 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) |
| 559 | 129 | WRPC 016375 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) |
| 560 | 135 | WRPC 015499- WRPC 015506 | Landscape design and planting plan | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 561 | 138 | FMC 001532 | Foth Figure 1-"Soil Boring Locations and Concentrations" | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 562 | 140 | WRPC 015320 | Foth Figure 2-2-"Grading Plans and Vegetation Cover Areas" (from Exhibit 32). | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 563 | 141 | WRPC 015322 | Foth Figure 2-4-"Post Construction Drainage Basins" (from Exhibit 32). | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 564 | 142 | WRPC 015352 | Foth Figure 1-"Proposed East Copper Infiltration Basin Cross Section – Looking North" (from Exhibit 32). Looking North (from Exhibit 32). | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 565 | 143 | WRPC 015356 | Foth "Photographic Log" (2 photos) (from Exhibit 32). | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 566 | 144 | FMC 002506- FMC 002535 | Foth letter: "Draft 2008 Monitoring Results and Copper Park Lane Work Plan" | X | | FRE 402 (Relevance) FRE 901 (Authenticity) |
| 567 | 150 | | AES Figure: FMC Site | X | | FRE 602 (Foundation) |
| 568 | 152 | | AES documents | X | | FRE 402 (Relevance) FRE 403 (Cumulative) FRE 602 (Foundation) FRE 801/802 (Hearsay) FRE 901 (Authenticity) |
| 569 | 162 | AES 000296- AES 000298 | AES memo "RE: Cross Sections and Design Details" | X | | FRE 602 (Foundation) FRE 801/802 (Hearsay) |

5

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 570 | 164 | | Expert Witness Report of Betsey Day plus Attachments, 11/7/2011 | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 571 | 166 | | EPA/USACOE "Draft Field Staff/Guidance on Identifying Waters Protected by the Clean Water Act" | X | | FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 572 | 168 | FMC 009580- FMC 009596 | FMC letter to L. Lynch enclosing Foth 10/10/05 Analysis of Collected Data for Stream C (2005) | X | | |
| 5732 | 170 | | Pages 12-14 of Ms. Betsey Day Expert Witness Report, 11/7/2011 | X | | FRE 801/802 (Hearsay) |
| 574 | 171 | | USACOE Approved Jurisdictional Determination Form (checklist) | X | | |
| 575 | 172 | | Navigable Waters of the United States within the State of Wisconsin | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 576 | 173 | | Rusk Co. Geographic web server photos – "Stream C locations"; B. Day Photographs | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 577 | 174 | | 11/07/11 Expert Witness Report of Stephen V. Donohue, plus attachments | X | | FRE 801/802 (Hearsay) (Excluding attachments) |
| 578 | 175 | | 03/28/11 Expert Witness Report of Stephen V. Donohue, plus attachments | X | | FRE 801/802 (Hearsay) (Excluding attachments) |
| 579 | 186 | | Bannerman memo to Roesler re: highway and parking lot CU and Zn levels, 2/26/2010 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) |
| 580 | Wilson 14 | | Letter to Larry Lynch from Jana Murphy regarding issues on the reclamation plan | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) |
| 581 | Wilson 17 | | Letter to Tom Wilson from Larry Lynch regarding proposed modifications | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 582 | | WRPC014044 | 12/30/03 email from Laura Furtman to John regarding biofilter copper | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 583 | | WRPC 000338- WRPC 000343 | Furtman Testimony - May, 2007 regarding biofilter and Stream C | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) |

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 584 | | | Summary of Remedial Action - Phil Fauble - August, 1998- November 11, 2011 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 901 (Authenticity) |
| 585 | | WRPC 016845 | 1/13/12 email from Laura Gogert to Tom Wilson "royal asshole" Williams | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 901 (Authenticity) |
| 586 | | | Book called "The Buzzards Have Landed" | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 587 | | | Dr. Anne Fairbrother Expert Witness Report and Attachments 11/07/11 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 588 | | | Dr. G. Allen Burton Expert Witness Report with Attachments 11/07/11 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) |
| 589 | | FMC 043632 | Reclamation costs - 12/31/99 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 590 | | FMC 043646 | Reclamation costs - 12/31/00 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 591 | | FMC 043661 | Reclamation costs - 12/31/01 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 592 | | FMC 043676 | Reclamation costs - 12/31/02 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 593 | | FMC 043691 | Reclamation costs - 12/31/03 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 594 | | FMC 043703 | Reclamation costs - 12/31/04 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 595 | | FMC 043729 | Reclamation costs - 12/31/05 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 596 | | FMC 043754 | Reclamation costs - 12/31/06 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 597 | | FMC 043778 | Reclamation costs - 12/31/07 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 598 | | FMC 043798 | Reclamation costs - 12/31/08 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 599 | | FMC 043816 | Reclamation costs - 12/31/09 | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) FRE 403 (Cumulative) |

