*WRPC et al. v. Flambeau Mining Company*
Plaintiffs' Trial Exhibit List
May 14, 2012

*Legend for Objections:*
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

## PLAINTIFFS' TRIAL EXHIBIT LIST

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 1 | 2 | WRPC000001-WRPC000004 | Wisconsin Department of Natural Resources, SWIMS Project Summary (July 27, 2010) | X | | R, F, H, 26, 37, Exp-Op |
| 2 | 27 | | Pre-filed Direct Testimony of Philip Fauble, Wis. Div. of Hearings & Appeals, Case No. IH-07-05 | X | | R, F, H, 26, 37, Exp-Op |
| 3 | 48 | FMC013810-FMC013812 | GLIFWC's Alleged Violations of Wisconsin State Water Quality Standards | X | | R, F, H, 26, 37, Exp-Op |
| 4 | 50 | FMC018162-FMC018181 | Kennecott Minerals Company - Health, Safety, Environment and Communities Audit (June 30-July 1, 2005) | X | <u>CLAW BACK</u> | R, F, H, 26, 37, Exp-Op |
| 5 | | FMC021032-1, 2009) | Email from Jana Murphy to Sharon at Foth (Sept. 1, 2009) | X | | R, F, H, 26, 37, Exp-Op |
| 6 | | FMC036814-FMC036886 | Jana Murphy Field Logs (2002-04) | X | | R, F, H, 26, 37, Exp-Op |
| 7 | | FMC036887-FMC036966 | Jana Murphy Field Logs (2004-05) | X | | R, F, H, 26, 37, Exp-Op |
| 8 | | FMC037047-FMC037127 | Jana Murphy Field Logs (2007-09) | X | | R, F, H, 26, 37, Exp-Op |

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 9 | | FMC003156 – FMC003157 | Letter from Lawrence Lynch to Jana Murphy (September 15, 2004) | X | | R, F, H, 26, 37, Exp-Op |
| 10 | 130 (in part) | | Portions of 1989 EIR (Exhibit B to the Declaration of Dr. John Coleman, November 16, 2011) (Dkt. #51-2) | X | | R, F, H, 26, 37, Exp-Op |
| 11 | 130 (in part) | | Photograph of culvert (Exhibit C to the Declaration of Dr. John Coleman, November 16, 2011) (Dkt. #51-3) | X | | R, F, H, 26, 37, Exp-Op |
| 12 | 130 (in part) | | Photograph of Stream C (Exhibit D to the Declaration of Dr. John Coleman, November 16, 2011) (Dkt. #51-4) | X | | R, F, H, 26, 37, Exp-Op |
| 13 | 130 (in part) | | Photograph of Culvert (Exhibit E to the Declaration of Dr. John Coleman, November 16, 2011) (Dkt. #51-5) | X | | R, F, H, 26, 37, Exp-Op |
| 14 | 130 (in part) | | Photograph of Stream C (Exhibit F to the Declaration of Dr. John Coleman, November 16, 2011) (Dkt. #51-6) | X | | R, F, H, 26, 37, Exp-Op |

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 15 | 130 (in part) | | Photograph of Culvert (Exhibit G to the Declaration of Dr. John Coleman, November 16, 2011) (Dkt. #51-7) | X | | R, F, H, 26, 37, Exp-Op |
| 16 | 130 (in part) | | Photograph of Stream C (Exhibit H to the Declaration of Dr. John Coleman, November 16, 2011) (Dkt. #51-8) | X | | R, F, H, 26, 37, Exp-Op |
| 17 | 130 (in part) | | Photograph of Stream C (Exhibit I to the Declaration of Dr. John Coleman, November 16, 2011) (Dkt. #51-1) | X | | R, F, H, 26, 37, Exp-Op |
| 18 | 123 (in part) | | Supplemental Expert Report of Robert J. Nauta, P.G. (March 8, 2012) | X | | R, F, H, 26, 37, Exp-Op |
| 19 | 123 (in part) | | Nauta Resume (Appendix A to the Supplemental Expert Report of Robert J. Nauta, P.G.) (March 8, 2012) | X | | R, F, H, 26, 37, Exp-Op |
| 20 | 123 (in part) | | Nauta photographs (Appendix C to the Supplemental Expert Report of Robert J. Nauta, P.G.) (March 8, 2012) | X | | R, F, H, 26, 37, Exp-Op |
| 21 | 123 (in part) | | Figure 1 to the Supplemental Expert Report of Robert J. Nauta, P.G. (March 8, 2012) | X | | R, F, H, 26, 37, Exp-Op |

