IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Wisconsin Resources Protection
Council, Center for Biological
Diversity, and Laura Gauger,

Plaintiffs,

v.  Case No. 11-cv-45-bbc

Flambeau Mining Company,

Defendant.

## PARTIES' JOINT TRIAL EXHIBIT LIST

The undersigned parties respectfully and jointly agree that the following list of joint trial exhibits may be offered by both parties. The parties agree to the authenticity of the joint trial exhibits but reserve the right to object as indicated on the list. These joint trial exhibits shall be identified by white exhibit labels as "Joint Exhibits," beginning at Joint Ex. No. 1000 and numbered sequentially therefrom.

Dated this 14th day of May, 2012.

| | |
|---|---|
| **WISCONSIN RESOURCES PROTECTION COUNCIL, CENTER FOR BIOLOGICAL DIVERSITY, AND LAURA GAUGER** | **FLAMBEAU MINING COMPANY** |
| /s/ James N. Saul | /s/ Harry E. Van Camp |
| James N. Saul, Esq.<br>David C. Bender, Esq.<br>Christa Westerberg, Esq.<br>Pamela R. McGillivray, Esq.<br>McGILLIVRAY WESTERBERG & BENDER LLC<br>211 S. Paterson Street, Ste. 320<br>Madison, WI 53703<br>Telephone: (608) 310-3568<br>Facsimile: (608) 310-3564<br>saul@mwbattorneys.com<br>bender@mwbattorneys.com<br>westerberg@mwbattorneys.com<br>mcgillivray@mwbattorneys.com | Harry E. Van Camp<br>Henry J. Handzel<br>DeWITT ROSS & STEVENS S.C.<br>2 East Mifflin Street, Suite 600<br>Madison, WI 53703-2865<br>Telephone: (608) 255-8891<br>Facsimile: (608) 252-0243<br>hvc@dwittross.com<br>hjh@dewittross.com<br><br>COUNSEL FOR DEFENDANT |
| COUNSEL FOR PLAINTIFFS | |

WRPC et al. v. Flambeau Mining Company
Joint Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Joint Trial Exhibit No. | Dep. Ex. No. | Bates Range | Description | Plaintiffs' Objections | Defendant's Objections |
|---|---|---|---|---|---|
| 1000 | 16 | WRPC000025-WRPC000223 | Wis. Div. of Hearings and Appeals, Decision, Findings of Fact, Conclusions of Law, and Permits ("1991 Mining Permit") (Jan. 14, 1991) | R, H | |
| 1001 | 31 | WRPC015282-WRPC015296 | Foth COC Stipulation Monitoring Plan | R, H | R, F, H, 26, 37, Exp-Op |
| 1002 | 32 | WRPC015297-WRPC015565 | Foth Infrastructure & Environment, May 2011 Copper Park Business and Recreation Area Work Plan (May 2011) | R, H, Exp-Op | R, F, H, 26, 37, Exp-Op |
| 1003 | 34 | FMC002365-FMC002371 | Letter from Jana Murphy to Lawrence Lynch, re: Draft 2004 Mid-Summer Progress Report (Nov. 10, 2004) | R, F, H | R, F, H, 26, 37, Exp-Op |
| 1004 | 38 | FMC000659-FMC000690 | Flambeau Mining Company, 2010 Annual Report | R, H | R, F, H, 26, 37, Exp-Op |
| 1005 | 46 | FMC000868-FMC000870 | Series of Email messages between Jana Murphy and Stephen Donohue (May 2004) | | R, F, H, 26, 37, Exp-Op |
| 1006 | 47 | FMC000885-FMC000895 | Flambeau Mining Company, Proposed Monitoring Plan for Intermittent Stream C (Aug. 5, 2004) | | R, F, H, 26, 37, Exp-Op |
| 1007 | 49 | FMC002763-FMC002769 | Kennecott Flambeau Mining Company SOP: Bio-Filter Sediment Deposition Monitoring (January 1, 2007) | | R, F, H, 26, 37, Exp-Op |
| 1008 | 53 | FMC017739-FMC017741 | Email from Jana Murphy to Dale Lueck (October 5, 2006) | | R, F, H, 26, 37, Exp-Op |
| 1009 | 54 | FMC010525-FMC010527 | Kennecott Minerals 2007-2008 Operating Plan – Reclamation Properties | | R, F, H, 26, 37, Exp-Op |
| 1010 | 61 | WRPC015566-WRPC015849 | 1997 Supplement to the Surface Reclamation Plan | R, H | R, F, H, 26, 37, Exp-Op |

