IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN RESOURCES PROTECTION
COUNCIL, CENTER FOR BIOLOGICAL
DIVERSITY and LAURA GAUGER,

                Plaintiffs,

    v.

FLAMBEAU MINING COMPANY,

                Defendant.

ORDER

11-cv-45-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    At the close of plaintiffs' case at trial, defendant moved for judgment as a matter of law, contending that plaintiffs had not met their burden to prove that defendant had violated the Clean Water Act. I reserved a ruling on the motion until after the trial had concluded. At that time I gave plaintiffs a week to respond to defendant's motion; they submitted a timely brief.

    Neither side indicated that any additional briefing was necessary so I have assumed that the matter stands ready for decision on the merits. Before proceeding, however, I want to be sure that my assumption is shared by the parties. They may have until July 12, 2012

1

to respond.

    Entered this 3d day of July, 2012.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge