IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN RESOURCES PROTECTION
COUNCIL, CENTER FOR BIOLOGICAL
DIVERSITY, and LAURA GAUGER,

      Plaintiffs,

v.

FLAMBEAU MINING COMPANY,

      Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-45-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Wisconsin Resources Protection Council, Center for Biological Diversity, and Laura Gauger finding that defendant Flambeau Mining Company discharged a pollutant from a point source that entered a water of the United States and that it did not have a permit issued under the Clean Water Act when it did so. Defendant is required to pay a penalty of $25.00 for each of the eleven unpermitted discharges, for a total of $275.00.

Approved as to form this 26th day of July, 2012.

*Barbara B. Crabb*
BARBARA B. CRABB, District Judge

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court

JUL 27 2012
Date