IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WISCONSIN RESOURCES PROTECTION
COUNCIL, CENTER FOR BIOLOGICAL
DIVERSITY and LAURA GAUGER,

                                                ORDER

            Plaintiffs,

                                               11-cv-45-bbc

    v.

FLAMBEAU MINING COMPANY,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an opinion entered on August 15, 2013, the Court of Appeals for the Seventh Circuit reversed this court's July 27, 2012 judgment in favor of plaintiffs Wisconsin Resources Protection Council, Center for Biological Diversity and Laura Gauger. To comply with this decision, the clerk of court is directed to vacate the earlier judgment and enter a new judgment in favor of defendant Flambeau Mining Company.

      Entered this 4th day of October, 2013.

                                               BY THE COURT:
                                               /s/
                                               BARBARA B. CRABB
                                               District Judge