IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN RESOURCES PROTECTION
COUNCIL, CENTER FOR BIOLOGICAL
DIVERSITY and LAURA GAUGER,         JUDGMENT IN A CIVIL CASE

    Plaintiffs,                          Case No. 11-cv-45-bbc

v.

FLAMBEAU MINING COMPANY,

    Defendant.

---

    This action came before the court for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Flambeau Mining Company dismissing this case.

| /s/ | 10/4/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |