# EXHIBIT A

# E<sup>x</sup>ponent®

**INVOICE**
Please make checks payable to:
Exponent, Inc.
P.O. Box 200283 Dept. 002
Dallas, TX 75320-0283
Federal Tax ID: 77-0218904

November 10, 2011
Project No:   1105550.000
Invoice No:   186185

Timm Speerschneider
DeWitt Ross & Stevens
Two East Mifflin Street, Suite 600
Madison, WI 53703

**Flambeau Mine WPDES Issue**

Professional Services through October 28, 2011

---

Task         0101         Expert Support

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principal |  |  |  |  |
| Anne Fairbrother | 41.00 | 295.00 | 12,095.00 |  |
| Mark W Johns | 1.50 | 320.00 | 480.00 |  |
| Sr. Scientist |  |  |  |  |
| Ashley Kaiser | 3.00 | 180.00 | 540.00 |  |
| Technical Assistant | 4.30 |  | 580.50 |  |
| Non-Technical Assistant | 2.00 |  | 190.00 |  |
| Totals | 51.80 |  | 13,885.50 |  |
| Total Labor |  |  |  | 13,885.50 |

**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Travel, Lodging & Other |  |  | 1,037.44 |  |
| Total Reimbursables |  |  | 1,037.44 | 1,037.44 |
|  |  | Total this Task |  | $14,922.94 |
|  |  | **Total this Invoice** |  | **$14,922.94** |

---

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE
UPON RECEIPT**

# E<sup>x</sup>ponent®

**INVOICE**

*Please make checks payable to:*
Exponent, Inc.
P.O. Box 200283 Dept. 002
Dallas, TX 75320-0283
Federal Tax ID: 77-0218904



December 09, 2011
Project No: 1105550.000
Invoice No: 188433

Timm Speerschneider
DeWitt Ross & Stevens
Two East Mifflin Street, Suite 600
Madison, WI 53703

Flambeau Mine WPDES Issue

Professional Services through November 25, 2011

| Task | 0101 | Expert Support | | | |
|---|---|---|---|---|---|
| **Professional Personnel** | | | Hours | Rate | Amount |
| Principal | | | | | |
|   Anne Fairbrother | | | 5.50 | 295.00 | 1,622.50 |
| Sr. Scientist | | | | | |
|   Ashley Kaiser | | | 3.80 | 180.00 | 684.00 |
| Technical Assistant | | | .90 | | 99.00 |
| Non-Technical Assistant | | | 1.30 | | 97.50 |
|     Totals | | | 11.50 | | 2,503.00 |
|     Total Labor | | | | | 2,503.00 |

| Reimbursable Expenses | | |
|---|---|---|
| Freight & Communications | 19.17 | |
|   Total Reimbursables | 19.17 | 19.17 |
| | Total this Task | $2,522.17 |
| | **Total this Invoice** | **$2,522.17** |

**Outstanding Accounts Receivable**

| Invoice # | Date | Balance |
|---|---|---|
| 186185 | 11/10/2011 | 14,922.94 |
| **Total** | | **14,922.94** |

---

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE
UPON RECEIPT**

# E$^x$ponent®

Exponent
15375 SE 30th Place
Suite 250
Bellevue, WA 98007

telephone 425-519-8700
facsimile 425-519-8799
www.exponent.com

January 18, 2012

RECEIVED
JAN 23 2011
DEWITT ROSS & STEVENS

Mr. Timm Speerschneider
DeWitt Ross & Stevens
Two East Mifflin Street
Suite 600
Madison, Wisconsin 53703

Subject: Flambeau Mine WPDES Issue
December 2011 Invoice
Exponent Reference 1105550.000

Dear Timm:

Attached please find Exponent Invoice No. 190322 for expert support on the subject project in our December 2011 billing period (i.e., 11/26/11 – 12/30/11). During the billing period, I reviewed documents, reviewed testimony, participated in telephone discussions, and performed QA on human health effect data. Support staff provided clerical and administrative assistance to me.

Including Invoice No. 190322, we have expended $18,746.11. Please do not hesitate to call me at (425) 519-8716 if you have any questions or comments regarding this submittal.

Sincerely,

*Anne Fairbrother*

Anne Fairbrother, D.V.M, Ph.D.
Principal



# E<sup>x</sup>ponent®

**INVOICE**

*Please make checks payable to:*
Exponent, Inc.
P.O. Box 200283 Dept. 002
Dallas, TX 75320-0283
Federal Tax ID: 77-0218904

January 08, 2012
Project No:   1105550.000
Invoice No:   190322

Timm Speerschneider
DeWitt Ross & Stevens
Two East Mifflin Street, Suite 600
Madison, WI 53703

Flambeau Mine WPDES Issue

Professional Services through December 30, 2011

---

Task          0101          Expert Support

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principal | | | | |
|   Anne Fairbrother | 4.00 | 295.00 | 1,180.00 | |
| Technical Assistant | 1.10 | | 121.00 | |
|   Totals | 5.10 | | 1,301.00 | |
|   Total Labor | | | | 1,301.00 |
| | | Total this Task | | $1,301.00 |
| | | **Total this Invoice** | | **$1,301.00** |

**Outstanding Accounts Receivable**

| Invoice # | Date | Balance |
|---|---|---|
| 188433 | 12/9/2011 | 2,522.17 |
| Total | | 2,522.17 |

