# EXHIBIT B



# DEWITT
## ROSS & STEVENS s.c.
### LAW FIRM

**Invoice for Services Rendered**
(Invoice no. 1)
Period of Service: October 16 – November 7, 2011

Capitol Square Office
Two East Mifflin Street
Suite 600
Madison, WI 53703-2865
Fax 608-252-9243
Tel 608-255-8891

Date: November 8, 2011

To: Timm P. Speerschneider
DeWitt Ross & Stevens S.C.
2 E. Mifflin Street, Suite 600
Madison, WI 53703

Re: Confidential Expert Witness for DeWitt Ross & Stevens S.C. – Expenses

| Item | Cost |
|---|---|
| 1. Review of materials, research and writing (17.75 h) | $5,325.00 |
| 2. Meetings (Oct 24, Madison and Ladysmith, 3.25 h) | 975.00 |
| 3. Email, phone and organizing (3.05 h) | 915.00 |
| 4. Travel expenses | 3,939.83 |
| 5. Sediment analyses | 1,540.00 |
| **Total Due Invoice 1** | **$ 12,694.83*** |

*I hereby certify to the best of my knowledge and belief, all payments requested are correct, accurate and complete, that payment therefore has not been received and that all amounts requested are for the appropriate purposes and in accordance with this Agreement.*

*signature: D. A. Burton*

G. Allen Burton

*Payable to:*
G. Allen Burton
211 W. Summit St.
Ann Arbor MI 48103

3600/

* **Itemized Billing** (hours @ $300 ea unless noted)

  - Reviews, research, report:  
    | | |
    |---|---|
    | Oct 16 | 2.0 |
    | Oct 17 | 0.5 |
    | Oct 22 | 2.0 |
    | Oct 24 | 0.5 |
    | Oct 28 | 0.25 |
    | Oct 30 | 3.0 |
    | Nov 1 | 3.5 |
    | Nov 2 | 4.25 |
    | Nov 3 | 0.5 |
    | Nov 5 | 0.5 |
    | Nov 7 | 0.75 |

  - Meetings: Oct 24   3.25
  - Phone and emails:
    | | |
    |---|---|
    | Oct 17 | 0.8 |
    | Oct 24 | 0.25 |
    | Oct 26 (AF) | 0.5 |
    | Oct 28 | 0.25 |
    | Nov 4 | 0.5 |
    | Nov 6 | 0.5 |
    | Nov 7 | 0.25 |

    *Subtotal*     24.05 h = $7,215

- Sediment analyses (7 samples @ $220 ea)
  - Total organic carbon ($10)
  - Acid volatile sulfides ($50)
  - Simultan. extracted metals (Fe, Mn, Cu, Zn -$75)
  - Total recoverable metals (Fe, Mn, Cu, Zn - $75)
  - Solids ($10)
    *Subtotal*     $1,540

- Travel Oct 23-24 (receipts available on request):
  - Transit to/from Madison    9.0 x $150/h = $1,350
  - Airport Metrocar (to and from)    $142
  - Madison-Ladysmith drive    7.0 x $150/h = $1,050
  - Hotel – Holiday Inn    $148.84
  - Per diem meals (Univ Mich rate)    $56/d
  - Airfare – Delta coach    $995.40
  - Rental car – Hertz    $156.60
  - Rental car gas    $40.99
    *Subtotal*     $3,939.83

# Invoice for Services Rendered

(Invoice no. 2)
Period of Service: November 8, 2011 – April 25, 2012

Date: April 25, 2012

To: Henry J. Handzel
DeWitt Ross & Stevens S.C.
2 E. Mifflin Street, Suite 600
Madison, WI 53703

Re: Confidential Expert Witness for DeWitt Ross & Stevens S.C. – Expenses

| Item | Cost |
|---|---|
| 1. Review of materials and writing (10 h) | $3,000.00 |
| 2. Email, printing, phone calls (2.5 h) | 750.00 |
| **Total Due Invoice 2** | **$ 3,750*** |

*I hereby certify to the best of my knowledge and belief, all payments requested are correct, accurate and complete, that payment therefore has not been received and that all amounts requested are for the appropriate purposes and in accordance with this Agreement.*

*D.A. Burton*
_____
G. Allen Burton

*Payable to:*
G. Allen Burton
211 W. Summit St.
Ann Arbor MI 48103

* **Itemized Billing** (hours @ $300 ea unless noted)

- Reviewing 7 documents
  and report:   Mar 8      2.0
                Mar 9      0.75
                Mar 10     4.5
                Apr 24     2.75
- Phone, printing, emails:   Mar 8      1.25
                             Mar 9      0.5
                             Mar 13     0.5
                             Apr 17     0.25

           **Total**        12.5 h = $3,750.00

# Invoice for Services Rendered
(Invoice no. 3)
Period of Service: April 26 – May 25, 2012

Date: June 5, 2012

To: Henry J. Handzel
DeWitt Ross & Stevens S.C.
2 E. Mifflin Street, Suite 600
Madison, WI 53703

Re: Confidential Expert Witness for DeWitt Ross & Stevens S.C. – Expenses

| Item | Cost |
|---|---|
| 1. Review of materials, meetings, trail (5.25 h x $300/h) | $1,575.00 |
| 2. Travel to Madison May 24-25 | |
| Airfare $923.60, Taxi $20, Lunch $15 | 958.60 |
| Travel time (5 h x $50/h) | 250.00 |
| **Total Due Invoice 3** | **$ 2,783.60** |
| | |
| Invoice 2 (April 25, 2012) | $3,750.00 |

*I hereby certify to the best of my knowledge and belief, all payments requested are correct, accurate and complete, that payment therefore has not been received and that all amounts requested are for the appropriate purposes and in accordance with this Agreement.*

D. A. Burton
_____
G. Allen Burton

Payable to:
G. Allen Burton
211 W. Summit St.
Ann Arbor MI 48103