8

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 600 | | WRPC 001141 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 601 | | WRPC 001156 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 602 | | WRPC 001151 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 603 | | WRPC 001157 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 604 | | WRPC 001160 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 605 | | WRPC 001169 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 606 | | WRPC 001173 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 607 | | WRPC 001174 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 608 | | WRPC 001258 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 609 | | WRPC 001271 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 610 | | WRPC 001272 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 611 | | WRPC 001273 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 612 | | WRPC 001274 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 613 | | WRPC 001275 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 614 | | WRPC 001276 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 615 | | WRPC 001277 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 616 | | WRPC 001279 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 617 | | WRPC 001280 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 618 | | WRPC 001282 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |
| 619 | | WRPC 001294 | Photograph | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) |

10

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 620 | | WRPC 001303 | Photograph | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative) |
| 621 | | WRPC 001306 | Photograph | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative) |
| 622 | | WRPC 001307 | Photograph | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative) |
| 623 | | WRPC 001308 | Photograph | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative) |
| 624 | | WRPC 001310 | Photograph | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative) |
| 625 | | WRPC 001311 | Photograph | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative) |
| 626 | | WRPC 001378 | Photograph | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative) |
| 627 | | | 1970 Photograph (black and white) BRZ - 1LL-13 | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative)<br>FRE 901 (Authenticity)<br>FCRP 37(c) (Undisclosed) |
| 628 | | | Infiltration Basin Photos | X | | FRE 402 (Relevance)<br>FRE 602 (Foundation)<br>FRE 403 (Cumulative)<br>FRE 901 (Authenticity)<br>FCRP 37(c) (Undisclosed) |

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 629 | | | Betsey Day Expert Witness Report and Attachments, 11/7/2011 | X | | FRE 801/802 (Hearsay) (Listed twice) |
| 630 | | | Betsey Day videotape of deposition and transcript with exhibits from 4/18/2012 Evidentiary Deposition | X | | FRE 801/802 (Hearsay) Additional objections noted on Plaintiffs' Objections to Defendant's Trial Designation of the Deposition of Elisabeth A. Day, filed separately |
| 631 | | | FMC Annual Reports 1996 - present | X | | FRE 402 (Relevance) FRE 403 (Cumulative) FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 632 | | | FMC Annual Reclamation Reports 1996- present | X | | FRE 402 (Relevance) FRE 403 (Cumulative) FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 633 | | | Photo, aerial, pre-mining | X | | FRE 402 (Relevance) FRE 602 (Foundation) |
| 634 | | | Photo during mining | X | | FRE 402 (Relevance) FRE 602 (Foundation) |
| 635 | | | Photo after reclamation | X | | FRE 602 (Foundation) |
| 636 | | | Photos: eye level of the reclaimed mine site including visitors, wildlife, flowers, trees, wetlands, etc. | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) FRE 901 (Authenticity) FCRP 37(c) (Undisclosed) |

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 637 | | | Photos: Flambeau Riders | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) FRE 901 (Authenticity) FCRP 37(c) (Undisclosed) |
| 638 | | | Photos: Industrial Outlot buildings | X | | FRE 602 (Foundation) FRE 403 (Cumulative) FRE 901 (Authenticity) FCRP 37(c) (Undisclosed) |
| 639 | | | Photos: former Biofilter | X | | FRE 602 (Foundation) FRE 403 (Cumulative) FRE 901 (Authenticity) FCRP 37(c) (Undisclosed) |
| 640 | | | Photos: wildlife (frogs etc ) in former Biofilter | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 403 (Cumulative) FRE 901 (Authenticity) FCRP 37(c) (Undisclosed) |
| 641 | | | Photos: wetland east of former Biofilter | X | | FRE 602 (Foundation) FRE 901 (Authenticity) FCRP 37(c) (Undisclosed) |
| 642 | | | Ladysmith request(s) to retain area as Industrial Outlot (Cline 11/21/11 Declaration, Exs. A, B and C-Dkt 61) | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 643 | | | WPDES Permit as reissued March 29, 1996 | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 901 (Authenticity) FRE 801/802 (Hearsay) |
| 644 | | WPRC 016572-78, in part | The infiltration pond permit(s) and approvals. (Chapter 30.19 and 30.19(4) Permit; Philip Fauble 9/23/11 approval of work plan; coverage under WI General Permit for Wetlands (USCOE) (General Permit- Preliminary Jurisdictional Determination) | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) |