3

Case: 3:11-cv-00045-bbc Document #: 227 Filed: 05/16/12 Page 4 of 10

Case: 3:11-cv-00045-bbc Document #: 203-3 Filed: 05/14/12 Page 5 of 11

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 22 | 123 (in part) | | Figure 2 to the Supplemental Expert Report of Robert J. Nauta, P.G.) (March 8, 2012) | X | | R, F, H, 26, 37, Exp-Op |
| 23 | 123 (in part) | | Figure 3 to the Supplemental Expert Report of Robert J. Nauta, P.G.) (March 8, 2012) | X | | R, F, H, 26, 37, Exp-Op |
| 24 | 124 (in part) | | Supplemental Expert Report of Dr. David M. Chambers (March 9, 2012) | X | | R, F, H, 26, 37, Exp-Op |
| 25 | 124 (in part) | | Chambers resume (Appendix A to the Supplemental Expert Report of Dr. David M. Chambers) (March 9, 2012) | | | R, F, H, 26, 37, Exp-Op |
| 26 | 124 (in part) | | Chambers publications and expert testimony (Appendix B to the Supplemental Expert Report of Dr. David M. Chambers) (March 9, 2012) | | | R, F, H, 26, 37, Exp-Op |
| 27 | 126 | | Expert Report of Dr. David M. Chambers and all attachments and figures thereto (February 24, 2012) | X | | R, F, H, 26, 37, Exp-Op |
| 28 | | | WDNR Memorandum, Water Regulation Permit Investigation Report, Docket Number IP-NO-2011-55-03344, 45, 46 (May 18, 2011) (Dkt. #95-5) | X | | R, F, H, 26, 37, Exp-Op |

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 29 | | | Email Exchange between Phil Fauble and Jon Kleist (March 3 - November 12, 2010) (Dkt. #95-11) | X | | R, F, H, 26, 37, Exp-Op |
| 30 | | | U.S. Army Corps of Engineers, Letter to Jana Murphy from Tamara E. Cameron, with all attachments thereto (July 15, 2011) (Dkt. #107-3). | X | | R, F, H, 26, 37, Exp-Op |
| 31 | | | Defendant Flambeau Mining Company's Responses to Plaintiffs' Requests for Admission | X | | R, F, H, 26, 37, Exp-Op |
| 32 | | | Defendant Flambeau Mining Company's Responses to Plaintiffs' Interrogatories | X | | R, F, H, 26, 37, Exp-Op |
| 33 | | FMC018035 – FMC018037 | Facts in Response to Issues Raised at Public Hearings, Submitted by the Flambeau Mining Company | | X | R, F, H, 26, 37, Exp-Op |
| 34 | | FMC027553 – FMC027554 | Draft Key Messages Document (undated) | | X | R, F, H, 26, 37, Exp-Op |
| 35 | | | Letter from Lawrence Lynch (WDNR) to Jana Murphy (FMC) (March 20, 1998) (Dkt. #66-2). | | X | R, F, H, 26, 37, Exp-Op |
| 36 | | | Letter from Suzanne Bangert (WDNR) to Jeff Earnshaw (FMC) (July 30, 1998) (Dkt. #60-9). | | X | R, F, H, 26, 37, Exp-Op |