WRPC et al. v. Flambeau Mining Company
Joint Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Joint Trial Exhibit No. | Dep. Ex. No. | Bates Range | Description | Plaintiffs' Objections | Defendant's Objections |
|---|---|---|---|---|---|
| 1011 | 83 | WRPC000546 – WRPC000547 | Letter from Lawrence Lynch to Laura (Gauger) Furtman (January 9, 2004) | R, H | R, F, H, 26, 37, Exp-Op |
| 1012 | 132 | WRPC015451 – WRPC015465 | Stantec Consulting Services Inc., Wetland Delineation Report (February 17, 2011) | | R, F, H, 26, 37, Exp-Op |
| 1013 | 133 | | U.S. Army Corps of Engineers, Interim Regional Supplement to the Corps of Engineers Wetland Delineation Manual: Northcentral and Northeast Region (October 2009) | | R, F, H, 26, 37, Exp-Op |
| 1014 | 134 | WRPC015447 | Figure, Foth Infrastructure & Environment LLC, "Figure 2: Existing Wetland Restoration Area Conditions" (May 2011) | | R, F, H, 26, 37, Exp-Op |
| 1015 | 137 | WRPC015319 | Foth Infrastructure & Environment LLC, "Figure 2-1: Existing Site Conditions" (May 2011) | | R, F, H, 26, 37, Exp-Op |
| 1016 | 139 | WRPC015318 | Foth Infrastructure & Environment LLC, "Figure 1-2: Flambeau Mine Copper Park Business and Recreation Area Work Plan Project Location Map" (May 2011) | | R, F, H, 26, 37, Exp-Op |
| 1017 | 145 | FMC002745 – FMC002762 | Biofilter Management Plan, Flambeau Mining Company (January 2007) | | R, F, H, 26, 37, Exp-Op |
| 1018 | 147 | | Foth Memorandum, Jim Hutchison to Jana Murphy (September 30, 2011) | R, H | R, F, H, 26, 37, Exp-Op |
| 1019 | 153 | FMC041698 – FMC04701 | Appendix A to the Supplement | R, H | R, F, H, 26, 37, Exp-Op |

4

WRPC et al. v. Flambeau Mining Company
Joint Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Joint Trial Exhibit No. | Dep. Ex. No. | Bates Range | Description | Plaintiffs' Objections | Defendant's Objections |
|---|---|---|---|---|---|
| 1020 | 154 | FMC003598-FMC003799 | Foth & Van Dyke, Mining Permit Application for the Flambeau Project, Volume I: Report Narrative (Revised December 1989) | R, H | R, F, H, 26, 37, Exp-Op |
| 1021 | 163 | AES000450 | Memorandum from Steven I. Apfelbaum to Jana Murphy (May 28, 1998) | R, F, H | R, F, H, 26, 37, Exp-Op |
| 1022 | 164 (in part) | | Attachments (without expert report) to the expert report of Elizabeth A. Day (November 6, 2011) | R, F, H, Exp-Op | |
| 1023 | 165 | | U.S. EPA & U.S. ACOE, Clean Water Act Jurisdiction Following the U.S. Supreme Court's Decision in Rapanos v. United States & Carabell v. United States (December 2, 2008) | | R, F, H, 26, 37, Exp-Op |
| 1024 | 169 | WRPC015447 | Foth Infrastructure & Environment, Figure 2: Existing Wetland Area (May 2011) | | R, F, H, 26, 37, Exp-Op |
| 1025 | 174 (in part) | | Attachments, appendices, and figures (without expert report) to the expert report of Stephen V. Donohue (November 7, 2011) | R, F, H, Exp-Op | |
| 1026 | 175 (in part) | | Attachments, appendices, and figures (without expert report) to the expert report of Stephen V. Donohue (March 28, 2011) | R, F, H, Exp-Op | |
| 1027 | 176 | FMC013797-FMC013801 | Foth & Van Dyke Memorandum, Steve Donohue to Jana Murphy (January 10, 2005) | R, H | R, F, H, 26, 37, Exp-Op |
| 1028 | 180 | WRPC017341-WRPC017380 | Wisconsin Department of Natural Resources, "Surface Water Quality Assessment of the Flambeau Mine Site" (April, 2012) | | R, F, H, 26, 37, Exp-Op |