---

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE
UPON RECEIPT**

# E<sup>x</sup>ponent®

**INVOICE**

*Please make checks payable to:*
Exponent, Inc.
P.O. Box 200283 Dept. 002
Dallas, TX 75320-0283
Federal Tax ID: 77-0218904

April 12, 2012
Project No:    1105550.000
Invoice No:    196350

Timm Speerschneider
DeWitt Ross & Stevens
Two East Mifflin Street, Suite 600
Madison, WI 53703

Flambeau Mine WPDES Issue

Professional Services through March 30, 2012

---

Task        0101        Expert Support
**Professional Personnel**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Principal |  |  |  |
| Anne Fairbrother | 7.00 | 300.00 | 2,100.00 |
| Technical Assistant | .40 |  | 46.00 |
| Totals | 7.40 |  | 2,146.00 |

Total Labor                                         2,146.00

Total this Task                     $2,146.00

Total this Invoice                  $2,146.00

**Outstanding Accounts Receivable**

| Invoice # | Date | Balance |
|---|---|---|
| 190322 | 1/8/2012 | 1,301.00 |
| Total |  | 1,301.00 |

For billing questions please contact Kristi Valenti at valentik@exponent.com or 425-519-8770.

---

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE
UPON RECEIPT**

**Exponent**

Exponent
15375 SE 30th Place
Suite 250
Bellevue, WA 98007

telephone 425-519-8700
facsimile 425-519-8799
www.exponent.com

April 25, 2012

RECEIVED
MAY 0 1 2012
DEWITT ROSS & STEVENS LLC

Mr. Timm Speerschneider
DeWitt Ross & Stevens
Two East Mifflin Street
Suite 600
Madison, Wisconsin 53703

Subject: Flambeau Mine WPDES Issue
March 2012 Invoice
Exponent Reference 1105550.000

Dear Timm:

Attached please find Exponent Invoice No. 196350 for expert support on the subject project in our March 2012 billing period (i.e., 02/25/12 – 03/30/12). During the billing period, I reviewed and discussed expert reports and participated in a conference call regarding depositions. Support staff provided administrative assistance to me.

Including Invoice No. 196350, we have expended $20,892.11. Please do not hesitate to call me at (425) 519-8716 if you have any questions or comments regarding this submittal.

Sincerely,

*Anne Fairbrother*

Anne Fairbrother, D.V.M, Ph.D.
Principal

# E<sup>x</sup>ponent®

**INVOICE**

*Please make checks payable to:*
Exponent, Inc.
P.O. Box 200283 Dept. 002
Dallas, TX 75320-0283
Federal Tax ID: 77-0218904

June 11, 2012
Project No:     1105550.000
Invoice No:     200805

Timm Speerschneider
DeWitt Ross & Stevens
Two East Mifflin Street, Suite 600
Madison, WI 53703

**Flambeau Mine WPDES Issue**

Professional Services through May 25, 2012

---

Task          0101          Expert Support

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Principal | | | | |
| Anne Fairbrother | 9.50 | 300.00 | 2,850.00 | |
| Technical Assistant | 1.00 | | 115.00 | |
| Totals | 10.50 | | 2,965.00 | |
| Total Labor | | | | 2,965.00 |

**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Travel, Lodging & Other | | | 627.80 | |
| Total Reimbursables | | | 627.80 | 627.80 |
| | | Total this Task | | $3,592.80 |
| | | **Total this Invoice** | | **$3,592.80** |

**Outstanding Accounts Receivable**

| Invoice # | Date | Balance |
|---|---|---|
| 196350 | 4/12/2012 | 2,146.00 |
| Total | | 2,146.00 |

For billing questions please contact Kristi Valenti at valentik@exponent.com or 425-519-8770.

---

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE UPON RECEIPT**

# Exponent

**INVOICE**

*Please make checks payable to:*
Exponent, Inc.
P.O. Box 200283 Dept. 002
Dallas, TX 75320-0283
Federal Tax ID: 77-0218904

July 18, 2012
Project No: 1105550.000
Invoice No: 203502

Timm Speerschneider
DeWitt Ross & Stevens
Two East Mifflin Street, Suite 600
Madison, WI 53703

Flambeau Mine WPDES Issue

Professional Services through June 29, 2012

| Task | 0101 | Expert Support | | | |
|---|---|---|---|---|---|
| **Professional Personnel** | | | Hours | Rate | Amount |
| Technical Assistant | | | 1.20 | | 138.00 |
| Totals | | | 1.20 | | 138.00 |
| Total Labor | | | | | | 138.00 |

**Reimbursable Expenses**
| | | | | | |
|---|---|---|---|---|---|
| Travel, Lodging & Other | | | | | 649.56 |
| Meals | | | | | 24.00 |
| Total Reimbursables | | | | | 673.56 | 673.56 |
| | | | Total this Task | | $811.56 |
| | | | **Total this Invoice** | | **$811.56** |

**Outstanding Accounts Receivable**

| Invoice # | Date | Balance |
|---|---|---|
| 196350 | 4/12/2012 | 2,146.00 |
| 200805 | 6/11/2012 | 3,592.80 |
| Total | | 5,738.80 |

For billing questions please contact Kristi Valenti at valentik@exponent.com or 425-519-8770.

1. This invoice may not include expense items such as communication, freight and outside services for which we have yet to be billed.
2. Payments received 30 days past invoice date are subject to 10.0% per annum charge until paid.
3. To insure proper credit, please reference the invoice number on your check.

**PAYMENT DUE UPON RECEIPT**