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 645 | | | Photo referred to in Defendant's PAFOF ¶401, Hutchison Opp. Dec. p. 2, ¶8, Ex. B. | X | | FRE 602 (Foundation) FRE 901 (Authenticity) FRE 801/802 (Hearsay) |
| 646 | | | Peerenboom (DNR) 9/21/01 Memo "Copper Concentration in Northern Region Public Water Supplies (PWs)" | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) FRE 901 (Authenticity) FCRP 37(c) (Undisclosed) |
| 647 | | | USGS Map of Mine and surrounding area | X | | FRE 602 Foundation) FRE 901 (Authenticity) FCRP 37(c) (Undisclosed) |
| 648 | | | Bottle of multivitamins | X | | FRE 402 (Relevance) FRE 702 (Improper expert opinion) FRE 602 (Foundation) FRE 801/802 (Hearsay) FCRP 37(c) (Undisclosed) |
| 649 | | | DNR Tier 2 General Permit for storm water associated with industrial activity, November 29, 1994, WI - 505678507-1 (Bertolacini Aff., Ex. C) | X | | FRE 402 (Relevance) FRE 602 (Foundation) |
| 650 | | | All Plaintiffs' Responses to Defendant's Requests for Admission | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 651 | | | FMC Figure 1, Biofilter Sediment Monitoring Results through September 2005, October 2005, prepared by Foth & Van Dyke | X | | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 652 | | | Deposition Transcript of Mr. Harold Flater and Exhibits | | X | FRE 402 (Relevance) FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 653 | | | Declaration of Mr. Harold Flater | | X | FRE 402 (Relevance) FRE 801/802 (Hearsay) |

14

| FMC Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Plaintiffs' Objection |
|---|---|---|---|---|---|---|
| 654 | | | Any Exhibits identified by Plaintiffs | | X | FRE 801/802 (Hearsay) |
| 655 | | | Stream C, trib to Flambeau River-7215137, and Map. Found at: http://dnr.wi.gov/water/impairedSearch.aspx | X | | FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 656 | | | Appendix A -Public Data submittals, Found at: http://dnr.wi.gov/org/water/condition/impaired/appendix_a.pdf | X | | FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 657 | | | Unnamed, Lower Flambeau River Watershed (UC07); Stream C, trib to Flambeau River (7215137).  Found at: http://dnr.wi.gov/water/water/Detail.aspx?key=3924686. | X | | FRE 602 (Foundation) FRE 801/802 (Hearsay) |
| 658 | | | January 26, 2010 letter from Glenn Stoddard to Thomas Dawson | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) |
| 659 | | | December 30, 2010 letter from Hank Handzel to James Saul, Esq., Daniel Mensher, Esq. and Marc Fink, Esq. | X | | FRE 402 (Relevance) FRE 801/802 (Hearsay) FRE 602 (Foundation) |

Respectfully submitted this 15th day of May, 2012.

/s/ Pamela R. McGillivray
James N. Saul
Christa O. Westerberg
David C. Bender
Pamela R. McGillivray
McGillivray Westerberg & Bender LLC
211 S. Paterson Street, Suite 302
Madison, WI 53703
608.310.3560 (Ph)
saul@mwbattorneys.com
westerberg@mwbattorneys.com
bender@mwbattorneys.com
mcgillivray@mwbattorneys.com

Daniel P. Mensher
Kevin M. Cassidy
Pacific Environmental Advocacy Center
Lewis & Clark Law School
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6926
dmensher@lclark.edu
cassidy@lclark.edu

Marc D. Fink
Center for Biological Diversity
209 East 7th St.
Duluth, MN  55805
(218) 525-3884
mfink@biologicaldiversity.org