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 37 | | | Letter from Lawrence Lynch (WDNR) to Jana Murphy (FMC) (September 8, 1998) (Dkt. #66-8). | | X | R, F, H, 26, 37, Exp-Op |
| 38 | | | Letter from Paul Luebke (WDNR) to Jana Murphy (FMC) (September 23, 1998) (Dkt. #66-9). | | X | R, F, H, 26, 37, Exp-Op |
| 39 | | | Water Resources Application for Project Permits, submitted by Flambeau Mining Company to the Wisconsin Department of Natural Resources (May 12, 2011). | | X | R, F, H, 26, 37, Exp-Op |
| 40 | 146 | FMC003286 – FMC003305 | Pre-filed Testimony of James B. Hutchison, P.E. on Behalf of Flambeau Mining Company, Wis. Div. of Hearings and Appeals, Case No. IH-07-05 (undated) | | X | R, F, H, 26, 37, Exp-Op |
| 41 | 148 | | U.S. Geological Survey, Element Concentrations in Soils and Other Surficial Materials of the Conterminous United States (1984) | | X | R, F, H, 26, 37, Exp-Op |
| 42 | 151 | WRPC013791-WRPC013833 | Pre-filed Testimony of Steven I. Apfelbaum on behalf of Flambeau Mining Company, Wis. Div. Hearings and Appeals, Case No. IH-07-05 | | X | R, F, H, 26, 37, Exp-Op |
| 43 | 164 | | Expert Report of Elizabeth A. Day and all attachments thereto (November 6, 2011) | | X | R, F, H, 26, 37, Exp-Op |

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 44 | 167 | WRPC011617 | Correspondence/Memorandum from Bob Ramharter to Roger Jasinski, re: Navigability of Flambeau River Tributary Streams in the Kennecott Project Area, Rusk County (November 23, 1988) | | X | R, F, H, 26, 37, Exp-Op |
| 45 | 168 | FMC009580-FMC009596 | Letter from Jana Murphy to Lawrence Lynch (October 24, 2005) (enclosing Foth & Van Dyke Memorandum from Steve Donohue and James Hutchison to Jana Murphy (October 10, 2005) | | X | R, F, H, 26, 37, Exp-Op |
| 46 | 174 | | Expert Report of Stephen V. Donohue and all attachments, appendices, and figures thereto (November 7, 2011) | | X | R, F, H, 26, 37, Exp-Op |
| 47 | 175 | | Expert Report of Stephen V. Donohue and all attachments, appendices, and figures thereto (March 28, 2011) | | X | R, F, H, 26, 37, Exp-Op |
| 48 | | | Wisconsin Department of Natural Resources, Impaired Water – Unnamed (Stream C, trib to Flambeau River) (Dkt. #107-2). | | X | R, F, H, 26, 37, Exp-Op |
| 49 | | | Various Analytic Reports prepared by Northern Lake Service, Inc. for Flambeau Mining Company (1998-2012). | | X | R, F, H, 26, 37, Exp-Op |

Case: 3:11-cv-00045-bbc Document #: 203-3 Filed: 05/14/12 Page 9 of 11

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

*Legend for Objections:*
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 50 | 153 | FMC041698-FMC041701 | Appendix A to the Supplement | | X | R, F, H, 26, 37, Exp-Op |
| 51 | 155 | AES000315-AES000334 | Consulting Services Agreement, Jan. 10, 1997 | | X | R, F, H, 26, 37, Exp-Op |
| 52 | | FMC043538-00239-0000 (July 27, 2011) | 2012 Property Records, Tax Key Number 014- | | X | R, F, H, 26, 37, Exp-Op |
| 53 | | FMC043123-FMC043124 | Rio Tinto, Application for Credit Enhancement Treasury Americas (November 10, 2011) | | X | R, F, H, 26, 37, Exp-Op |
| 54 | | FMC043178-FMC043180 | Foreign Corporation Annual Report, 3/28/2011 | | X | R, F, H, 26, 37, Exp-Op |
| 55 | | FMC043109-FMC043114 | Letter from Jack R. Welch to Philip N. Fauble (May 5, 2008) | | X | R, F, H, 26, 37, Exp-Op |
| 56 | | | Defendant Flambeau Mining Company's Responses to Plaintiffs' Requests for Admission. | | X | R, F, H, 26, 37, Exp-Op |
| 57 | | | Defendant Flambeau Mining Company's Responses to Plaintiffs' Interrogatories. | | X | R, F, H, 26, 37, Exp-Op |
| 58 | | | Defendant Flambeau Mining Company's Responses to Plaintiffs' Requests for Production of Documents. | | X | R, F, H, 26, 37, Exp-Op |