WRPC et al. v. Flambeau Mining Company
Joint Trial Exhibit List
May 14, 2012

| Joint Trial Exhibit No. | Dep. Ex. No. | Bates Range | Description | Plaintiffs' Objections | Defendant's Objections |
|---|---|---|---|---|---|
| 1029 | 181 | WRPC017381 – WRPC017382 | Appendix 1, Sheet 3 ("Complete DNR Surface Water Sample Lab Results Plus Calculated ATCs for Copper, Zinc, and Field Conductivity") to the report entitled "Surface Water Quality Assessment of the Flambeau Mine Site," Wisconsin Department of Natural Resources (April, 2012) | | R, F, H, 26, 37, Exp-Op |
| 1030 | 182 | WRPC017383 – WRPC017387 | Appendix 2 ("Flambeau Mine Surface Water Quality Data") to the report entitled "Surface Water Quality Assessment of the Flambeau Mine Site," Wisconsin Department of Natural Resources (April, 2012) | | R, F, H, 26, 37, Exp-Op |
| 1031 | 183 | WRPC017389 – WRPC017393 | Appendix 1, Sheets 1 ("Selected DNR Surface Water Sample Lab Results plus Calculated ATCs for Copper and Zinc, and Field Conductivity") and 2 ("DNR Surface Water Site Field Measurements") to the report entitled Surface Water Quality Assessment of the Flambeau Mine Site, Wisconsin Department of Natural Resources (April, 2012) | | R, F, H, 26, 37, Exp-Op |
| 1032 | 184 | WRPC017394 – WRPC017400 | Jeffrey Dimick, Flambeau Mine Site 303(d) Project, Macroinvertebrate Sampling and Analysis – Fall 2010 | R, F, H, Exp-Op | R, F, H, 26, 37, Exp-Op |
| 1033 | 185 | | Wisconsin Department of Natural Resources, Surface Water Data Viewer, Map (April 20, 2012) | R, F, H, Exp-Op | |
| 1034 | 123 (in part) | | Figures 1 – 3 of the Expert Report of Robert J. Nauta (March 8, 2012) | | R, F, H, 26, 37, Exp-Op |

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

Case: 3:11-cv-00045-bbc Document #: 203-2 Filed: 05/14/12 Page 8 of 8

WRPC et al. v. Flambeau Mining Company
Joint Trial Exhibit List
May 14, 2012

Legend for Objections:
R = Relevance
F = Foundation
H = Hearsay
26 = Rule 26 (Failure to disclose per Rule 26)
37 = Rule 37 (Inadmissible)
Exp-Op = Expert Testimony Opinion

| Joint Trial Exhibit No. | Dep. Ex. No. | Bates Range | Description | Plaintiffs' Objections | Defendant's Objections |
|---|---|---|---|---|---|
| 1035 | 124 (in part) | | Table C, page 13, of the Expert Report of David Chambers (March 9, 2012) | | R, F, H, 26, 37, Exp-Op |
| 1036 | 124 (in part) | | Table, "Flambeau Water Quality Data," pages 16-17 of the Expert Report of David Chambers (March 9, 2012) | | R, F, H, 26, 37, Exp-Op |
| 1037 | 52 | FMC016404-FMC016405 | Letter to Ross Evavold, Chippewa Herald from Jana Murphy | | R, F, H, 26, 37, Exp-Op |

7