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

Legend *for Objections:*
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 59 | | | Fed. R. Civ. P. 30(b)(6) Deposition Transcript of WDNR (Craig P. Roesler, deponent), July 27, 2011. | | X | R, F, H, 26, 37, Exp-Op |
| 60 | | | Fed. R. Civ. P. 30(b)(6) Deposition Transcript of WDNR (Lawrence J. Lynch, deponent) July 29, 2011. | | X | R, F, H, 26, 37, Exp-Op |
| 61 | | | Fed. R. Civ. P. 30(b)(6) Deposition Transcript of WDNR (Philip Fauble, deponent), October 13, 2011. | | X | R, F, H, 26, 37, Exp-Op |
| 62 | | | Fed. R. Civ. P. 30(b)(6) Deposition Transcript of Flambeau Mining Company (Jana Murphy, deponent), November 9, 2011. | | X | R, F, H, 26, 37, Exp-Op |
| 63 | | | Deposition Transcript of Robert Nauta, March 13, 2012. | | X | R, F, H, 26, 37, Exp-Op |
| 64 | | | Deposition Transcript of Dr. David Chambers, March 20, 2012 | | X | R, F, H, 26, 37, Exp-Op |
| 65 | | | Deposition Transcript of Dr. John Coleman, March 21, 2012. | | X | R, F, H, 26, 37, Exp-Op |
| 66 | | | Deposition Transcript of Stantec, Inc. (James W. Engelhardt, deponent) April 2, 2012. | | X | R, F, H, 26, 37, Exp-Op |

9

WRPC et al. v. Flambeau Mining Company
Plaintiffs' Trial Exhibit List
May 14, 2012

*Legend for Objections:*
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Trial Ex. No. | Dep. Ex. No. | Bates Range | Description | Expect to Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|---|
| 67 | | | Fed. R. Civ. P. 30(b)(6) Deposition Transcript of Foth Infrastructure & Environment, LLC (James B. Hutchison, deponent), April 4, 2012. | | X | R, F, H, 26, 37, Exp-Op |
| 68 | | | Fed. R. Civ. P. Deposition Transcript of Foth Infrastructure & Environment, LLC (Stephen Donohue, deponent), April 4, 2012. | | X | R, F, H, 26, 37, Exp-Op |
| 69 | | | Fed. R. Civ. P. 30(b)(6) Deposition Transcript of Applied Ecological Services, Inc. (Steven Apfelbaum, deponent), April 5, 2012. | | X | R, F, H, 26, 37, Exp-Op |
| 70 | | | Deposition Transcript of Elizabeth A. Day, April 13, 2012. | | X | R, F, H, 26, 37, Exp-Op |
| 71 | | | Deposition Transcript of Stephen V. Donohue, April 19, 2012. | | X | R, F, H, 26, 37, Exp-Op |
| 72 | | | Deposition Transcript of Craig P. Roesler, April 20, 2012. | | X | R, F, H, 26, 37, Exp-Op |
| 73 | | WRPC007021-WRPC007023 | Resume of Dr. John Coleman (Dkt. #185-2) | X | | R, F, H, 26, 37, Exp-Op |
| | | | Any exhibits identified by Defendant | | X | R, F, H, 26, 37, Exp-Op |